**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*., | |
| Plaintiffs, | |
| *v.* | Case No. 1:26-cv-01114 (CKK) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., | |
| Defendants. | |

**<u>DECLARATION OF KEVIN R. KOWALEWSKI</u>**

I submit this declaration in support of my motion for *pro hac vice* admission (ECF No. 17).

I hereby certify that I am familiar with the Local Rules of the United States District Court for the

District of Columbia. I declare under penalty of perjury that the foregoing information is true and

correct. Executed in Washington, D.C. on April 6, 2026.


Dated: April 6, 2026

Respectfully submitted,

*/s/ Kevin R. Kowalewski*

**ELIAS LAW GROUP LLP**
Kevin R. Kowalewski (NY 5946645)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
kkowalewski@elias.law

*\* Admitted pro hac vice*

*Attorney for Plaintiffs DSCC, DCCC, Democratic National Committee, Democratic Governors Association, Senate Minority Leader Schumer, and House Minority Leader Jeffries*

1