# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DSCC, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　Defendants. | Civil Action No. 26-1114 (CKK) |

|  |  |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>　　Defendants. | Civil Action No. 26-1132 (CKK) |

**JOINT STATEMENT ON CONSOLIDATION**

In response to the Court's April 6, 2026 Order, Case No. 26-1114, ECF No. 18, the parties respectfully submit the following proposal on consolidation.

## A. Background

On March 31, 2026, President Trump signed Executive Order 14,399 titled "Ensuring Citizenship Verification and Integrity in Federal Elections" (hereinafter, "Executive Order" or "EO"). Soon after, three groups of Plaintiffs filed suit seeking injunctive and declaratory relief against various executive officers and agencies responsible for implementation of the Executive Order. *See* Apr. 1, 2026 Compl., ECF No. 1 (Case No. 26-1114) (brought by the Democratic Party Plaintiffs);[1] Apr. 2, 2026 Compl., ECF No. 1 (Case No. 26-1132) (brought by the LULAC Plaintiffs);[2] Apr. 3, 2026 Compl., ECF No. 1 (Case No. 26-1151) (brought by the NAACP Plaintiffs).[3]

On April 6, 2026, the Court issued an order in the cases brought by the Democratic Party Plaintiffs and LULAC Plaintiffs, directing the parties to promptly meet and confer to discuss whether the cases should be consolidated and file a joint statement indicating their positions by April 8. *See* Case No. 26-1114, ECF No. 18. Although the Court's order did not reference the case filed by the NAACP Plaintiffs (as that case had not yet been assigned to this Court when the Court issued its order, *see* Case No. 26-1151, ECF No. 4), counsel for all three Plaintiff groups conferred

---

[1] The Democratic Party Plaintiffs are DSCC, DCCC, Democratic National Committee, Democratic Governors Association, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries (collectively, the "Democratic Party Plaintiffs").

[2] The LULAC Plaintiffs are League of United Latin American Citizens ("LULAC"), the Secure Families Initiative, and the Arizona Students' Association (collectively, the "LULAC Plaintiffs").

[3] The NAACP Plaintiffs are the National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc. (collectively, the "NAACP Plaintiffs").

by videoconference with counsel for all Defendants on April 7, 2026, to determine whether the actions should be consolidated. The NAACP Plaintiffs' case has now been assigned to this Court.

**B. All parties agree consolidation is appropriate**

All parties agree with the Court's conclusion that there are "extensive common questions of law and fact" between the cases brought by the Democratic Party Plaintiffs and the LULAC Plaintiffs and that consolidation will "promote the interests of judicial economy, consistency, timeliness," and "convenience" for the parties "without creating any undue risk of confusion or unfair prejudice to any party." Case No. 26-1114, ECF No. 18, at 2 (citation omitted). The parties therefore agree that the cases brought by the Democratic Party Plaintiffs and the LULAC Plaintiffs should be consolidated. The parties further respectfully request that the Court consolidate the case brought by the NAACP Plaintiffs, Case No. 26-1151, as well, because it involves the same "common question[s] of law [and] fact." Fed. R. Civ. P. 42(a). Consolidating all three cases will allow for a single, coordinated proceeding and ensure a consistent resolution of the shared issues regarding the Executive Order.

**CONCLUSION**

For the reasons described above, the parties respectfully request that the Court consolidate Case Nos. 26-1114, 26-1132, and 26-1151.

Dated: April 8, 2026

Respectfully submitted,

*/s/ Lalitha D. Madduri*

**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Lalitha D. Madduri (DC 1659412)
Jacob D. Shelly (DC 90010127)
Christina Ford (DC 1655542)
Max Accardi (DC 90021259)*
Kevin R. Kowalewski (NY 5946645)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
eliasm@elias.law
lmadduri@elias.law
jshelly@elias.law
cford@elias.law
maccardi@elias.law
kkowalewski@elias.law

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (206) 656-0177
tbishop@elias.law

*Application for admission forthcoming

*Counsel for Democratic Party Plaintiffs*

4

John A. Freedman (Bar No. 453075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
orion.denevers@arnoldporter.com
elisabeth.theodore@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com

Sydney Lopes (Bar No. 61389)
ARNOLD & PORTER KAYE SCHOLER LLP
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101
sydney.lopes@arnoldporter.com

Edward G. Caspar (DC Bar No. 1644168)
Robert N. Weiner (DC Bar No. 298133)
Jeffrey Blumberg (DC Bar No. 432928)
M. David Rollins-Boyd (DC Bar No. 90010714)*
Catherine Meza (DC Bar No. 1045688)*
Javon Davis (DC Bar No. 90017436)*
Grace Thomas (DC Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW Suite 900
Washington, DC 20005
(202) 662-8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommitte.org

*Counsel for NAACP Plaintiffs*

*\*Motion for Pro Hac Vice or Court Admission Forthcoming*

*Counsel for NAACP Plaintiffs*

5

Norman L. Eisen (DC Bar No. 435051)
Tianna J. Mays (DC Bar No. 90005882)
Pooja Chaudhuri (DC Bar No. 888314523)
Sofia Fernandez Gold (DC Bar
No. 90010196)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
sofia@democracydefenders.org

*admission to D.D.C. forthcoming*

Danielle Lang (DC Bar No. 1500218)
Robert Brent Ferguson (DC Bar No. 1782289)
Anna Baldwin (DC Bar No. 998713)
Sejal Jhaveri (NY Bar No. 5396304)*
Valencia Richardson (DC Bar No. 1739245)
Aseem Mulji (DC Bar No. 1724971)
Heather Szilagyi (DC Bar No. 90006787)
Renata O'Donnell (DC Bar No. 1723929)
Benjamin Phillips (DC Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
amulji@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

*Counsel for LULAC Plaintiffs*

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*