**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>                    Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    Defendants. | Case No. 1:26-cv-01151-CJN |

**DEFENDANTS' NOTICE OF FILING**

Please be advised that Defendants in *League of United Latin American Citizens v. Executive Office of the President*, No. 26-cv-01132-CJN have filed their Opposition to Plaintiffs' Motion for Expedited Discovery, Dkt. No. 20, in the 26-cv-01132-CJN docket, as the case has not yet been formally consolidated on the Electronic Case Filing system (and so Defendants could not otherwise link this filing to Plaintiff's motion for purposes of the CM/ECF system).

Defendants will file all future papers in the three above-captioned cases in this docket (No. 26-cv-01114-CJN), in compliance with this Court's Order. *See* Dkt. No. 27.

Dated: April 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

1