**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>          *Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>          *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 26-1151 (CJN) |

## LULAC[1] PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

---

[1] Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association.

1

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association ("LULAC Plaintiffs") respectfully move for a preliminary injunction against Defendants United States Postal Service ("USPS"), Board of Governors of the USPS, Amber F. McReynolds (in her official capacity as Chair of the USPS Board of Governors), Derek T. Kan (in his official capacity as Vice Chairman of the USPS Board of Governors), Ronald A. Stroman (in his official capacity as Member of the USPS Board of Governors), Daniel M. Tangherlini (in his official capacity as Member of the USPS Board of Governors), David P. Steiner (in his official capacity as United States Postmaster General), United States Department of Homeland Security ("DHS"), Markwayne Mullin (in his official capacity as Secretary of DHS), United States Citizenship and Immigration Services ("USCIS"), Joseph Edlow (in his official capacity as Director of USCIS), United States Social Security Administration ("SSA"), Frank Bisignano (in his official capacity as Commissioner of SSA), United States Department of Commerce ("DOC"), Howard Lutnick (in his official capacity as Secretary of Commerce), United States Department of Justice ("DOJ"), and Todd Blanche[2] official capacity as Acting Attorney General).[3]

LULAC Plaintiffs respectfully move pursuant to Counts I–II of their Complaint, ECF No. 1, to preliminarily enjoin Defendants from implementing Sections 2(a) and 3(b) of President Trump's March 31, 2026 Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," Exec. Order. No. 14399, 91 Fed. Reg. 17125 (March 31, 2026). Pursuant to

---

[3] On April 2, 2026, after LULAC Plaintiffs filed their Complaint, Pamela J. Bondi ceased to hold the office of Attorney General. Under Federal Rule of Civil Procedure 25(d), her replacement, Acting Attorney General Todd Blanche, is automatically substituted as a party.

this Court's April 9, 2026, Minute Order, LULAC Plaintiffs will file a memorandum of points and authorities in support of this motion on or before April 17, 2026.

## STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(m)

Local Rule 7(m) provides that, "[b]efore filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement." LCvR 7(m). LULAC Plaintiffs have conferred with Defendants about this Motion, and Defendants oppose the Motion.

Dated: April 10, 2026

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen (DC Bar No. 435051)
Tianna J. Mays (DC Bar No. 90005882)
Pooja Chaudhuri (DC Bar No. 888314523)
Sofia Fernandez Gold (DC Bar No. 90010196)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
sofia@democracydefenders.org

*\*admission to D.D.C. pending*

*Counsel for Plaintiffs LULAC, SFI, and ASA*

*/s/ Danielle Lang*
Danielle Lang (DC Bar No. 1500218)
Robert Brent Ferguson (DC Bar No. 1782289)
Anna Baldwin (DC Bar No. 998713)
Sejal Jhaveri (NY Bar No. 5396304)*
Valencia Richardson (DC Bar No. 1739245)*
Aseem Mulji (DC Bar No. 1724971)
Heather Szilagyi (DC Bar No. 90006787)
Renata O'Donnell (DC Bar No. 1723929)
Benjamin Phillips (DC Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
amulji@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
bphillips@campaignlegalcenter.org