**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*., <br><br>                  *Plaintiffs*, <br><br>      v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., <br><br>                  *Defendants*. | Case Number  1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al*., <br><br>                  *Plaintiffs*, <br><br>      v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT *et al*., <br><br>                  *Defendants*. | Case Number  1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC., <br><br>                  *Plaintiffs*, <br><br>      v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., <br><br>                  *Defendants*. | Case Number  1:26-cv-01151-CJN |

**NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc. (collectively "Plaintiffs") respectfully move for a preliminary injunction against Defendants Donald J. Trump, Executive Office of the President, U.S. Department of Justice, U.S. Postal Service, U.S. Postal Service Board of Governors, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Social Security Administration, U.S. Department of Commerce, Todd Blanche, Markwayne Mullin, David Steiner, Joseph B. Edlow, Frank J. Bisignano, and Howard Lutnick. Plaintiffs  respectfully move to preliminarily enjoin Defendants from implementing Sections 2, 3(b)–(d), 4, and 5 of President Trump's March 31, 2026 Executive Order No. 14399, "Ensuring Citizenship Verification and Integrity in Federal Elections," Exec. Order. No. 14399, 91 Fed. Reg. 17125 (March 31, 2026).

Within days of President Trump signing the Executive Order, Plaintiffs filed suit in this Court seeking injunctive and declaratory relief against the executive officers and agencies responsible for the Executive Order's implementation. Compl., *National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund Inc., BVM Capacity Building Institute, Inc. v. Trump, et al.*, No. 26-cv-01151-CJN, ECF No. 1 ("Complaint").[1] Per the Court's April 9, 2026 Minute Order, Plaintiffs are filing this motion for preliminary relief and will file its memorandum in support on or before April 17, 2026.

---

[1] Two other actions have been filed, (1) *DSCC, et al. v. Trump, et al.*, 26-cv-01114-CJN, filed on behalf of DSCC, DCCC, Democratic National Campaign Committee, Democratic Governors Association, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries and (2) *League of United Latin American Citizens, et al. v. Executive Office of the President, et al.* (*LULAC*), 26-cv-01132-CJN filed on behalf of League of

Plaintiffs move on the following Counts, as set forth in the Complaint: Count I (Ultra Vires Presidential Action); Count II (Violation of Separation of Powers — Unlawful Intrusion on Congressional Authority and Violation of Federalism); Count III (Violation of Separation of Powers — Unlawful Intrusion on State Authority); Count IV (Violation of the Privacy Act); and Count V (Violation of the USPS's Statutory Authority). *See* Compl., No. 26-cv-01151-CJN, ECF No. 1 at pp. 47–56, 59–63.

As set forth in the forthcoming Memorandum in Support of Motion for Preliminary Injunction, Plaintiffs are entitled to a preliminary injunction because they are likely to succeed on the merits of their claims, they are suffering and will continue to suffer irreparable injury in the absence of the requested relief, the balance of equities tips in their favor, and the issuance of the injunction is in the public interest. The grounds for this Motion will be fully set forth in the accompanying Memorandum in Support and Declarations, and a Proposed Order will be provided with that Memorandum.

### STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(m)

Pursuant to Local Rule 7(m), Plaintiffs conferred with Defendants on April 7, 2026 about this Motion. Defendants oppose the Motion.

---

United Latin American Citizens ("LULAC"), the Secure Families Initiative, and the Arizona Students' Association.

Dated: April 10, 2026

/s/ John A. Freedman

John A. Freedman (Bar No. 453075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
orion.denevers@arnoldporter.com
elisabeth.theodore@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
*Attorneys for Plaintiffs*

Sydney Lopes (Bar No. 61389)*
ARNOLD & PORTER KAYE SCHOLER LLP
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101
sydney.lopes@arnoldporter.com
*Attorney for Plaintiffs*

Edward G. Caspar (Bar No. 1644168)
Robert N. Weiner (Bar No. 298133)
Jeffrey Blumberg (Bar No. 432928)
M. David Rollins-Boyd (Bar No. 90010714)*
Catherine Meza (Bar No. 1045688)*
Javon Davis (Bar No. 90017436)*
Grace Thomas (Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
+1 202.662.8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommitte.org
*Attorneys for Plaintiffs*

Kristen M. Clarke (Bar No. 973885)
Anthony P. Ashton (Bar No. MD25220)*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
4805 Mt Hope Drive
Baltimore, MD 21215
Tel: (202) 463-2940
*Attorneys for NAACP*

*\*Motion for Pro Hac Vice or Court Admission
Forthcoming*

-5-