**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 26-cv-01114 (CJN) |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 26-cv-01132 (CJN) |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 26-cv-01151 (CJN) |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED ORDER] GRANTING MOTION FOR NANCY A. TEMPLE TO APPEAR**
***PRO HAC VICE***

THIS MATTER came before the court on the motion of movant, Richard D. Bernstein, counsel for *Amicus Curiae* Society for the Rule of Law and Democracy, Inc., doing business as the Society for the Rule of Law, for Nancy A. Temple to appear *pro hac vice*.

The Court, having considered the motion and any opposition, HEREBY ORDERS that Nancy A. Temple may appear pro hac vice on behalf of *Amicus Curiae* Society for the Rule of Law and Democracy Institute, doing business as the Society for the Rule of Law.

DATED this _____ day of _____, 2026

_____

Honorable Carl J. Nichols

United States District Judge

Presented by,

 The Society for the Rule of Law

/s/ Richard D. Bernstein
Richard D. Bernstein
D.C. Bar No. 416427
1875 K Street NW, Suite 100
Washington, DC 20006
(301) 775-2064
rbernsteinlaw@gmail.com
*Counsel for Amicus Curiae*