# EXHIBIT 19

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 26-1151 (CJN) |

**<u>DECLARATION OF GUSTAVO RIVERA</u>**

I, Gustavo Rivera, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1.      I am the Deputy State Director of Florida for the League of United Latin American Citizens ("LULAC Florida") and President of the local council 7258, which is located in Miami and focuses on education. I serve as a volunteer, as do all LULAC Florida members who serve in leadership roles in LULAC Florida. I reside and vote in Florida. I often vote by mail.

2.      LULAC Florida has more than ten local councils in Florida and numerous members that reside in Florida. We have many members who are naturalized citizens, which is consistent with the Florida's demographics, where more than 40% of Florida's Latino citizens are naturalized citizens. I am a naturalized citizen myself.

3.      In my role as Deputy State Director, I support the Florida State Director on issues that affect the different councils across the state. In particular, I help with inter-council communications, especially regarding issues and events where councils would like to collaborate with other councils, and I am in charge of the newsletter on the website. Because of these roles, I am familiar with the programmatic efforts of LULAC councils throughout the state.

4.      Protecting voting rights has been a core activity of LULAC Florida, including engaging in voter registration, voter education, and get out the vote efforts.

5.      I am aware that just two weeks ago President Trump signed an Executive Order to create a new citizenship list and change the mail voting process. My understanding is that there are three lists mentioned in the Executive Order. The first is a list called the "State Citizenship List," which brings together data from various federal databases of the people that the federal government has identified as potentially eligible to vote in each state. The second is a list that state election officials must give to the United States Postal Service at least sixty days before a federal

election of all the voters the state intends to provide mail-in ballots. The third is a list called the Mail-In and Absentee Participation List that the USPS will create. If a person is not on that list, the USPS will not send mail ballot materials to them.

6.     Based on what the Executive Order and these lists appear to do, Florida LULAC and LULAC members in Florida will be harmed by it.

7.     ***Voting by Mail:*** Under Florida law, any registered voter can vote by mail. LULAC's membership in Florida has a significant number of elderly and disabled people who rely on voting by mail to vote. Many of these members would not be able to vote if they could not vote by mail because of their circumstances. For the past 3 years, I have also voted by mail because my wife has been battling lung cancer, and so it is harder to get out and go in person and we try to avoid being in places with lots of people.

8.     But the Executive Order appears to make voting by mail much harder. Under the Executive Order, a voter can only vote by mail if they show up on the Mail-In and Absentee Participation List. But it is not clear how the Mail-In and Absentee Participation List will be put together and what information it will draw from. It appears that it may be partially derived from the list that state election officials send to the USPS, but I am not sure. I cannot be sure how to protect my members from exclusion from the Mail-In and Absentee Participation List, or how to correct errors on the List that will certainly occur. This is particularly important for our members who are naturalized citizens and our members who have multiple last names, who are more likely to be excluded from the List.

9.     Since I am a naturalized citizen, I will have to be extra cautious that I am properly included on the Mail-In and Absentee Participation List, especially because I had multiple last

3

Docusign Envelope ID: 758B4214-39BA-8897-823B-AF2892F3B4CD

names when I immigrated with my parents from Cuba, but I now use a single last name on official documents.

10.     The Executive Order will also make our voter registration efforts more difficult. When we register voters, we also tell them that they can request a mail ballot. Florida allows eligible individuals to register to vote 29 days before Election Day and allows registered voters to request a mail ballot up to 12 days before Election Day. Our councils often hold voter registration events right up until this deadline to encourage as many of our LULAC members and our community members to vote as possible. But if we register one of our members 29 days before the election and that member requests a mail ballot 12 days before the election, it is not clear that they would be included on the state mail voter list that state officials send to the USPS because that list is sent sixty days before the election. It's also not clear they would show up on the Mail-In and Absentee Participation List, and whether they would ultimately be able to vote by mail at all.

11.     *State Citizenship List:* I am also very worried about the chilling effect this Executive Order will have on our members and on the families we serve. There is significant distrust in the Latino community about data sharing among federal agencies and between state and federal agencies. That is especially true right now, as the federal immigration crackdown is very visible in Florida, and it is affecting citizens and non-citizens alike. In Miami-Dade, for example, ICE has had a record number of arrests, especially at immigration offices. Among LULAC families of mixed status, meaning where some families are citizens and others are not, we know of multiple situations where non-citizen family members have been deported. All of this means our members are very nervous about drawing government attention to themselves in any way. If these members are not accurately listed as eligible citizens on one of the Executive Order's lists, like the State Citizenship List, they are unlikely to use the process to update and correct their information with

4

the Department of Homeland Security. And other members, especially naturalized citizens who are not proficient in English and have limited technological capability, will not be able to access the DHS database and correct errors.

12.     We also have many members and community members who naturalized very recently who are unlikely to be listed correctly on the State Citizenship List. I myself only became a naturalized citizen in the last three and a half years. Because of that, I have multiple immigration numbers in various state and federal databases. It is very possible that the federal databases may inaccurately identify and flag me as a noncitizen if my citizenship has not been updated in every database. In that case, I would have to interact with DHS to update the information and be listed on the State Citizenship List, but these days I am very wary about interacting with DHS at all.

13.     ***Burden on Florida LULAC's Mission:*** The Executive Order will disrupt LULAC's core work in Florida. In order to respond to the Executive Order, Florida LULAC will have to undertake substantial new education efforts, including educating members about the Executive Order and its impact, revising our voter registration and voter education materials and resources in both English and Spanish, and assisting individual voters who are incorrectly left off the Order's various lists  to help them in getting the record corrected so they can vote. I expect this will require a lot of resources, given that we have numerous members in LULAC Florida and we also try to serve the broader Latino community with these programs.

14.     Developing and implementing such a large program will strain the limited resources of Florida LULAC, which is made up of volunteers. We have had to expand our work in immigration substantially over the last year in addition to our ongoing work in education and other areas. We would have reduce some of that work to execute the program outlined above.

5

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of April, 2026, in Miami, Florida

Signed by:

*Gustavo Rivera*

8BEC1777FDDD45E...

Gustavo Rivera

6