# EXHIBIT 22



2024 POST-ELECTION ANALYSIS REPORT

# DELIVERING THE NATION'S ELECTION MAIL SECURELY AND EFFECTIVELY

## 99.22M
**Ballots Processed** in 2024 General Election

## 99.88%
of ballots delivered from voters to election officials **within seven days**

## 99.64%
of ballots delivered from voters to election officials **within five days**

## 97.73%
of ballots delivered from voters to election officials **within three days**

## <2 DAYS
on average to deliver ballots from **election officials to voters**

## 1 DAY
on average to deliver ballots from **voters to election officials**



**UNITED STATES POSTAL SERVICE** ®

## TABLE OF CONTENTS

The Proven Constant In The Nation's Vote By Mail Ecosystem
(Letter from Postmaster General Louis DeJoy and Governor Amber McReynolds)     01

The Postal Service's Role in the Electoral Process     02

2024 Election Mail Performance Statistics     03

Preparing for a Critical Election Year     04

Drivers of Success in 2024     05

Securing the Nation's Mail-In Ballots and Election Integrity     09

A Nationwide Workforce Dedicated to Delivering Election Mail     10

Educating and Communicating to the American
Public and Key Stakeholders     12

One Postal Network for 8,000 Local Election Mail Jurisdictions     14

Looking Ahead     15



# THE UNITED STATES POSTAL SERVICE IS THE PROVEN CONSTANT IN THE NATION'S VOTE BY MAIL ECOSYSTEM

On behalf of the 640,000 men and women of the United States Postal Service (USPS), we are pleased to provide this 2024 Post-Election Analysis Report.

As a key part of the nation's critical infrastructure, the Postal Service stands committed and ready to deliver the nation's Election Mail when public policymakers or election officials choose to use the mail as a part of their election system and when citizens choose to use our services to participate in an election.

In 2024, the Postal Service once again admirably performed its role of efficiently and effectively transporting, processing and delivering the nation's Ballot Mail. During the general election period of Sept. 1 – Nov. 15, the Postal Service delivered at least 99.22 million ballots to or from voters. USPS successfully processed, transported and delivered 99.88 percent of ballots from voters to election officials within seven days, and 99.64 percent within five days. On average, it took one day for the Postal Service to deliver ballots from voters back to local boards of elections.

As voting by mail becomes more widely adopted, the Postal Service is the one constant — working with a nationwide patchwork of state and local policymakers and nearly 8,000 local election offices. In 2024, USPS built on its performance in the 2020 and 2022 elections. From headquarters to processing plants to delivery units, the entire organization refined its operational execution and integrated communications and response.

The 2024 presidential election was projected to be one of the closest races in history. This fact increased scrutiny on the entire national vote-by-mail ecosystem, with some critics asserting that the Postal Service lacked the capacity or ability to successfully deliver the nation's Election Mail despite proven performance in past elections. The Postal Service considers all stakeholder feedback, evaluates and responds to that feedback, communicates with appropriate partners, and evaluates postal performance with an eye toward future improvements. This year, the Postal Service also actively engaged with the Office of Inspector General on operational performance nationally to address issues immediately.

This report outlines the organization-wide efforts and proven processes and procedures that the Postal Service deployed in 2024. It also details the ongoing challenges faced by all stakeholders and participants in the vote-by-mail ecosystem as we work toward a shared goal — effective use of the U.S. Mail when public policymakers or voters choose to use our services to participate in an election.

**Louis DeJoy**
*Postmaster General & Chief Executive Officer United States Postal Service*

**Amber McReynolds**
*Governor and Chair, Election Mail Committee United States Postal Service Board of Governors*

## THE POSTAL SERVICE'S ROLE IN THE ELECTORAL PROCESS

The Postal Service's role is clear — we deliver the mail. As part of the nation's critical infrastructure, USPS is responsible for processing, transporting and delivering the nation's Election Mail safely, securely and on time.



**TRANSPORT** → **PROCESS** → **DELIVER**

## VOTE BY MAIL ISSUES THAT ARE NOT DETERMINED BY USPS

- Federal, state, or local election laws or practices, or the extent to which they incorporate the mail

- When election officials mail ballots out to voters or when voters return ballots to boards of elections via the U.S. Mail

- Election deadlines, including the extent to which election laws rely on a postmark in determining whether a ballot is timely

- Whether state legislatures consider how the mail system works when they design their election laws

- Ballot envelope design

- Ballot counting



USPS recommends that mailers apply **Tag 191, Domestic and International Ballots**, to trays and sacks that contain Ballot Mail to help distinguish it from other mail.

