**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce, <br><br> *Defendants.* | Case Number 1:26-cv-001114 |

**DECLARATION OF TYLER STERLING ON BEHALF OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP)**

I, Tyler Sterling, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1

1.     I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.     I am the National Campaigns Director at the National Association for the Advancement of Colored People ("NAACP").

3.     The NAACP is a non-partisan organization headquartered in Baltimore, Maryland.

4.     The NAACP, which was founded in 1909, is the oldest and largest civil rights organization in the United States. Its mission is to achieve equality, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color.

5.     The NAACP includes a network of units throughout the United States, including state and state-regional conferences that cover every state, plus the District of Columbia. The NAACP has over two thousand local branches, college chapters, prison chapters, and youth councils.

6.     In total, the NAACP has approximately 200,000 dues-paying members, including registered voters through the United States. Many of our members are Black mail-in voters or support the voter registration and mail-in voting process of other members and their community.

7.     In my role as National Campaigns Director for the NAACP, my work includes managing the organization's large-scale voter mobilization initiatives, including voter registration, education, and protection efforts, focused on Black communities and youth voters. Through this work, I am familiar with and regularly receive updates about the NAACP's voting-related activities from our state and regional conferences across the country.

8.      To execute part of its core mission of protecting and advancing voting rights, the NAACP works to mobilize voters through robust non-partisan civic engagement and election-related programming, including year-round voter registration and education efforts.

9.      The NAACP's voter registration and engagement activities include voter registration drives and voter outreach conducted by our national network of local branches, door to door canvassing to provide community members with voter registration and election information.  Further, in conjunction with partners across the country, the NAACP has launched programs focused on turning out voters through direct voter contact, mass communication, targeted digital mobilization, and SMS texting. For example, in the lead-up to the 2024 elections, the NAACP recruited over 100,000 volunteers across the country to execute these programs.

10.     In addition to on-the-ground outreach and get-out-the-vote activities, as part of our voter education efforts, the NAACP distributes Know Your Rights materials, both printed and online, and conducts structured training sessions that provide information on national voting rights trends. We also provide education, voter guides, and resources on state-specific voting requirements, including how to register to vote, verify registration status, locate polling places, and navigate absentee and mail-in voting procedures.

11.     The NAACP also provides direct voter registration support and information, including an online voter protection hub that offers tools to register to vote, confirm voter registration status, and locate voters' specific polling places.

12.     Members and volunteers are deeply involved in their communities, working to achieve the NAACP's mission on local, state, and federal levels. NAACP members conduct voter registration and mail-in ballot and emergency ballot application and assistance activities within several communities who heavily rely on mail-in voting processes. Those communities,

and our members within those communities, include elderly individuals and people living in long-term care facilities, naturalized citizens, unhoused individuals, people with disabilities, college and high school students who are pre-registering to vote or newly became eligible voters by age, incarcerated individuals and people with criminal histories, first responders in their communities, emergency personnel, people without access to vehicles or public transportation, people who live in remote and rural areas without easily accessible in-person voting opportunities, and active-duty U.S. military personnel and their families.

13.     Upon reviewing the Executive Order issued by the President on March 31, 2026, and entitled "Ensuring Citizenship Verification and Integrity in Federal Elections," it is my understanding that its provisions would impose significant and burdensome restrictions on the transmission of mail-in and absentee ballots and on voters' eligibility to vote by mail.

14.     Implementation of the Executive Order and its provisions would directly impair the NAACP's core organizational mission of ensuring that all eligible U.S. citizens can register to vote, cast their ballots, and have their ballots counted. Implementation also would impair our voter registration and voter education activities. Effectuation of the provisions of the Order would also significantly burden our members who are legally registered to vote by sowing confusion about the status of their voter registration and eligibility to vote by mail, thereby creating barriers to receiving, transmitting, and casting mail-in and absentee ballots.

15.     If the Executive Order were implemented, the NAACP would have to conduct a comprehensive evaluation of what changes to implement in our voter registration and education efforts throughout the country to help voters comply with the Order's requirements and then implement the necessary changes.

16.     In order to fulfill its longstanding mission and continue with the efforts it has

conducted for decades to assist individual voters in exercising their right to vote, the NAACP is expending and will need to continue to expend considerable resources to educate its members on the Order's overall requirements and how these changes will affect their eligibility for and access to absentee and mail-in voting. These efforts will include, at a minimum, making Freedom of Information Act requests to obtain lists of those the federal government considers citizens and state and territorial record requests to obtain lists of those state and territory government recognizes as registered voters and doing a comparison on those 50+ lists to determine disparities, an overhaul of its online and written materials about mail-in voting, as well as developing new materials about the Order's citizenship and mail-in voting eligibility lists, how to correct erroneous exclusions from the lists, and how to acquire the public and private sources voter documentation necessary to correct exclusion from the lists.  This undertaking will be a burdensome task, requiring the NAACP to divert resources away from other core activities such as voter registration and get out the vote efforts and education about the importance of civil participation.

17.     Similarly, to maintain its current commitment to its core mission of facilitating access to the ballot and assisting voters in the exercise of their franchise, the NAACP will also need to work directly with their state and regional conferences and local branches throughout the United States to develop state specific assistance about the Order's requirements and how they will affect the availability and eligibility for absentee and mail-in voting. This would require the NAACP to expend considerable time and resources to coordinate with state and local units, given that every state's absentee and mail-in voting procedures and requirements are unique.

18.     The provisions of the Order will also be burdensome on the NAACP's members. The NAACP has members throughout the country who are registered voters and are eligible to

vote by mail, regularly vote by mail, and plan to continue to vote by mail in future elections.

19.    Because the DHS "State Citizenship List" and USPS "Mail-In and Absentee Participation List" required by the Order are based on databases not designed to generate a comprehensive list of U.S. citizens for each state, there is a significant risk that eligible registered voters will be erroneously excluded from both lists. NAACP members who are eligible to vote and are not included on the DHS or the USPS lists, will have to go through the process of confirming their eligibility to vote, including their U.S. citizenship.

20.    Individuals in the communities the NAACP serves, including many of our members, disproportionately lack birth certificates, passports, and other documentary proof of U.S. citizenship necessary to correct their erroneous exclusion from the DHS and USPS lists. Even with the efforts the NAACP would undertake to provide assistance with this process, many eligible voters will be less likely to take the steps necessary to rectify their exclusion from the lists because they lack the required documentary proof and because of the additional significant burdens.

21.    As a result, fewer eligible voters are likely to cast a ballot, which directly harms the NAACP's goal of ensuring that as many eligible U.S. citizens are registered to vote as possible.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in ___Virginia___ on April 16, 2026.

Tyler Sterling