**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,<br><br>*Defendants.* | Case Number 1:26-cv-01114 |

**DECLARATION OF ALPHONSO BRAGGS**

I, Alphonso Braggs, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen. I was born in 1960 and currently 65 years old. I am a legal resident of Hawaii. I am competent to testify and have personal knowledge of the facts and information set forth in this declaration.

2. I am a registered voter in Honolulu, Hawaii, where I have lived since 1992. From 1992 until 2003, was in on active duty in the U.S. Navy and did not vote in Hawaii elections. Consequently, I voted by military absentee ballot in the state of Florida. I served in the U.S. Navy for almost 27 years and retired in 2004.

3. Voting is very important to me, and I have done so consistently since 1978.

4. I am a member of the NAACP and I have served as the President of the NAACP Hawaii State area ("NAACP Hawaii") since 2004. I have been active in the NAACP since 1998.

5. The NAACP Hawaii Branch works in the community to make sure citizens are aware of their voting rights through town halls, informational booths at cultural celebrations (Dr. King celebrations, Black History Month Events, Juneteenth commemorations, Prince Hall Day activities, and various church gatherings). Every year the NAACP Hawaii registers voters during events including some local high school and university cultural celebrations.

6. From news reporting and NAACP official communications, I understand that President Donald Trump signed an executive order ("Order") that will impact voters' ability to transport their ballots through USPS if they are not on a specific list of mail-in voters. I also understand that the federal government will compile and distribute a list of United States citizens, based on personal information unrelated to voting sourced from various federal agencies, like the Social Security Administration ("SSA").

7. In Hawaii each registered voter will automatically receive their ballot in the mail at least 18 days prior to the election date. Voting by mail is my preferred method of voting and I am deeply concerned about this executive order, specifically the use of SSA data to generate voter lists.

8. For most of my life, I have had to navigate issues with the spelling of my name—starting at birth.

9. I was born in Willington, NC. In 1960, it was common for the hospital to have separate records from the state. I am also a product of segregated hospitals administrative protocols. The name recorded on my community hospital birth certificate and my birth records filed with the North Carolina Department of Health and Human Services is reflects a name spelling of as "Alphonzo Bragg." This spelling is also reflected in SSA records.

10. My family spelled my name as "Alphonso Braggs" when I entered elementary school. Subsequently, the same spelling has carried through into all in military records, banking and business documents, FBI fingerprint database, employment records, and state tax documents, and IRS filings. My Hawaii driver's license and voter registration information uses this spelling of my name.

11. Having a different spelling of my name reflected in SSA records has created significant obstacles and stress for me. In the past, when I applied for TSA pre-check authorization, I had to go through additional inconvenient processes related to the incorrect spelling of my name. I had to present in person all documents (community hospital birth certificate, SSA documents, military documents, Hawaii Driver's license, and North Carolina Department of Health issued birth certificate). The North Carolina state issued birth certificate was accepted although it was very old.

12. I have tried to correct the spelling of my name numerous times with the SSA. However, I was required to submit documentation of a name change before the federal agency would update their internal records or allow me to proceed with SSA services. When I filed for Medicare last July, I had to petition the Office of the Hawaii Lieutenant Governor for a name change so that I can use the Alias of "Alphonso Braggs" because the SSA would not change a different spelling. When I submitted the petition, I paid a $50 filing fee, a $1 archive fee, a $5 service fee, a publication fee $204.19, and a $41 fee for filing the name change order with the state Bureau of Conveyances. I also had to pay for the notarization of my documentation, which was about $20. I could not submit the name change documents to the SSA without first paying all these fees. The application took approximately two months to be processed.

13. Because my name is different in several government databases, I am concerned that any list put together by the federal government will omit my information, including, the proper spelling of my name or inaccurately flag my information causing me to not be able to cast an effective mail-in ballot.

14. I significantly rely on the vote by mail process in Hawaii to participate in local, state, and federal elections. As a Hawaii voter, I receive my ballot automatically by mail through the United States Postal Service ("USPS") and I use USPS to return my ballot. When I return my ballot by mail, I deposit it in my mailbox and rely on a USPS employee to transport it. I have not ever interacted directly with USPS employees to verify that they can accept and transport my ballot.

15. I intend to use the vote-by-mail process, including USPS's mailing services, for all upcoming federal elections as it is my preferred method of voting.

16. Due to previous issues, I experienced with different names in federal databases, I know that I am highly likely to encounter problems when attempting to vote by mail.

17. Should the Order go into effect, I would have to re-register and procure necessary documentation, including my original birth certificate from the State of North Carolina, to cure any matching issues—and there would be expenses associated with that procurement process. Assuming I also would not have to modify my birth certificate to match my voter registration record, simply obtaining my original North Carolina birth certificate would costs $24 from their vital records, plus postage fees and an average of sixty days for the North Carolina Department of Health and Human Services to complete.

18. Because my birth certificate was issued by a different state, I cannot update it through the state of Hawaii. I would have to apply to modify my birth certificate with the North Carolina Department of Health and Human Services after petitioning a court for a name change order. There are additional costs in this process, including a $39 application fee and the court filing fees. After the wait times to obtain a court order, which could be weeks to months, I will have to wait another thirty days before a North Carolina birth certificate modification is processed. I cannot complete this process within the mere weeks or days before Election Day. I find this birth certificate modification process confusing and unnecessarily burdensome, especially if I must complete it just to make sure I can vote.

19. I fundamentally feel that I should not have to pay to exercise my right to vote.

20. As someone who served in the military for almost three decades, I am passionate about civic participation and voting. The executive order puts me directly at risk of losing my ability to participate in the democratic process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Honolulu, HI on April 9, 2026.

Alphonso Braggs