**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,

*Defendants.*

Case Number 1:26-cv-001114

**DECLARATION OF ELENA NUNEZ ON BEHALF OF COMMON CAUSE**

I, Elena Nunez, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a member of Common Cause. As a full-time member of Common Cause's staff, I currently serve as Senior Vice President, States. I have served in this role and a substantially similar role since 2018 and have been a member of Common Cause's staff since 2007.

3. In my role as Senior Vice President, States, I directly oversee all Common Cause state operations and support Common Cause work across the country, including our work to protect voting rights, promote ethical government, and hold power accountable. I also engage with Common Cause's policy, organizing, and external affairs staff to advance pro-voter, pro-democracy policy. I supervise my team's work with multiple coalitions to advance pro-voter reforms and increase civic engagement, including the national Election Protection Coalition.

4. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and intervenes in this action on behalf of itself and in a representative capacity on behalf of its members.

5. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the organization; or (b) has taken meaningful action in support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or

otherwise engaging in activities designed to advance the organization's mission. As of this writing, there are nearly one million members of Common Cause nationwide.

6. Common Cause Education Fund (CCEF), an affiliated charitable nonprofit, provides education, engagement, and research to Common Cause members, constituents, partner organizations, and the public about voter registration and the electoral process. CCEF works to create public engagement on democracy issues and promote effective citizen participation, which is critical for a healthy and robust democratic society. For purposes of this declaration, references to "Common Cause" include the activities and operations of both Common Cause and CCEF.

7. Common Cause has staff in 22 states (Arizona, California, Colorado, Florida, Georgia, Hawaii, Maryland, Massachusetts, Michigan, Minnesota, Nebraska, New Mexico, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, Texas, and Wisconsin). While we do not currently have dedicated staff in Connecticut or Illinois, my team works with our state advisory boards in those states to advance our mission. Through our work with the Election Protection Coalition, we support partners' work on election protection in states where we do not have staff. I also engage with Common Cause's policy, organizing, and external affairs staff to advance policies designed to protect the rights of all eligible Americans to vote, including in states where we do not physically have staff.

8. Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.

9. Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every eligible voter can register and cast their ballot, with a focus on communities who experience additional barriers to participation including Black people, Indigenous Peoples, Latina/o people, Asian/Pacific Islanders, other people of color, justice impacted individuals, young people, seniors, and people with disabilities. Through our legislative advocacy, Common Cause has ensured that voting around the country has remained as accessible as possible for eligible voters. Part of that work is to counter unlawful government conduct that could chill participation in the election process, including attempts to limit access to mail-in voting and create burdens for those who vote through absentee or mail-in voting.

10. As part of its core mission, Common Cause works on a nonpartisan basis to expand and protect equal access to voting for all citizens on multiple fronts, including: (a) lobbying for nonpartisan election reforms, including, but not limited to, allowing no-excuse absentee voting, extending the deadlines for submitting mail-in ballots, increasing the number of voting locations, and ensuring a fair, nonpartisan redistricting process; (b) providing education and training to on-the-ground voting rights activists throughout the country; (c) working with other community organizations to track problems at voting sites on Election Day, field calls from voters who experience burdens in their efforts to exercise their fundamental right to vote, and provide assistance to such voters by lobbying local election officials and/or facilitating their access to counsel; and (e) advocating for nonpartisan election reforms, such as an expansion of early voting, designed to promote racial equity by removing barriers to the franchise disproportionately borne by communities of color.

11. Common Cause assists voters across the country in registering to vote, verifying, and/or updating their voter registration through outreach to our members in each state. For example, on National Voter Registration Day, Common Cause members and supporters across the country receive notices from us urging them to register to vote and/or to verify their registration status via tools embedded on our website. In 2024, nearly 6,000 voters registered to vote using the Common Cause web tools, and nearly 40,000 more verified their registration using these tools. Some of our states, such as Hawaii, Minnesota, North Carolina, Rhode Island, and Texas also conduct voter registration as part of their outreach and community organizing activities. In other states, we engage in policy advocacy around voter registration and list maintenance issues and work with coalition partners who conduct voter registration.

12. Common Cause also works to ensure that once registered, all voters can cast a ballot during early voting, on Election Day, or through absentee or mail-in voting. Our efforts in support of mail-in voting are centered on the belief that absentee and mail-in voting provides a critical access point for people with disabilities, seniors, caregivers, students, rural voters, and shift workers who may find in-person voting difficult. Common Cause's membership includes members who regularly vote by mail in accordance with their state's laws, either because they choose to do so or because they cannot vote in person. Many Common Cause members vote by mail because of health, advanced age, school attendance, transportation issues to in-person polling locations, residency in rural areas far from them, and other reasons. Additionally, many Common Cause members support other voters who rely primarily or solely on mail-in voting, including elderly, hospitalized, college students, and incarcerated voters.

