**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,

*Defendants.*

Case Number 1:26-cv-01114

**DECLARATION OF KYLE GIDDINGS**

I, Kyle Giddings, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen, over the age of eighteen, and a resident of Colorado. I am competent to testify and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Chair of the Colorado Common Cause Advisory Board. I assumed this role in January 2026 and have been a member of the board for three years. As Chair, I work with the Board, Common Cause staff, and volunteers to fundraise, build out election protection efforts through volunteer and voter engagement, and support other general operations for the organization. I inform and help make decisions related to Common Cause's activities and capacity to take on certain work within Colorado.

3. I am a Hispanic registered voter in Denver city and County, Colorado.

4. I was born and raised in Arvada, Colorado. I have been a voter in Colorado stretching back to 2008. Outside of one election in 2008, I recall only voting by mail. I plan to vote by mail for the upcoming 2026 federal elections.

5. I have prior convictions for felony offenses that stem from a period in my life marked by addiction and unresolved trauma. During that time, there was one election I could not participate in while I was incarcerated in the Jefferson County Detention Facility. After over a decade of sobriety and sustained recovery, I am a husband, father, Deputy Director of a nonprofit 501(c)(3) organization, and a national leader in the expansion of voting rights for justice-impacted individuals. Within my current role as a Deputy Director, I work to expand ballot access for people incarcerated in Colorado county jails.

6. In addition to my advocacy work, I provide direct support to incarcerated voters in Colorado county jails. Because Colorado offers same day registration and every Colorado voter receives a mail ballot at the mailing address provided on a voter's registration application, I

support incarcerated voters from the beginning stages of voter registration and education to the later stages of the election cycle when they cast their ballot. I help individuals assess their voter eligibility for themselves by providing them with information about Colorado's voter eligibility requirements, assist with the provision of registration applications, and support the county jail's administration of elections directly during the early voting period.

7. Many eligible, incarcerated voters vote via a mail-in ballot, even if their county jail offers an in-person voting option with a voting machine. In Denver County and Jefferson County, in-person voting is administered through mail-in ballots printed inside the jail for eligible voters on demand by elections staff, in addition to voters being automatically sent their mail ballot. In Denver County, these voters may choose to make their selections in a small voting booth and then immediately deposit their ballot in a ballot box, or they may take their mail-in ballot back to their cell to review, think about their selections, and return later through the jail's mail system. In Jefferson County, deputies make announcements inside every pod to collect mail-in ballots at one time. In both counties, when ballots are not immediately deposited by voters or collected by elections or jail staff, voters will deposit completed ballots through the jail's mail system for jail staff to transport, as they would with legal and general mail and kite requests. For a small subset of incarcerated voters, they additionally rely on USPS services to return their ballot.

8. I personally observe the voting process as it occurs in Denver County and Jefferson County. Before and during the voting period, I help determine incarcerated individuals' voter eligibility on the spot. I serve as an election judge in Denver County and Jefferson County, where my duties as an election judge includes printing and transporting mail-in ballots for incarcerated voters. On occasion, I have also helped people read their ballots.

9. Thousands of incarcerated Colorado voters use the mail-in ballot system for their in-person voting opportunities. From public records requests I obtained from the Secretary of State's office, over 2,300 people voted from a Colorado jail in 2024. I anticipate that many will be voting in the 2026 federal elections, including the June 30, 2026 Primary Election and November 3, 2026 General Election.

10. I estimate that to date I have supported hundreds of incarcerated voters in the mail-in ballot process directly.

11. I plan to continue directly supporting voters in the mail-in voting process this year, including before the June Primary and November General Election.

12. While I inform voters about voter eligibility requirements and only intend to support eligible voters, I do not independently verify the eligibility of all voters inside a Colorado jail who I talk to, who receive a voter registration application, or who receive a ballot. Eligibility for people in the criminal justice system may not be static; depending on each state's unique laws, individuals can have their eligibility temporarily revoked and then restored after they registered to vote or are issued a ballot, even though they have only engaged in the voting process while eligible.

13. It also would not be feasible for most, if not all, incarcerated individuals in Colorado to prove their own eligibility if questioned. Incarcerated individuals do not have access to documentation necessary to prove voter eligibility. As a volunteer, it is also difficult to coordinate with incarcerated individuals to gather documentation from loved ones, within the jail's custody, or from other government offices. Major election changes that require voters to verify their eligibility or interferes with their ability to mail in their ballot severely impact the incarcerated voters I support.

14. I understand that President Trump signed an executive order on March 31, 2026. Based on news reporting, I understand that this Executive Order will require federal agencies to create a list of citizens for dissemination and will prevent USPS from transporting mail-in ballots if voters do not appear on a list of mail-in voters. I also understand that the Order prioritizes the investigation and prosecution of people who assist mail-in voters who are deemed ineligible.

15. I believe this Order will chill voters' mail-in ballot participation and volunteers' assistance of voters in that process. As a person with a criminal history who helps others with criminal histories, the threat of criminal prosecution intimidates eligible voters from registering and voting out of fear of another criminal investigation or conviction. Educating and reaching eligible incarcerated voters will be even more difficult now.

16. This Order also intimidates me and impedes my work. Even though I only support eligible voters, there are critics of voting services offered to people in the legal system. I have seen election workers and volunteers falsely accused of abetting election fraud, like the Georgia election workers in the 2020 presidential election accused by Rudy Giuliani. I believe I will be targeted for helping voters in the criminal legal system in light of these accusations and the Order. I already have had long conversations with my wife and family about how I could be targeted.

17. I am not the only volunteer who supports voters in the criminal legal system in Colorado or nationwide. I believe that other Common Cause members and volunteers who support individuals in the mail-in ballot process are similarly intimidated. If volunteers are so intimidated that they cease or limit their involvement with Common Cause to support voters before the Primary and General federal elections this year, this will significantly impact Colorado Common Cause's ability to reach, educate, and turn out voters.

18. For the incarcerated voters I support, the Order is already having an oversized impact on how I and Colorado Common Cause will be able to reach and support them. Colorado Common Cause will have to increase its voter education efforts and divert resources from other election protection efforts to support voters who need documentation after being improperly flagged or omitted from lists, leading to voter registration purges or mail-in ballot delivery issues. Traditionally, Colorado Common Cause has not significantly supported voters through documentation procurement for voter registration and voting purposes. However, it will have to expand its work to include these services, diverting and restraining resources from other components of its core mission, to properly support voters who lack documentation.

19. I am also concerned about the federal government compiling and sharing my personal identifying information across federal agencies and from states. I believe this is an overreach of authority by the federal government.

20. I regularly encounter individuals who are wary of the electoral system and hesitant to share personal information. I spend substantial time educating voters about the state and federal legal protections in place to safeguard their personal information and their involvement with the criminal legal system. Federal voter data sharing beyond what Colorado or Congress requires would undermine this trust and directly interfere with these efforts, chilling voters' participation in elections and Colorado Common Cause's efforts to engage them.

21. I believe voting is important because it is how I advocate for my community. I use voting as a tool to stand up for people who are currently and formerly incarcerated in Colorado and to be heard at all levels in the policies and decisions that shape my community's future. I strongly believe that voting is the most powerful way I can influence real and lasting change.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Denver, Colorado on April 16, 2026.

Kyle Giddings