**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,

*Defendants.*

Case Number 1:26-cv-001114

**DECLARATION OF ADRIAN JAMES LOMAX**

I, Adrian James Lomax, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen, over the age of eighteen, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Black, registered voter in the District of Columbia ("D.C.").

3. Currently, I am incarcerated in the Arlington County Detention Facility ("ACDF") in Arlington County, Virginia. I am serving out incarceration time for a misdemeanor offense, with an anticipated release date in 2027.

4. In D.C., I receive my ballot automatically by mail. On or around March 26, 2026, I updated my mailing address while detained in ACDF. My voter registration information should list ACDF's address as my mailing address so that I may participate in the D.C. Primary Election from jail.

5. Because I will be outside of D.C. in all 2026 federal elections, I can only vote by mail. There is no way for me to vote in-person without being released early. Even if I wanted to vote in person, I cannot leave ACDF custody to cast a ballot at a polling location in D.C.

6. Because I am incarcerated, I can be moved around by county and state correctional departments without much notice. Although I anticipate remaining in ACDF, I cannot guarantee that my mailing address will be the same between now and my release date in 2027. If I am moved around, I must update my mailing address by mail to receive my ballot. I could be moved and be required to update my mailing address as late as a couple of weeks before an Election Day.

7. While detained, I can only receive and send mail, including election mail, through ACDF's mail system. I cannot freely choose a mail carrier. My election mail at ACDF is transmitted by United States Postal Service ("USPS"). I do not and cannot interact with USPS employees involved in the delivery of my election mail while I am in ACDF custody.

8. If my voter registration is flagged or canceled because of missing or contrary information regarding citizenship or voter eligibility, or if my ballot cannot be transported by USPS for any reason, it is nearly impossible for me to know. I cannot investigate issues or research information about my voter registration status, election information, or ballot status on my own while I am detained. I rely on correctional staff, volunteers allowed inside ACDF, and my loved ones to provide me outside information. D.C. Board of Elections staff cannot simply call me in ACDF custody to notify me of issues. Nor would I be able to easily receive a notification from USPS. Receiving election mail notices can take a long time because of the jail's delay to accept, process, and deliver election mail.

9. Even if I could be informed about voter registration, eligibility, or ballot delivery issues, I am not able to provide any additional documentation to cure issues while I am detained. As an incarcerated person, I do not have any accessible documentation. If I can get into contact with people not in ACDF custody in time, I must rely on others to help me provide additional information or documentation.

10. I am very worried that ordered federal changes to USPS ballot delivery processes and the dissemination of my personal information to and from D.C. by federal agencies will prevent me from voting from jail this year. I have no way of knowing if I am on any federal list. This recent executive order will prevent me and other eligible incarcerated voters from casting ballots from jail this year, despite being eligible voters.

11. I have voted in prior elections. I want to participate in the upcoming federal elections because I believe that my voice matters and using the ballot is the best way to make change in my community. I intend to vote by mail in the D.C. Primary Election on June 16, 2026, and in the General Election on November 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Arlington VA on April 8, 2026.

Adrian James Lomax