**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,

*Defendants.*

Case Number 1:26-cv-001114

**DECLARATION OF JILL HOWARD**

I, Jill Howard, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen, I was born in 1952, I am 73 years-old, and I reside in Washington State. I am competent to testify and have personal knowledge of the facts and information set forth in this declaration.

2. I am a registered voter of Ferry County, Washington.

3. I have been registered to vote in Washington since I moved there in the late 1970s or early 1980s and don't believe I've had to re-register to vote since moving from Nebraska over 40 years ago. I have not had a valid passport since I was 19 in the early 1970s.

4. I have lived at my current voter residence for about 15 years. My home is located in a mountainous area right off the Columbia River. The nearest elections office is in Republic, Washington, which is about 50 miles away.

5. To get to Republic, you would need to drive on a steep and narrow two-lane mountain highway that becomes dangerous or undriveable when the weather is bad. When it snows, the connecting road from my house to the highway is only plowed every few days at most. The road is often full of log trucks and in November there are often storms and lots of snow.

6. I also have a few chronic health conditions that would make it hard on me to drive to and from my elections office, especially because of the distance.

7. Others in my community/rural area would face similar issues because many are in their 70s and have chronic health conditions as well.

8. I am also worried about the financial obstacles that I would have to overcome to vote if there was no way to vote by mail. I am on a fixed income so the cost of gas, potential necessary snow tires, and replacing missing documentation would stretch my financial means.

9. With these obstacles and challenges, I rely on voting by mail. As a Washington voter, I always get my ballot through the United States Postal Service ("USPS"). I send my ballot back by putting it in the mailbox (about a quarter of a mile from my house at the end of the driveway) and rely on a mail carrier to deliver it.

10. I also like mail-in voting because it gives me time to go over candidates and their positions.

11. I intend to use the vote by mail process, including USPS mailing services, for the upcoming Washington Primary Election on August 4, 2026, and General Election on November 3, 2026. I also intend to use the vote by mail process in other future elections.

12. I believe I have voted exclusively by mail since the institution of vote by mail in Washington. I have regularly voted in local, state, and federal primary and general elections during this time.

13. I believe I have voted in all but one federal primary and every federal general election since mail in voting was instituted in Washington.

14. I am a member of Common Cause. I have been a member since at least two years ago. I donate what I can to the organization and also receive emails and news updates from them.

15. I understand that President Donald Trump signed an Executive Order (EO) that will impact voters' ability to transport their ballots through USPS if they are not on a specific list of mail-in voters.

16. I am concerned that this EO would impede my ability to vote.

17. I understand that the federal government will create and distribute a list of United States citizens, based on personal information unrelated to voting sourced from federal agencies, like the Social Security Administration.

18. I do not support the sharing of my personal information with federal agencies because I don’t trust them to handle the information correctly. I know that Common Cause is fighting to protect voter privacy and that is one of the reasons I joined their organization in Washington State.

19. I am worried about what happens to my personal information if it is shared with and by federal agencies. I don’t want the federal government giving information to Washington state that I have provided to the federal government for non-voting purposes and I worry about my data being leaked.

20. I vote because it is my right and duty. The more people that contribute and make their voices heard, the stronger our democracy is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in _________________ on April ___, 2026.

________________________________

Jill Howard

Kettle Falls, WA 99141

April 10, 2026

Jill Howard