**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,<br><br>*Defendants.* | Case Number 1:26-cv-001114 |

**DECLARATION OF CATHERINE BALAN**

I, Catherine Balan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen. I was born in 1962, am 64 years-old, and I reside in California. I am competent to testify and have personal knowledge of the facts and information set forth in this declaration.

2. I am a member of Common Cause and have been for about ten years. I get important information from them, respond to their questionnaires, and donate when I am able.

3. I am a registered voter of Yuba County, California. I have lived in this county since 2012.

4. I have lived in my current home for ten years. It is located in the Sierra Nevada Mountains of Northern California in a small town in a very remote area within a mountainous national forest. My property is 75 acres in Camptonville, which does not have a polling location. I have to travel a mile just to reach my mailbox from my house.

5. Yuba County only has eighteen polling locations for the entire county and I do not live close to any. The closest town with a potential polling place is Oregon House, California, which is ten miles away from me. There are no public transportation routes that can reach me. If I cannot access to a vehicle, I have no way to get to reach my closest polling place.

To drive from my home to Oregon House, I must navigate remote, mountainous roads with curves and big elevation gains. Driving conditions can become very dangerous. In the summer, near California's June primary elections, wildfires are common near me, which can unexpectedly cause roads closures and evacuations. In the winter, the roads are not passable until plowed when it snows. In November, we often get terrible rain and thunder showers along with the potential for snow. The thunderstorms are almost worse than the snow because fallen trees and branches will create road blockages. Since I live in a rural area, one broken link in the chain, such as

unpredictable weather conditions or resulting car problems, will prevent me from being able to cast a ballot at a polling place or ballot drop-off location.

6. Due to these challenges, I significantly rely on the vote by mail process in California to participate in all local, state, and federal elections. As a California voter, I receive my ballot automatically by mail through the United States Postal Service ("USPS") and I use USPS to return my ballot. When I return my ballot by mail, I either drop it at a post office or deposit it in my mailbox, relying on USPS employees to take it and deliver it.

7. I intend to use the vote by mail process, including USPS's mailing services, for the upcoming California Primary Election on June 2, 2026, and General Election on November 3, 2026.

8. I rely on vote by mail and USPS services primarily because I live in a remote and rural area with mountain roads and potentially dangerous weather. I also appreciate that mail-in voting gives me additional time to evaluate candidates and make informed selections.

9. I have voted in virtually every election for the last 25 years by mail-in vote.

10. I understand that President Donald Trump signed an Executive Order ("EO") that will impact voters' ability to transport their ballots through USPS if they are not on a specific list of mail-in voters.

11. If this EO disrupted my ability to vote by mail, there are circumstances where I would lose my ability to vote.

12. I am aware that the EO talks about lists of eligible voters. I do not know how I would confirm if I were properly included on any USPS list to vote by mail. I am concerned that my ballot would not be delivered if I am not on that list. Further, I am concerned that I would not

be notified of the USPS's failure to deliver my ballot, so I would not be able to fix any problems with my ballot in time.

13. Overall, from my understanding of the EO, I am deeply troubled about the obstacles I will be forced to go through to verify—if I can verify—that my vote by mail ballots will be accepted for delivery and delivered by USPS.

14. I also understand that the EO requires the federal government to send a list of United States citizens, based on personal information from various federal agencies, like the Social Security Administration.

15. I do not know if other federal agencies like the Social Security Administration have information reflecting my United States citizenship status. I am concerned that information could be used to remove my name from California voter rolls or to challenge my vote by mail ballot.

16. Overall, I have a deep concern about the effects of this EO on all rural communities. Many of my neighbors do not have cars or are elderly with physical disabilities. These neighbors are homebound and can only vote by mail.

17. Based on my understanding of the EO, I am also concerned about the sharing of my personal information and voter information with and by federal agencies. I have not consented, nor do I consent, to the federal government distributing my personal information I have given to federal offices unrelated to voting purposes or information I have given to state election offices only for voting purposes. I am worried about federal data leaks and that my personal information could be used for fraudulent purposes or for reasons completely unrelated to voting.

18. Protecting my privacy is important to me and I have lost faith in the federal government to protect my personal information. I am aware that Common Cause fights for protection of voters' privacy and their information, which is one of the reasons I support them. I'm of the generation where your private life is your private life. My personal information should only be shared if I choose to do so.

19. I believe that voting is important because I believe the ballot really is our individual voice. If we want a government of the people, we have an obligation as citizens to vote. I consider voting to be a privilege that I want to take advantage of. I worry that the EO will take this privilege away from people like me who vote by mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Camptonville on April 15, 2026.

Catherine Balan

Catherine Balan