**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,<br><br>*Defendants.* | Case Number 1:26-cv-01114 |

**DECLARATION OF BRIAN JAMES FREEMAN**

I, Brian James Freeman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen born in 1940, I am 85 years old, and I reside in Oregon. I am a registered voter of Multnomah County, Oregon. I am competent to testify and have personal knowledge of the facts and information set forth in this declaration.

2. I have lived in Oregon all my life. The only time I lived outside of Oregon was during my military service time. I have been registered to vote in Oregon since I was 21 years old. I have lived at my current voter residence for over fifty years.

3. I have voted only by mail since the inception of vote by mail in Oregon. By my recollection, this was around the 1980s. I have regularly voted in local, state, and federal primary and general elections throughout this time.

4. I am a member of Common Cause. I have been a member for about ten years. As a member, I have donated to the organization for several years and volunteered with the organization's advocacy work. Most recently, I supported the Common Cause team by reviewing and providing analysis on bills in the last Oregon legislative session.

5. I significantly rely on the vote by mail process in Oregon to participate in local, state, and federal elections. As an Oregon voter, I receive my ballot automatically by mail through the United States Postal Service ("USPS") and I use USPS to return my ballot. When I return my ballot by mail, I deposit it in my mailbox and rely on a USPS employee to transport it. I have never interacted directly with USPS employees to verify that they can accept and transport my ballot.

6. I intend to use the vote by mail and use USPS mailing services for the upcoming Oregon Primary Election on May 19, 2026, and General Election on November 3, 2026.

7. I intend to participate in all future Oregon elections, and to vote by mail in each of those elections.

8. I rely on vote by mail and USPS services primarily because of my health and the caretaker services that I provide to my wife. My wife is homebound and she requires constant care. I am my wife's primary caretaker. Because of the extent of her care, I do not trust others to watch over her when I leave our home. It is a significant burden to leave her alone or transport her, due to my mobility limitations at my age, to vote at an in-person polling location. For these same reasons, leaving to deposit my ballot in a ballot drop box is not a feasible option for me. It is a significant burden toleave my wife for an indefinite amount of time to confirm with a USPS employee that they can transport my ballot.

9. From news reporting, I understand that President Donald Trump signed an executive order that will impact voters' ability to transport their ballots through USPS if they are not on a specific list of mail-in voters.

10. I have followed news reporting related to Oregon's refusal to reveal my personal information, and all Oregon voters' personal information, on state voter rolls to the federal government. I do not know if Oregon will continue to refuse the provision of my personal voter information to the federal government for the creation of a USPS list. In this regard, I feel caught in the middle of the executive order's overreach, the protection of my privacy rights, and ability to vote through USPS mailing services.

11. I will attempt to undertake measures to verify I am included on Oregon's State Citizenship List and any USPS eligibility list, but I do not understand if or how I could confirm that I am properly included on those lists. I am concerned that my ballot would not be delivered and then not counted if I am not on these lists.

12. I am deeply troubled about the logistical obstacles I will be forced to go through to verify—if I can verify—that my vote by mail ballots will be accepted for delivery and delivered

by USPS. I am worried that I will not be able to vote because of these hurdles and confusion surrounding the USPS process close to the Primary and General Election Day.

13. I also understand that the federal government will compile and distribute a list of United States citizens, based on personal information unrelated to voting sourced from various federal agencies, like the Social Security Administration.

14. Because I was born in the United States in 1940, I do not know if federal agencies like the Social Security Administration have information reflecting my United States citizenship status. Outside of obtaining a United States passport, I do not recall providing citizenship information to federal government agencies.

15. I fear that citizenship information disseminated by the federal government could be used to remove my name from Oregon voter rolls or to challenge my vote by mail ballot.

16. I do not support the sharing of my personal information and voter information with and by federal agencies. I have not consented, nor do I consent, to the federal government distributing my personal information between federal agencies or to states in connection with a State Citizenship List or other federal database of eligible mail voters.

17. I vote because I want my grandchildren to live in a democracy. I believe democracy degrades when we do not vote and participate. I was a member of my local school board for 12 years, so I believe in the power of my vote to achieve local and federal change.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Multnomah County, OR on April 12, 2026.

Brian James Freeman

Brian James Freeman