**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DSCC; DCCC; DEMOCRATIC NATIONAL COMMITTEE; DEMOCRATIC GOVERNORS ASSOCIATION; U.S. SENATE MINORITY LEADER CHARLES E. SCHUMER; and U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM S. JEFFRIES,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; U.S. DEPARTMENT OF JUSTICE; U.S. POSTAL SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; SOCIAL SECURITY ADMINISTRATION; U.S. DEPARTMENT OF COMMERCE; PAMELA BONDI, in her official capacity as U.S. Attorney General; DAVID STEINER, in his official capacity as U.S. Postmaster General; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of the U.S. Citizenship and Immigration Services; FRANK J. BISIGNANO, in his official capacity as Commissioner of Social Security Administration; and HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,

*Defendants.*

Case Number 1:26-cv-01114

**DECLARATION OF CLIFFORD ALBRIGHT**

I, Clifford Albright, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a U.S. citizen, am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Co-Founder and Executive Director of Black Voters Matter Fund ("BVMF") and of BVM Capacity Building Institute, Inc. ("BVMCBI"). I have been involved with both organizations since they were formed in 2016 and 2017, respectively. In this declaration, I will generally refer to both organizations, collectively, as Black Voters Matter or BVM.

3. In my role, I oversee our grant programs, our training programs, and our direct services initiatives, which include among other things our voter registration and Get Out the Vote ("GOTV") efforts. I also participate in and review our fundraising activities and oversee our budgets.

4. BVMF is a nonpartisan, nonprofit 501(c)(4) social welfare organization that works to strengthen Black political power and uplift communities of color through civic participation. BVMF advances this mission by engaging voters directly, partnering with and resourcing grassroots groups rooted in Black communities, and supporting local efforts in both urban centers and rural areas. Through issue-based voter engagement and community-driven outreach, BVMF helps ensure that the concerns of everyday people are reflected in electoral politics and transforms disengagement community members into active participants in the democratic process.

5. BVMCBI is a nonpartisan, nonprofit 501(c)(3) organization dedicated to

increasing power in marginalized, predominantly Black communities. The organization builds civic and political power by investing in Black and marginalized led, grassroots community organizations through grants, training, and technical assistance. BVMCBI works in communities often overlooked by traditional civic engagement efforts, including rural areas and small cities with the goal of strengthening local infrastructure so that Black communities can effectively participate in democratic processes and advocate for policies that affect their lives.

6. Between both organizations, our work falls into the following general categories. For BVMCBI, the core of our work is our voter registration and get out the vote (GOTV) efforts, which aim to strengthen the work of existing community groups and use technology to bring members of the Black community into their power as voters. We also host several development and training programs, which provide local leaders with education on registration and GOTV strategies and requirements. In many cases, these community leaders have never had the benefit of such formal training. For BVMF, the core of our work is policy advocacy. We have testified and lobbied for and against various voting-related legislation at the state, local, and national level. Our efforts have ranged from testifying at local and state legislatures to a multi-state bus tour promoting national voter-protection legislation. Additionally, BVMF undertakes direct expenditures, including the allocation of funds for grants and the execution of public policy campaigns. Voter registration and GOTV efforts are core functions of both organizations, and have been since their inception.

7. Across this work, BVM distributed over $9,000,000 across 700 grassroots partners for programmatic activities in 225 counties in 25 states in 2024. Many grants are

distributed for the purposes of GOTV and voter registration work, which enables BVM and its partners to reach a large swath of voters who are more likely to vote by mail. For example, our Take the Field and Black Youth Renaissance programs engaged tens of thousands of voters and volunteers across over 28 historically Black colleges and universities and other campuses.

8. While voter engagement through volunteer-driven work is central to BVM's mission, BVM invests in several other issue areas, including healthcare access, housing justice, food equity, environmental justice, emergency relief, and DEI in higher education institutions. Hundreds of volunteers through BVM and its funded partners engage their community members to holistically uplift communities of color. For example, we reached thousands of Black voters in rural Georgia to help residents join food co-ops and advocate for safer housing and utility justice, and our volunteers engage students to write thousands of messages to college administrators about the importance of DEI on college campuses in 2025. Warrant clinics are also vitally important to achieve our mission. In 2024, our warrant clinics lifted 1,491 warrants and cleared $220,000 in fines and fees across four states. In each month of May and October 2025, we cleared over 1,000 assessments of fines and fees for hundreds of people in Michigan alone. Our voter registration and GOTV work is in addition to this work.

9. By growing the number of engaged Black voters, BVM seeks to build a powerful voting block that can use its influence to bring much-needed resources and support into the Black community. Thus, it is central to BVM's mission that members of these communities be able to cast their ballot using any available method, including voting by mail.

10. As voting by mail has become more available and popular, we have encouraged voters to feel confident that voting by mail is a safe and effective way to have their voices heard.

11. Convincing community members to vote is often not easy because the political process has frequently been used to harm, not help, the Black community. From complete disenfranchisement, to the poll taxes and literacy tests of the Jim Crow era, to more subtle forms of discrimination such as racial gerrymandering, Black people have consistently been on the losing end of politics. In addition to inspiring potential voters, we often have to assure them that election officials will fairly administer elections and protect their data. This need to build trust is in large part why we partner with grassroots organizers who are well known and trusted in their local community.

