**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>        Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>        Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**DEMOCRATIC PARTY PLAINTIFFS' INDEX OF EXHIBITS**

| Exhibit Number | Document Title |
|---|---|
| 1 | Declaration of Lillie Snyder Boss (Apr. 16, 2026) |
| 2 | Declaration of Erik Ruselowski (Apr. 16, 2026) |
| 3 | Declaration of Liberty Schneider (Apr. 16, 2026) |
| 4 | Declaration of Jillian Edelman (Apr. 8, 2026) |
| 5 | Declaration of Hakeem S. Jeffries (Apr. 14, 2026) |
| 6 | Declaration of Charles E. Schumer (Apr. 16, 2026) |
| 7 | Declaration of Ada Shen (Apr. 17, 2026) |
| 8 | Declaration of Carolyn Betensky (Apr. 17, 2026) |
| 9 | Declaration of Danielle Litwak (Apr. 16, 2026) |
| 10 | Expert Declaration of Dr. Kenneth Mayer (Apr. 17, 2026) |
| 11 | Maddie Gannon, *Trump Stops in Battleground Georgia to Talk Economy, Voter ID Ahead of Midterms*, Spectrum News (Feb. 19, 2026), https://perma.cc/TZC6-RH6W |
| 12 | *Fact Sheet: President Donald J. Trump Ensures Citizenship Verification and Voter Eligibility in Federal Elections*, The White House (Mar. 31, 2026), https://perma.cc/PZP7-3Y8Y |
| 13 | *About SAVE*, USCIS (Mar. 3, 2026), https://perma.cc/97LR-VZ5T |
| 14 | Dep't of Homeland Sec., Ref. No. DHS/USCIS/PIA-006(d), *Privacy Impact Assessment for the Systematic Alien Verification for Entitlements "SAVE" Program* (Oct. 31, 2025) |
| 15 | Vittoria Elliott, *DHS's Data Grab Is Getting Citizens Kicked Off Voter Rolls, New Complaint Says*, Wired (Jan. 22, 2026), https://www.wired.com/story/dhs-data-grab-getting-citizens-kicked-off-voter-rolls/ |
| 16 | Fair Elections Ctr., *Eligible Voters at Risk: Examining Changes to USCIS's SAVE System* (July 2025), https://perma.cc/DED4-6VS7 |
| 17 | *Update Citizenship or Immigration Status*, Soc. Sec. Admin. (last visited Apr. 17, 2026), https://perma.cc/PZP7-3Y8Y |
| 18 | Letter from Nancy Morales Gonzalez, Assoc. Gen. Counsel for Soc. Sec. Admin., to Jon Sherman, Litig. Dir. & Senior Couns. for Fair Elections Ctr. (July 13, 2023) |

| 19 | Jen Fifield, *A Federal Tool to Check Voter Citizenship Keeps Making Mistakes. It Led to Confusion in Texas*, Tex. Trib. (Feb. 13, 2026), https://perma.cc/PZP7-3Y8Y |
|---|---|
| 20 | Alexandra Berzon & Nick Corasaniti, *Initial Review Finds No Widespread Illegal Voting by Migrants, Puncturing a Trump Claim*, N.Y. Times (Jan. 14, 2026), https://www.nytimes.com/2026/01/14/us/politics/noncitizen-voters-save-tool.html |
| 21 | *SAVE: Verification Process*, USCIS (May 22, 2025), https://www.uscis.gov/save/about-save/save-verification-process |
| 22 | *FAQ: How can I change my address or direct deposit information for my Social Security benefits or Supplemental Security Income (SSI) payments?*, Soc. Sec. Admin. (Sep. 20, 2024), https://perma.cc/U93C-RU6Z |
| 23 | Mehreen S. Ismail, *Number and Percentage of State-to-State Movers Increased Between 2021 and 2022*, U.S. Census Bureau (Nov. 21, 2023), https://perma.cc/QF9E-HUS9 |
| 24 | *Naturalization Statistics*, USCIS (Jan. 24, 2025), https://perma.cc/HX6V-CMAH |
| 25 | Olivia B. Waxman, *Voting by Mail Dates Back to America's Earliest Years. Here's How It's Changed Over the Years*, Time (updated Dec. 12, 2023), https://perma.cc/NH33-8WXJ |
| 26 | *Table 5: Applying for an Absentee Ballot, Including Third-Party Registration Drives*, Nat'l Conf. of State Legislatures (Feb. 24, 2026), https://www.ncsl.org/elections-and-campaigns/table-5-applying-for-an-absentee-ballot |
| 27 | *Table 1: States with No-Excuse Absentee Voting*, Nat'l Conf. of State Legislatures (Mar. 10, 2026) (updated Aug. 26, 2025), https://www.ncsl.org/elections-and-campaigns/table-1-states-with-no-excuse-absentee-voting |
| 28 | *Table 2: Excuses to Vote Absentee,* Nat'l Conf. of State Legislatures (updated Aug. 26, 2025), https://www.ncsl.org/elections-and-campaigns/table-2-excuses-to-vote-absentee |
| 29 | U.S. Election Assistance Comm'n, *Election Administration and Voting Survey 2024 Comprehensive Report* (June 2025) (Excerpts) |
| 30 | M.I.T. Election Data & Sci. Lab, *Voting by Mail and Absentee Voting* (Feb. 28, 2024), https://perma.cc/JA6W-PT4V |
| 31 | M.I.T. Election Data & Sci. Lab, *How We Voted in 2024* (July 21, 2025), https://perma.cc/R3PN-EFZF |
| 32 | *Table 12: States with Postage-Paid Election Mail*, Nat'l Conf. of State Legislatures (Jan. 28, 2024), https://www.ncsl.org/elections-and-campaigns/table-12-states-with-postage-paid-election-mail |

| 33 | Lisa Baertlein, *UPS, FedEx Warn They Cannot Carry Ballots Like U.S. Postal Service*, Reuters (Aug. 16, 2020), https://perma.cc/QYS7-QUZQ |
|----|---|
| 34 | *USPS Releases Report on 2024 Election*, U.S. Postal Serv. (Dec. 3, 2024), https://perma.cc/8ZU7-SADA |
| 35 | Dep't of Homeland Sec., *USCIS Budget Overview, FY 2026 & FY 2027* (Apr. 3, 2026) (Excerpts) |
| 36 | Doug Bock Clark & Jen Fifield, *Inside Trump's Effort to "Take Over" the Midterm Elections*, ProPublica (Apr. 13, 2026), https://perma.cc/VNY7-XAUC |
| 37 | Eileen Sullivan, *DOGE Employees Shared Social Security Data, Court Filing Shows*, N.Y. Times (Jan. 21, 2026), https://www.nytimes.com/2026/01/20/us/politics/doge-employees-social-security-data.html |