**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**DECLARATION OF LALITHA D. MADDURI IN SUPPORT OF DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1.      I am over the age of 18 and competent to make this declaration. I am an attorney admitted to practice law in the District of Columbia. I am a partner at the law firm of Elias Law Group LLP, and I represent Plaintiffs the Democratic Senatorial Campaign Committee ("DSCC"), the Democratic Congressional Campaign Committee ("DCCC"), the Democratic National Committee ("DNC"), the Democratic Governors Association ("DGA"), and the Democratic leaders of the U.S. Senate and U.S. House of Representatives, Charles E. Schumer and Hakeem S. Jeffries, respectively (collectively, the "Democratic Party Plaintiffs") in this action.

2.      I respectfully submit this declaration in support of the Democratic Party Plaintiffs' motion for a preliminary injunction in the above captioned matter. I submit this declaration to provide the Court with true and correct copies of certain documents in connection with the motion.

3.      In compliance with this Court's local rules, voluminous exhibits have been edited to exclude irrelevant material and to include only the relevant excerpts for this Court's consideration.

4.      In compliance with this Court's local rules, the Democratic Party Plaintiffs will also provide an index of exhibits.

5.      Attached hereto as **Exhibit 1** is a true and correct copy of the April 16, 2026, Declaration of Lillie Snyder Boss ("Snyder Decl.").

6.      Attached hereto as **Exhibit 2** is a true and correct copy of the April 16, 2026, Declaration of Erik Ruselowski ("Ruselowski Decl.").

7.      Attached hereto as **Exhibit 3** is a true and correct copy of the April 16, 2026, Declaration of Liberty Schneider ("Schneider Decl.").

8.      Attached hereto as **Exhibit 4** is a true and correct copy of the April 8, 2026, Declaration of Jillian Edelman ("Edelman Decl.")

9.      Attached hereto as **Exhibit 5** is a true and correct copy of the April 14, 2026, Declaration of Hakeem S. Jeffries ("Jeffries Decl.").

10.     Attached hereto as **Exhibit 6** is a true and correct copy of the April 16, 2026, Declaration of Charles E. Schumer ("Schumer Decl.").

11.     Attached hereto as **Exhibit 7** is a true and correct copy of the April 17, 2026, Declaration of Ada Shen ("Shen Decl.").

12.     Attached hereto as **Exhibit 8** is a true and correct copy of the April 17, 2026, Declaration of Carolyn Betensky ("Betensky Decl.").

13.     Attached hereto as **Exhibit 9** is a true and correct copy of the April 16, 2026, Declaration of Danielle Litwak ("Litwak Decl.").

14.     Attached hereto as **Exhibit 10** is a true and correct copy of the April 17, 2026, Expert Declaration of Dr. Kenneth Mayer ("Mayer Decl.").

15.     Attached hereto as **Exhibit 11** is a true and correct copy of: Maddie Gannon, *Trump Stops in Battleground Georgia to Talk Economy, Voter ID Ahead of Midterms*, Spectrum News (Feb. 19, 2026), https://perma.cc/TZC6-RH6W.

16.     Attached hereto as **Exhibit 12** is a true and correct copy of: *Fact Sheet: President Donald J. Trump Ensures Citizenship Verification and Voter Eligibility in Federal Elections*, The White House (Mar. 31, 2026), https://perma.cc/PZP7-3Y8Y.

17.     Attached hereto as **Exhibit 13** is a true and correct copy of: *About SAVE*, USCIS (Mar. 3, 2026), https://perma.cc/97LR-VZ5T.

18.     Attached hereto as **Exhibit 14** is a true and correct copy of: Dep't of Homeland Sec., Ref. No. DHS/USCIS/PIA-006(d), *Privacy Impact Assessment for the Systematic Alien Verification for Entitlements "SAVE" Program* (Oct. 31, 2025).

3

19. Attached hereto as **Exhibit 15** is a true and correct copy of: Vittoria Elliott, *DHS's Data Grab Is Getting Citizens Kicked Off Voter Rolls, New Complaint Says*, Wired (Jan. 22, 2026), https://www.wired.com/story/dhs-data-grab-getting-citizens-kicked-off-voter-rolls/.

20. Attached hereto as **Exhibit 16** is a true and correct copy of: Fair Elections Ctr., *Eligible Voters at Risk: Examining Changes to USCIS's SAVE System* (July 2025), https://perma.cc/DED4-6VS7.

21. Attached hereto as **Exhibit 17** is a true and correct copy of: *Update Citizenship or Immigration Status*, Soc. Sec. Admin. (last visited Apr. 17, 2026), https://perma.cc/PZP7-3Y8Y.

22. Attached hereto as **Exhibit 18** is a true and correct copy of: Letter from Nancy Morales Gonzalez, Assoc. Gen. Counsel for Soc. Sec. Admin., to Jon Sherman, Litig. Dir. & Senior Couns. for Fair Elections Ctr. (July 13, 2023).

