# Exhibit 3

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>    Plaintiffs,<br><br>    *v.*<br><br>DONALD J. TRUMP, in his official capacity<br>as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:26-cv-01114 |

**DECLARATION OF LIBERTY SCHNEIDER**

I, Liberty Schneider, declare as follows:

1.    I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.    I am the Deputy Executive Director at the Democratic National Committee, or the "DNC." Before I was promoted to my current role, I served as the DNC's Chief of Staff.

3.    In my role as Deputy Executive Director, I oversee many of the DNC's program teams, including organizing, communications, training, fundraising, political strategy, and coalitions. In my previous role as Chief of Staff, I was also heavily involved in programming, committee-wide initiatives, and the DNC's day-to-day operations.

4.    The DNC is the Democratic Party's national committee and is dedicated to electing Democratic candidates at the national, state, and local levels. In support of its mission, the DNC encourages and assists Democratic Party members and supporters in successfully casting ballots and fights to preserve the legal rights of its members and voters.

5.    The DNC has approximately 450 formal members who are nationwide, including

1

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

State Party leaders, elected officials, and Democratic voters. These formal members come from all 50 States, Washington D.C., and the five U.S. territories. In fact, 200 of the DNC's formal members are elected to their positions with the DNC specifically to represent those jurisdictions across the country.

6. The DNC also considers any registered Democrat to be a member of the DNC and the Democratic Party, because Democratic voters influence and ultimately determine the DNC's strategic and political direction by electing DNC members and Democratic candidates to local, state, and federal offices.

7. Both the DNC itself and DNC members who are candidates for office have an interest in a fair and lawful electoral process for its members' campaigns. Even if these DNC members succeed in their campaigns, the DNC and its members are harmed by unlawful election rules, as they deprive the DNC and its candidate members of a fair process and an accurate result.

8. The DNC is actively preparing, budgeting, strategizing, and executing its plans for the 2026 midterm election cycle, which is already underway, in all 50 States, Washington D.C., and the five U.S. territories.

I. **The New E.O.'s Restrictions on Voting by Mail**

9. On March 31, 2026, President Trump signed an Executive Order (E.O.) titled "*Ensuring* Citizenship *Verification and Integrity in Federal Elections*." From the DNC's perspective, the President's E.O. is the perfect combination of voter suppression and voter intimidation. The E.O. fundamentally shakes the foundation the DNC works on to run elections and turn out voters.

10. Section 3(b) of that E.O. purports to give the USPS control over which voters will be eligible to vote a mail ballot via the U.S. mail—an extraordinary and unprecedented attempt by

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

the President to transform American elections.

11.    Specifically, Section 3(b) directs the Postmaster General to "initiate a proposed rulemaking" that "shall include, at minimum" a mandate that USPS provide each state with a "Mail-In and Absentee Participation List" of individuals "who are enrolled with the USPS" for "mail-in or absentee ballots" in such state. E.O. § 3(b)(iv). Under the E.O., USPS "shall not transmit mail-in or absentee ballots from any individual" unless that individual appears on the "Mail-In and Absentee Participation List" that USPS has created. *Id.* § 3(b)(iii). The Order does not specify exactly how USPS will determine which individuals appear on the "Mail-In and Absentee Participation List," but it is clear that the USPS will have control over such list. Indeed, although states may provide "suggested modifications" to the list, the E.O. does not state that USPS will be required to accept those suggestions. *Id.* § 3(b)(v).

12.    Under the E.O., it is unclear whether voters themselves would have any ability to attempt to add themselves to USPS's "Mail-In and Absentee Participation List" if they believe they are eligible to vote by mail under their own state's laws. Whether or not such a mechanism exists, at a minimum, voters who wish to vote by mail would need to check the list to confirm whether they should expect to receive a ballot via USPS, and attempt to make plans to vote by alternative means if they have been omitted from the list.

13.    The E.O., which fundamentally changes how mail balloting operates, and threatens to change who would be eligible to receive and send a ballot through the U.S. mail, poses a direct threat to the DNC, DNC members who are candidates for office, and all other DNC members who vote by mail, as well as to the DNC's basic programming and voter turnout strategies.

14.    Section 3(b) of the E.O. will require a fundamental restructuring of several of the DNC's core programs and poses a severe risk to the DNC's success in the 2026 election cycle and

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

beyond. Indeed, it is clear from President Trump's decade-long attack on mail voting that a significant motivation for the new E.O.—much like his last one—is to harm his and the Republican Party's political opponents.

15.     The DNC is heavily focused on encouraging its members to vote, including by mail, and making sure they have the knowledge and resources to do so successfully. Particularly since the pandemic, the DNC has expended significant resources to encourage voters to vote by mail, recognizing that method is often the least burdensome or most accessible way for voters to participate.

