# Exhibit 5

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>          Plaintiffs,<br><br>   *v.*<br><br>DONALD J. TRUMP, in his official capacity<br>as President of the United States, *et al.*,<br><br>          Defendants. | Case No. 1:26-cv-01114 |

**DECLARATION OF HAKEEM S. JEFFRIES**

I, Hakeem S. Jeffries, declare as follows:

1.     I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.     I am the U.S. House Representative from New York's 8th Congressional District. I serve as the Minority Leader of the House of Representatives and the Leader of the House Democratic Caucus.

3.     I have been elected to the U.S. House of Representatives seven times. I am also a candidate running for reelection in 2026. I am a citizen of the United States, a resident of the State of New York, and an individual voter in federal, state, and local elections.

4.     As Leader of the House Democratic Caucus, I am responsible for helping elect Democratic candidates to the U.S. House in races across the country. This responsibility is critical to the success of the Caucus and to the mission of the Democratic Party as a whole. In my role, I provide direct support to Democratic House campaigns, often in highly competitive battleground states, by helping to fundraise, speaking at campaign events, making financial contributions, and

1

engaging in other important campaign work. I also work closely with DCCC to help develop strategies and marshal resources to elect Democratic House candidates.

5. On March 31, 2026, President Trump issued Executive Order 14,399, titled "*Ensuring Citizenship Verification and Integrity in Federal Elections*" ("E.O." or "Order"), which purports to direct the USPS to take control over which voters will be eligible to vote a mail ballot via the U.S. mail, and further directs the Department of Homeland Security ("DHS") and Social Security Administration ("SSA") to compile and distribute "State Citizenship Lists" from various federal data sources 60 days before every federal election.

6. The President's flagrantly unlawful E.O., which claims authority that the U.S. Constitution's Elections Clause expressly reserves for the States in the first instance, only to be overridden by the U.S. Congress, will inflict severe and immediate harm on Democratic House candidates and the Democratic Caucus by erecting unlawful barriers to the ability of the voters to successfully vote and by interfering with planning and programming for Democratic House campaigns.

7. Even for Democrats who ultimately succeed in their campaigns despite the myriad of impediments and burdens imposed by the E.O., candidates and their committees will be harmed by the E.O.'s attempt to impose by unlawful rules on the elections process because it will deprive myself and my fellow candidates of a fair process and an accurate result. For the same reasons, the Order is also likely to impede my ability to carry out my responsibilities as Leader. The President's Order also tramples on well-established privacy rights that I and other Americans deeply cherish.

### I.    The New E.O.'s Restrictions on Voting by Mail

8. President Trump's mandate that the USPS not transmit a mail ballot for any voter who is not enrolled on the USPS's "Mail-In and Absentee Participation List" functionally imposes

2

new requirements to cast a mail ballot and is sure to harm qualified voters—including members of the military, their families, voters living overseas, voters with disabilities, and countless others—who rely on voting by mail.

9.    Since the pandemic, Democrats have increasingly encouraged voters to vote by mail, because that method is often the least burdensome or most accessible way for voters to participate. As a result, in many states, a greater share of voters who vote by mail are Democrats, including in New York State and New York City. The E.O.'s mandate could disenfranchise mail voters whom the USPS unilaterally deems "ineligible" to cast a ballot via U.S. mail, and will significantly disrupt the plans—in some cases, the ability to vote at all—of millions of Americans who expect to vote by mail this year and beyond. The impact will fall particularly hard on voters in states where elections are conducted primarily by mail, including California, Oregon, Nevada, and Washington.

10.    This most recent E.O., like the President's prior efforts to unilaterally rewrite federal and state election law and take control of the administration of U.S. elections, appears designed to benefit the President's own political party at the Democratic Party's expense. Indeed, it is clear not only from President Trump's years-long attack on mail voting but also his recent public statements that a significant motivation for the E.O. is to harm his political opponents and attempt to solidify the Republican Party's power, regardless of the will of the voters. Permitting the USPS—and the other federal officials who are directed by the Order to facilitate the new changes—to carry out the E.O. would have not only a devastating impact on Democratic campaigns but would also severely threaten Democratic voters' fundamental right to vote.

11.    The 2026 election cycle is already well underway, with multiple primaries having already been conducted under existing and governing law. The unfairness, uncertainty, and

3

confusion that would result from the E.O.'s fundamental changes to the process for voting by mail will also make it harder for me to effectively support our slate of candidates who have committed to running for office this year. In order to run effective campaigns, candidates need to know that the rules of the road are clear—and, this year, hundreds of candidates have already made investments of resources in their races based on the existing rules. The President's mandate, which attempts to unlawfully change the election rules in a way that tilts the playing field heavily in favor of Republicans, undermines those investments. In short, Section 3(b) of the E.O. makes it more difficult for the House Democratic Caucus to elect candidates to serve in the Caucus.

12.     The E.O.'s unlawful mandate that the USPS refuse to transmit mail ballots for those who are not enrolled on its "Participation List" would also harm members of the Democratic Party and other supporters, including those who live within my congressional district. Many of these voters rely upon the U.S. mail to deliver their ballot. These voters expect that their ballots will count if they comply with our state's laws. Changing the rules by transplanting authority from the States to the federal government to determine who is eligible to vote by mail would confuse voters and make it more likely that they will be disenfranchised.

13.     The E.O. threatens my own voting rights, too. As a voter in New York State, I am entitled to vote by mail for any reason, and I have previously voted by mail given my busy schedule. Under the E.O., however, my eligibility to use USPS to transmit my ballot is now decided by the federal government, not New York State, which has otherwise determined I am eligible to vote by mail.

