# Exhibit 8

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

                Plaintiffs,

    *v.*

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

                Defendants.

Case No. 1:26-cv-01114 (CJN)

**DECLARATION OF CAROLYN BETENSKY**

I, Carolyn Betensky, declare as follows:

1.      I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I am a U.S. citizen and registered voter in Providence County, Rhode Island. I have been registered to vote in Rhode Island since I moved to the state in 2004 and I regularly participate in elections. I am a Democrat and typically support Democratic candidates.

3.      I have spent most of my professional career as a Professor of English. I am now in my fourth year as Chair of the English Department at the University of Rhode Island.  Prior to this, I served for four years on the national board and eight years on the state board of the American Association of University Professors ("AAUP"), a national faculty union. The AAUP is a strong proponent of academic and intellectual freedom. I remain active in AAUP today.

4.      I have, on my own time, also worked to increase voter turnout and engagement on the University of Rhode Island campus. I sometimes help to register university students, who can face significant barriers accessing the franchise as new voters. I have also volunteered as a

1

nonprofit election observer at the polls.

5.  I am politically active myself and advocate for causes that I care about. For example, I am a member of a brass band that plays at protests and union strikes. We have played at major protests, such as "No Kings"—protests organized to reject the unprecedented actions by our current President to erode our democratic institutions.

6.  I understand that recently, the President issued a new executive order, E.O. 14399, directing fundamental changes to American elections. As I understand it, the E.O. directs the Department of Homeland Security ("DHS"), the United States Citizenship and Nationality Service ("USCIS"), and the Social Security Administration ("SSA") to compile lists of adult citizens in every state, and then orders DHS to transmit those lists to state election officials before federal elections.

7.  The President's order harms me as an American citizen and Rhode Island voter who does not wish for my information to be disclosed or disseminated to an increasing number of federal officials, let alone used to attempt to confirm my voting eligibility.

8.  I am aware that federal laws—consistent with our long-held notions of privacy rights in this country—strictly limit when federal data can be shared and for what purposes. These kinds of protections make good sense to me. I have provided certain federal agencies with sensitive information necessary to carry out their specific duties, but that limited allowance is not intended as permission to share my data with other officials for other purposes. I am very concerned that the order seems to direct the agencies to compile lists that sound a lot like the kind of national registry from the novel "1984."

9.  I know from reporting that the SAVE database—one of the databases the executive order directs officials to use to compile the new "lists"—pools a ton of private information. This

information includes names, addresses, social security numbers, other identifying numbers, citizenship and immigration status, and more. My understanding is that federal officials who are working on building the E.O.'s required lists will be allowed to access that kind of information.

10.    Given that I am a long-time voter and U.S. citizen in Rhode Island, DHS will presumably access records containing my information at SSA and other agencies pursuant to the order to build the lists. As explained, I am deeply troubled by the fact that federal officials in DHS who, as far as I know, have no authority or business accessing my data, will do so.

11.    I am also concerned that the federal government appears to be seeking voter registration data from states under false pretenses, which underscores my concern with the proliferation of data-sharing in the Trump Administration. In my understanding, the government, including the DOJ and DHS, disclaimed efforts to build a national list of citizens or voters. Yet, that appears to be precisely the goal with the new executive order.

12.    As I understand from reporting, the SAVE database and SSA records that will be used often produce wrong information and are generally incomplete. I worry about what will happen when, inevitably, the various sources of data the federal government is pooling suggest that eligible voters are either not citizens or not residents in the state in which they vote. The order itself requires that investigations and prosecutions of individuals the government believes are "ineligible" must be prioritized.

13.    Making matters worse, the E.O. says the government will send supposedly final lists of eligible voters to the states 60 days before every federal election. I know from my experience as a professor that students move frequently, and I know from my experience as a New Englander and Rhode Islander that people move between states (especially geographically smaller states) with some frequency. The fact that someone has moved does not mean that they are

ineligible to vote, or should be subject to investigation and scrutiny by officials who have no business interfering with their affairs.

14.     As for me, I have no idea whether the records SSA and DHS are using match my state records. I was born before the SSA even started collecting citizenship records consistently, and I moved to Rhode Island in 2004. So, I do not know how DHS or SSA would have updated residence information for me. So even if the federal government officials doing this work have citizenship information about me, I do not have confidence that it will match records reflecting my current residence in Rhode Island. And even if they identify me as a citizen and Rhode Island resident, I do not have confidence that Rhode Island will be able to match my information to Rhode Island's state voter file with the federal government's list.

15.     In short, the President's executive order—in particular, its directive to DHS, USCIS, and SSA to compile unprecedented citizenship lists using incomplete and inaccurate federal records—directly harms me and my fellow voters in Rhode Island and throughout the United States. I am deeply troubled by the President's directive to compile, use, and disclose any information about us without authorization—it's an invasion of our privacy, and it risks entirely unfair consequences. The executive order seems certain to result in serious consequences for every day Americans like me and the students I serve.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/17/2026 _____

_____

**Carolyn Betensky**

4