# Exhibit 9

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>                    Plaintiffs,<br><br>          *v.*<br><br>DONALD J. TRUMP, in his official capacity<br>as President of the United States, *et al.*,<br><br>                    Defendants. | Case No. 1:26-cv-01114 (CJN) |

**DECLARATION OF DANIELLE LITWAK**

I, Danielle Litwak, declare as follows:

1.      I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I am a registered voter in Jersey City, New Jersey. I regularly vote in federal elections. I am a Democrat and typically support that Party's candidates.

3.      I am also an attorney, but I submit this declaration in my capacity as an individual voter and resident of New Jersey.

4.      When I was in law school, I was a regular volunteer with a non-partisan organization that hosted a voter protection hotline. As a volunteer, I advised voters on their rights leading up to and on election day. I worked closely with voters who called the hotline to ensure that they knew what they had to do to cast a ballot, and how to make their voice heard, including by overcoming any barriers they might meet along the way.

5.      I understand that the President issued a new executive order on March 31, 2026, directing major changes to mail voting protocols in the United States. I understand the President's

1

order directs the Department of Homeland Security ("DHS"), the United States Citizenship and Nationality Service ("USCIS"), and the Social Security Administration ("SSA") to compile "State Citizenship Lists" from various federal data sources and distribute the lists 60 days before every federal election.

6.    The executive order harms me personally as a New Jersey voter who does not wish for her information to be disclosed to an increasing number of federal government officials. Like many other Americans, I am terrified by the growing number of federal officials the Trump Administration is allowing to access, use, and disclose information in these kinds of confidential databases. I care deeply about my own privacy rights, and I expect the government to respect the laws that protect those rights, so the fact that these officials are accessing information they should not be able to access about me, all for the purpose of assessing my eligibility to participate in elections, troubles me greatly.

7.    In my understanding, the federal officials given access to "SAVE," one of the databases that the executive order requires using for matching up federal records, have access to a vast set of sensitive information for anyone who, like me, has a social security number—including names, addresses, dates of birth, unique identifying numbers, citizenship information, and more. It is unclear to me why immigration officials in USCIS would ever have access to that kind of information about me, much less for the purpose of "verifying" my eligibility to vote. As far as I'm aware, federal law does not give federal officials a blanket authorization to use data entrusted to specific federal agencies for specific purpose in any way they wish.

8.    I strongly believe that voter privacy is vital to maintain a healthy democracy and strong civic engagement. I know from my volunteer work with the voter hotline that, for voters to confidently participate in the electoral process in the United States, they must be able to rely on

2

the basic principle that they will not face harmful repercussions or retaliation just because they choose to participate. If federal officials are pooling together lists of eligible voters for the purpose of investigating and prosecuting individuals who they believe should not be voting, which is exactly what the President's order dictates, I anticipate that many will be far more hesitant to participate.

9.     I am also greatly concerned about the potential risk of improper data leaks of my own information, which are far more likely when broader sets of individuals in the government have access to sensitive databases. In fact, I am aware that officials in some federal agencies have admitted to improperly disclosing and using federal data in the last year. Additionally, close family members have been victim to identity theft stemming from data leaks. As a result of such fraud, they were locked out of their financial accounts, and it was an administrative nightmare to untangle the mess that had been created by someone else having control over their personal information and data. This is yet another reason why I am concerned about the growing number of federal officials getting access to my personal data.

10.     Most importantly, I fear what will happen when, inevitably, the various sources of data the federal government is pooling suggest that eligible citizens are not qualified to vote in their respective states. The order says that investigations and prosecutions of individuals they believe are ineligible must be prioritized, so I worry that individuals in my community—or even myself—who are eligible to vote could be subject to improper investigations because of simple data mismatches.

11.     In short, I am deeply troubled by the order's directive to compile, use, and disclose any information about me and other voters in New Jersey and all over the country. It's an invasion of privacy and threatens serious repercussions to lawful voters like me.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>4/16/2026</u>

<u>*Danielle Litwak*</u>

**Danielle Litwak**