# Exhibit 10

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

                           Plaintiffs,

      *v.*

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

                         Defendants.

Case No. 1:26-cv-01114 (CJN)

**EXPERT DECLARATION OF DR. KENNETH MAYER**

I, Kenneth Mayer, declare as follows:

1. I have been asked by counsel in this matter to analyze the process established by Section 2(a) of Executive Order 14399 that creates a "State Citizenship List" for each state, purporting to be lists of eligible U.S. citizens over age 18 with residence in that state, derived from Social Security Administration data and the Systematic Alien Verification for Entitlements (SAVE) system within the Department of Homeland Security, naturalization records, and other federal data.[1]

## Summary of Conclusions

2. The State Citizenship Lists will not – indeed cannot – provide reliable, accurate, or useful data to state election officials about the number, identity, or location of voting-age U.S. citizens residing in a state.

3. The system, and any resulting data, will be riddled with errors and deficiencies. These issues fall into multiple categories: inaccurate and incomplete citizenship information in federal data; a lack of information about residences, residential moves and name changes in federal data; a lack of comprehensive unique identifiers in State Citizenship Lists that would allow election officials to accurately link to voter files or identify eligible but unregistered U.S. citizens residing in a state; and the fact that any State Citizenship List will be out of date the instant it is created.

4. These problems are not trivial – it is certain that any such attempt to create State Citizenship Lists in all 50 states and the District of Columbia will contain many thousands, and likely millions, of errors, falsely identifying citizens as noncitizens, failing to accurately identify citizens and put them on State Citizenship Lists, placing voters in the wrong state, placing voters in the wrong county, failing to incorporate data on name changes through marriage or divorce, and producing data that will be difficult to link to voter files because of a lack of unique individual identifiers across State Citizenship Lists and statewide voter files.

5. Moreover, there is no way for state election officials to assess the reliability of a State Citizenship List, as there is no comparison data that permits identification of bias or errors in any such list. Even the most comprehensive federal data on citizenship relies on surveys (such as the American Community Survey and the Current Population Survey) that produce estimates, not enumerations, and which can only generate estimated aggregate population totals for geographic areas.

6. Section 2(a) of Executive Order 14399 will create massively error-prone and incomplete lists that will be of no practical use to election officials, will create enormous confusion among both voters and election officials, will generate mismatches and both false positive and false negative matches between State Citizenship Lists and voter files, and will cause administrative chaos as election officials try to process millions or even tens of millions of records in State Citizenship Lists with incomplete and incorrect data. If these lists are used to determine who is qualified to vote, it will result in the disenfranchisement of large numbers of eligible voters.

7. There is no evidence of material numbers of non-U.S. citizens registering or voting in U.S. elections. An analysis of documented cases identified 77 instances since 1999, over a time when I estimate that as many as 2.5 billion votes – and quite possibly many more– have been cast in federal, state, and local elections.

---

[1] 91 *Federal Register* 17125, April 3, 2026.

1

**Qualifications and Expertise**

8. I have a Ph.D. in political science from Yale University (1988), where my graduate training included courses in econometrics and statistics. My undergraduate degree is from the University of California, San Diego (1982), where I majored in political science and minored in applied mathematics.

9. I am Professor Emeritus of Political Science at the University of Wisconsin-Madison and retired in May 2024 after 35 years on the faculty and 24 years as a Full Professor. My CV is attached to this report as Appendix A.

10. All publications that I have authored and published appear in my CV. Those publications include the following peer-reviewed journals: *Journal of Politics*, *American Journal of Political Science*, *Election Law Journal*, *Legislative Studies Quarterly*, *Presidential Studies Quarterly*, *American Politics Research*, *Congress and the Presidency*, *Public Administration Review*, *Political Research Quarterly*, and *PS: Political Science and Politics*. I have also published in law reviews, including the *Richmond Law Review*, the *UCLA Pacific Basin Law Journal*, and the *University of Utah Law Review*. My work on campaign finance has been published in *Legislative Studies Quarterly*, *Regulation*, *PS: Political Science and Politics*, *Richmond Law Review*, the *Democratic Audit of Australia*, and in an edited volume on electoral competitiveness published by the Brookings Institution Press. My research on campaign finance has been cited by the U.S. Government Accountability Office and by legislative research offices in Connecticut and Wisconsin.

11. My work on election administration has been published in the *Election Law Journal*, *American Journal of Political Science*, *Public Administration Review*, *Political Research Quarterly*, and *American Politics Research*.

12. I was part of a research group retained by the Wisconsin Government Accountability Board to review its compliance with federal mandates and reporting systems under the Help America Vote Act, and to survey local election officials throughout the state. I served on the Steering Committee of the Wisconsin Elections Research Center, a unit within the UW-Madison College of Letters and Science.

13. In 2012, I was retained by the U.S. Department of Justice to analyze data and methods regarding Florida's efforts to identify and remove purportedly ineligible noncitizens from the statewide file of registered voters.

14. In 2022, I chaired the Dane County (WI) Election Security Review Committee, which produced a report for county officials on the physical security of election infrastructure.

15. In the past four years, I have testified as an expert witness in trial or deposition or submitted a report in the following cases:

    Federal: *Count Us In, et al. v Morales, et al.*, No. 1:25-cv-00864-RLY-MKK (S.D. Ind.); *Coalition for Open Democracy, et al. v Scanlan et al.*, No. 1:24-cv-00312-SE-TSM (D.N.H.); *Equality State Policy Center v. Gray*, No. 25-cv-00117-SWS (D. Wyo.); *LULAC Texas, et al., v. John Scott, et al.,* No. 1:21-cv-0786-XR (W.D. Tex.); *League of Women Voters of Fla., Inc., et al. v. Lee, et al.*, No. 4:21-cv-00186-MW-MAF (N.D. Fla.); *Fair Fight Inc., et al. v. True the Vote, Inc., et al*., No. 2:20-cv-00302-SCJ (N.D. Ga.).

State: *Montana Federation of Public Employees v. State of Montana et al.,* No. DV-25-268 (1st Jud. Dist. Ct., Lewis and Clark Cnty.); *League of Women Voters of Kansas et al. v. Schwab et al.*, No. 2021-CV-000299 (3d Jud. Dist., Shawnee Cnty. Kan.); *Eucke, et al. v. Wisconsin Elections Commission, et al.*, No. 2024CV007822 (Cir. Ct., Milwaukee City, Wis.); *League of Women Voters of Mo. & Mo. State NAACP v. Missouri, et al.*, No. 22AC-CC04333 (Cir. Ct. of Cole Cnty., Mo.); *Mo. State Conf. of the NAACP et. al. v. Missouri, et al.*, No. 22AC-CC04439 (Cir. Ct. of Cole Cnty., Mo.); *Lake v. Hobbs, et al.*, No. CV-2022-095403 (Maricopa Cnty. Sup. Ct, Ariz.); *Mont. Democratic Party & Mitch Bohn v. Christi Jacobsen*, consolidated No. DV 21-0451 (13th Jud. Ct. Yellowstone Cnty., Mont.).

16. Courts consistently have accepted my expert opinions and the basis for those opinions. No court has ever excluded my expert opinion under *Daubert* or any other standard.

17. Courts have cited my expert opinions in their decisions, finding my opinions reliable and persuasive. *See League of Women Voters of Missouri and Missouri State NAACP v. State of Missouri et al.*, No. 22AC-CC04333 (Cir. Ct. of Cole Cnty., Mo.); *Fair Fight Inc., et al. v. True the Vote, Inc., et al*., No. 2:20-cv-00302-SCJ (N.D. Ga.); *League of Women Voters v. Thurston*, No. 60CV-21-3138 (5th Div. Cir. Ct. Pulaski Cnty., Ark.); *Mont. Democratic Party & Mitch Bohn v. Christi Jacobsen*, consolidated No. DV 21-0451 (13th Jud. Ct. Yellowstone Cnty., Mont.); *Driscoll v. Stapleton*, No. DV 20 0408 (13th Jud. Ct. Yellowstone Cnty., Mont.); *Priorities U.S.A., et al. v. Missouri, et al.*, No. 19AC-CC00226 (Cir. Ct. Cole Cnty., Mo.); *Whitford v. Gill*, 218 F. Supp. 3d 837 (W.D. Wis. 2016); *One Wis. Inst., Inc. v. Thomsen*, 198 F. Supp. 3d 896 (W.D. Wis. 2016); *Baldus v. Members of Wis. Gov't Accountability Bd.*, 849 F. Supp. 2d 840 (E.D. Wis. 2012); *Milwaukee Branch of the NAACP v. Walker*, 851 N.W. 2d 262 (Wis. 2014); *Baumgart v. Wendelberger*, No. 01-C-0121, 2002 WL 34127471 (E.D. Wis. May 30, 2002).

18. I am being compensated at a rate of $600 per hour for my services in this matter. My work in this case is independent and impartial. My compensation is not dependent on either the substance of my opinion or the outcome of this case.

## Errors In Underlying Citizenship Verification Data

19. There is no national database of U.S. citizens at the federal level, and no federal system that allows accurate and up-to-date identification of the current residence of the roughly 211 million registered voters[2] or the estimated 241-243 million voting age U.S. citizens.[3]

20. Neither the Social Security Administration nor the DHS SAVE system has comprehensive information about the identity, citizenship, or residence of U.S. citizens.

---

[2]  2024 Election Administration and Voting Survey, U.S. Election Commission. https://www.eac.gov/news/2025/06/30/us-election-assistance-commission-releases-2024-election-administration-and-voting.

[3] U.S. Census Bureau, Citizen Voting Age Population (CVAP) Special Tabulation from the 2020-2024 5-year American Community Survey. https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html. Michael McDonald (University of Florida) estimates an eligible citizen age population of 243 million in 2024 (after removing the population of voting age citizens who are ineligible because of felony convictions); *see* University of Florida Election Lab https://election.lab.ufl.edu/2024-general-election-turnout/.

21. Neither the Social Security Administration or the DHS SAVE system has comprehensive and up to date information about name changes that occur through marriage or divorce, and which by over a 10-1 margin will affect women more than men (Lin 2023).

22. The Social Security Administration records citizenship data at the time of an application for a Social Security Number,[4] and there is no requirement that individuals update their citizenship information until they apply for benefits or request a replacement card: "[T]there is no obligation for an individual to report to SSA a change in his or her citizenship or immigration status until he or she requests a replacement card or files a claim for a Social Security benefit." (Social Security Administration Office of the General Counsel 2023, 2).

23. The Social Security Administration did not require citizenship information for foreign-born applicants or individuals under age 18 until 1974, and it was not until 1978 that citizenship information was required for all applicants. Even after that, SSA did not consistently retain citizenship data until 1981.[5]

24. The SSA itself warns: "While the citizenship information is accurate for SSA's program purposes, if used later for other purposes, it may not be current." (Social Security Administration Office of the General Counsel 2023, 2). As a result, citizenship data is very likely to be out of date for many naturalized U.S. citizens (Fifield 2025).

