# Exhibit 11

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# Trump talks economy, voter ID in Georgia ahead of midterms

**spectrumlocalnews.com**/us/snplus/politics/2026/02/19/trump-visit-georgia

February 19, 2026



POLITICS

## Trump stops in battleground Georgia to talk economy, voter ID ahead of midterms

BY Maddie Gannon Georgia
UPDATED 6:20 PM ET Feb. 19, 2026 PUBLISHED 11:08 AM ET Feb. 19, 2026

ROME, Ga. — President Donald Trump traveled to the battleground state of Georgia on Thursday, marking his latest domestic trip aimed at selling his leadership and record with less than nine months to go until November's midterm elections.

### What You Need To Know

President Donald Trump traveled to the battleground state of Georgia Thursday, where he stopped at a local drive-in chain restaurant and steel factory before delivering remarks

- The trip was framed as set to be centered on the economy but featured significant focus on Trump's desire for a national voter ID requirement and an end to mail-in voting

- The president has stepped up his travel within the U.S. in recent weeks as he hopes to help Republicans keep control of the House and Senate in this year's midterm elections and specifically pitch Americans on the state of the economy under his watch

- The trip also came just weeks after the FBI came to Fulton County – which is Georgia's biggest by population and is home to many registered Democrats – to enter election offices and take voting records and ballots from the 2020 election

The visit, which saw the president stop at a local drive-in chain restaurant and steel factory before delivering remarks, was framed by the White House as set to be centered on the economy. But it also had a heavy focus on Trump's false claims of voter fraud in a state that was at the center of his qualms with the 2020 election and as the FBI's recent visit to election offices in Fulton County hung over the trip.

Trump's first stop upon touching down in Rome, Georgia, was at The Varsity, a local chain restaurant serving American classics. The president mingled with people and workers in the joint, signing hats and touting his no-taxes-on-tips-and-overtime policies implemented in his signature legislation passed by Republicans in Congress this past summer. One man said he had a lifetime achievement award with former President Joe Biden's signature on it and asked Trump to sign it instead.

The president then visited Coosa Steel where he was set to tour the facility and talked tariffs with the company's owner, Andrew Saville, ahead of giving formal remarks.

The president has stepped up his travel within the U.S. in recent weeks as he hopes to help Republicans keep control of the House and Senate in this year's midterm elections. He's hoping specifically to pitch Americans on the state of the economy under his watch. Despite some polls showing concerns about prices and the impacts of his tariff agenda, Trump has insisted an "economic boom" is taking place under his leadership and recently took ownership of it after many in his adminsitration said they were digging out of a hole Biden left them.

The latest consumer price index report from the Bureau of Labor Statistics showed inflation fell to 2.4% in January compared to a year earlier, marking an unexpected cooling even with the figure still slightly above the Federal Reserve's target rate of 2%.

Delivering remarks after touring the steel factory, Trump lauded the state of the economy, insisting his tariffs have made a positive difference in turning things around. But he lamented that he has been waiting "forever" for a decision from the Supreme Court that is set to determine whether the president has the authority to impose the tariffs under the emergency power he has cited and made fun of the media's focus on "affordability," which played a large role in off-year local elections in 2025 in which Democrats scored some major victories. He reiterated his belief that the focus on affordability was a "con job."

Ahead of his stop in Georgia, the White House issued a [press release highlighting](#) gas prices in the state, the money it says residents will save as a result of the tax relief in his signature legislation and the impact of his immigration crackdown, which has caused controversy around the country.

But the trip also came just weeks after the FBI came to Fulton County — which is Georgia's biggest by population and is home to many registered Democrats — to enter election offices and take voting records and ballots from the 2020 election. Director of National Intelligence Tulsi Gabbard was also spotted on-site, sparking [questions and speculation.](#)

Trump also used much of his remarks Thursday to repeat his false 2020 election claims while urging an end to voting by mail and the addition of a requirement for people to show an ID to cast a ballot.

"We'll never lose a race — for 50 years, we won't lose a race," Trump said of Republicans if the two policies are implemented. "We want voter ID, we want proof of citizenship, and we don't want mail-in ballots."

The president and Republicans in Congress have been [pushing legislation](#) that would implement such an ID requirement, but a handful of Democrats in the Senate would have to back the bill for it to clear the chamber's filibuster rules. On mail-in voting, Trump said he would allow it for members of the military, people who are ill or disabled, or those "away, even for a vacation."

His stop at the steel facility, meanwhile, was located in the district once represented by former Republican Rep. Marjorie Taylor Greene until just last month, when she stepped down from Congress after weeks of public feuding with Trump — particularly over Jeffrey Epstein and the president's focus on foreign policy — despite previously being one of his most vocal supporters in the House.

There is a special election to fill her seat set to take place in just weeks and the Trump-backed candidate, district attorney and Air Force veteran Clay Fuller, spoke ahead of the president Thursday.