# Exhibit 13

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# About SAVE | USCIS

 uscis.gov/save/about-save/about-save

March 3, 2026



## About SAVE

SAVE is an online service administered by U.S. Citizenship and Immigration Services (USCIS) that provides point in time immigration status and U.S. citizenship information to federal, state, local, territorial, and tribal agencies. SAVE is fast, secure, and reliable, and enables registered user agencies to make accurate decisions for applicants seeking benefits and licenses.

Over 1,300 agencies nationwide use SAVE to support their benefit eligibility and licensing determinations. This includes agencies such as those that provide health care benefits, social security benefits, education grants and assistance, state driver's licenses and ID cards, and occupational and professional licenses.

In fiscal year 2025, SAVE processed 198 million cases.

## What SAVE Does

✔ Verifies a benefit or license applicant's immigration status or U.S. citizenship, including naturalized, acquired, and U.S.-born citizenship, for user agencies within seconds.

✔ Helps ensure that only applicants who are eligible for benefits and licenses receive them.

✔ Incorporates privacy principles and security measures into user agencies' processes and procedures.

✔ Is easy to use and offers online training tools and resources to assist user agencies.

## What SAVE Does Not Do

**X** Determine applicant eligibility for a specific benefit or license. That determination is made by the benefit issuing or licensing agency.

**X** Provide employment eligibility verification to employers. For more information on employment eligibility verification visit e-verify.gov.

**X**  Share information provided by user agencies for administrative (non-criminal) immigration enforcement purposes.