# Exhibit 17

Civil Action No. 26-cv-1114 (CJN) (Lead case)

 An official website of the United States government   Here's how you know

Social Security

Español   Sign in   Menu

Home    Personal Social Security record    Update citizenship or immigration status

# Update citizenship or immigration status

You'll make this change by requesting a replacement Social Security card.

Keep your immigration or citizenship status up-to-date. This helps you access benefits, work legally, and avoid delays or issues with services.



## Request a replacement card

To update your status, apply online for a replacement Social Security card. You'll make an appointment as part of the application. Bring proof of your identity and new status to your appointment. After we update your information, you'll receive your replacement card by mail in 5 to 10 business days.

Get started

## For support completing this task

# Call us

Available in most U.S. time zones Monday through Friday, 8 a.m. to 7 p.m., in English, Spanish, and other languages.

Call +1 800-772-1213

Tell the representative you want to update your citizenship or immigration status.

Call TTY +1 800-325-0778 if you're deaf or hard of hearing.

Number & card

**Personal record**

Change name

Update contact information

Communication preferences

**Update citizenship or immigration status**

What to do when someone dies

Correct date of birth

Return to top

# Support                                    # Languages

Contact us

Find an office

Forms

Publications

Report fraud

Español

Other languages

Plain language

## Services for

Employers & businesses

Government agencies

Other groups

Representatives

## Resources

Careers

Chief actuary data

Communications

Financial reports

Initiatives

Research & policy

Social Security Administration



SSA.gov

**An official website of the Social Security Administration**

About SSA

Privacy policy

Accessibility statement

Performance reports

Civil rights and compliance

Office of the Inspector General

FOIA requests

Looking for U.S. government information and services? **Visit USA.gov**

Looking for U.S. government information and services? **Visit USA.gov**