# Exhibit 21

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# Verification Process

 uscis.gov/save/about-save/save-verification-process

May 22, 2025



## Minimum Requirements for Verification

To create a SAVE case the user agency must submit:

The applicant's **biographic information**

- First name and last name; and
- Date of birth

The **public benefit(s)** requested by the applicant

AND

At least **one unique identifier** such as:

- USCIS/Alien Registration number (A-Number)
- Form I-94, Arrival/Departure Record number
- Student and Exchange Visitor Information System (SEVIS) ID number
- Naturalization/Citizenship Certificate number
- Card Number/I-797 Receipt number
- Social Security number (for initial verification only [1]

SAVE cannot verify a benefit applicant's immigration status or U.S. citizenship using a driver's license number, U.S. passport number, foreign passport number without another immigration enumerator, Consular Report of Birth Abroad or other non-DHS documentation. SAVE also cannot verify an applicant's status using only first and last name.

To increase the likelihood of an immediate response without additional verification, user agencies should enter all available identifiers SAVE allows, exactly as they appear on the applicant's document(s).

For additional information about immigration documents and immigration identifiers user agencies may encounter, see SAVE's Commonly Used Immigration Documents page.

**Access Methods**

**Initial Verification Process**

**Additional Verification Process**

# Need More Information?

If you need more help, please email us at SAVE.help@uscis.dhs.gov.

For more information about registering for SAVE, please visit our website at /node/41383.

[1] User agencies can only create a SAVE case with a Social Security number when logged into SAVE using a web browser and is not currently available for SAVE web services connections. SAVE accepts a Social Security number (SSN) to create a case and complete initial automated verification only. An immigration enumerator is required for additional manual verification.