# Exhibit 22

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# How can I change my address or direct deposit information for my Social Security benefits or Supplemental Security Income (SSI) payments?

September 20, 2024 · En español · Share

If you do not receive Social Security benefits, SSI payments, or Medicare, you do not need to change your address with us.

If you get Social Security benefits (retirement, survivors, or disability) or are enrolled in Medicare, you can change your U.S. mailing address or direct deposit information online. You can do this using the **My Profile** tab in your personal _my_ Social Security account. You can also decide when the change takes effect. U.S. citizens are able to change their international address as well.

These services are not currently available to people who receive SSI payments. However, if you do receive SSI, you can use the **My Profile** tab to check your address and payment method, and update your phone number.

If you receive SSI payments, do not have a U.S. mailing address, or are unable to change your address or direct deposit online, you can call us at **1-800-772-1213** (TTY **1-800-325-0778**), Monday through Friday, 8:00 a.m. - 7:00 p.m. local time. Or, you can contact your local Social Security office.

## More Information

- How Do I Sign Up For An Electronic Payment?
- _Get Your Payments Electronically_