# Exhibit 23

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# About 8.2 Million People Moved Between States in 2022

**CB** census.gov/library/stories/2023/11/state-to-state-migration.html

By Mehreen S. Ismail
November 21, 2023



## Number and Percentage of State-to-State Movers Increased Between 2021 and 2022

The number of people who moved between states rose from nearly 7.9 million people in 2021 to approximately 8.2 million people in 2022, according to newly released U.S. Census Bureau estimates.

The American Community Survey (ACS) shows state-to-state movers also made up a larger share of all movers between 2021 and 2022, increasing from 18.8% to 19.9%.

Inmigration rates — the number of people moving into a state as a share of that state's total number of movers — were higher than the national state-to-state migration rate of 19.9% for states concentrated in the South and West.

This increase in the number and share of state-to-state movers continued [a decade-long trend of rising state-to-state migration even as overall migration has declined](#). Between 2021 and 2022, the overall national migration rate – the number of movers in the United States relative to the population age 1 year and over – dropped from 12.8% to 12.6%.

The Census Bureau regularly publishes estimates of state-to-state migration flows. Estimates are based on 1-year data from the 2022 ACS. The ACS asks respondents who moved in the past year to report their previous place of residence, allowing us to assess migration between origin and destination geographies.

By examining state-to-state migration patterns, we can better understand resources needed in response to changes in states' demographic, social and economic profiles.

## Inmigration Rates

Inmigration rates — the number of people moving into a state as a share of that state's total number of movers — were higher than the national state-to-state migration rate of 19.9% for states concentrated in the South and West (Figure 1).



Figure 1.
**State Inmigration Rates Compared to National State-to-State Migration Rate: 2022**

**Difference from the national rate***

- Higher
- Not statistically different
- Lower

* Difference is significant at the 90 percent confidence level.
Note: The national state-to-state migration rate is 19.9 percent. For more information, visit <https://www.census.gov/data/tables/time-series/demo/geographic-mobility/state-to-state-migration.html>.
Source: U.S. Census Bureau, State-to-State Migration Flows, 2022.

The District of Columbia had one of the highest (44.3%) inmigration rates. Most (13,093) people moving into the District of Columbia arrived from neighboring Maryland.

California had the lowest (11.1%) inmigration rate. Despite a relatively large number of in-movers, California also had a relatively large base of movers overall, helping to explain the state's low inmigration rate. Most (44,279) people moving to California arrived from Texas.

## Outmigration Rates

Outmigration rates — the number of people moving out of a state as a share of that state's total number of movers — tended to be higher than the national state-to-state migration rate for states in the Northeast and West (Figure 2).



Figure 2.
**State Outmigration Rates Compared to National State-to-State Migration Rate: 2022**

**Difference from the national rate***
Higher
Not statistically different
Lower

* Difference is significant at the 90 percent confidence level.
Note: The national state-to-state migration rate is 19.9 percent. For more information, visit <https://www.census.gov/data/tables/time-series/demo/geographic-mobility/state-to-state-migration.html>.
Source: U.S. Census Bureau, State-to-State Migration Flows, 2022.

The District of Columbia had the highest (46.6%) outmigration rate, with most people moving to neighboring Maryland (17,770) or Virginia (13,582).

Texas had the country's lowest (11.7%) outmigration rate, with most of those who did move relocating to California (42,479) or Florida (38,207).

## Notable State-to-State Migration Flows

Some of the largest state-to-state migration flows in 2022 involved people moving to and from highly populated states (Table 1). The two largest flows, which were not statistically different from each other in size, came either to or from the four most populous states: large numbers of people moved from California to Texas and from New York to Florida.

Table 1.
### Selected State-to-State Migration Flows: 2022

| Origin state | Destination state | Number of movers |
|---|---|---|
| California | Texas | 102,442 |
| New York | Florida | 91,201 |
| New York | New Jersey | 75,103 |
| California | Arizona | 74,157 |
| Florida | Georgia | 51,380 |

Source: U.S. Census Bureau, State-to-State Migration Flows: 2022.

Other large state-to-state migration flows involved people moving from highly populated to neighboring states. For example, many people moved from New York, the fourth most populous state, to New Jersey.

## User Notes

All estimates are for the population age 1 year and over. Estimates of national and state-level migration rates reflect people who moved between states and the District of Columbia relative to all movers, including people who moved from Puerto Rico and abroad. Estimates of state-to-state migration flows reflect people who moved between the states and the District of Columbia.

***Mehreen Ismail is a survey statistician in the Census Bureau's Social, Economic, and Housing Statistics Division.***

This article was filed under:


Data Services
Migration
Population

## Subscribe

Our email newsletter is sent out on the day we publish a story. Get an alert directly in your inbox to read, share and blog about our newest stories.

Sign Up Today
Contact our Public Information Office for media inquiries or interviews.

Page Last Revised - December 21, 2023