# Exhibit 26

Civil Action No. 26-cv-1114 (CJN) (Lead case)

Case 1:26-cv-01114-CJN — Document 55-28 — Filed 04/17/26 — Page 2 of 18

**Brief**

# Table 5: Applying for an Absentee Ballot, Including Third–Party Registration Drives

Updated February 24, 2026

**Related Topic:**    **Elections**



**Voting Outside the Polling Place Report**

This table is part of NCSL's Voting Outside the Polling Place report.

How voters may submit absentee/mail ballot applications varies by state. All states will permit a voter to submit an application by mail (usually via an official application form, which may be available online for download) or in person at a local election official's office. Many states also allow applications by email (usually with a scanned application). In general, most states require the request to be in writing. Some states offer additional options, such as online portals or requests by phone, as well.

In order to have enough time to receive an absentee/mail ballot application, verify the information and send the ballot out, election officials usually need to receive absentee ballot applications a week or more before the election. Some states have statutory deadlines for applications closer to the election, but if a voter applies too close it's possible there may not be enough turnaround time to receive the ballot in the mail. In emergency cases, however, absentee ballots can be requested after these deadlines.

Seventeen states, Puerto Rico, the Virgin Islands have statutory deadlines for absentee/mail ballot applications that are more than seven days before the election:

- Alaska, Arizona, Florida, Georgia, Idaho, Indiana, Iowa, Kentucky, Missouri, Nebraska, New York, Oklahoma, Puerto Rico, Rhode Island, South Carolina, Tennessee, Texas, Virgin Islands and Virginia.

Seven states set their statutory deadlines for absentee/mail ballot applications at seven days (one week) before the election:

- Arkansas, Kansas, Maryland, New Jersey, North Carolina, Ohio and Pennsylvania.

Eighteen states have statutory deadlines for absentee/mail ballot applications that are fewer than seven days before the election:

- Alabama, Connecticut, Delaware, Illinois, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Montana, New Hampshire, New Mexico, North Dakota, South Dakota, West Virginia, Wisconsin and Wyoming.

The remaining eight states and Washington, D.C. conduct mostly-mail elections.

## Applying for an Absentee Ballot

| State | Statute | Eligibility | Application Deadlines | Application Submission Methods |
|---|---|---|---|---|
| **Alabama** | Ala. Code §17-11-3<br><br>§17-11-4 | Excuse required. | Applications by mail: Seven days before the elections<br><br>Applications returned in-person: Five days before the election. | Mail, in-person. |
| **Alaska** | Alaska Stat. §15.20.081 | Anyone. | Applications by mail: Ten days before the election.<br><br>Electronically delivered applications: 5 p.m. the day before the election. | Mail, in-person, email, fax, online. |
| **Arizona** | Ariz. Rev. Stat. § 16-542 | Anyone. | Eleven days before the election at 5 p.m. | Mail, in-person, email, online, phone. |
| **Arkansas** | Ark. Code § 7-5-404 | Excuse required. | Applications returned by mail or electronically: seven days before the election.<br><br>Applications returned in-person: The Friday before the election. | Mail, in-person, email, fax. |

