# Exhibit 27

Civil Action No. 26-cv-1114 (CJN) (Lead case)

Table 1: States with No-Excuse Absentee Voting

**Summary**

# Table 1: States with No-Excuse Absentee Voting

Updated March 10, 2026

**Related Topic:**    **Elections**



**Voting Outside the Polling Place Report**

This table is part of NCSL's Voting Outside the Polling Place report.

Twenty-eight states offer "no-excuse" absentee voting, which means that any voter can request and cast an absentee/mail ballot, no excuse or reason necessary.

Eight states and Washington, D.C., conduct elections entirely by mail (California, Colorado, Hawaii, Nevada, Oregon, Utah, Vermont and Washington), which means voters do not need to request a ballot, and instead automatically receive one.

The remaining states require a voter to provide an excuse to qualify for an absentee/mail ballot. See Table 2: Excuses to Vote Absentee for details.

## No-Excuse Absentee Voting



 Excuse required absentee/mail voting

 No-excuse absentee/mail voting    All-mail elections

## States with No-Excuse Absentee Voting

| State | Statute | Details |
| --- | --- | --- |

| State | Statute | Details |
| --- | --- | --- |
| Alaska | Alaska Stat. § 15.20.010 | No-excuse absentee voting |
| Arizona | Ariz. Rev. Stat. § 16-541 | No-excuse absentee voting |
| California | Cali. Elec Code § 3000.5 | All-mail elections |
| Colorado | Colo. Rev. Stat. §1-5-401 | All-mail elections |
| District of Columbia | D.C. Code § 1–1001.05 | All-mail elections |
| Florida | Flor. Stat. § 101.62 | No-excuse absentee voting |
| Georgia | Georgia Code § 21-2-380 | No-excuse absentee voting |
| Hawaii | Hawaii Stat. §11-101 | All-mail elections |
| Idaho | Idaho Code §34-1001 | No-excuse absentee voting |
| Illinois | 10 ILCS 5/19-1 | No-excuse absentee voting |
| Iowa | Iowa Code § 53.1 | No-excuse absentee voting |
| Kansas | Kan. Stat. Ann.§ 25-1119(a) | No-excuse absentee voting |
| Maine | 21-A ME Rev Stat § 751 | No-excuse absentee voting |
| Maryland | Md. Elec Law §9-304 | No-excuse absentee voting |

Case 1:26-cv-01114-CJN     Document 55-29     Filed 04/17/26     Page 5 of 7

| State | Statute | Details |
| --- | --- | --- |
| Massachusetts | M.G.L.A. 54 § 25B | No-excuse absentee voting |
| Michigan | M.C.L.A. 168.759 | No-excuse absentee voting |
| Minnesota | Minn. Stat. § 203B.02 | No-excuse absentee voting |
| Montana | Mont. Code § 13-13-201 | No-excuse absentee voting |
| Nebraska | Neb. Rev. Stat. Ann. §32-938 | No-excuse absentee voting |
| Nevada | NRS §293 | All-mail elections |
| New Jersey | N.J. Rev. Stat. § 19:63-3 | No-excuse absentee voting |
| New Mexico | N.M. Stat. § 1-6-3 | No-excuse absentee voting |
| New York | N.Y. Election Law § 8-700 | No-excuse absentee voting |
| North Carolina | N.C. Gen Stat § 163-226 | No-excuse absentee voting |
| North Dakota | N.D. Cent. Code § 16.1-07-01 | No-excuse absentee voting |
| Ohio | Ohio Rev Code § 3509.02 | No-excuse absentee voting |
| Oklahoma | 26 OK Stat § 14-105 | No-excuse absentee voting |
| Oregon | Ore. Rev. Stat. §254.465 | All-mail elections |
| Pennsylvania | 25 P.S. § 3150.11 | No-excuse absentee voting |

| State | Statute | Details |
|---|---|---|
| Rhode Island | R.I. Gen Laws § 17-20-2 | No-excuse absentee voting<br><br>(Rhode Island lists several excuses to vote absentee, but also specifies "No specific reason necessary." Since any Rhode Islander can request an absentee ballot, NCSL has categorized it as no excuse required.) |
| South Dakota | S.D. Cod. Laws § 12-19-1 | No-excuse absentee voting |
| Utah | Utah Code Ann. §20A-3a-302 | All-mail elections |
| Vermont | 17 VSA § 2537a | All-mail elections (general elections only) |
| Virginia | VA Code Ann. § 24.2-700 | No-excuse absentee voting |
| Washington | Rev. Code of Wash. 29A.40.010 | All-mail elections |
| Wisconsin | Wis. Stat. § 6.86 (1)(ac) | No-excuse absentee voting |
| Wyoming | WY Stat § 22-9-102 | No-excuse absentee voting |

# Note: This page should be used for general informational purposes only.

Our organization does not run elections and cannot provide legal advice. If you are a voter looking for assistance, please contact your local election official. You can find your local election official's website and contact information by using this database from the US Vote Foundation.

## Related Resources

Updated April 14, 2026

### Artificial Intelligence (AI) in Elections and Campaigns

Policy makers and campaigns are having to adapt to the explosion in artificial intelligence (AI). This page covers statutes and legislation that relate to AI in elections and campaigns.

**Elections**

Table

Updated April 13, 2026

## How States Differentiate Presidential Primaries from State Primaries

This webpage shows which states use different types of primaries for presidential elections versus state elections.

**Elections**

Table

Updated April 10, 2026

## Federal Requests for Statewide Voter Lists

The Civil Rights Division of the Department of Justice began sending requests to chief election officials across the country to inspect copies of their statewide voter registration lists in May 2025. Since then they've sued more than half of the states and Washington, D.C. for not providing the lists that include sensitive voter information.

**Elections**

Table