# 2024 ELECTION MAIL PERFORMANCE

**The United States Postal Service successfully delivered the nation's Election Mail in 2024.**

**Performance data for outbound Ballot Mail (**sent from local boards of elections to voters) includes only those ballots that were properly identified as ballots and consistent with our service performance measurement rules.

**Performance data for inbound Ballot Mail** (sent from voters to local boards of elections) includes both those ballots that were properly identified as ballots and consistent with our service performance measurement rules as well as the volume identified by a survey for which data is available from 10/21/2024 to 11/13/2024.

## 2024 TOTAL VOLUME



### 222.39M
**Total Pieces of Ballot Mail Processed** (Since Jan. 1)*

### 3.37B
**Total Pieces of Political and Election Mail**

## TOTAL ELECTION MAIL VOLUME — 2024 GENERAL ELECTION

- **99.22 MILLION** ballots processed in general election (beginning Sept. 1)

- **99.88%** ballots delivered from voters to election officials within seven days

    o **97.73%** of ballots were delivered from voters to election officials within three days

    o **99.64%** of ballots were delivered from voters to election officials within five days

- **1.95** days average to deliver ballots from local boards of elections to voters (outbound)

- **1** day average to deliver ballots from voters to local boards of elections (inbound)

* The total number of delivered ballots may greatly exceed 222.39 million.Total volume reflects volume that was identifiable as Ballot Mail by the Postal Service.

# PREPARING FOR A CRITICAL ELECTION YEAR

Mail-in voting has been part of the American electoral process since 1864. In recent years, it has become increasingly popular with election officials and voters, whether as traditional absentee voting, no-excuse absentee voting or even all-mail elections.

The COVID-19 pandemic supercharged access to and use of mail-in voting and today, more U.S. voters than ever have the option of using the mail system to cast their ballot rather than going to a traditional polling place on Election Day.

In 2024, USPS sought to improve on successful performances in 2020 and 2022. These successes were built on the robust, effective and longstanding operational processes implemented during previous elections, as well as our commitment to continuous improvement. The engagement of a permanent, full-time Election and Government Mail Services team formed in 2022 allowed USPS to formalize and centralize proven strategies, processes and procedures. USPS now operates a year-round education and compliance program to ensure that employees are fully trained — and applying — all policies and procedures to properly handle mail-in ballots and other Election Mail.

These measures, combined with precise planning, vast experience and an operational capacity to handle more than 433 million pieces of mail and packages a day, instilled confidence that USPS was ready to fulfill its clearly defined operational role to process, transport and deliver the nation's mail, including Election Mail, safely, securely and on time.



Case 1:26-cv-01114-CJN    Document 53-23    Filed 04/17/26    Page 8 of 19

# DRIVERS OF SUCCESS IN 2024

The Postal Service's success in 2024 was the result of operational precision and integrated communications. The USPS Election and Government Mail Services team was engaged for its first presidential election, and the organization relied on longstanding, proven operational processes and procedures, including extraordinary measures.

## Operational Excellence and Integrated Communications

In 2024, the Postal Service deepened its operational focus and integrated communications on Election Mail delivery.

Throughout 2024, the Postal Service's customer relations team — a team that handles customer relations as part of USPS field operations — worked extensively with 7,938 local boards of elections and election officials to prepare for planned election events. This team proactively reached out in more than 19,200 meetings, phone calls or emails to assist election boards and officials in their geographic region.

To support this collaboration, a cross-functional USPS team was created in October 2024 to prioritize and resolve Election Mail incidents through a standardized central process. Each incident was categorized for proper escalation, creating a stakeholder communication channel and ensuring immediate and sustained incident resolution.

The oversight process captured more than 1,048 Election and Political Mail and outreach event incidents. Numerous USPS departments and external stakeholders worked quickly to investigate and respond to these incidents.

Furthermore, the Postal Service engaged its Performance Excellence and Integrated Operating Plan Gemba teams — a dedicated group of logistics experts reporting to the Postmaster General — to review daily operating performance data and conduct regular on-site reconnaissance of Political Mail and Election Mail operations beginning July 31, 2024. Through Election Day, this team conducted 4,246 in-person walk-through audits in 152 processing facilities across the nation.

## Election Government Mail Services Team

This was the first presidential election cycle for the Election and Government Mail Services (EGMS) team. EGMS drove outreach to local, state and federal election officials and their mail service providers, educating them on how to use the mail effectively.