13. If implemented, the provisions of the Executive Order entitled "Ensuring Citizenship Verification and Integrity in Federal Elections" will directly impair Common

Cause's organizational mission of promoting democracy and enabling and empowering citizens to engage in the political process and force us to redirect our resources from our core programming and activities.

14. Common Cause has advanced policy reforms to expand the use of vote by mail and absentee voting and make those systems more accessible and secure. Our advocacy is informed by the needs of our members to use vote by mail as well as problems for voters that we had identified in the course of our election protection work. Our staff and election protection volunteers field questions from voters who could not vote in person on Election Day (due to work, family, or travel obligations) and for whom vote by mail was the only option. During the pandemic, our states worked to increase availability of mail/ absentee ballots as an important option for voters to safely cast ballots. In New York, for example, we advocated in 2020 for the legislature to amend the definition of "illness" to include risk of contracting or spreading a disease.

15. Part of our voter education work includes informing our members about the process and deadlines to request and return mail ballots. In 2020 and 2024, our voter education included vote by mail information. Our members have expressed a range of reasons that they vote by mail. Some of our members have cited health as the reason they vote by mail, due to mobility issues that make going to a polling place to vote impossible and/or health risks to being in crowds due to their immuno-compromised status. We have also heard from members whose jobs prevent them from voting in person due to long or unpredictable hours, travel, or inflexible schedules. Some of our members prefer to vote by mail because it gives them the time to research the candidates and ballot issues on their ballot.

16. Vote by mail is a trusted way for voters to cast their ballots. If vote by mail is not available or is less accessible, we will need to increase our education and advocacy efforts. We are already responding to questions from our coalition partners and members who are concerned about the potential impact of the EO. We expect that we will need to adapt our election protection trainings and voter education materials to address confusion. If voters are purged from the vote by mail list, we will need to increase our voter education to make sure voters are not disenfranchised. Voters will need to know how to find out if they have been excluded from the USPS or DHS lists, and how to correct any error. For example, after Florida eliminated the permanent vote by mail list, our Florida staff and partners needed to do voter education and outreach to voters (phonebanks) to inform them of the changes in the law and what voters needed to do to continue to vote by mail. This additional assistance is essential to our current and core mission and function of helping people register and vote. When the federal government throws more obstacles in the way of their doing so, we need to educate and assist voters in addressing those obstacles. Anything less would depart from and diminish a central and longstanding mission of the organization.

17. Common Cause members will also be harmed by the Executive Order's attempt to weaponize the USPS and refuse the delivery of mail and absentee ballots. Although we do not maintain comprehensive data on which of our voters vote by mail, we know that we have well over 200,000 members in the eight states and the District of Columbia that run mail ballot elections. In other jurisdictions, large numbers of our members take advantage of the mail and absentee ballot options provided for them under state law.

18. Similarly, the Executive Order's provisions directing the creation of multiple federal databases, including "State Citizenship Lists" and state-developed lists of mail/absentee

ballot recipients, create burdens for Common Cause's organizational mission and our members. As a result of our direct registration efforts, voters we assist are added to the official voter file in their jurisdiction, and we consider it our duty to safeguard the trust they place in us and in the democratic process. The state citizenship lists and state mail-in voter lists will incorporate voters' sensitive data, without clear privacy protections. Our members have a privacy interest in their own data, and Common Cause, as the organization that assisted many of them in registering or updating their registration, has an interest in protecting the integrity and privacy of that data. Any threat to the security of voter data, especially one that could result in the misuse of personal information, directly undermines our work, damages public trust, and risks chilling voter participation.

19. The Executive Order's compilation of "State Citizenship Lists" also creates the risk that many Common Cause members will be purged from voter rolls and disenfranchised because of the faulty information in the federal databases used to create those lists. We know from the government's own admission that citizenship data from the Social Security Administration and the Department of Homeland Security is filled with errors. This is especially true for those who have naturalized or derived citizenship, those who have had name changes or variations in the spelling of their name, and those with former felony convictions whose rights have been restored. Common Cause does not maintain data on these categories in our membership database, but we know through anecdotal evidence that our membership includes many individuals in these categories.

20. The Executive Order directs the Attorney General to prioritize investigation and prosecution of anyone who "aids and abets" an ineligible person to vote. Voter fraud is extraordinarily rare. When people register to vote, they attest under oath that they are U.S.

citizens. Concerningly, many individuals may be eligible to vote but might not show up on the "State Citizenship List" since the federal databases used to create those lists or to verify them were not designed for this purpose and are unreliable. Thus, the vague threats in the Executive Order, coming from the President of the United States, the Chief Law Enforcement Officer in the country, targeting assistance to voters, and citing specific criminal statutes is patently intended to chill organizations and their volunteer members from helping voters–any voters. It will interfere with the ability of Common Cause to fulfill its core mission of helping eligible voters gain access to the ballot.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Denver, CO on April 16, 2026.



Elena Nunez