12. To overcome the reticence this history has caused, BVM invests millions of dollars every year in voter engagement programs across the state, with a particular emphasis on registering and mobilizing communities with large populations of Black voters, especially in harder to reach rural areas throughout the South. Our core states where our staff and volunteers are engaged include Alabama, Florida, Georgia, Louisiana, Michigan, Mississippi, North Carolina, Ohio, Pennsylvania, and Texas. We engage in strategic phone and text banks, letter and postcard writing, and door-to-door canvassing to reach voters, help them register to vote, educate them about the voting process and upcoming elections, and turn them out to vote.

13. In addition to these programs, BVM has participated in litigation seeking to protect voters from improper government actions, including lawsuits seeking to prevent unlawful purges of the voter rolls by state officials. We have also intervened in lawsuits in

which private individuals attempted to compel voter roll purges and where the United States Department of Justice is attempting to obtain all Georgia voters' unredacted voter file, which contain personally identifying information, such as social security numbers, driver's license numbers, and full dates of birth, which are all protected from disclosure by state law. *See* Order, *United States v. Raffensperger*, No. 1:26-cv-00485 (N.D. Ga. Jan 30, 2026), ECF No. 13 (granting BVM intervention); *see also* Motion to Intervene, *United States v. Alexander*, No. 1:25-cv-07084 (N.D. Ga. Dec. 16, 2025), ECF No. 4.

14. We engage in these lawsuits to protect state voter lists and voter data because we understand that public trust is important and a deep skepticism of government systems exists within the communities we serve. All of BVM's work is undermined if our constituents believe their data will be used improperly to make it harder for them to vote and have that vote counted.

15. I am aware that President Trump signed an Executive Order on March 31, 2026, titled "Ensuring Citizenship Verification and Integrity in Federal Elections" (hereinafter "Order").

16. In light of our work, the Order poses an incredible challenge to our mission and ability to achieve our organizational goals and objectives.

17. As an organization that engages hundreds of volunteers to interact with hundreds of thousands of voters nationwide, our volunteers do not, nor could they, independently verify eligibility for every person they interact with as part of our civic engagement work, including as it may relate to the obtainment and transmission of voting by mail. The Order directly interferes with our mission by erecting new and uncertain barriers to voting, including the prohibition on the delivery of ballots and threats of

prosecution for the assisting of voters. The Order will disproportionately affect the communities we serve, especially the Black communities who rely on voting by mail, including rural, college, elderly voters and voters impacted by weather and natural disasters. When eligible voters are confused, delayed, or denied access to certain methods of voting, our outreach efforts are undermined, and our credibility and effectiveness as civic engagement organizations is harmed.

18. The Order has already required and will imminently require BVM to increase expenditures on its core programs designed to increase voter registration and turnout. We plan to immediately increase volunteer and organizational resources to better support mail-in ballot voters, purge voters, and voters with privacy concerns on the eve of each federal Election Day, including each state's federal Primary Election Day before the November General Election. These new demands mean that between now and November 3, 2026, we and our grant-funded partnering organizations must significantly increase the time and resources we expend on these issues. We also must dedicate additional time and resources to retraining volunteers and addressing any concerns they have related to threats of prosecution by the EO related to mail-in voter assistance.

19. Since the issuance of the Order, our staff has experienced a significant increase in voter and partner inquiries and requests for information related to concerns about voter eligibility, the ability to continue to vote by mail, and concerns about their data privacy.

20. To address these concerns, BVM has begun increasing staff time, increasing volunteer outreach, and committing financial resources in ways we had not anticipated going into a busy election season. For instance, BVM is now working to develop new voter

education materials explaining the Order and its potential impact, training staff and partners to respond to data-matching errors and ballot delivery issues, assisting voters in navigating mismatches or omissions on the State Citizenship and USPS Lists, and coordinating with election officials to address these new barriers to voting. These activities were not part of our planned programming and will limit our ability to conduct proactive voter registration for those hard-to-reach voters we work to engage in the normal course of our work.

21. Further, our staff and volunteers are placed in precarious situations when interacting with community members and potential eligible voters. Oftentimes in the field, our staff and volunteers will assist voters with applications for mail-in ballots at the same time as voter registration applications, with respective receipt deadlines for each state in mind. Although our volunteers provide voter education about eligibility, we do not train our staff and volunteers to independently investigate a person's voter eligibility before assisting in the voter registration or vote by mail process. Nor could we in some states. Our volunteers and staff work in several communities of voters whose eligibility based on age, criminal history, and citizenship are historically questioned—despite their eligibility—by state or federal officials. Because of this Order, we must expend additional resources to learn and disentangle these seemingly contradictory instructions to investigate eligibility despite the prohibition by several states to do so. Then, we must retrain our staff and volunteers to ensure legal compliance.

22. I am concerned that the increasingly complex legal landscape subjects our organization to a heightened and uncertain risk of investigation or prosecution, which in turn materially chills our ability to carry out our core civic engagement activities.

23. The injuries we are experiencing are directly related to the Order. Enjoining

the Order would prevent these harms and bring back the status quo and predictability we rely on as we encourage our communities to participate in the democratic process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed on April 10th, 2026.

Clifford Albright