23. Attached hereto as **Exhibit 19** is a true and correct copy of: Jen Fifield, *A Federal Tool to Check Voter Citizenship Keeps Making Mistakes. It Led to Confusion in Texas*, Tex. Trib. (Feb. 13, 2026), https://perma.cc/PZP7-3Y8Y.

24. Attached hereto as **Exhibit 20** is a true and correct copy of: Alexandra Berzon & Nick Corasaniti, *Initial Review Finds No Widespread Illegal Voting by Migrants, Puncturing a Trump Claim*, N.Y. Times (Jan. 14, 2026), https://www.nytimes.com/2026/01/14/us/politics/noncitizen-voters-save-tool.html.

25. Attached hereto as **Exhibit 21** is a true and correct copy of: *SAVE: Verification Process*, USCIS (May 22, 2025), https://perma.cc/PZP7-3Y8Y.

26. Attached hereto as **Exhibit 22** is a true and correct copy of: *FAQ: How can I change my address or direct deposit information for my Social Security benefits or Supplemental Security Income (SSI) payments?*, Soc. Sec. Admin. (Sep. 20, 2024), https://perma.cc/U93C-RU6Z.

27.    Attached hereto as **Exhibit 23** is a true and correct copy of: Mehreen S. Ismail, *Number and Percentage of State-to-State Movers Increased Between 2021 and 2022*, U.S. Census Bureau (Nov. 21, 2023), https://perma.cc/QF9E-HUS9.

28.    Attached hereto as **Exhibit 24** is a true and correct copy of: *Naturalization Statistics*, USCIS (Jan. 24, 2025), https://perma.cc/HX6V-CMAH.

29.    Attached hereto as **Exhibit 25** is a true and correct copy of: Olivia B. Waxman, *Voting by Mail Dates Back to America's Earliest Years. Here's How It's Changed Over the Years*, Time (updated Dec. 12, 2023), https://perma.cc/NH33-8WXJ.

30.    Attached hereto as **Exhibit 26** is a true and correct copy of: *Table 5: Applying for an Absentee Ballot, Including Third-Party Registration Drives*, Nat'l Conf. of State Legislatures (Feb. 24, 2026), https://www.ncsl.org/elections-and-campaigns/table-5-applying-for-an-absentee-ballot.

31.    Attached hereto as **Exhibit 27** is a true and correct copy of: *Table 1: States with No-Excuse Absentee Voting*, Nat'l Conf. of State Legislatures (Mar. 10, 2026), https://www.ncsl.org/elections-and-campaigns/table-1-states-with-no-excuse-absentee-voting.

32.    Attached hereto as **Exhibit 28** is a true and correct copy of: *Table 2: Excuses to Vote Absentee*, Nat'l Conf. of State Legislatures (updated Aug. 26, 2025), https://www.ncsl.org/elections-and-campaigns/table-2-excuses-to-vote-absentee.

33.    Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of: U.S. Election Assistance Comm'n, *Election Administration and Voting Survey 2024 Comprehensive Report* (June 2025).

34.    Attached hereto as **Exhibit 30** is a true and correct copy of: M.I.T. Election Data & Sci. Lab, *Voting by Mail and Absentee Voting* (Feb. 28, 2024), https://perma.cc/JA6W-PT4V.

35.     Attached hereto as **Exhibit 31** is a true and correct copy of: M.I.T. Election Data & Sci. Lab, *How We Voted in 2024* (July 21, 2025), https://perma.cc/R3PN-EFZF.

36.     Attached hereto as **Exhibit 32** is a true and correct copy of: *Table 12: States with Postage-Paid Election Mail,* Nat'l Conf. of State Legislatures (Jan. 28, 2024), https://www.ncsl.org/elections-and-campaigns/table-12-states-with-postage-paid-election-mail.

37.     Attached hereto as **Exhibit 33** is a true and correct copy of: Lisa Baertlein, *UPS, FedEx Warn They Cannot Carry Ballots Like U.S. Postal Service*, Reuters (Aug. 16, 2020), https://perma.cc/QYS7-QUZQ.

38.     Attached hereto as **Exhibit 34** is a true and correct copy of: *USPS Releases Report on 2024 Election*, U.S. Postal Serv. (Dec. 3, 2024), https://perma.cc/8ZU7-SADA.

39.     Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of: Dep't of Homeland Sec., *USCIS Budget Overview, FY 2026 & FY 2027* (Apr. 3, 2026).

40.     Attached hereto as **Exhibit 36** is a true and correct copy of: Doug Bock Clark & Jen Fifield, *Inside Trump's Effort to "Take Over" the Midterm Elections*, ProPublica (Apr. 13, 2026), https://perma.cc/VNY7-XAUC.

41.     Attached hereto as **Exhibit 37** is a true and correct copy of: Eileen Sullivan, *DOGE Employees Shared Social Security Data, Court Filing Shows*, N.Y. Times (Jan. 21, 2026), https://www.nytimes.com/2026/01/20/us/politics/doge-employees-social-security-data.html.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2026 in Washington, DC,

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri
(DC 1659412)