16.     For some voters, voting by mail is the only reasonable option by which they may participate in elections; this may be because they are away from home, or because they have demanding schedules or other challenges that make it more difficult (and, sometimes, impossible) for them to vote in person. For all of these reasons, many DNC members have relied on voting by mail in past elections and are likely to do so again in future elections.

17.     In recent years, the DNC has dedicated significant staff time, resources, and financial investments to developing comprehensive mail voting programs that encompass voter education, voter assistance, and ballot-cure programs to ensure its members are able to cast mail ballots and have them counted. The DNC also funds programs that identify and contact mail voters who have not yet returned their ballot as election day approaches to encourage them to do so. Each federal election cycle, the DNC invests millions of dollars in these programs.

18.     These programs are based upon expectation that voters who are eligible to vote by mail under their respective states' laws and wish to do so will in fact be able use the U.S. mail to receive and send a mail ballot and have that ballot counted. Many of these programs are currently being planned and will soon be underway for the 2026 elections.

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

19.     President Trump's mandate that the USPS not transmit a mail ballot for any voter who is not enrolled on USPS's "Mail-In and Absentee Participation List" functionally imposes new requirements to cast a mail ballot, making it harder for DNC members to vote and potentially disenfranchising them altogether.

20.     The E.O. is especially concerning for DNC members who are members of the military, their families, Democrats who live abroad, and countless others who rely on voting by mail, including those who are sick or disabled and cannot physically travel in person to cast a ballot. The impact will also fall particularly hard on voters in states where elections are conducted primarily by mail.

21.     Because the general election ballot includes federal, state, and local races, the E.O.'s attempt to interfere with federal elections will have the effect of interfering with races up and down the ballot, including the races of DNC members, who are candidates for election at all levels of government.

22.     In the last several election cycles, Democrats have been more likely to vote by mail than Republican voters, and the DNC expects that trend to continue. Because the E.O. imposes restrictions on voting by mail, the E.O. puts both the DNC and DNC members who are running for election at a competitive disadvantage.

23.     Even worse, the E.O. is all but certain to leave some Democratic voters unable to vote by mail altogether. Several of DNC's members are competing in extremely competitive elections decided by a small number of votes, and the E.O.'s restrictions on mail ballots could be decisive in some of these races. The added burdens on voters to cast mail ballots are not an accidental byproduct of the E.O.—they are likely the intended result.

24.     To run effective campaigns, candidates need to know that the rules of the road are

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

clear—and, this year, hundreds of candidates have already made investments of resources in their races based on the existing rules.

25.     The E.O. fundamentally disrupts DNC's efforts to plan for the general election and significantly disrupts the electoral playing field more broadly. It is now far more difficult for the DNC and its candidate members to effectively complete planning and execute its programs because, among other things, the E.O. mandates seismic changes to who may be eligible to receive and successfully submit ballots via U.S. mail.

26.     In response to Section 3(b) of the E.O., the DNC will need to spend substantial staff time and resources educating its members about what they need to do to ensure they are "enrolled" on USPS's "Mail-In and Absentee Participation List" and to assist them in complying with the enrollment process. In light of the E.O.'s seismic changes to mail voting, the DNC will also need to re-evaluate the extent to which it should promote its mail balloting programs. And it will be forced to make these adjustments *in the middle* of the electoral cycle, undermining and prejudicing its ability to make concrete strategic plans and implement them effectively.

27.     At a minimum, the E.O. requires significant changes to already planned programs and investments, and it makes existing investments in mail ballot programs less effective. As just one example, the DNC operates iwillvote.com, a website for voters in all 50 States plus the District of Columbia that helps voters navigate the voting process in their respective State. The DNC has already put significant investments into iwillvote.com for the 2026 election cycle, including explainers of each state's specific rules for mail voting. In response to the E.O., however, the DNC will need to reconfigure iwillvote.com to account for the drastic changes to vote by mail.

28.     To respond to Section 3(b), the DNC will also be forced to develop programs to assist voters in how to vote if they are no longer permitted to vote by mail via USPS. For some

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

voters, voting by another method may not be possible at all, especially if they are not currently located in-state or have physical, health, or economic limitations that prevent them from voting in-person.

29.    The DNC anticipates that a significant part of these new programs will be directed towards ameliorating the inevitable confusion and disenfranchisement that the E.O. will cause voters. Enrollment with the USPS has never been a part of the mail voting process, and if the E.O. is implemented, some of the sweeping changes it dictates will come while elections are *ongoing*. Teaching voters about the new requirement and working to ensure it does not prevent voters from voting entirely will be a significant challenge. Despite the DNC's best efforts, some voters will be confused, discouraged from voting, and even disenfranchised. And because voters who support Democrats are more likely to vote by mail, the DNC, its candidate members, and its voter members will be severely and disproportionately harmed. Indeed, this appears to be by design, as the President attempts to change the rules of voting to make it harder for the Democratic Party to win elections.