**II.     The E.O.'s Creation and Dissemination of "State Citizenship Lists" for Use in Federal Elections**

14.     Democratic candidates for U.S. House, myself included, are also harmed by Section

2(a) of President Trump's Order, which directs DHS to compile for each State a list of every U.S. citizen above the age of 18 who resides in that State and to share those lists with the chief election official of each state "no fewer than 60 days before each regularly scheduled Federal election," which would include the 2026 general elections and many preceding primary elections. The Order does not explicitly explain the intended use of the State Citizenship List, but the Order's stated purpose is to assist in verifying voter eligibility.

15.    Existing federal law already makes it illegal for foreign nationals to register and vote in federal elections, and there is no evidence of widespread voting by non-citizens in this country. The E.O. is highly unnecessary, yet it threatens to harm the privacy rights of millions of Americans by using protected federal data—including my own records and those of other Democratic Party voters—in unauthorized ways, and further threatens the voting rights of Americans given the near certainty that U.S. citizens will be erroneously omitted from such lists.

16.    The E.O. specifies that "State Citizenship Lists" will be derived from a variety of federal databases, including in particular DHS's Systematic Alien Verification for Entitlements (SAVE) program and Social Security Administration (SSA) records.

17.    The granting of access and other disclosures of personal information from any federal database, including SAVE and SSA databases, is deeply concerning to me and other Democratic Party officials, as well as to our constituents. I value our country's long-held commitment to protecting Americans' privacy, so I am particularly disturbed that a growing number of federal, state, and local election officials will be compiling and/or receiving federal records without authorization.

18.    These particular disclosures are even more concerning because the E.O.'s stated purpose is to purportedly identify the "eligible" voters in any given state, even though the records

5

may not be suitable for that purpose. SSA records, for example, were not created to assess voter eligibility and, to my knowledge, have not gone through the required scrutiny to ensure they are appropriate for that purpose. In fact, SSA has only been required by Congress to maintain consistent records for less than five decades and, in my understanding, the agency does not regularly update these records, including information about citizenship. I also understand that the SAVE program often contains outdated information, particularly for naturalized citizens. I am aware that in some states like Texas, Missouri, and Louisiana, incorrect information from SAVE is already being used to wrongly claim that citizens on voter rolls are noncitizens who are ineligible to vote.

19.    As the former Chief Data Officer at SSA has informed Congress, disclosures of information from these federal databases can be catastrophic when it gets into the wrong hands. That is why the Privacy Act requires strict adherence to its procedural safeguards, and why the agencies are required to ensure that all uses of such records are sound and accurate. I have also heard from concerned constituents who are understandably worried that the federal records being pooled by officials in agencies like DHS and SSA have already or will fall into the hands of individuals who have no authorization to access them, including their state and local officials, as the E.O. now instructs federal officials to do.

20.    As far as I am aware, these agencies have not provided Congress notice that the federal government intends to use these records in the manner directed by the Order. To the contrary, as far as I am aware, the current Admiration has repeatedly disclaimed any effort to build a national database of eligible citizens for use in elections. But last week's Order drops the veil on the President's intentions and makes it clear that DHS will—if it has not already—imminently begin compiling citizenship and residence information on every purportedly "eligible" citizen in

6

the country to transmit to state election officials. Even if Congress had authorized the creation of such State Citizenship Lists, which it has not, I do not see how the data the government plans to use can possibly satisfy those requirements and accurately convey citizenship and residence information to the states.

21.    Further, even if these "Lists" were accurate when they are shared with election officials (which will not be the case), they will be outdated virtually the next moment, given that voters move within the United States (gaining new residency for voting purposes), gain citizenship, or turn 18 in the months leading up to the election.

22.    Even beyond invading our privacy, the implementation of the President's E.O. will inflict harm on the Democratic Party and its get-out-the-vote efforts. In particular, the creation of the "State Citizenship Lists" using these databases create a serious risk that Democratic voters who are in fact U.S. citizens will be erroneously excluded from such lists and not be permitted to vote, or will face barriers before they are able to have their ballots counted, based on data that will be improperly shared with state and local election officials. When fewer U.S. citizen and eligible Democratic Party supporters are able to vote, our members' electoral prospects suffer, and the Party and candidates' campaigns must take steps to ensure voters are not wrongfully disenfranchised—including, for example, by providing information and assistance to affected voters.

23.    Accounting for these problems necessarily takes a substantial toll on my and other candidates' re-election efforts, particularly because it requires time, resources, and energy that would be spent on our other mission-critical efforts to support electing Democrats to Congress. The E.O. therefore significantly undermines my ability to effectively carry out my responsibilities as the Leader of the House Democratic Caucus. Nothing is more important than ensuring that our

voters are able to vote and have their votes counted. Just as with the President's last effort to take control of federal elections via executive fiat, however, DCCC and Democratic campaigns throughout the country will now have to make monumental and unprecedented investments to ensure that U.S. citizen voters who are otherwise eligible to vote (including those in my district) are not disenfranchised.

24.    By restructuring election rules in a manner that benefits Republicans and significantly disadvantages Democrats, the E.O. harms the electoral prospects of Democratic House candidates and thus harms the ability of the Democratic Party to achieve one of its key electoral goals for 2026—regaining a majority in the House of Representatives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    4/14/2026
_____

_____

**Hakeem S. Jeffries**
**U.S. House Minority Leader**

8