25. The Social Security Administration estimates that one-quarter of records in its Master File have no citizenship information at all (Social Security Administration Office of the General Counsel 2023, 2).

26. The Systematic Alien Verification for Entitlements system (SAVE) is not a comprehensive database of U.S. citizens. SAVE was originally created as a way to verify the immigration status and eligibility of individuals applying for public benefits by linking to federal databases, not to create national lists of citizens or verify citizenship generally (Immigration Policy Center 2012).

27. After a 2025 overhaul, SAVE now has the capability to connect to SSA and other federal data for citizenship information (such as state driver's license files or U.S. passport records, see Department of Homeland Security 2025). But it is still reliant on the accuracy of the underlying SSA or other citizenship data at the federal level, which are known to contain errors and gaps (Singh and Reynolds 2025).[6]

---

[4] "The citizenship [data] SSA maintains merely represents a snapshot of the individual's citizenship status at the time of their interaction with SSA. SSA's records do not provide definitive information about an individual's citizenship status" (Social Security Administration Office of the General Counsel 2023, 2).

[5] https://www.ssa.gov/policy/docs/ssb/v69n2/v69n2p55.html. See also Social Security Administration Office of the General Counsel (2023), 2.

[6] DHS can also link to data on Department of State records, which would document citizenship if the individual has a U.S. passport (https://www.uscis.gov/save/current-user-agencies/guidance/voter-registration-and-voter-list-maintenance-fact-sheet). However, only about half of U.S. citizens possess a passport (https://www.americanprogress.org/wp-content/uploads/sites/2/2025/01/SAVEact-tables.pdf), and less than half of registered voters nationwide report possessing an unexpired passport with their current legal name (2024 Survey on the Performance of American Elections, MIT Election Data and Science Lab, items q50, q50a, and q50b; https://electionlab.mit.edu/research/projects/survey-performance-american-elections).

28. The result is that any citizenship verification process based on SAVE and SSA data will falsely identify U.S. citizens as noncitizens and fail to accurately identify U.S. citizens, with the effects most likely for naturalized citizens, those who obtained a social security number before 1974, those who have not interacted with the social security system since obtaining their social security number, and those whose names have changed through marriage or divorce.

29. The inaccuracy of SAVE and SSA citizenship data is known to result in errors when it is used to attempt to verify citizenship for voting purposes. When states have submitted voter lists to DHS for mass verification of citizenship through the SAVE process, the resulting lists of purportedly noncitizen registrants have proven to be inaccurate, with naturalized citizens falsely flagged as noncitizens and error rates as high as 80% (Fifield and Despart 2026). In one instance, the SAVE process incorrectly flagged as a noncitizen an individual who had registered to vote at the conclusion of his naturalization ceremony.[7]

## Residential Mobility and Lack of Reliable Information on State Residency

30. Executive Order 14399 is completely silent on the question of how the federal government will determine residency of voting age citizens in a state for purposes of State Citizenship Lists. Section 2 states only that the DHS Secretary "shall take appropriate action to compile and transmit to the chief election official in each State a list of individuals confirmed to be United States citizens who will be above the age of 18 at the time of an upcoming Federal election and who maintain residence in the subject State."

31. It is highly unlikely the federal government has the data or means to accurately identify citizens' residences, including because addresses are not used for matching federal data to confirm citizenship in either the Social Security Administration or SAVE process (under the 2025 changes to SAVE, verification uses only name, date of birth, and either a social security number or an identifier in immigration data such as the Alien Registration number or naturalization certificate number).[8]

32. The problem is further exacerbated by the fact that the U.S. population is mobile, with tens of millions of people changing residence (and even state) from one year to the next. Census data show that between 2023 and 2024, over 7.5 million people moved from one state to another; IRS data show that in 2023, 6.6 million individuals filed a federal tax return with an address in a state different than what they used in 2022. And research shows that over 17 million people move between counties over the course of a year, and between 2015 and 2020 approximately 100 million individuals changed addresses (Morse 2023, 2127).[9]

33. The Electronic Registration Information Center (ERIC), a multistate organization that assists state officials with voter list maintenance, identified 13.9 million registered voters who moved from one state to another between 2013 and 2025, and 30 million registered voters who had moved within a state. This is not a comprehensive national figure, as ERIC membership had varied from 7 to 31 states (plus the District of California) over the period.[10]

---

[7] The problem of outdated citizenship information in administrative files is well known (see paragraph 72, showing that using driver's license files to identify noncitizens resulted in a 99.9% error rate in Florida).
[8] https://www.uscis.gov/save/about-save/save-verification-process.
[9] https://www.census.gov/newsroom/blogs/random-samplings/2014/02/moving-county-to-county.html
[10] https://ericstates.org/statistics/.

34. The problem becomes even more complex because many voters will list a *voting address* (a voter's permanent address, where they are registered to vote for residency purposes) that is different from their *current residential address*. This is one of the paradigmatic reasons for absentee voting— when a voter might be temporarily out of a county, state, or even the country because of things like school, a job, or military service.

35. The differences between a voter's permanent, registration address and temporary, residential address have led to false claims of election fraud in the past, such as in Georgia where an organization (True the Vote) challenged the registration of over 250,000 voters based on claims that the voters had filed a National Change of Address form with the U.S. Postal Service purportedly indicating a move to a different county or state. My analysis of this claim found tens of thousands of obvious errors in the True the Vote data, including misidentified records with duplicate names, tens of thousands of registrants who showed a residential address in a municipality near a university campus or military base, and hundreds of voters with residential addresses on a military base. Students away from home at school and miliary personnel stationed away from home are again classic examples of absentee voters, and any purported national list of eligible state residents is certain to miss many of them.[11] This is also a key reason why National Change of Address forms are not a reliable method of determining a voter's residence for voting purposes.

36. It is unclear how much residential data even exists in either SAVE or in SSA files. Residential address information is not required to apply for a social security number or replacement card.[12] While the SSA has a mechanism to update contact or other information in a social security record, unless an individual is currently receiving benefits, such updates are not required and depend on individuals to initiate the process.[13] By law, social security benefit payments are made electronically via direct deposit to financial institutions, and the agency stopped issuing and mailing paper checks in September 2025.[14]

37. The administrative processes involved in maintaining updated residence and address information in voter files is extremely complex, particularly for eligible voters moving from one state to another (see Morse 2023).

38. State voter files are dynamic and continuously changing as new voters are added, voters are put in inactive status, and voters are removed. In 2024, 29 states allowed some form of same day registration, and 23 states allowed election day registration; over 2.6 million voters used same day or election day registration (US Election Assistance Commission 2025, 143). In 2023 and 2024, election officials reported over 103 million registration transactions, either new registrations or updates. 25.3% of those transactions were new, indicating that the individual was either not registered before, had just turned 18, or had moved from another state (US Election Assistance Commission 2025, 146). EAVS reports that nationwide, 3.4% of all registration activity in 2024 occurred at polling places and early voting sites (US Election Assistance Commission 2025, 144).

---

[11] Expert Report of Kenneth R. Mayer, Ph.D., *Fair Fight Inc., et al. v. True the Vote, Inc., et al.*, Case No. 2:20-CV-00302-SCJ (N.D. Ga.), May 14, 2021.

[12] https://www.ssa.gov/ssnumber/ss5doc.htm. Applicants need proof of identity, citizenship, and date of birth. If an applicant uses a driver's license or state ID, the application process does not appear to even record the address on the license.

[13] https://www.ssa.gov/personal-record; SSA, *FAQ: How can I change my address or direct deposit information for my Social Security benefits or Supplemental Security Income (SSI) payments?* ("If you do not receive Social Security benefits, SSI payments, or Medicare, you do not need to change your address with us.") https://www.ssa.gov/faqs/en/questions/KA-01711.html.

[14] "Direct Deposit of Social Security Benefits," https://www.ssa.gov/oact/progdata/directdeposit.html.

39. State Citizenship Lists becomes static the moment they are generated and will be immediately outdated. Such a static file simply cannot capture individuals who move to a state, establish residency, request absentee ballots, or register to vote after the State Citizenship Lists are generated.

40. As a consequence, it is a certainty that any attempt to create a file of state residents using federal data will contain many thousands, if not millions, of inaccurate records because of missing, inaccurate, or outdated information.

**Lack of Comprehensive Unique Individual Identifiers in State Citizenship Lists and State Voter Files**

41. Any use of the State Citizenship Lists by states to determine who may vote or cast a mail ballot immediately presents a significant problem: there is no simple or reliable way to fully and accurately link an individual in a State Citizenship List to the same individual in a state voter file, or to determine that an individual in a voter file is not on that state's State Citizenship List, because there does not appear to be any comprehensive unique individual identifier in State Citizenship Lists that also exists in a state voter file.

42. The problem is ensuring that information about an individual identified in one large-scale administrative file (here, State Citizenship Lists, which will at a minimum contain hundreds of thousands of records in the case of a small state, tens of millions of records in a large state, and over 200 million records nationally[15]) is connected to the *same* individual, who may have a different address, may have moved to another state or may even have changed their name, in another large-scale administrative file (here, a statewide voter list),

43. This is a question of "data linkage," which is a well-known problem with voter file matching across states or matching voter files with other large administrative files (Ansolabehere and Hersch 2017; Huber et al. 2021; NASS 2017; Wisconsin Elections Commission 2021; Enamorado, Fifield, and Imai 2019; Goel et al. 2020; Kim, Schneider and Alvarez 2020; Merivaki 2020).

44. In large databases with a common unique identifier in both data sets being linked – such as a full 9-digit social security number in SSA data or unique voter identification number in a voter file – the linking process can be relatively straightforward (Christen 2012). In this scenario, an individual in one file with a social security number is almost certainly the same individual with that social security number in a different file, assuming that the underlying data exists and has been entered correctly in both files.

45. In the absence of the same unique identifier present in both files being linked, the matching process is much more difficult and is far more likely to result in false positives (linking an individual in one file to a different individual to another) and false negatives (failing to link to the same individual in both files).

46. With respect to State Citizenship Lists, there does not appear to be a unique identifier that could comprehensively exist in both this file and in every state's voter file. The Help America Vote Act requires new registrants after October 29, 2002, to use either a driver's license or state ID to prove identity; voters who do not possess a license or state ID can register using their date of birth and the last four digits of their social security number. While a driver's license number is a unique

---

[15] According to the Census Bureau's 2024 Citizen Voting Age Population (CVAP) Special Tabulation, 4 states have an estimated CVAP exceeding 10 million, and 9 states have a CVAP under 1 million. The totals range from Wyoming (440,292) to California (26,132,799), with a median CVAP of roughly 3.4 million.