Case 1:26-cv-01114-GJN   Document 55-28   Filed 04/17/26   Page 4 of 18

| California | | Ballots are delivered to all voters. | N/A | N/A |
|---|---|---|---|---|
| Colorado | | Ballots are delivered to all voters. | N/A | N/A |
| Connecticut | Conn. Gen. Stat. § 9-140 | Excuse required. | The day before the election. If faxing or emailing application, the original application form must be received by close of polls on Election Day or the mail-ballot will not count. | Mail, in-person, email, fax, online. |
| Delaware | 15 Del. Code § 5503 | Excuse required. | The day before the election at noon. | Mail, in-person, email, fax, online. |
| District of Columbia | | N/A | Ballots are delivered to all voters. | N/A |
| Florida | Fla. Stat. Ann. §101.62 | Anyone. | Twelve days before the election at 5 p.m. | Mail, in-person, email, fax, online, phone. |
| Georgia | Ga. Code Ann. § 21-2-381, § 21-2-385 | Anyone. | Eleven days before the election. | Mail, in-person, email, fax. |
| Hawaii | | Ballots are delivered to all voters. | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| **Idaho** | Idaho Code § 34-1002 | Anyone. | Application for mail-in absentee ballot: Eleven days before the election at 5 p.m.<br><br>Application for in-person absentee voting in a polling place: The Friday before the election at 5 p.m. | Mail, in-person, email, fax, online. |
| **Illinois** | 10 ILCS 5/19-2 et seq. | Anyone. | Application returned by mail or electronically: Five days before the election,<br><br>Application returned in-person: The day before the election. | Mail, in-person, email. |
| **Indiana** | Ind. Code § 3-11-4-2, § 3-11-4-3 | Excuse required. | Twelve days before the election. | Mail, in-person, email, fax, online. |
| **Iowa** | Iowa Code § 53.2 | Anyone. | Fifteen days before the election at 5 p.m. | Mail, in-person. |
| **Kansas** | Kan. Stat. Ann. § 25-1122, § 25-1128 | Anyone. | The Tuesday before the election.<br><br>For presidential preference primary only: 30 days before the election. | Mail, in-person, fax. |
| **Kentucky** | Ky. Rev. Stat § 117.085 | Excuse required. | Fourteen days before the election. | Online. |

Table 5: Applying for an Absentee Ballot, Including Third-Party Registration Drives

| Louisiana | La. Rev. Stat. § 18:1307 et seq. | Excuse required. | Four days before the election at 4:30 p.m. | Mail, in-person, email, fax, online. |
|---|---|---|---|---|
| Maine | 21-A Me. Rev. Stat. A. § 753-B | Anyone. | Three business days before the election. | Mail, in-person, fax, phone, online. |
| Maryland | Md. Election Law Code, § 9-305<br><br>COMAR 33.11.02.01(D)(2) | Anyone. | For requests that the ballot be sent by mail or faxed: The Tuesday before the election.<br><br>For requests that the ballot be sent by the internet: The Friday before the election.<br><br>For in-person requests: Election Day. | Mail, in-person, email, fax, online. |
| Massachusetts | Mass. Gen. Laws Ann. ch. 54 § 89 | Anyone. | Five business days before the election at 5 p.m. | Mail, in-person, email, fax, online. |
| Michigan | Mich. Comp. Laws §§ 168.759, 168.761 | Anyone. | For mail ballot requests: Four days before the election.<br><br>Applications returned in person for ballots to be cast at the clerks office: 4 p.m. on the day before Election Day. | Mail, in-person, email, fax, online. |
| Minnesota | Minn. Stat. § 203B.04 | Anyone. | The day before the election. | Mail, in-person, |

| | | | | email, fax, online. |
|---|---|---|---|---|
| **Mississippi** | Miss. Code Ann. § 23-15-625, § 23-15-627 | Excuse required. | Not specified. | Mail, in-person, phone. |
| **Missouri** | Mo. Rev. Stat. § 115.279 | Anyone. | The second Wednesday before the election; the day before the election at 5 p.m. for in-person requests. | Mail, in-person, email, fax. |
| **Montana** | Mont. Code Ann § 13-13-211, § 13-13-212 | Anyone. | The day before the election at noon. | Mail, in-person, email, fax. |
| **Nebraska** | Neb. Rev. Stat. § 32-941 | Anyone. | The second Friday before the election. | Mail, in-person, email, fax. |
| **Nevada** | | Ballots are delivered to all voters. | N/A | N/A |
| **New Hampshire** | N.H. Rev. Stat. Ann. §657:4, §657:15, §654:17 | Excuse required. Voters must submit information demonstrating citizenship, age, domicile and identity. | For requests by mail, email or fax: The day before the election at noon. For in-person requests: The day before the election at 5 p.m. | Mail, in-person, email, fax. |
| **New Jersey** | N.J. Rev. Stat. § 19:63-3 | Anyone. | For applications returned by mail: Seven days before the election. | Mail, in-person. |