With the support of customer relations directors and managers for the 2024 election cycle, this outreach included in-person contact with more than 12,000 election officials — all to help the officials understand USPS recommendations regarding mailpiece design, visibility tools including barcodes, and best practices for using the mail.

The EGMS team met regularly with the National Association of State Election Directors and the National Association of Secretaries of State. Local customer relations teams met regularly with state and municipal election administrators to understand individual jurisdictions' plans, share guidance from the Postal Service on mail policies and address any local issues that arose.

Internally, EGMS field specialists routinely audited postal facilities and processes year-round across the country to optimize operational readiness.

## Extraordinary Measures: Moving Ballots Quickly in the Election's Final Weeks

Throughout the year, USPS advances Election Mail that is entered as Marketing Mail ahead of all other Marketing Mail. Performance in all USPS facilities is routinely monitored, and certain processes and procedures specific to Election Mail are implemented year-round, including using daily "all clears" to ensure that all Election Mail is accounted for in the system and that mail scheduled or "committed" to go out is processed accordingly.

As in previous general elections, the Postal Service deployed extraordinary measures in the final weeks of the election season to swiftly move Ballot Mail entered close to or on Election Day and/or the state's return deadline.

Extraordinary measures began on Monday, Oct. 21, continued nationwide through Election Day on Tuesday, Nov. 5, and extended through the last day in each state that boards of elections accepted completed mail-in ballots as timely.

**In 2024, the Postal Service's extraordinary measures included but were not limited to:**

- Extra deliveries and collections;
- Special pick-ups;
- Specialized sort plans at processing facilities to expedite delivery to boards of elections; and
- Local handling and transportation of ballots.



### In 2024, Ballot Mail was delivered from voters to local election officials faster than First-Class Mail in the general election

During the 2024 general election period, average delivery time for Ballot Mail outpaced delivery of standard First-Class Mail. This increased delivery speed was the result of year-round practices and the deployment of extraordinary measures in the final weeks of the campaign to isolate and expedite Ballot Mail. The Postal Service engages substantial additional resources and deviates from standard practices across approximately 31,000 locations to manage this small percentage of total mail volume, composed of non-standardized designed mailpieces and service expectations, in a precise and efficient manner.

## Implementation of the Delivering for America Plan did not adversely affect the Postal Service's ability to deliver Election Mail in 2024.

Throughout the election season, the nation's postal network operated without major disruptions. Localized service issues were isolated and addressed well in advance of the general election.

In an April 16, 2024 hearing of the U.S. Senate Homeland Security and Governmental Affairs Committee, Postmaster General Louis DeJoy testified that the implementation of the Postal Service's 10-year plan would have no adverse effect on the delivery of Election Mail:

"Even while we pursue these long-term reforms, I am committed to also fulfilling our role with respect to Election Mail. We will continue to deliver the nation's Election Mail for the upcoming 2024 elections in the same successful manner we have accomplished in the past. Consistent with our longstanding policies and procedures, the Postal Service will undertake significant efforts to prioritize the monitoring and timely delivery of all Election Mail. Given our experiences with the most recent Regional Processing and Distribution Center rollouts, we will be cautious in our implementation of initiatives to avoid any unintended service impacts around the general election and peak season."

Ahead of the 2024 election, the Postal Service used its discretion to avoid unnecessary optics or perception concerns, even when not related to new initiatives, and even when there was no real possibility that they would affect Election Mail performance. Management suspended certain activities around collection management and replacement (unless due to vandalism) or removal of collection boxes, time changes to collections, or changes to eLocks were suspended temporarily ahead of the general election.

## America's postal network has ample capacity to handle the nation's Election Mail.

Between Jan. 1 and Nov. 15, 2024, Election Mail volume accounted for just .72 percent of total mail volume* in the Postal Service network.



**.72%** **2024 Election Mail Volume***

Total Mail Volume

*Election Mail is any item mailed to or from authorized elections officials that enables citizens to participate in the voting process, such as balloting materials, voter registration cards, absentee applications, and polling place notifications.

7

**Supporting Americans Affected by Hurricanes Helene and Milton**

The Postal Service is a critical part of the nation's disaster response network. Skilled and experienced in providing quick and necessary relief to customers affected by natural disasters, USPS includes readiness and preparation for natural disasters as standard procedures and is constantly monitoring and evaluating weather patterns to promptly and effectively respond. In September and October 2024, hurricanes Helene and Milton devastated portions of Florida, South Carolina and North Carolina just weeks before Election Day.