30.    The DNC's planned voter protection efforts will also suffer as a result of the E.O's drastic changes to the voting process. The DNC's voter protection team has already prepared to answer questions throughout the voting process as it exists today—how to register, ID requirements, and the like—and those efforts will expand in the coming months. In response to the E.O., however, the DNC must revamp its voter protection program, including increasing staff time and volunteers dedicated to voters who need or prefer to cast their ballot by mail, and that team's focus will have to shift away from existing work. The resources the DNC would need to dedicate to its voter protection team would come from staff and volunteers who would otherwise be working to turn voters out to the polls and monitoring polling place operations.

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

31.    In short, the DNC has already put significant work into its existing programming for 2026, and those plans are compromised under the E.O. The DNC cannot wait months to make changes to these programs; because these programs and strategies take months to build and execute, if the E.O. is not enjoined several months before mail ballots are sent (which begins in early September 2026 for the 2026 general election), the DNC will be forced to re-allocate investments and re-tool their existing programs to address the changes to mail balloting, and the effect those changes are likely to have on the DNC's member voters.

32.    The DNC expects that any new programs that it must create and launch as a result of the E.O. will come at a significant cost. Because the DNC has not budgeted for such extensive new programs, it would have to scale back or cut the initiatives that the DNC currently has planned for voter persuasion and get out the vote efforts to mobilize our members to elect Democratic candidates nationwide, up and down the ballot.

33.    The resources the DNC has to elect its candidates are finite in any given election cycle. Resources that must be diverted to responding to a seismic change like those contained in President Trump's E.O. necessarily come at the cost of other of the DNC's mission-critical planned activities and expenditures.

34.    If DNC is required to deploy these resources at any point from now until election day, it will present a lost opportunity for the Party. There are only seven months until election day—and approximately only five months before mail ballots will start to be sent to voters—and there are many primary elections this spring and summer in the run up to November.

35.    Every day and every resource during this critical time that the DNC must spend addressing the impending changes to mail balloting represents a lost opportunity to persuade voters and galvanize supporters that cannot be restored once lost.

8

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

## II.    The E.O.'s Creation and Dissemination of "State Citizenship Lists" for Use in Federal Elections

36.    The DNC and its members are also harmed by Section 2(a) of President Trump's E.O., which directs the Department of Homeland Security (DHS) to compile for each State a list of every confirmed U.S. citizen above the age of 18 who resides in that State and to share those lists with the chief election official of each state "no fewer than 60 days before each regularly scheduled Federal election," which would include the 2026 general election.

37.    The E.O. does not explicitly identify the intended use of these lists, but the E.O.'s stated purpose is to assist in "verifying" voter eligibility. The real impact of the lists, however, would be invasions of voter privacy, voter confusion, and likely disenfranchisement of qualified American citizens—all of which comes at DNC and its members' expense, and just as the President likely intended.

38.    Section 2(a) of the E.O. is wholly unnecessary. It is illegal for foreign nationals to register and vote in in federal elections in all 50 states, the District of Columbia, and all U.S. territories, and existing law prevents non-citizens from voting. There is zero evidence of widespread voting by non-citizens in U.S. elections. The E.O. will nonetheless harm the DNC and DNC members given the near certainty that DHS will fail to "confirm[]" the citizenship of otherwise eligible United States citizens and will therefore omit some number of them from such lists.

39.    The E.O. specifies that "State Citizenship Lists" will be derived from a variety of federal databases, including in particular DHS's Systematic Alien Verification for Entitlements (SAVE) program and Social Security Administration (SSA) records.

40.    Based on public reporting and the agencies' own reports, I understand that SSA

9

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

records are often outdated or inaccurate because the agency has not consistently maintained and does not consistently update such records. And based on similar reporting, I understand that the SAVE database also contains outdated information, particularly for naturalized citizens.

41.    Even if these lists were accurate the moment they are shared with election officials (which will not be the case), they will be outdated the next moment, as voters move within the United States (gaining new residency for voting purposes), gain citizenship, or turn 18 in the months leading up to the election.

42.    In other words, the creation of these lists using these databases create a serious risk that DNC members who are in fact U.S. citizens will be erroneously excluded from such lists and will face barriers before they are able to have their ballots counted. When fewer of the DNC's members are able to vote, the DNC and its members' electoral prospects suffer. None of this would happen absent the President's mandate to improperly share flawed information with state and local election officials under the guise of verifying voter eligibility.