7

individual identifier in a single state, it will not typically exist in SSA or DHS data. And while SSA data will contain an individual's full 9-digit SSN, the full number will often not be present in a voter file, and only the last four digits will be recorded for voters using it rather than a driver's license to register. Many registered voters do not have either identifier associated with their voter file, typically because they registered prior to the effective date of the Help America Vote Act.

47. The last four digits of a social security number, even in combination with a date of birth, is not a unique identifier (Office of the Inspector General, Social Security Administration 2009).

48. As of April 13, 2026, only 25 states are registered as statewide election administration agencies with the SAVE program for use in voter registration or voter list maintenance purposes.[16] This means that the federal government currently does not have access to(or even the capability of accurately processing) complete voter lists in states nationwide.

49. Even if the SAVE system can provide driver's license identification numbers for some individuals (see Department of Homeland Security 2025), that data will not cover every voting age citizen of a state. It will miss individuals with no license or state ID, those who have not provided citizenship information as part of their license application, those who naturalized after obtaining a license, and those who have moved to a new state and have not obtained a driver's license at their new residence at the time when a State Citizenship List was generated.

50. With no comprehensive unique identifiers, data linkage must rely on some other combination of fields to attempt to link an individual in one file to the same individual in another. Often those data fields (such as names and dates of birth) will not be unique. In this scenario, an individual in one file could easily be linked to a different individual in the other, or fail to identify a match even if the same individual is in both files.

51. Names and dates of birth, in particular, are unreliable identifiers in large scale datasets (McDonald and Levitt 2008). A study of electronic medical records in five large health care institutions found that in a total of 9.7 million individual records, over one million had the same first name, last name, and date of birth triplet as at least one other record (McCoy et al.. 2013). In some settings, depending on the demographics of the patient population, the duplication rate was as high as 15.5%.

52. Data in SSA and DHS files will, further, often lack information on surname changes that occur through marriage or divorce, which by more than a 10-1 margin will affect women more than men (Lin 2023). While the Social Security Administration has a process for updating records to include name changes, again, the updates are not required and must be initiated by individuals.[17] I am not aware of any process that links such vital records data to federal citizenship or social security data.

53. Combined with the high likelihood of missing or outdated address information, the lack of a unique individual identifier in both a State Citizenship File and a state voter file means that it will be difficult for state or local election officials to reliably link the two data sets: in many cases, they will be trying to link an individual in State Citizenship Lists to an individual in a voter file who might have a different surname, a different address, or both. In some cases, election officials will be trying to link a record in State Citizenship Lists to someone who does not even live in the state.

54. Moreover, a lack of standardization across fields in multiple large scale databases presents enormous hurdles for data linkage (see Ansolabehere and Hersh 2017). Data can vary between

---

[16] https://www.uscis.gov/save/about-save/save-agency-search-tool.
[17] https://www.ssa.gov/life-events/change-name.

databases in many ways that hinder accurate linkages: spelling variation in names, nicknames, spaces, the presence or absence of hyphens, single quote marks, double quote marks, upper case and lower case text, compound middle or last names, the formatting of suffixes such as Jr., Sr., or III and whether they are included in a separate field or as part of a last name, 5-digit vs. 9-digit ZIP codes, variation in how address are formatted ("Rd." in one file and "Road" in the other, "Street" and "St," "Fourth" and "4th", "Box" and" PO Box" and on and on). Where there are formatting differences between such fields in the two files, linkages can fail.

55. An additional problem is that voter files can contain erroneous entries and fields, which can prevent accurate linking between files. Voter files may use placeholder dates of birth with default values (such as January 1, 1900, or January 1, 1800) when actual dates of birth are not available or were not recorded for voters prior to the establishment of statewide voter files (see Ansolabehere and Hersh 2010; Ansolabehere and Hersh 2017; Merivaki and Smith 2020; Cao, Kim and Alvarez 2022). Shino et al. (2020) found 145 voters in the Florida statewide voter file with a birth year prior to 1903.

56. For all of these reasons, false positives and false negatives are inevitable, and election officials cannot be sure that they have reliably identified the same individual in both files when no unique identifier exists.

57. It is simply not possible for State Citizenship Lists to accurately capture data for all voting age citizen residents of a state. Nothing – not even a unique identifier such as a social security number or driver's license number – will capture every element of an individual's identifiable information, such as name, address, or even citizenship.

58. Theoretically, even if the identity and citizenship information for every individual is correct and can be linked to voter files with 100% accuracy – which cannot happen for the reasons already explained – any such database will be outdated the instant it is created, and will miss large numbers of eligible voters. And, of course, there is no possibility that these ideal conditions will exist, given the underlying errors and gaps in the federal data, the impossibility of accurately capturing all name changes, and the inherent difficulty of data linkage in files with tens of millions of records with no unique individual identifiers consistently present in both files.

**Election Officials Have No Way of Assessing the Reliability of State Citizenship Lists**

59. The previous sections of this report establish the inevitability of large-scale errors in State Citizenship Lists.

60. Another serious problem is that there is no way for state election officials to assess the reliability of any such lists or whether there is an underlying error or bias in State Citizenship Lists that systematically underreports the number of citizens residing in a state.

61. Again, the problem is that there is no definitive enumeration of U.S. citizens at either the state or federal level, and no possible method of accurately determining the state residency of every U.S. citizen. As a consequence, there is nothing that state election officials can use to comprehensively evaluate the accuracy or reliability of a State Citizenship List.

62. Even a State Citizenship List that begins with a complete statewide voter file will not – indeed, cannot – identify all eligible but unregistered individuals in a state.

9

63. Efforts to identify eligible but unregistered people by state election agencies and researchers invariably use other administrative data to identify them, generally state driver's license and state transportation ID databases (Bryant et al. 2022; Merivaki and Suttman-Lea 2023; McDonald et al. 2024; Fowler and Sothern 2025).

64. Even this method of identifying eligible but unregistered people is not comprehensive: it will miss eligible voters without a driver's license or ID and eligible voters who have recently moved to a new state but have not yet obtained a new license or ID, may identify voters no longer eligible in a state because of a move, and may miss individuals with an expired license or a license that does not have their current legal name.

65. A 2024 study from the University of Maryland Center for Democracy and Civic Engagement estimated that "nearly 21 million voting age U.S. citizens do not have a current (non-expired) driver's license," another 28 million have a license that does not match their current legal name and address, and nearly 2.6 million voting age U.S. citizens "do not have any form of government issued photo identification" (Rothschild, Novey, and Hanmer 2024). This shows that close to 50 million U.S. citizens may not be accurately identified or located using state driver's license files in creating State Citizenship Lists.

66. A comparison of Census data, American Community Survey data, Current Population Survey, and a national voter file compiled by a private firm (L2) using state voter registration files (Fowler and Sothern 2025) found that none of the data sources comprehensively identified all eligible individual voters, and they each give different numbers of eligible individuals.

67. Fowler and Southern conclude: "Our analysis of multiple data sources on the voting-eligible and registered populations reveals substantial gaps in our understanding of where these populations are located and how policies shape their presence on official voter rolls" (2025, 11).

68. Given the inherent inaccuracy of State Citizenship Lists, it will be impossible to determine whether some bias or inaccuracy exists or may have been intentionally introduced in the creation of such lists.

## Noncitizen Voting and Registration is Vanishingly Rare

69. The Statewide Citizenship Lists will not promote election integrity or voter confidence. If anything, by promulgating data that is certain to be outdated and inaccurate and creating widespread confusion, EO 14399 will erode confidence in election processes.

70. There is simply no credible evidence of material numbers of noncitizens voting in U.S. elections (Anderman 2024; Minnite 2010; Ansolabehere, Luks and Schaffner 2015; Nowrasteh 2020; Wren et al. 2026). Claims of widespread noncitizen voting or registration invariably turn out to be wildly exaggerated, and the few actual cases of noncitizens on voter rolls are often the result of errors by election officials.[18]

71. A claim that a significant number of noncitizens were voting (Richman, Chattha and Earnest 2014) was thoroughly debunked by the scholars who originally collected the data used to make the claim, concluding that survey error by respondents, improper use of survey data to capture low frequency

---

[18] Supplemental Report of Kenneth R. Mayer, Ph.D., *Coalition for Open Democracy et al. v. Scanlan et al.* Case No. 1:24-cv-00312-SE-TSM (D. N.H.). September 26, 2025, 6.

events, and misinterpretation of the statistical properties of the data completely accounted for the results. (Ansolabehere, Luks, and Schaffner 2015).

72. In 2012, election officials in Florida claimed that over 180,000 noncitizens were registered to vote, based on a comparison between the statewide voter file and state driver's license records. This number was wildly inflated because the driver's license file recorded the individual's citizenship status at the time of application and was not updated if the license holder subsequently naturalized (Brown 2012). The eventual list of noncitizens on the voter rolls dropped to 85, almost all of which were the result of errors. The original list, then, had an error rate of 99.9% based on outdated citizenship data.

73. The Bipartisan Policy Center analysis found 77 confirmed instances of noncitizens voting in the U.S. between 1999 and 2023. Most of these cases involved unintentional errors by voters who did not realize they were ineligible, or mistakes by election officials.[19]

74. Between 1999 and 2023, over 1.4 billion votes were been cast in federal general elections. Presidential primaries over this period add another 300 million votes to the total; midterm primaries another estimated 100 million; off-year statewide elections in Kentucky, Louisiana, Mississippi, New Jersey and Virginia a minimum of 75 million more; and hundreds of millions of ballots cast in local elections, judicial elections, special elections, special district elections, runoff elections, and non-presidential statewide primaries over that time. The total number of votes cast is easily in the range of 2.5 billion, and possibly significantly more.

75. 77 noncitizen votes over this period represents an upper bound of approximately 1 noncitizen vote for every 32 million votes cast, or a rate of roughly 0.0000031%.

**Conclusions**

76. Executive Order 14399 will create massively error-prone and incomplete State Citizenship Lists that will be of no practical use to election officials.

77. Executive Order 14399 will create enormous confusion among both voters and election officials, will generate mismatches and both false positive and false negative matches between State Citizenship Lists and voter files, and will cause administrative chaos as election officials try to process millions or even tens of millions of records in State Citizenship Lists with incomplete and incorrect data.

78. Any use of State Citizenship Lists to determine who is qualified to register and vote in a state will result in the disenfranchisement of large numbers of eligible voters.

79. There is no evidence of material numbers of non-U.S. citizens registering or voting in U.S. elections. An analysis of documented cases identified 77 instances between 1999 and 2023, over a time when I estimate that as many as 2.5 billion votes – and quite possibly many more– have been cast in federal, state, and local elections.

---

[19] https://bipartisanpolicy.org/article/four-things-to-know-about-noncitizen-voting/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 17, 2026

_Kenneth Mayer_

_____

Dr. Kenneth R. Mayer

Sources

Anderman, Allison. 2024. "Debunking Lies About Voting and Citizenship," Brennan Center for Justice, New York University Law School, October 10. https://www.brennancenter.org/our-work/analysis-opinion/debunking-lies-about-voting-and-citizenship.