4/17/26, 10:20 AM
Case 1:26-cv-01114-CJN   Document 55-28   Filed 04/17/26   Page 8 of 18
Table 5: Applying for an Absentee Ballot, Including Third-Party Registration Drives

| | | | For applications returned in-person: The day before the election at 3 p.m.. | |
|---|---|---|---|---|
| **New Mexico** | N.M. Stat. Ann., § 1-6-5 | Anyone. | Fourteen days before the election. | Mail, in-person, online. |
| **New York** | N.Y. Elec. Law § 8-400 | Excuse required. | Applications for mail ballot through online application or mail: Ten days before the election.<br><br>For in-person requests: The day before the election. | Mail, in-person, email, fax, online. |
| **North Carolina** | N.C. Gen. Stat. § 163-228, § 163-230.1 | Anyone. | The second Tuesday before the election at 5 p.m. | Mail, in-person, email, fax. |
| **North Dakota** | N.D. Cent. Code § 16.1-07-05, § 16.1-07-07 | Anyone. | "In a timely manner" for mailed-out ballots; Election Day at 4 p.m. for in-person requests. | Mail, in-person, email, fax. |
| **Ohio** | Ohio Rev. Code § 3509.03 | Anyone. | Seven days before the election by close of business. | Mail, in-person. |
| **Oklahoma** | 26 Okla. Stat. Ann. § 14-103, § 14-105, § 14-115.1 | Anyone. | The third Monday before an election at 5 p.m. | Mail, in-person, email, fax, online |
| **Oregon** | | Ballots are delivered to all voters. | N/A | N/A |

Table 5: Applying for an Absentee Ballot, Including Third-Party Registration Drives

| Pennsylvania | 25 Pa. Stat. § 3146.2 et seq. | Anyone. | The Tuesday before the election at 5 p.m. | Mail, in-person, online. |
|---|---|---|---|---|
| Puerto Rico | 16 L.P.R.A. § 4735 | Excuse required. | Forty-five days before the election. | Mail, in-person, email, online. |
| Rhode Island | R.I. Gen. Laws §17-20-2.1 | Excuse required. | Twenty-one days before the election at 4 p.m. The application will be accepted if it is postmarked by the 21st day before the election and received by the 18th day before the election, | Mail, in-person, online. |
| South Carolina | S.C. Code Ann. § 7-15-330 | Excuse required. | Eleven days before the election at 5 p.m. | Mail, in-person, phone. |
| South Dakota | S.D. Codified Laws § 12-19-2, 12-19-2.1 | Anyone. | The day before the election at 5 p.m.. | Mail, in-person. |
| Tennessee | Tenn. Code Ann. § 2-6-202 | Excuse required. | Ten days before the election. | Mail, in-person, email. |
| Texas | Tex. Elec. Code Ann. §84.007 | Excuse required. | Eleven days before the election at noon. If the application was submitted by fax or email, then the physical application must also be received by | Mail, in-person, email, and fax. |

|  |  |  | the early voting clerk by the fourth business day after the fax or email is received. |  |
| --- | --- | --- | --- | --- |
| **Utah** |  | Ballots are delivered to all voters. | N/A | N/A |
| **Vermont** |  | Ballots are delivered to all voters. (General elections only.) | N/A | N/A |
| **Virgin Islands** | 18 V.I.C. § 664 | Excuse required. | For applications returned by mail or email: Fourteen working days before the election.<br><br>For applications returned to the board in-person: The Monday before the election. | Mail, in-person, email. |
| **Virginia** | Va. Code Ann. § 24.2-701 | Excuse required. | Eleven days before the election at 5 p.m. | Mail, in-person, email, fax, online. |
| **Washington** |  | Ballots are delivered to all voters. | N/A | N/A |
| **West Virginia** | W. Va. Code, §3-3-5 | Excuse required. | Six days before the election. | Mail, in-person, email, fax. |
| **Wisconsin** | Wis. Stat. § 6.86 | Anyone. | Five days before the election at 5 p.m. | Mail, in-person, |

| | | | | email, fax, online. |
|---|---|---|---|---|
| **Wyoming** | Wyo. Stat § 22-9-104, § 22-9-105 | Anyone. | The day before the election. | Mail, in-person, phone. |