Experience and preparation combined with the robustness of the USPS processing and delivery network ensured these hurricanes had minimal impact on the processing, transport and delivery of mail, including Election Mail, in affected locations. Postal Service operations teams worked around the clock to restore operations, deliver any backlog of mail and packages and reopen routes. Mobile retail units were also deployed in the aftermath of both hurricanes to serve as temporary post offices when local post offices were closed or inaccessible, providing residents in affected communities essential postal services and allowing them to receive and return Election Mail. The Postal Service was in regular contact with secretary of state offices and local election boards to address any issues as they arose.

Ultimately, these hurricane recovery efforts and the deployment of extraordinary measures in the weeks before Election Day ensured that voters in the areas affected by hurricanes Helene and Milton who chose to use the mail to vote received performance comparable with the rest of the nation.

## Election Mail performance in states impacted by hurricanes Milton and Helene (2024 general election)

| State | % Ballots Returned From Voters to Local Boards of Elections Within or Faster Than USPS Service Standards |
|---|---|
| **Florida** | 97.11% |
| **North Carolina** | 94.44% |
| **South Carolina** | 96.66% |

Case 1:26-cv-01114-CJN    Document 53-23    Filed 04/17/26    Page 12 of 19

# SECURING THE NATION'S ELECTION MAIL AND ELECTION MAIL INTEGRITY

As the Postal Service's federal law enforcement and security arm, the U.S. Postal Inspection Service (USPIS) serves a pivotal role in protecting the security and integrity of the nation's Election Mail.

This includes rigorous security protocols, continuous monitoring and prompt response to any potential Election Mail security or criminal incidents, as well as protecting election officials from threatening or dangerous mail.

USPIS is resolute in its efforts to ensure the secure delivery of all Election Mail, taking a "whole of agency" and "whole of government" approach to this critical mission, employing extensive law enforcement resources and working in close coordination with local, state and federal law enforcement and security partners including the Federal Bureau of Investigation (FBI), the Department of Justice (DOJ), the Cybersecurity and Infrastructure Security Agency (CISA), the Department of Homeland Security (DHS), Office of the Director of National Intelligence (ODNI), and the U.S. Postal Service Office of Inspector General.

In coordination with the FBI, CISA and the U.S. Election Assistance Commission, USPIS issued fresh guidance for the 2024 election on Election Mail handling procedures to protect against hazardous materials. USPIS also set up its own National Headquarters Election Operations Center with 24-hour staffing and embedded personnel at the FBI National Election Command Post and the CISA Election Operations Room.

As in previous elections, USPIS designated election crimes coordinators at all 16 of its field offices to coordinate responses to election security concerns and criminal incidents, enhancing an already robust oversight function that includes in-person monitoring of Election Mail processing at postal facilities. Postal inspectors and other USPIS personnel conducted more than 5,000 Election Mail Inspections, reviews of processing operations to evaluate for security and delays, during the general election time period, at an average of 174 facilities a day.

# A NATIONAL WORKFORCE COMMITTED TO DELIVERING ELECTION MAIL

The Postal Service is dedicated to public service. This commitment to serve every U.S. residence, business and community promptly, reliably and efficiently has defined USPS since its inception and today is the guiding tenet of the organization's unprecedented transformation.

## Election Mail Training and Education

Election Mail planning touches every internal mail operation, and employees at every level play a critical role in maintaining consistently high level of performance during election cycles. To support this, a year-round internal training and education program was developed for Postal Service employees.

In 2024, the training program was augmented with information campaigns including posters, handouts, electronic signage through the postal Informed Facility system and a series of employee educational videos. Weekly and daily communications to postal employees were also posted through internal online resources. In September and October 2024, mandatory standup talks for employees about properly identifying, handling and postmarking mail-in ballots were conducted across the nation.

Furthermore, the Postal Service implemented our employee training and communications which aligned with the Office of Inspector General's July 2024 recommendations, ensuring clear communication and instructions are accessible in all facilities.

Year-round internal auditing of election preparedness was increased in September, with facility reviews increasing to more than 400 a week. This included evaluating employees' knowledge of Election Mail policies and procedures and promptly providing plant managers with assessments and recommendations.

Senior leadership was also involved in local training, traveling the country in the months leading up to the general election to hold in-person briefings to emphasize the unwavering commitment to deliver the country's Election Mail safely, securely and on time.

## 2024 National Election Mail Task Force

In August 2024, the Postmaster General reestablished the National Election Mail Task Force. As in previous elections, this joint partnership between the Postal Service, postal unions and management associations promoted Election Mail awareness among postal employees and ensured Election Mail processes were followed across the organization.