43.    Although the E.O. directs DHS to establish procedures for individuals to suggest corrections to the list, it does not indicate that any voters will be alerted to their exclusion. A given voter thus may have no way of knowing that the federal government has effectively represented to their home State that she is not eligible to vote, and no opportunity to avail themselves of any (as yet undefined) cure provisions. And even if the voter is given such opportunity to "correct" the list for their inclusion, doing so will require time and effort. It may also require the voter to produce documentary proof of citizenship (such as a U.S. passport or U.S. birth certificate), which many voters do not have and which may be expensive or difficult to timely obtain. Given the 60-day window before elections in which states will receive and review these lists, these issues will as a practical matter frustrate DNC members' ability to vote and in some cases will disenfranchise

10

them.

44.    Section 2(a) thus threatens the voting rights of any voter who is erroneously excluded from the State Citizenship Lists. In light of the millions of Democratic voters across the United States, there is a serious risk that some DNC members will be burdened or disenfranchised completely as a result of these lists.

45.    To respond to Section 2(a), the DNC will need to carefully monitor the development of the State Citizenship Lists and will need to put programs in place to help educate its members as to how they can ensure they are included on the list and get themselves added to the list if they are erroneously omitted.

46.    These voter assistance and voter education programs to address the State Citizenship Lists cannot be created overnight; the DNC must start planning for them imminently for them to be effective and sufficiently resourced.

47.    Just as with the changes to mail balloting, the DNC anticipates that this part of the E.O. will also cause significant confusion for voters. These kinds of citizenship lists will be entirely new to the voting process, and this change will come while elections are ongoing. Teaching voters that these lists exist, that they need to confirm they have been properly included as a citizen (and attempt to prove they are a citizen, if they are omitted from the list), and working to ensure that this significant change to the voting process does not deter voters from voting entirely will be a significant challenge. Voters will be confused and discouraged from voting; some are even likely to be disenfranchised.

48.    All of these efforts and changes to counter the harm from the creation and dissemination of State Citizenship Lists, which the DNC would not have to undertake absent the E.O., will require the DNC to expend staff time and other resources that would be dedicated to its

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

other critical programs. These new education and voter assistance programs, which would be wholly unnecessary absent the E.O., will come at a significant cost. Because the DNC has not budgeted for these new, widespread programs, it would have to scale back or cut the initiatives it currently has planned for persuading voters and mobilizing our members to elect Democratics nationwide.

49.     If DNC is required to deploy resources to respond to this part of the E.O at any point from now until election day, it will present a lost opportunity for the Democratic Party. There are only seven months until election day, and approximately only five months before the last of State Citizenship Lists are required to be shared with States. Indeed, the E.O. requires those lists to be shared with States "no fewer than 60 days before each regularly scheduled Federal election"—meaning they must be shared between now and early September at the latest for the general election, and much sooner for primary elections happening throughout this year. Every day and every resource that the DNC must spend during this period planning for these voter assistance programs, as well as helping voters check State Citizenship Lists and correcting them, if necessary, represents a lost opportunity to persuade voters and galvanize supporters that cannot be restored once lost.

50.     Additionally, the DNC is also concerned about Section 2(a)'s threat to the privacy rights of its members. This part of the E.O. guarantees improper exposure of the personal data of millions of the DNC's members.

51.     Over the last several months, Democrats have heard from its members who are extremely concerned about the rapid and seemingly haphazard pace at which DHS and other agencies are making their records readily accessible to a growing list of federal and state officials. The DNC's members, myself included, are understandably worried about the creation and

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

dissemination of these kinds of lists with voters' personal and sensitive information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04 / 16 / 2026

*Liberty Schneider*

Liberty Schneider, Deputy Executive Director
Democratic National Committee

13

Doc ID: 52c1946df6139551d84b78c0814ca93aa187eec0

**Dropbox Sign**                                                    Audit trail

| | |
|---|---|
| **Title** | Second EO Declaration |
| **File name** | Libby_Schneider_D...on_2026.04.16.pdf |
| **Document ID** | 52c1946df6139551d84b78c0814ca93aa187eec0 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **04 / 16 / 2026**<br>17:32:45 UTC | Sent for signature to Libby Schneider (schneiderl@dnc.org) from leviena@dnc.org<br>IP: 208.69.6.2 |
| **VIEWED** | **04 / 16 / 2026**<br>17:35:15 UTC | Viewed by Libby Schneider (schneiderl@dnc.org)<br>IP: 208.69.6.2 |
| **SIGNED** | **04 / 16 / 2026**<br>17:35:33 UTC | Signed by Libby Schneider (schneiderl@dnc.org)<br>IP: 208.69.6.2 |
| **COMPLETED** | **04 / 16 / 2026**<br>17:35:33 UTC | The document has been completed. |

Powered by **Dropbox Sign**