Ansolabehere, Stephen and Eitan Hersh. 2010. *The Quality of Voter Registration Records: A State-by-State Analysis*. Caltech/MIT Voting Technology Project and Harvard Institute for Quantitative Social Science. July 14.

Ansolabehere, Stephen and Eitan D. Hersh. 2017. "ADGN: An Algorithm for Record Linkage Using Address, Date of Birth, Gender, and Name." *Statistics and Public Policy* 4:1-10.

Ansolabehere, Stephen, Samantha Luks, and Brian F. Schaffner. 2015. "The Perils of Cherry Picking Low Frequency Events in Large Sample Surveys." *Electoral Studies* 40:409-410.

Brown, Robbie. 2012. "Florida's Approach to Purging Voter Rolls of Noncitizens Prompts Federal Lawsuit." *New York Times*, June 12. https://www.nytimes.com/2012/06/13/us/justice-department-sues-florida-over-voter-purge.html

Bryant, Lisa A., Michael J. Hanmer, Alauna C. Safarpour, and Jared McDonald. 2022. "The Power of the State: How Postcards from the State Increased Registration and Turnout in Pennsylvania." *Political Behavior* 44:535-549.

Cao, Jian, Seo-young Silvia Kim and R. Michael Alvarez. 2022. "Bayesian Analysis of State Voter Registration Database Integrity." *Statistics, Politics, and Policy* 13:19-40.

Christen, Peter. 2012. *Data Matching: Concepts and Techniques for Record Linkage, Entity Resolution, and Duplicate Detection*. New York: Springer-Verlag.

Department of Homeland Security. 2025. *Privacy Impact Assessment for the Systematic Alien Verification for Entitlements "SAVE" Program*. DHS Reference No. DHS/USCIS/PIA-006(d), October 31.

Enamorado, Ted, Benjamin Fifield, and Kosuka Imai. 2019. "Using a Probabilistic Model to Assist Merging of Large-Scale Administrative Records." *American Political Science Review* 113:353-371.

Fifield, Jen. 2025. "Details of DHS Agreement Reveal Risks of Trump Administration's Use of Social Security Data for Voter Citizenship Checks." ProPublica. October 30. https://www.propublica.org/article/dhs-social-security-data-voter-citizenship-trump.

Fifield, Jen and Zach Despart. 2026. "A Federal Tool to Check Voter Citizenship Keeps Making Mistakes. It Led to Confusion in Texas." *The Texas Tribune*, February 13.

Fowler, Christopher S. and Billy Southern. 2025. "What We Know and Don't Know About Eligible and Registered Voters in the United States: Population, Age, and Race in Census Surveys and L2 Voter Roll Data," *Social Science Quarterly* 106 (September). https://doi.org/10.1111/ssqu.70080.

Goel, Sharad, Marc Meredith, Michael Morse, David Rothschild, and Houshmand Shirani-Mehr. 2020. "One Person, One Vote: Estimating the Prevalence of Double Voting in U.S. Presidential Elections." *American Political Science Review* 114:456-469.

13

Huber Gregory A., Marc Meredith, Michael Morse, and Katie Steele. 2021. "The Racial Burden of Voter List Maintenance Errors: Evidence from Wisconsin's Supplemental Movers Poll Books." *Science Advances*. February 17.

Immigration Policy Center. 2012. *Using the Systematic Alien Verification for Entitlements (SAVE) Program for Voter Eligibility Verification*. August.

Kim, Seo-young Silvia, Spencer Schneider, and R. Michael Alvarez. 2020. "Evaluating the Quality of Changes in Voter Registration Databases." *American Politics Research* 48:670-676.

Lin, Luona. 2023. *About 8 in 10 Women in Opposite-Sex Marriages Say They Took Their Husband's Last Name*. Pew Research Center. September 7.

McCoy, Allison B., Adam Wright, Michael G. Kahn, Jason S. Shapiro, Elmer Victor Bernstam, and Dean F. Sittig. 2013. "Matching Identifiers in Electronic Health Records: Implications for Duplicate Records and Patient Safety." *BMJ Quality & Safety* 22:219-224.

McDonald, Jared, Alauna C. Safarpour, Michale J. Hamner, and Lisa A. Bryant. 2024. "Evaluating Partisan Registrations Amid the Electronic Registration Information Center (ERIC) Controversy." Bipartisan Policy Center Working Paper. August 16. Forthcoming in *PS: Political Science and Politics*.

McDonald, Michael P. and Justin Levitt. 2008. "Seeing Double Voting: An Extension of the Birthday Problem." *Election Law Journal* 7:111-122.

Mann, Christopher B. and Lisa A. Bryant. 2020. "If You Ask, They Will Come (to Register and Vote): Field Experiments with Election Agencies on Encouraging Voter Registration." *Electoral Studies* 63. https://doi.org/10.1016/j.electstud.2019.02.012.

Merivaki, Thessalia. 2020. "Our Voter Rolls Are Cleaner Than Yours: Balancing Access and Integrity in Voter List Maintenance." *American Politics Research* 48:560-570.

Merivaki, Thessalia and Daniel A. Smith. 2020. "Challenges in Voter Registration." In Mitchell Brown, Kathleen Hale, and Bridgett A. King, *The Future of Election Administration*. Palgrave.

Merivaki, Thessalia and Mara Suttmann-Lee. 2023. "Can Electoral Management Bodies Expand the Pool of Registered Voters? Examining the Effects of Face-to-Face, Remote, Traditional, and Social Media Outreach." *Policy Studies* 44:377-407.

Minnite, Lorraine C. 2010. *The Myth of Voter Fraud*. Ithaca: Cornell University Press.

Morse, Michael. 2023. "Democracy's Bureaucracy: The Complicated Case of Voter Registration Lists." *Boston University Law Review* 103:2123-2198.

Morse, Michae, Rachel Orey, and Joann Bautista. 2025. *Modernizing Voter List Maintenance: An Evidence-Based Framework for Access and Integrity*. Bipartisan Policy Center. September.

National Association of Secretaries of State. 2017. *NASS Report: Maintenance of State Voter Registration Lists – A Review of Relevant Policies and Procedures*.

14

Norwrasteh, Alex. 2020. *Noncitizens Don't Illegally Vote in Detectable Numbers*. CATO Institute. November 25. https://www.cato.org/blog/noncitizens-dont-illegally-vote-detectable-numbers.

Orey, Wren, Theresa Cardinal Brown, Feyisayo Oyolola, and Theo Menon. 2026. *Four Things to Know about Noncitizen Voting.* Bipartisan Policy Center. February 20. https://bipartisanpolicy.org/article/four-things-to-know-about-noncitizen-voting/.

Richman, Jesse T., Gulshan A. Chattha, and David C. Earnest. 2014. "Do Non-Citizens Vote in U.S. Elections?" *Electoral Studies* 36:149-157.

Rothschild, Jillian Andres, Samuel B. Novey, and Michael J. Hanmer. 2024. "Who Lacks ID in America Today? En Exploration of Voter ID Access, Barriers, and Knowledge." Center for Democracy and Civic Engagement, University of Maryland (College Park). January.

Shino, Enrijeta, Michael D. Martinez, Michale P. McDonald, and Danial A. Smith. 2020. "Verifying Voter Registration Records." *American Politics Research* 48:677-681.

Singh, Jasleen and Spencer Reynolds. 2025. *Homeland Security's "SAVE" Program Exacerbates Risks to Voters*. Brennan Center, New York University. July 21.

Social Security Administration, Office of the General Counsel. 2023. Re: Application for Records and Testimony of a Social Security Administration (SSA) Employee in a Federal Civil Case, *Mi Familia Vota, et al. v. Adrian Fontes, in his official capacity as Arizona Secretary of State, et al.*, 22-cv-509 et al. (consolidated) (D. AZ). July 13.

Social Security Administration Office of Inspector General. 2009. *Quick Response Evaluation: Accuracy of the Help American Vote Verification Program Responses*. A-03-09-29115. June.

Social Security Administration Office of Inspector General. 2022. *Audit Report: Match of Utah Death Information Against Social Security Administration Records*. A-06-21-51030. September.

Social Security Administration Office of Inspector General. 2026. *Audit Report: Accuracy of Critical Payments.* 042403. March.

U.S. Election Assistance Commission. 2025. *Election Administration and Voting Survey 2024 Comprehensive Report*. Report from the Election Assistance Commission to the 119th Congress. June.

Wisconsin Elections Commission. 2021. *Electronic Registration Information Center (ERIC) Movers List Update*. February 3, 2021.

**Appendix A - CV**
**Kenneth R. Mayer**
April 2026

Department of Political Science
Affiliate, La Follette School of Public Affairs
University of Wisconsin – Madison

## Education

Yale University, Department of Political Science, Ph.D., 1988.
Yale University, Department of Political Science, M.A., M.Phil.,1987.
University of California, San Diego, Department of Political Science, B.A., 1982.

## Positions Held

University of Wisconsin, Madison. Department of Political Science
>  Emeritus Professor, May 2024-present
>  Professor, July 2000-May 2024.
>  Associate Professor, June 1996-June 2000.
>  Assistant Professor, August 1989-May 1996.

Fulbright-ANU Distinguished Chair in Political Science, Australian National University (Canberra, ACT), July-December 2006.

Director, Data and Computation Center, College of Letters and Science, University of Wisconsin-Madison, June 1996-September 2003

Consultant, The RAND Corporation, Washington DC, 1988-1994. Conducted study of acquisition reform, and the effects of acquisition policy on the defense industrial base. Performed computer simulations of U.S. strategic force posture and capabilities.

Contract Specialist, Naval Air Systems Command, Washington D.C., 1985-1986. Responsible for cost and price analysis, contract negotiation, and contract administration for aerial target missile programs in the $5 million - $100 million range.

## Awards

American Political Science Association, State Politics and Policy Section. Award for best Journal Article Published in the *American Journal of Political Science* in 2014. Awarded for Burden, Canon, Mayer, and Moynihan, "Election Laws, Mobilization, and Turnout."

Robert H. Durr Award, from the Midwest Political Science Association, for Best Paper Applying Quantitative Methods to a Substantive Problem Presented at the 2013 Meeting. Awarded for Burden, Canon, Mayer, and Moynihan, "Election Laws and Partisan Gains."

Leon Epstein Faculty Fellow, College of Letters and Science, 2012-2015

UW Housing Honored Instructor Award, 2012, 2014, 2017, 2018

Recipient, Jerry J. and Mary M. Cotter Award, College of Letters and Science, 2011-2012

Alliant Underkofler Excellence in Teaching Award, University of Wisconsin System, 2006

Pi Sigma Alpha Teaching Award, Fall 2006

Vilas Associate, 2003-2004, University of Wisconsin-Madison Graduate School.