As part of get-out-the-vote efforts or civic engagement programs, some organizations like to assist voters in requesting and returning absentee/mail ballot applications. Some states place restrictions on these activities by prohibiting third-party groups from distributing or collecting absentee/mail ballot applications, or designate deadlines or turnaround times for groups that do this. These are often meant to encourage third-party groups to submit completed applications in a timely manner to ensure that voters receive absentee/mail ballots in a timely manner.

Sixteen states, Puerto Rico, the Virgin Islands and Washington, D.C., place no restrictions, or do not specify restrictions, on third-party groups distributing or collecting completed absentee/mail ballot applications:

- Delaware, Idaho, Maine, Maryland, Montana, Nebraska, New Jersey, New York, North Carolina, North Dakota, Ohio, Pennsylvania, Puerto Rico, Rhode Island, South Dakota, Virgin Islands, Virginia and Wisconsin.

Eight states permit third-party groups to distribute and/or collect completed absentee/mail ballot applications, but specify deadlines or turnaround times:

- Arizona, Illinois, Indiana, Iowa, Kansas, Minnesota, New Mexico and Wyoming.

Nineteen states restrict or prohibit third-party individuals or groups from distributing or collecting absentee/mail ballot applications:

- Alabama (no restriction on distribution), Alaska, Arkansas, Connecticut, Florida, Georgia, Kentucky, Louisiana, Massachusetts, Michigan, Mississippi, Missouri, New Hampshire, Oklahoma, South Carolina, Tennessee, Texas, West Virginia and Wyoming.

The remaining eight states and the District of Columbia conduct mostly-mail elections.

| State | Statute | Third-Party Distribution & Collection Rules |
|---|---|---|
| **Alabama** | Ala. Code §17-11-4 | Only the voter may deliver his or her own application in person. It is a felony for a third party to receive payment or gift for distributing, requesting, collecting, completing, or delivering a voter's absentee ballot application. |

| State | Statute | Third-Party Distribution & Collection Rules |
|---|---|---|
| **Alaska** | Alaska Stat. §15.20.081 | Third-party groups are restricted to supplying only their own affiliated members with an application. An application may not be submitted to any intermediary that could control or delay the submission of the application or gather data on the applicant. An application may be returned by a friend, relative or associate for delivery. |
| **Arizona** | Ariz. Rev. Stat. § 16-542 | Third parties may distribute/collect/submit applications. Applications collected by third parties must be submitted within six days of receipt, under penalty of $25 per day for each completed form withheld from submittal. Any person who knowingly fails to submit a completed early ballot request form before the submission deadline for the election immediately following the completion of the form is guilty of a class 6 felony. |
| **Arkansas** | Ark. Code § 7-5-404 | Only a designated bearer, authorized agent or long-term care facility administrator of a voter may deliver absentee applications in person on behalf of voters. |
| **California** | | N/A |
| **Colorado** | | N/A |
| **Connecticut** | Conn. Gen. Stat. § 9-140 | Third parties must register with town clerk before distributing five or more applications; unsolicited application mailings must meet certain criteria. No person shall pay or give any compensation to another person for distribution of absentee ballot applications. |
| **Delaware** | 15 Del. Code § 5503 | No restrictions specified. |
| **District of Columbia** | | N/A |
| **Florida** | Fla. Stat. Ann. §101.62 | voter's immediate family or the voter's legal guardian may request an absentee ballot on behalf of a voter. |