The task force consisted of three groups: ballot ambassadors, ballot monitors and a "strike team." Volunteer ballot monitors and ballot ambassadors at processing facilities and retail and delivery units added another layer of oversight by observing Election Mail flows and resolving potential delays. The strike team consisted of cross-functional subject matter experts from headquarters, the areas, districts, and divisions working to resolve local issues in real time. The task force also monitored the execution of extraordinary measures deployed in the two weeks before Election Day.

In 2024, the task force met twice weekly from Oct. 18 through Election Day. These meetings, led by the Election and Government Mail Services team and attended by representatives from postal unions, the Chief Retail and Delivery Office and the Chief Processing and Distribution Office, encouraged collaboration on issue resolution across the organization and ensured heightened responsiveness when unexpected challenges arose.



The success of the National Election Mail Task Force is a testament to the collaborative spirit between postal management, the Postal Service's unions and management associations, and the shared commitment to ensuring the secure and effective handling of Election Mail.





# EDUCATING AND COMMUNICATING TO THE AMERICAN PUBLIC AND KEY STAKEHOLDERS

In the leadup to the 2024 election, the Postal Service ran an omnichannel communications campaign to ensure that voters, election officials, and the media were informed on the steps and processes taken to secure the timely delivery of the nation's Election Mail. The intent was to overcommunicate and overeducate on the Postal Service's role in the electoral process.

### A Simple, Common Sense Message to Those Planning to Vote by Mail: Mail Early

In the fall of 2024, the Postal Service leveraged its website, retail signage, Informed Delivery offering, social media platforms, envelope sprays and more to reach voters where they are. USPS.com/electionmail served as a clearinghouse for all audiences. Across all channels, USPS delivered a consistent, clear message encouraging those who plan to vote by mail to mail early.

**To help voters find the starting point in their journey, USPS created:**

- Two Public Service Announcements

- One Postal Post Blog post

- One Mailin' It Podcast Episode

Overall, the Election Mail website generated more than 660,000 unique views from mid-July to Election Day, and the two Election Mail videos garnered nearly 50,000 total views.



As As Election Day approached, USPS had a simple message for the American public:

"The Postal Service is ready to deliver your ballot on time. But don't delay. If you choose to vote by mail, please mail early."

*2024 USPS Public Service Announcement Video for U.S. Consumers]*

## Educating and Engaging the Media

The Postal Service held multiple media briefings with both U.S.-based and foreign news outlets to provide status updates and outline its preparations for the secure and successful delivery of Election Mail in the 2024 general election.

**Topics covered included:**

• The Postal Service's role in the election process

• Service performance updates

• Messages and PSAs for voters

• Longstanding election processes and procedures

• Ballot postmarking policies

• Extraordinary measures

• Guidance for uniformed and overseas voters

• Security measures to ensure Ballot Mail is received and delivered efficiently

More than two dozen reporters attended the media briefings from notable outlets including ABC, CBS, and NBC News, The Washington Post, the Associated Press, PBS and NPR.

In October 2024, the Postal Service partnered with the State Department's Foreign Press Center to brief reporters from around the world on the Postal Service's specific role in the electoral process. The briefing was attended by 11 reporters representing eight countries.

In addition to media briefings, USPS also issued news releases and fact sheets to explain processes related to Election Mail. The Postal Service also responded to more than 460 national and local media inquiries related to Election Mail in 2024.

## Combating Misinformation

The USPS Government Relations and Corporate Communications teams worked diligently to spot and refute misinformation being shared online about the Postal Service's operational performance relating to Election Mail. As an organization, the Postal Service produced letters to Congress, briefings, and news releases in key states to correct the record and provide reassurance. Congressional committees received weekly briefings and election mail service performance updates in the month preceding the general election.

## Communicating With Election Officials

Throughout the election cycle, the Postal Service was working effectively with election officials at all levels of government.

At the local level, USPS customer relations teams in every state met regularly with state and local election administrators to understand the individual jurisdictions' plans; to share guidance from the Postal Service on mail policies; and to address any local issues that arose as quickly as possible.

USPS leaders met with the National Association of State Election Directors and the National Association of Secretaries of State throughout the year to provide up-to-date guidance. Postal leadership — including the Postmaster General — spoke directly with many secretaries of state and election officials regarding local issues in the last weeks of the election.

On Oct. 1, Postmaster General DeJoy hosted a conference call for the nation's secretaries of state during which he detailed USPS Election Mail operational processes and responded to questions directly from election officials.