2002 Neustadt Award. Awarded by the Presidency Research Group of the American Political Science Association, for the best book published on the American presidency in 2001. Awarded for *With the Stroke of a Pen: Executive Orders and Presidential Power*.

Lilly Teaching Fellow, University of Wisconsin-Madison, 1993-1994.

Interfraternity Council award for Outstanding Teaching, University of Wisconsin-Madison, 1993.

Selected as one of the 100 best professors at University of Wisconsin-Madison, Wisconsin Student Association, March 1992.

Olin Dissertation Fellow, Center for International Affairs, Harvard University, 1987-1988

**Service as an Expert Witness**

1. *College Democrats of North Carolina et al. v. North Carolina State Board of Elections, et al.,* Case No.1:26-cv-092-TDS-JLW (M.D. NC)
2. *Count Us In, Women4Change, and Josh Montagne v. Morales, et al.,* No.: 1:25-CV-00864-RLY-MKK (S.D. Ind.)
3. *Montana Federation of Public Employees v. State of Montana et. al.,* Case No. DV-25-268 (1st Jud. Dist. Ct., Lewis and Clark Cty.)
4. *League of Women Voters of Kansas et al. v Schwab et al.*, Case No. 2021-V-000299 (3d Jud. Ct., Shawnee Cty., KS Civil Dept.)
5. *Coalition for Open Democracy et al. v. Scanlan et al.,* Case No. 1:24-cv-00312-SE-TSM (D.N.H.)
6. *Equality State Policy Center v. Gray et al.*. Civil Action No. 25-cv-000117-SWS (D. Wyo.).
7. *Eucke, et al. v. Wisconsin Elections Commission, et al.,* 2024CV007822 (Cir. Ct., Milwaukee Cty., WI), voter challenges (2024).
8. *League Of Women Voters of Missouri and Missouri State NAACP v. State of Missouri et al.*, Case No. 22AC-CC04333 (Cir. Ct. of Cole Cnty., MO), voter registration (2024).
9. *Montana Public Interest Research Group, et al.*, *v. Jacobsen, et al.*, Case No. 6:23-cv-00070-DWM (D. Mont,), voter registration (2024).
10. *Vote.org, et al., v. Georgia State Election Board, et al*, Case No. 1:22-cv-01734-JPB (N.D. GA), election administration (2023).
11. *March for Our Lives Idaho and Idaho Alliance for Retired Americans v. McGrane*, Case No. 1:23-cv-00107-AKB (D. Idaho), election administration (2023).
12. *Vote.org, et al. v. Cord Byrd, et al.*, Case No. 4:23-cv-111-AW-MAF (N.D. Fla.).
13. *Northeast Ohio Coalition for the Homeless et al. v. .Frank LaRose,* Case No. 1:23-cv-26-DCN (E.D. Ohio), election administration (2023).
14. *Missouri State Conference of the NAACP, et. al. v. State of Missouri, et al.,* Case No. 22AC-CC04439 (Cir. Ct. of Cole Cnty., MO) voting rights, voter ID (2023).
15. *Lake v. Hobbs, et al.*, Case No. CV-2022-095403 (Maricopa Cty. Sup. Ct, AZ), election contest (2022).
16. *LULAC Texas et al. v. Scott et al.,* Case No. 1:21-cv-0786-XR (W.D. Tex.), election administration (2022).
17. *Montana Democratic Party and Mitch Bohn v. Christi Jacobsen*, Consolidated Case No. DV 21-0451 (13th Judicial Ct. Yellowstone Cty., MT), election administration (2022).
18. *Fair Fight Inc., et al. v. True the Vote, Inc., et al.*, Case No. 2:20-CV-00302-SCJ (N.D. GA), election administration (2022).
19. *League of Women Voters of Arkansas et al. v. Thurston et al*., Case No. 60CV-21-3138 (5th Circ. Ct., Pulaski Cty., AR), election administration (2021).
20. *League of Women Voters of Florida, Inc., et al. v. Lee, et al.*, Case No. 4:21-cv-00186-MW-MAF (N.D. Fla.), election administration (2021).
21. *Johnson, et al., v. WEC, et al.*, 2021 WI 87 (Wis. 2021), redistricting.
22. *Majority Forward and Gamliel Warren Turner, Sr. v. Ben Hill County Board of Elections, et al.*, Case No. 1:20-CV-00266-LAG (M.D. Ga), election administration (2020).
23. *Pearson et al. v. Kemp et al.,* Case No. 1:20-cv-4809-TCB (N.D. Ga), election administration (2020).
24. *North Carolina Alliance for Retired Americans et al. v. North Carolina State Board of Elections* (Wake Cty., NC), absentee ballots (2020).
25. *LaRose et al. v. Simon*, Case No. 62-CV-20-3149 (2d Jud. Dist. Ct., Ramsey Cty., MN), absentee ballots (2020).
26. *Michigan Alliance for Retired Americans et al. v Benson et al*. No 2020-000108-MM (Mich.

Court of Claims), absentee ballots (2020).

27. *The New Georgia Project et al. v. Raffensperger et al*. No. 1:20-CV-01986-EL0052 (N.D. Ga.), absentee ballots (2020).

28. *Driscoll v. Stapleton*, Case No. DV 20 0408 (13th Judicial Ct. Yellowstone Cty., MT), absentee ballots (2020).

29. *The Andrew Goodman Foundation v. Bostelmann*, Case No. 19-cv-955 (W.D. Wisc.), voter ID (2020).

30. *Kumar v. Frisco Independent School District et al.*, Case No. 4:19-cv-00284 (E.D. Tex.), voting rights (2019).

31. *Fair Fight Action v. Raffensperger* Case No. 1:18-cv-05391-SCJ (N.D. Ga.), voting rights (2019)

32. *Vaughan v. Lewisville Independent School District*, Case No. 4:19-cv-00109 (E.D. Texas), voting rights (2019).

33. *Dwight et al. v Raffensperger*, Case No: 1:18-cv-2869-RWS (N.D. Ga.), redistricting, voting rights (2018).

34. *Priorities U.S.A.et al. v. Missouri et al.,* Case No. 19AC-CC00226 (Cir. Ct. of Cole Cty., MO), voter ID (2018).

35. *Tyson v. Richardson Independent School District*, Case No. 3:18-cv-00212 (N.D. Texas), voting rights (2018).

36. *League of Women Voters of Michigan, et al. v. Johnson*, Case No. 2:17-cv-14148-DPH-SDD (E.D. Mich.), redistricting (2018).

37. *One Wisconsin Institute, Inc., et al. v. Nichol, et al*., 198 F. Supp. 3d 896 (W.D. Wis.), voting rights (2016).

38. *Whitford et al. v. Gill et* al, 218 F. Supp. 3d 837, (W.D. Wis.), redistricting (2016).

39. *Milwaukee NAACP et al. v. Scott Walker et. al*, N.W.2d 262 (Wis. 2014), voter ID (2012).

40. *Baldus et al. v. Brennan et al.,* 849 F. Supp. 2d 840 (E.D. Wis.), redistricting, voting rights (2012).

41. *County of Kenosha v. City of Kenosha,* Case No. 22-CV-1813 *(*Wis. Cir. Ct., Kenosha Cty.), municipal redistricting (2011).

42. *McComish et al. v Brewer et al.*. 2010 WL 2292213 (D. Ariz.), campaign finance (2009).

43. *Baumgart et al. v. Wendelberger et al.*, 2002 WL 34127471 (E.D. Wis.), redistricting (2002).

**Grants**

"A Multidisciplinary Approach for Redistricting Knowledge." Principal Investigator. Co-PIs Adeline Lo (UW Madison, Department of Political Science), Song Gao (UW Madison, Department of Geography), and Barton Miller and Jin-Yi Cai (UW Madison, Department of Computer Sciences). UW 2020 Program, Wisconsin Alumni Research Foundation. July 1, 2020-June 30, 2023. $410,711.

"Analyzing Nonvoting and the Student Voting Experience in Wisconsin." Dane County (WI) Clerk, $44,157. November 2016-December 2017. Additional support ($30,000) provided by the Office of the Chancellor, UW-Madison.

Campaign Finance Task Force, Stanford University and New York University, $36,585. September 2016-August 2017.

"How do You Know? The Structure of Presidential Advising and Error Correction in the White House." Graduate School Research Committee, University of Wisconsin, $18,941. July 1, 2015-June 30, 2016.

"Study and Recommendations for the Government Accountability Board Chief Inspectors' Statements and Election Incident Report Logs." $43,234. Co-PI. With Barry C. Burden (PI), David T. Canon (co-PI), and Donald Moynihan (co-PI). October 2011-May 2012.

"Public Funding in Connecticut Legislative Elections." Open Society Institute. September 2009-December 2010. $55,000.

"Early Voting and Same Day Registration in Wisconsin and Beyond." Co-PI. October 2008- September

2009. Pew Charitable Trusts. $49,400. With Barry C. Burden (PI), David T. Canon (Co-PI), Kevin J. Kennedy (Co-PI), and Donald P. Moynihan (Co-PI).

City of Madison, Blue Ribbon Commission on Clean Elections. Joyce Foundation, Chicago, IL. $16,188. January-July 2008.

"Wisconsin Campaign Finance Project: Public Funding in Connecticut State Legislative Elections." JEHT Foundation, New York, NY. $84,735. November 2006-November 2007.

"Does Public Election Funding Change Public Policy? Evaluating the State of Knowledge." JEHT Foundation, New York, NY. $42,291. October 2005-April 2006.

"Wisconsin Campaign Finance Project: Disseminating Data to the Academic, Reform, and Policy Communities." Joyce Foundation, Chicago, IL. $20,900. September 2005- August 2006.

"Enhancing Electoral Competition: Do Public Funding Programs for State and Local Elections Work?" Smith Richardson Foundation, Westport, CT. $129,611. December 2002-June 2005

WebWorks Grant (implementation of web-based instructional technologies), Division of Information Technology, UW-Madison, $1,000. November 1999.

"Issue Advocacy in Wisconsin during the 1998 Election." Joyce Foundation, Chicago, IL. $15,499. April 1999.

Instructional Technology in the Multimedia Environment (IN-TIME) grant, Learning Support Services, University of Wisconsin. $5,000. March 1997.

"Public Financing and Electoral Competitiveness in the Minnesota State Legislature." Citizens' Research Foundation, Los Angeles, CA, $2,000. May-November 1996.

"The Reach of Presidential Power: Policy Making Through Executive Orders." National Science Foundation (SBR-9511444), $60,004. September 1, 1995-August 31, 1998. Graduate School Research Committee, University of Wisconsin, $21,965. Additional support provided by the Gerald R. Ford Library Foundation, the Eisenhower World Affairs Institute, and the Harry S. Truman Library Foundation.