Case 1:26-cv-01114-GJN   Document 55-28   Filed 04/17/26   Page 13 of 18

| State | Statute | Third-Party Distribution & Collection Rules |
|---|---|---|
| **Georgia** | Ga. Code § 21-2-381, § 21-2-385 | Applications may be submitted by immediate family members over 18 years old only on behalf of a physically disabled voter; proof of relationship must be provided. |
| **Hawaii** | | N/A |
| **Idaho** | Idaho Code § 34-1002 | No restrictions specified. |
| **Illinois** | 10 ILCS 5/19-2 et seq. | Any person may produce, reproduce, distribute or return to an election authority the application for a vote-by-mail ballot. Applications must be returned to the election authority within seven days of receipt, or within two days of receipt if within two weeks of the election. Failure to turn over an application is a petty offense with a fine of $100 per application. |
| **Indiana** | Ind. Code § 3-11-4-2, § 3-11-4-3 | A person handling another voter's absentee application must indicate the date received by voter and deliver to county election board within 10 days or by the application deadline. |
| **Iowa** | Iowa Code § 53.2 | Third parties, including parties, candidates and committees, may distribute and collect applications from voters but must return an application within 72 hours of completion. |
| **Kansas** | Kan. Stat. Ann. § 25-1122, § 25-1128 | Any person or third party may engage in distribution and collection of advance voting ballots but must deliver any application within two days of completion. |
| **Kentucky** | Ky. Rev. Stat. § 117.085 | |
| **Louisiana** | La. Rev. Stat. § 18:1307 et seq. | No person, except the immediate family of any voter, shall hand deliver more than one voter's application to vote by mail. |
| **Maine** | 21-A Me. Rev. Stat. Ann. § | No restrictions on who may distribute, collect or solicit applications; immediate family members may make a |

4/17/26, 10:20 AM
Case 1:26-cv-01114-GJN   Document 55-28   Filed 04/17/26   Page 14 of 18
Table 5: Applying for an Absentee Ballot, including Third-Party Registration Drives

| State | Statute | Third-Party Distribution & Collection Rules |
|---|---|---|
|  | 753-A, § 753-B | request on behalf of a voter. |
| **Maryland** | Md. Election Law Code § 9-305 | No restrictions specified. |
| **Massachusetts** | Mass. Gen. Laws Ann. ch. 54 § 89 | Family members of eligible absentee voters may apply for an absentee ballot on the voter's behalf in person or by mail. |
| **Michigan** | Mich. Comp. Laws § 168.759 | Only applicants, their immediate family or other household member may offer to return, agree to return or solicit to return an application; violation of this law is a misdemeanor. |
| **Minnesota** | Minn. Stat. § 203B.04 | No restrictions on who may distribute, collect or solicit applications. Must be returned to elections office within 10 days of completion. |
| **Mississippi** | Miss. Code Ann. § 23-15-625, § 23-15-627 | Any person may apply for an absentee ballot on another voter's behalf, but they must sign and print their name and address on the application. Only immediate family members of a voter may make application orally in person. No person may solicit ballot applications or absentee ballots for persons staying in any skilled nursing facility unless they are a family member or designated by the voter. |
| **Missouri** | Mo. Rev. Stat. § 115.279 | Application delivery may only be made in person by the voter or their guardian or a relative in the second degree by consanguinity or affinity. |
| **Montana** | Mont. Code Ann. § 13-13-211, § 13-13-212, § 13-13-213 | A third party or designated agent may return the application on behalf of a voter. |
| **Nebraska** | Neb. Rev. Stat. § 32-941 | No restrictions specified. |

4/17/26, 10:20 AM
Case 1:26-cv-01114-GJN   Document 55-28   Filed 04/17/26   Page 15 of 18
Table 5: Applying for an Absentee Ballot, including Third-Party Registration Drives