In 2024, Postmaster General DeJoy testified twice before Congress to communicate the Postal Service's readiness and positioning for an extraordinary effort to timely deliver Ballot Mail.

# ONE POSTAL NETWORK FOR 8,000 LOCAL ELECTION MAIL JURISDICTIONS

The Postal Service is both a national service and a world-class logistics organization. As such, consistent policies are needed nationwide to ensure that operations run smoothly, that the 640,000 USPS employees understand what is expected of them, and the millions of customers can have trust in the Postal Service's ability to deliver for them.

At the same time, when it comes to the delivery of Election Mail, there are 50 states and nearly 8,000 election jurisdictions that are far from uniform in their election laws and practices, and that often do not consider how the mail system works. This can result in a mismatch of timeframes, deadlines, ballot return suggestions and the practical reality of using the mail. Many of these laws and practices were not established with the Postal Service's operations in mind.

For example, some jurisdictions allow voters to request a mail-in ballot very close to Election Day. Depending on when that ballot is mailed to the voter, it may be physically impossible for that voter to receive the Ballot Mail, complete their ballot, and return their ballot by mail in time to meet the jurisdiction's deadline, even with our extraordinary measures, and despite our best efforts.

As another example, in the normal course of operations, the Postal Service does not postmark every piece of mail in our system. This is because the primary purpose of postmarking is to cancel the postage to ensure that it cannot be reused, and as such, some categories of postage are pre-canceled before they enter our mailstream and therefore do not require a postmark. That said, in recognition of the importance that the election laws in some states place on postmarks, it has been the long-standing policy of the Postal Service — which remains in place today — to try to ensure that every return ballot mailed by voters receives a postmark, regardless of whether the return ballot is mailed with postage pre-paid by election officials or with a stamp affixed by the voter.

**A unified approach to Election Mail processes and procedures outside of the Postal Service's jurisdiction is greatly needed.**

## Working quickly with local boards of elections to resolve local mail-in ballot issues

In the month prior to the election, USPS and external stakeholders identified 640 ballot-specific incidents in the general election.

Of these, two-thirds were due to factors outside of Postal Service control, including addressing errors, mailpiece design issues and late entry of ballots into the mailstream.

## Outbound Ballot Volume Entered Into Postal Network In Last Week of Election

The Postal Service is mandated by law to deliver all mailpieces entered into the mailstream. However, when outbound ballots destined to voters are mailed by local boards of elections in the final days before the election, it is unrealistic to expect that the voter will be able to receive, complete, and return the ballot by mail to the local board of election by mail by Election Day or the state's deadline.

### 150,630
outbound ballots entered into the mailstream between Oct. 31 and Nov. 5, 2024

### 31,260
outbound ballots entered by local boards of elections on election day 2024

# LOOKING AHEAD

As we continue to transform the nation's postal network to better meet the demands of the modern mailing and shipping customer, we stand ready to work with policymakers at all levels to continue to educate them on how the mail works. While the Postal Service provides effective, efficient and reliable service for all mail, including Election Mail, we have long standing recommendations that policymakers should consider to help expedite the transport of mail-in ballots to and from voters. Suggested recommendations include:

**Follow and implement USPS recommendations on how to design, prepare, and send Election Mail:**

- Design Election Mail pieces to be compatible with USPS automation compatible mailpieces

- Engage the Postal Service's mailpiece design analysts to review and approve of mailpieces before sending to voters.

- Use qualified business reply mail (QBRM) with intelligent mail barcode accounting (IMBA) for return ballots

- Send ballots by First-Class Mail

**Apply visibility tools to Election and Ballot Mail, including:**

- Official Election Mail logo

- Green tag 191, domestic and international ballots

- Ballot Mail/Election Mail postage statement checkbox

- Uniquely serialized Intelligent Mail barcodes (IMbs) with the delivery point zip embedded

- Ballot Mail service type identifiers (STIDs) on all outbound and returning ballot envelopes

**Better understand postal operations:**

- Consider the Postal Service's practices when evaluating whether to rely solely on postmarks to determine timeliness of Ballot Mail

- Consider the Postal Service's established delivery timeframes when setting ballot request deadlines

**Continue to educate voters on:**

- State vote by mail laws

- Reasonable mailing deadlines

With widespread adoption of these recommendations, we can make our nation's vote by mail system even stronger for the millions of Americans who now choose to cast their ballots by mail. We look forward to working with federal, state and local policymakers in the coming months to advance this worthy goal.