The Future of the Combat Aircraft Industrial Base." Changing Security Environment Project, John M. Olin Institute for Strategic Studies, Harvard University (with Ethan B. Kapstein). June 1993-January 1995. $15,000.

Hilldale Student Faculty Research Grant, College of Letters and Sciences, University of Wisconsin (with John M. Wood). 1992. $1,000 ($3,000 award to student)

"Electoral Cycles in Federal Government Prime Contract Awards" March 1992 – February 1995. National Science Foundation (SES-9121931), $74,216. Graduate School Research Committee at the University of Wisconsin, $2,600. MacArthur Foundation, $2,500.

C-SPAN In the Classroom Faculty Development Grant, 1991. $500

## Professional and Public Service

Town of Middleton, Review of Polling Place Resource Allocation, 2023 (with Jessie Munson).

Chair, Election Security Review Committee, Dane County, Wisconsin 2022.

Participant and Board Member, 2016 White House Transition Project, PIs Martha Joynt Kumar (Towson State University) and Terry Sullivan (University of North Carolina-Chapel Hill).

Education and Social and Behavioral Sciences Institutional Review Board, 2008-2014. Acting Chair, Summer 2011. Chair, May 2012- June 2014.

Participant, U.S. Public Speaker Grant Program. United States Department of State (nationwide speaking tour in Australia, May 11-June 2, 2012).

Expert Consultant, Voces de la Frontera. Milwaukee Aldermanic redistricting, (2011).

Expert Consultant, Prosser for Supreme Court. Wisconsin Supreme Court election recount (2011).

Chair, Blue Ribbon Commission on Clean Elections (Madison, WI), August 2007-April 2011.

Consultant, Consulate of the Government of Japan (Chicago) on state politics in Illinois, Indiana, Minnesota, and Wisconsin, 2006-2011.

Section Head, Presidency Studies, 2006 Annual Meeting of the American Political Science Association.

Co-Chair, Committee on Redistricting, Supreme Court of Wisconsin, November 2003-December 2009.

Section Head, Presidency and Executive Politics, 2004 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

Presidency Research Group (organized section of the American Political Science Association) Board, September 2002-present.

Book Review Editor, *Congress and the Presidency*, 2001-2006.

Editorial Board, *American Political Science Review*, September 2004-September 2007.

Consultant, Governor's Blue Ribbon Commission on Campaign Finance Reform (Wisconsin), 1997.

**PUBLICATIONS**

**Books**

*Presidential Leadership: Politics and Policymaking*, 14th edition.. Lanham, MD: Rowman and Littlefield, 2026. With George C. Edwards, III and Steven J. Wayne. Previous editions 10th (2018), 11th (2020), 12th (2023), 13th (2024).

*The Enduring Debate: Classic and Contemporary Readings in American Government.* 9th ed. New York: W.W. Norton & Co., 2023. Co-edited with David T. Canon and John Coleman. Previous editions 1st (1997), 2nd (2000), 3rd (2002), 4th (2006), 5th (2009), 6th (2011), 7th (2013), 8th (2017).

*The 2016 Presidential Elections: The Causes and Consequences of an Electoral Earthquake*. Lanham, MD: Lexington Press, 2017. Co-edited with Amnon Cavari and Richard J. Powell.

*Faultlines: Readings in American Government*, 5th ed. New York: W.W. Norton & Co. 2017. Co-edited with David T. Canon and John Coleman. Previous editions 1st (2004), 2nd (2007), 3rd (2011), 4th (2013).

*The 2012 Presidential Election: Forecasts, Outcomes, and Consequences*. Lanham, MD: Rowman and Littlefield, 2014. Co-edited with Amnon Cavari and Richard J. Powell.

*Readings in American Government*, 7th edition. New York: W.W. Norton & Co. 2002. Co-edited with Theodore J. Lowi, Benjamin Ginsberg, David T. Canon, and John Coleman). Previous editions 4th (1996), 5th (1998), 6th (2000).

*With the Stroke of a Pen: Executive Orders and Presidential Power*. Princeton, NJ: Princeton University Press. 2001. Winner of the 2002 Neustadt Award from the Presidency Studies Group of the American Political Science Association, for the Best Book on the Presidency Published in 2001.

*The Dysfunctional Congress? The Individual Roots of an Institutional Dilemma*. Boulder, CO: Westview Press. 1999. With David T. Canon.

*The Political Economy of Defense Contracting*. New Haven: Yale University Press. 1991.

**Articles**

"Modeling Region Affiliation with Fuzzy Membership Based on Spatial and Social Interactions." *Annals of the Association of American Geographers*. September 2025. With Jake Kruse and Song Gao. https://doi.org/10.1080/24694452.2025.2551044.

"Identifying Rich Clubs in Spatiotemporal Interaction Networks." *Annals of the American Association of Geographers* 115:899-922 (March 2025). With Jake Kruse, Song Gao, Yuhan Ji, Keith Levin, and Qunying Huang.

"Guardians at the Gate: Poll Worker Retention in a Challenging Election Environment." *Election Law Journal* 24:62-73. With Robert M. Stein, Barry C. Burden, Matt Lamb, et al.

"Bringing Spatial Interaction Measures into Multi-Criteria Assessment of Redistricting Plans Using Interactive Web Mapping," *Cartography and Geographic Information Science* 51:513-532 (2025) .with Jake Kruse, Song Gao, Yuhan Ji, and Daniel P. Szabo.

"Mapping Literature with Networks: An Application to Redistricting." *Political Analysis* 31:669-678 (2023). With Adeline Lo, Devin Judge-Lord, and Kyler Hudson.

"The Random Walk Presidency," *Presidential Studies Quarterly* 51: 71-95 (2021)

"Voter Identification and Nonvoting in Wisconsin - Evidence from the 2016 Election." *Election Law Journal* 18:342-359 (2019). With Michael DeCrescenzo.

20

"Waiting to Vote in the 2016 Presidential Election: Evidence from a Multi-county Study." *Political Research Quarterly* 71 (2019). With Robert M. Stein, Christopher Mann, Charles Stewart III, et al.

"Learning from Recounts." *Election Law Journal* 17:100-116 (No. 2, 2018). With Stephen Ansolabehere, Barry C. Burden, and Charles Stewart, III.

"The Complicated Partisan Effects of State Election Laws." *Political Research Quarterly* 70:549-563 (No. 3, September 2017). With Barry C. Burden, David T. Canon, and Donald P. Moynihan.

"What Happens at the Polling Place: Using Administrative Data to Look Inside Elections." *Public Administration Review* 77:354-364 (No. 3, May/June 2017). With Barry C. Burden, David T. Canon, Donald P. Moynihan, and Jacob R. Neiheisel.

"Working Through the Unworkable? The View from Inside an Institutional Review Board." *PS: Political Science and Politics* 49:289-293 (No. 2, April 2016).

"Alien Abduction, and Voter Impersonation in the 2012 U.S. General Election: Evidence from a Survey List Experiment." *Election Law Journal* 13:460-475 No.4, December 2014). With John S. Ahlquist and Simon Jackman.

"Election Laws, Mobilization, and Turnout: The Unanticipated Consequences of Election Reform." *American Journal of Political Science*, 58:95-109 (No. 1, January 2014). With Barry C. Burden, David T. Canon, and Donald P. Moynihan. Winner of the State Politics and Politics Section of the American Political Science Association Award for the best article published in the *AJPS* in 2014.

"Executive Power in the Obama Administration and the Decision to Seek Congressional Authorization for a Military Attack Against Syria: Implications for Theories of Unilateral Action." *Utah Law Review* 2014:821-841 (No. 4, 2014).

"Public Election Funding: An Assessment of What We Would Like to Know." *The Forum* 11:365-485 (No. 3, 2013).

"Selection Method, Partisanship, and the Administration of Elections." *American Politics Research* 41:903-936 (No. 6, November 2013). With Barry C. Burden, David T. Canon, Stéphane Lavertu, and Donald Moynihan.

"The Effect of Administrative Burden on Bureaucratic Perception of Policies: Evidence from Election Administration." *Public Administration Review* 72:741-451 (No. 5, September/October 2012). With Barry C. Burden, David T. Canon, and Donald Moynihan.

"Early Voting and Election Day Registration in the Trenches: Local Officials' Perceptions of Election Reform." *Election Law Journal* 10:89-102 (No. 2, 2011). With Barry C. Burden, David T. Canon, and Donald Moynihan.

"Is Political Science Relevant? Ask an Expert Witness," *The Forum*: Vol. 8, No. 3, Article 6 (2010).

"Thoughts on the Revolution in Presidency Studies," *Presidential Studies Quarterly* 39 (no. 4, December 2009).

"Does Australia Have a Constitution? Part I – Powers: A Constitution Without Constitutionalism." *UCLA Pacific Basin Law Journal* 25:228-264 (No. 2, Spring 2008). With Howard Schweber.

"Does Australia Have a Constitution? Part II: The Rights Constitution." *UCLA Pacific Basin Law Journal* 25:265-355 (No. 2, Spring 2008). With Howard Schweber.

"Public Election Funding, Competition, and Candidate Gender." *PS: Political Science and Politics* XL:661-667 (No. 4,October 2007). With Timothy Werner.

"Do Public Funding Programs Enhance Electoral Competition?" In Michael P. McDonald and John Samples, eds., *The Marketplace of Democracy: Electoral Competition and American Politics* (Washington, DC: Brookings Institution Press, 2006). With Timothy Werner and Amanda Williams. Excerpted in Daniel H. Lowenstein, Richard L. Hasen, and Daniel P. Tokaji, *Election Law: Cases and Materials.* Durham, NC: Carolina Academic Press, 2008.

"The Last 100 Days." *Presidential Studies Quarterly* 35:533-553 (No. 3, September 2005). With William Howell.

"Political Reality and Unforeseen Consequences: Why Campaign Finance Reform is Too Important To Be Left To The Lawyers," *University of Richmond Law Review* 37:1069-1110 (No. 4, May

2003).

"Unilateral Presidential Powers: Significant Executive Orders, 1949-1999." *Presidential Studies Quarterly* 32:367-386 (No. 2, June 2002). With Kevin Price.

"Answering Ayres: Requiring Campaign Contributors to Remain Anonymous Would Not Resolve Corruption Concerns." *Regulation* 24:24-29 (No. 4, Winter 2001).

"Student Attitudes Toward Instructional Technology in the Large Introductory US Government Course." *PS: Political Science and Politics* 33:597-604 (No. 3 September 2000). With John Coleman.

"The Limits of Delegation – the Rise and Fall of BRAC." *Regulation* 22:32-38 (No. 3, October 1999).

"Executive Orders and Presidential Power." *The Journal of Politics* 61:445-466 (No.2, May 1999).

"Bringing Politics Back In: Defense Policy and the Theoretical Study of Institutions and Processes." *Public Administration Review* 56:180-190 (1996). With Anne Khademian.