| State | Statute | Third-Party Distribution & Collection Rules |
|---|---|---|
| **Nevada** | | N/A |
| **New Hampshire** | N.H. Rev. Stat. Ann. §657:4, §657:15 | Third parties may distribute and collect absentee applications so long as they use the prescribed form and identify themselves in communication with voter. |
| **New Jersey** | N.J. Rev. Stat. § 19:63-3 | No restrictions specified. |
| **New Mexico** | N.M. Stat. Ann. § 1-6-4.3, § 1-6-5 | Third parties may distribute, collect or solicit absentee applications from voters so long as they are submitted within 48 hours of completion. A person who collects applications for mailed ballots and fails to submit them is guilty of a petty misdemeanor. A person who intentionally alters another voter's completed application is guilty of a fourth-degree felony. |
| **New York** | N.Y. Elec. Law § 8-400 | Applications may be requested by a voter's family or household member or an authorized agent. |
| **North Carolina** | N.C. Gen. Stat. § 163-228, § 163-230.1 | Any person or third party can distribute, collect and submit an absentee request on behalf of a voter. |
| **North Dakota** | N.D. Cent. Code § 16.1-07-05, § 16.1-07-07 | No restrictions on who may distribute/collect/solicit applications; although, any mailings require approval from county auditor. |
| **Ohio** | Ohio Rev. Code § 3509.03 | No restrictions specified. |
| **Oklahoma** | 26 Okla. Stat. Ann. § 14-103, § 14-105, § 14-115.1 | Prohibited to deliver an absentee application for another voter unless they are an authorized agent of an incapacitated voter. |
| **Oregon** | | N/A |

| State | Statute | Third-Party Distribution & Collection Rules |
|---|---|---|
| **Pennsylvania** | 25 P.S. §3146.2 et seq. | No restrictions specified. |
| **Puerto Rico** | 16 L.P.R.A. § 4735 | No restrictions specified. |
| **Rhode Island** | R.I. Gen. Laws §17-20-2.1 | No restrictions specified. |
| **South Carolina** | S.C. Code § 7-15-330 | Only immediate family or an authorized representative may request or submit an application on behalf of a voter; no third-party distribution is allowed. |
| **South Dakota** | S.D. Codified Laws § 12-19-2, §12-19-2.1 | No restrictions specified. |
| **Tennessee** | Tenn. Code Ann. § 2-6-202 | Only one application may be furnished to a voter by the election commission; it is a class E felony to give an application to any person and a class A misdemeanor to give an unsolicited request for application to any person. |
| **Texas** | Tex. Election Code §84.0041, §84.007 | It is a felony to knowingly submit an application for a ballot by mail without the knowledge and authorization of the voter or altering the information provided by the voter on the application. |
| **Utah** | | N/A |
| **Vermont** | | N/A |
| **Virgin Islands** | 18 V.I.C. § 664 | Anyone may deliver an application on the voter's behalf; no restrictions on who may distribute applications. |
| **Virginia** | Va. Code Ann. § 24.2-701 | No restrictions specified. |

| State | Statute | Third-Party Distribution & Collection Rules |
|---|---|---|
| **Washington** | | N/A |
| **West Virginia** | W. Va. Code §3-3-5 | Only the voter may apply for an absentee ballot in person. |
| **Wisconsin** | Wis. Stat. § 6.86 | No restrictions specified. |
| **Wyoming** | Wyo. Stat. § 22-9-104 et seq. | A request for a ballot may be made on behalf of a voter by another individual as long as the required information in the application is completed and accurate. Other than an election official, a person may not distribute an unsolicited absentee ballot application form to a qualified elector. |

## Note: This page should be used for general informational purposes only.

Our organization does not run elections and cannot provide legal advice. If you are a voter looking for assistance, please contact your local election official. You can find your local election official's website and contact information by using this database from the US Vote Foundation.

## Related Resources

Updated April 16, 2026

### National Popular Vote

Read about the National Popular Vote compact in this overview of state legislation.

**Elections, Redistricting**

*Table*

Updated April 16, 2026

### State Voting Rights Acts

The federal Voting Rights Act, originally enacted in 1965 and amended twice since then, outlaws race-based discrimination in voting, protects the voting rights of people with disabilities or limited English proficiency and plays an important role in redistricting. Several states have enacted their own Voting Rights Acts that mirror the federal act in many ways and go into further detail in some cases.

**Elections**

| Map | Table |

Updated April 14, 2026

# Artificial Intelligence (AI) in Elections and Campaigns

Policy makers and campaigns are having to adapt to the explosion in artificial intelligence (AI). This page covers statutes and legislation that relate to AI in elections and campaigns.

**Elections**

| Table |