"Closing Military Bases (Finally): Solving Collective Dilemmas Through Delegation." *Legislative Studies Quarterly*, 20:393-414 (No. 3, August 1995).

"Electoral Cycles in Federal Government Prime Contract Awards: State-Level Evidence from the 1988 and 1992 Presidential Elections." *American Journal of Political Science* 40:162-185 (No. 1, February 1995).

"The Impact of Public Financing on Electoral Competitiveness: Evidence from Wisconsin, 1964-1990." *Legislative Studies Quarterly* 20:69-88 (No. 1, February 1995). With John M. Wood.

"Policy Disputes as a Source of Administrative Controls: Congressional Micromanagement of the Department of Defense." *Public Administration Review* 53:293-302 (No. 4, July-August 1993).

"Combat Aircraft Production in the United States, 1950-2000: Maintaining Industry Capability in an Era of Shrinking Budgets." *Defense Analysis* 9:159-169 (No. 2, 1993).

**Book Chapters**

"Framing Controversies over Free Speech and Academic Freedom in The University Setting." In *Campus Free Speech*, Lori Cox Han and Jerry Price, eds. *ABC-CLIO*. 2023. With Howard Schweber.

"Is President Trump Conventionally Disruptive, or Unconventionally Destructive?" In *The 2016 Presidential Elections: The Causes and Consequences of an Electoral Earthquake*. Lanham, MD: Lexington Press, 2017. Co-edited with Amon Cavari and Richard J. Powell.

"Lessons of Defeat: Republican Party Responses to the 2012 Presidential Election. In Amnon Cavari, Richard J. Powell, and Kenneth R. Mayer, eds. *The 2012 Presidential Election: Forecasts, Outcomes, and Consequences*. Lanham, MD: Rowman and Littlefield. 2014.

"Unilateral Action." George C. Edwards, III, and William G. Howell, *Oxford Handbook of the American Presidency* (New York: Oxford University Press, 2009).

"Executive Orders," in Joseph Bessette and Jeffrey Tulis, *The Constitutional Presidency*. Baltimore: Johns Hopkins University Press, 2009.

"Hey, Wait a Minute: The Assumptions Behind the Case for Campaign Finance Reform." In Gerald C. Lubenow, ed., *A User's Guide to Campaign Finance Reform.* Lanham, MD: Rowman & Littlefield, 2001.

"Everything You Thought You Knew About Impeachment Was Wrong." In Leonard V. Kaplan and Beverly I. Moran, ed., *Aftermath: The Clinton Impeachment and the Presidency in the Age of Political Spectacle.* New York: New York University Press. 2001. With David T. Canon.

"The Institutionalization of Power." In Robert Y. Shapiro, Martha Joynt Kumar, and Lawrence R. Jacobs, eds. *Presidential Power: Forging the Presidency for the 21st Century*. New York: Columbia University Press, 2000. With Thomas J. Weko.

"Congressional-DoD Relations After the Cold War: The Politics of Uncertainty." In *Downsizing Defense*, Ethan Kapstein ed. Washington DC: Congressional Quarterly Press. 1993.

"Elections, Business Cycles, and the Timing of Defense Contract Awards in the United States." In Alex Mintz, ed. *The Political Economy of Military Spending*. London: Routledge. 1991.

"Patterns of Congressional Influence In Defense Contracting." In Robert Higgs, ed., *Arms, Politics, and*

22

*the Economy: Contemporary and Historical Perspectives*. New York: Holmes and Meier. 1990.

## Monographs

*2008 Election Data Collection Grant Program: Wisconsin Evaluation Report*. Report to the Wisconsin Government Accountability Board, September 2009. With Barry C. Burden, David T. Canon, Stéphane Lavertu, and Donald P. Moynihan.

*Issue Advocacy in Wisconsin: Analysis of the 1998 Elections and A Proposal for Enhanced Disclosure*. September 1999.

*Public Financing and Electoral Competition in Minnesota and Wisconsin*. Citizens' Research Foundation, April 1998.

*Campaign Finance Reform in the States*. Report prepared for the Governor's Blue Ribbon Commission on Campaign Finance Reform (State of Wisconsin). February 1998. Portions reprinted in Anthony Corrado, Thomas E. Mann, Daniel Ortiz, Trevor Potter, and Frank J. Sorauf, ed., *Campaign Finance Reform: A Sourcebook.* Washington, D.C.: Brookings Institution, 1997.

"Does Public Financing of Campaigns Work?" *Trends in Campaign Financing*. Occasional Paper Series, Citizens' Research Foundation, Los Angeles, CA. 1996. With John M. Wood.

*The Development of the Advanced Medium Range Air-to-Air Missile: A Case Study of Risk and Reward in Weapon System Acquisition*. N-3620-AF. Santa Monica: RAND Corporation. 1993.

*Barriers to Managing Risk in Large Scale Weapons System Development Programs*. N-4624-AF. Santa Monica: RAND Corporation. 1993. With Thomas K. Glennan, Jr., Susan J. Bodilly, Frank Camm, and Timothy J. Webb.

## Other

"Presidents Can't Declassify Documents with Green Lantern Superpowers." *The Monkey Cage* (Washington Post), August 19, 2022. With Andrew Rudalevige.

"Campaign Finance: Some Basics." Bauer-Ginsberg Campaign Finance Task Force, Stanford University. September 2017. With Elizabeth M. Sawyer.

"The Wisconsin Recount May Have a Surprise in Store after All." *The Monkey Cage* (Washington Post), December 5, 2016. With Stephen Ansolabehere, Barry C. Burden, and Charles Stewart, III.

Review of Jason K. Dempsey, *Our Army: Soldiers, Politicians, and American Civil-Military Relations*. *The Forum* 9 (No. 3, 2011).

"Voting Early, but Not Often." *New York Times*, October 25, 2010. With Barry C. Burden.

Review of John Samples, *The Fallacy of Campaign Finance Reform* and Raymond J. La Raja, *Small Change: Money, Political Parties, and Campaign Finance Reform*. *The Forum* 6 (No. 1, 2008).

Review Essay, *Executing the Constitution: Putting the President Back Into the Constitution*, Christopher S, Kelley, ed.; *Presidents in Culture: The Meaning of Presidential Communication*, David Michael Ryfe; *Executive Orders and the Modern Presidency: Legislating from the Oval Office*, Adam L. Warber. In *Perspective on Politics* 5:635-637 (No. 3, September 2007).

"The Base Realignment and Closure Process: Is It Possible to Make Rational Policy?" Brademas Center for the Study of Congress, New York University. 2007.

"Controlling Executive Authority in a Constitutional System" (comparative analysis of executive power in the U.S. and Australia), manuscript, February 2007**.**

"Campaigns, Elections, and Campaign Finance Reform." *Focus on Law Studies*, XXI, No. 2 (Spring 2006). American Bar Association, Division for Public Education.

"Review Essay: Assessing The 2000 Presidential Election – Judicial and Social Science Perspectives." *Congress and the Presidency* 29: 91-98 (No. 1, Spring 2002).

Issue Briefs (Midterm Elections, Homeland Security; Foreign Affairs and Defense Policy; Education; Budget and Economy; Entitlement Reform) *2006 Reporter's Source Book*. Project Vote Smart. 2006. With Meghan Condon.

"Sunlight as the Best Disinfectant: Campaign Finance in Australia." Democratic Audit of Australia, Australian National University. October 2006.

"Return to the Norm," *Brisbane Courier-Mail*, November 10, 2006.

"The Return of the King? Presidential Power and the Law," *PRG Report* XXVI, No. 2 (Spring 2004).

Issue Briefs (Campaign Finance Reform, Homeland Security; Foreign Affairs and Defense Policy; Education; Budget and Economy; Entitlement Reform), *2004 Reporter's Source Book*. Project Vote Smart. 2004. With Patricia Strach and Arnold Shober.

"Where's That Crystal Ball When You Need It? Finicky Voters and Creaky Campaigns Made for a Surprise Electoral Season. And the Fun's Just Begun." *Madison Magazine*. April 2002.

"Capitol Overkill." *Madison Magazine*, July 2002.

Issue Briefs (Homeland Security; Foreign Affairs and Defense Policy; Education; Economy, Budget and Taxes; Social Welfare Policy), *2002 Reporter's Source Book*. Project Vote Smart. 2002. With Patricia Strach and Paul Manna.

"Presidential Emergency Powers." *Oxford Analytica Daily Brief*. December 18, 2001.

"An Analysis of the Issue of Issue Ads." *Wisconsin State Journal*, November 7, 1999.

"Background of Issue Ad Controversy." *Wisconsin State Journal*, November 7, 1999.

"Eliminating Public Funding Reduces Election Competition." *Wisconsin State Journal*, June 27, 1999.

Review of *Executive Privilege: The Dilemma of Secrecy and Democratic Accountability*, by Mark J. Rozell. *Congress and the Presidency* 24 (No. 1, 1997).

"Like Marriage, New Presidency Starts In Hope." *Wisconsin State Journal*. March 31, 1996.

Review of *The Tyranny of the Majority: Fundamental Fairness in Representative Democracy*, by Lani Guinier. *Congress and the Presidency* 21: 149-151 (No. 2, 1994).

Review of *The Best Defense: Policy Alternatives for U.S. Nuclear Security From the 1950s to the 1990s*, by David Goldfischer. *Science, Technology, and Environmental Politics Newsletter* 6 (1994).

Review of *The Strategic Defense Initiative*, by Edward Reiss. *American Political Science Review* 87:1061-1062 (No. 4, December 1993).

Review of *The Political Economy of Defense: Issues and Perspectives*, Andrew L. Ross ed. *Armed Forces and Society* 19:460-462 (No. 3, April 1993)

Review of *Space Weapons and the Strategic Defense Initiative*, by Crockett Grabbe. *Annals of the American Academy of Political and Social Science* 527: 193-194 (May 1993).

"Limits Wouldn't Solve the Problem." *Wisconsin State Journal*, November 5, 1992. With David T. Canon.

"Convention Ceded Middle Ground." *Wisconsin State Journal*, August 23, 1992.

"CBS Economy Poll Meaningless." *Wisconsin State Journal*, February 3, 1992.

"It's a Matter of Character: Pentagon Doesn't Need New Laws, it Needs Good People." *Los Angeles Times*, July 8, 1988.

**Conference Papers**

"A New Individual-Level Model for Estimating and Simulating the Effects of Redistricting." Presented at the 2023 Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 12-16, 2023. With Blake Reynolds.

"Voter Identification and Nonvoting in Wisconsin – Evidence from the 2016 Election." Presented at the 2018 Annual Meeting of the Midwest Political Science Association, Chicago, IL April 5-8, 2018. With Michael G. DeCrescenzo.

"Learning from Recounts." Presented at the Workshop on Electoral Integrity, San Francisco, CA, August 30, 2017, and at the 2017 Annual Meeting of the American Political Science Association, San Francisco, CA, August 31-September 3, 2017. With Stephen Ansolabehere, Barry C. Burden, and Charles Stewart, III.

"What Happens at the Polling Place: Using Administrative Data to Understand Irregularities at the Polls." Conference on New Research on Election Administration and Reform, Massachusetts Institute of Technology, Cambridge, MA, June 8, 2015. With Barry C. Burden, David T. Canon, Donald P.

24

Moynihan, and Jake R Neiheisel.

"Election Laws and Partisan Gains: What are the Effects of Early Voting and Same Day Registration on the Parties' Vote Shares." 2013 Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 11-14, 2013. Winner of the Robert H. Durr Award.

"The Effect of Public Funding on Electoral Competition: Evidence from the 2008 and 2010 Cycles." Annual Meeting of the American Political Science Association, Seattle, WA, September 1-4, 2011. With Amnon Cavari.

"What Happens at the Polling Place: A Preliminary Analysis in the November 2008 General Election." Annual Meeting of the American Political Science Association, Seattle, WA, September 1-4, 2011. With Barry C. Burden, David T. Canon, Donald P. Moynihan, and Jake R. Neiheisel.

"Election Laws, Mobilization, and Turnout: The Unanticipated Consequences of Election Reform." 2010 Annual Meeting of the American Political Science Association, Washington, DC, September 2-5, 2010. With Barry C. Burden, David T. Canon, Stéphane Lavertu and Donald P. Moynihan.

"Selection Methods, Partisanship, and the Administration of Elections. Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 22-25, 2010. Revised version presented at the Annual Meeting of the European Political Science Association, June 16-19, 2011, Dublin, Ireland. With Barry C. Burden, David T. Canon, Stéphane Lavertu and Donald P. Moynihan.

"The Effects and Costs of Early Voting, Election Day Registration, and Same Day Registration in the 2008 Elections." Annual Meeting of the American Political Science Association, Toronto, Canada, September 3-5, 2009. With Barry C. Burden, David T. Canon, and Donald P. Moynihan.

"Comparative Election Administration: Can We Learn Anything From the Australian Electoral Commission?" Annual Meeting of the American Political Science Association, Chicago, IL, August 29-September 1, 2007.

"Electoral Transitions in Connecticut: Implementation of Public Funding for State Legislative Elections." Annual Meeting of the American Political Science Association, Chicago, IL, August 29-September 1, 2007. With Timothy Werner.

"Candidate Gender and Participation in Public Campaign Finance Programs." Annual Meeting of the Midwest Political Science Association, Chicago IL, April 7-10, 2005. With Timothy Werner.

"Do Public Funding Programs Enhance Electoral Competition?" 4th Annual State Politics and Policy Conference," Akron, OH, April 30-May 1, 2004. With Timothy Werner and Amanda Williams.

"The Last 100 Days." Annual Meeting of the American Political Science Association, Philadelphia, PA, August 28-31, 2003. With William Howell.

"Hey, Wait a Minute: The Assumptions Behind the Case for Campaign Finance Reform." Citizens' Research Foundation Forum on Campaign Finance Reform, Institute for Governmental Studies, University of California Berkeley. August 2000.

"The Importance of Moving First: Presidential Initiative and Executive Orders." Annual Meeting of the American Political Science Association, San Francisco, CA, August 28-September 1, 1996.

"Informational vs. Distributive Theories of Legislative Organization: Committee Membership and Defense Policy in the House." Annual Meeting of the American Political Science Association, Washington, DC, September 2-5, 1993.

"Department of Defense Contracts, Presidential Elections, and the Political-Business Cycle." Annual Meeting of the American Political Science Association, Washington, DC, September 2-5, 1993.

"Problem? What Problem? Congressional Micromanagement of the Department of Defense." Annual Meeting of the American Political Science Association, Washington DC, August 29 - September 2, 1991.

## Talks and Presentations

"Turnout Effects of Voter ID Laws." Rice University, March 23, 2018; Wisconsin Alumni Association, October 13, 2017. With Michael DeCrescenzo.

"Informational and Turnout Effects of Voter ID Laws." Wisconsin State Elections Commission, December 12, 2017; Dane County Board of Supervisors, October 26, 2017. With Michael

25

DeCrescenzo.

"Voter Identification and Nonvoting in Wisconsin, Election 2016. American Politics Workshop, University of Wisconsin, Madison, November 24, 2017.

"Gerrymandering: Is There A Way Out?" Marquette University. October 24, 2017.

"What Happens in the Districting Room and What Happens in the Courtroom" Geometry of Redistricting Conference, University of Wisconsin-Madison October 12, 2017.

"How Do You Know? The Epistemology of White House Knowledge." Clemson University, February 23, 2016.

Roundtable Discussant, Separation of Powers Conference, School of Public and International Affairs, University of Georgia, February19-20, 2016.

Campaign Finance Task Force Meeting, Stanford University, February 4, 2016.

Discussant, "The Use of Unilateral Powers." American Political Science Association Annual Meeting, August 28-31, 2014, Washington, DC.

Presenter, "Roundtable on Money and Politics: What do Scholars Know and What Do We Need to Know?" American Political Science Association Annual Meeting, August 28-September 1, 2013, Chicago, IL.

Presenter, "Roundtable: Evaluating the Obama Presidency." Midwest Political Science Association Annual Meeting, April 11-14, 2012, Chicago, IL.

Panel Participant, "Redistricting in the 2010 Cycle," Midwest Democracy Network,

Speaker, "Redistricting and Election Administration," Dane County League of Women Voters, March 4, 2010.

Keynote Speaker, "Engaging the Electorate: The Dynamics of Politics and Participation in 2008." Foreign Fulbright Enrichment Seminar, Chicago, IL, March 2008.

Participant, Election Visitor Program, Australian Electoral Commission, Canberra, ACT, Australia. November 2007.

Invited Talk, "Public Funding in State and Local Elections." Reed College Public Policy Lecture Series. Portland, Oregon, March 19, 2007.

Fulbright Distinguished Chair Lecture Tour, 2006. Public lectures on election administration and executive power. University of Tasmania, Hobart (TAS); Flinders University and University of South Australia, Adelaide (SA); University of Melbourne, Melbourne (VIC); University of Western Australia, Perth (WA); Griffith University and University of Queensland, Brisbane (QLD); Institute for Public Affairs, Sydney (NSW); The Australian National University, Canberra (ACT).

Discussant, "Both Ends of the Avenue: Congress and the President Revisited," American Political Science Association Meeting, September 2-5, 2004, Chicago, IL.

Presenter, "Researching the Presidency," Short Course, American Political Science Association Meeting, September 2-5, 2004, Chicago, IL.

Discussant, Conference on Presidential Rhetoric, Texas A&M University, College Station, TX. February 2004.

Presenter, "Author Meets Author: New Research on the Presidency," 2004 Southern Political Science Association Meeting, January 8-11, New Orleans, LA.

Chair, "Presidential Secrecy," American Political Science Association Meeting, August 28-31,2003, Philadelphia, PA.

Discussant, "New Looks at Public Approval of Presidents." Midwest Political Science Association Meeting, April 3-6, 2003, Chicago, IL.

Discussant, "Presidential Use of Strategic Tools." American Political Science Association Meeting, August 28-September 1, 2002, Boston, MA.

Chair and Discussant, "Branching Out: Congress and the President." Midwest Political Science Association Meeting, April 19-22, 2001, Chicago, IL.

Invited witness, Committee on the Judiciary, Subcommittee on Commercial and Administrative Law, U.S. House of Representatives. *Hearing on Executive Order and Presidential Power*,

26

Washington, DC. March 22, 2001.

"The History of the Executive Order," Miller Center for Public Affairs, University of Virginia (with Griffin Bell and William Howell), January 26, 2001.

Presenter and Discussant, Future Voting Technologies Symposium, Madison, WI May 2, 2000.

Moderator, Panel on Electric Utility Reliability. Assembly Staff Leadership Development Seminar, Madison, WI. August 11, 1999.

Chair, Panel on "Legal Aspects of the Presidency: Clinton and Beyond." Midwest Political Science Association Meeting, April 15-17, 1999, Chicago, IL.

Session Moderator, National Performance Review Acquisition Working Summit, Milwaukee, WI. June 1995.

American Politics Seminar, The George Washington University, Washington D.C., April 1995.

Invited speaker, Defense and Arms Control Studies Program, Massachusetts Institute of Technology, Cambridge, MA, March 1994.

Discussant, International Studies Association (Midwest Chapter) Annual Meeting, Chicago IL, October 29-30, 1993.

Seminar on American Politics, Princeton University, January 16-17,1992.

Conference on Defense Downsizing and Economic Conversion, October 4, 1991, Harvard University.

Conference on Congress and New Foreign and Defense Policy Challenges, The Ohio State University, Columbus OH, September 21-22, 1990, and September 19-21, 1991.

Presenter, "A New Look at Short Term Change in Party Identification," 1990 Meeting of the American Political Science Association, San Francisco, CA.

## University and Department Service

Cross-Campus Human Research Protection Program (HRPP) Advisory Committee, 2019-present.

UW Athletic Board, 2014-2022.

General Education Requirements Committee (Letters and Science), 1997-1998.

Communications-B Implementation Committee(Letters and Science), 1997-1999

Verbal Assessment Committee (University) 1997-1998.

College of Letters & Science Faculty Appeals Committee (for students dismissed for academic reasons).

Committee on Information Technology, Distance Education and Outreach, 1997-98.

Hilldale Faculty-Student Research Grants, Evaluation Committee, 1997, 1998.

Department Computer Committee, 1996-1997; 1997-1998, 2005-2006. Chair, 2013-present.

Faculty Senate, 2000-2002, 2002-2005. Alternate, 1994-1995; 1996-1999; 2015-2016.

Preliminary Exam Appeals Committee, Department of Political Science, 1994-1995.

Faculty Advisor, Pi Sigma Alpha (Political Science Honors Society), 1993-1994.

Department Honors Advisor, 1991-1993.

Brown-bag Seminar Series on Job Talks (for graduate students), 1992.

Keynote speaker, Undergraduate Honors Symposium, April 13 1991.

Undergraduate Curriculum Committee, Department of Political Science, 1990-1992; 1993-1994.

Individual Majors Committee, College of Letters and Sciences, 1990-1991.

Dean Reading Room Committee, Department of Political Science, 1989-1990; 1994-1995.

## Teaching

### Undergraduate

Introduction to American Government (regular and honors)

The American Presidency

Campaign Finance

Election Law

Classics of American Politics

Presidential Debates

Comparative Electoral Systems

27

Legislative Process
Theories of Legislative Organization
Senior Honors Thesis Seminar

<u>Graduate</u>
Contemporary Presidency
American National Institutions
Classics of American Politics
Legislative Process

28