# Exhibit 28

Civil Action No. 26-cv-1114 (CJN) (Lead case)

Summary

# Table 2: Excuses to Vote Absentee

Updated August 26, 2025

**Related Topic:**  **Elections**



**Voting Outside the Polling Place Report**
This table is part of NCSL's Voting Outside the Polling Place report.

All states, by federal law, are required to send absentee ballots to military and overseas voters for federal elections. See the 1986 Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA).

Aside from military and overseas voters, some states have "no-excuse absentee" voting, which means any voter can request a mail ballot without providing an excuse, and a few send all voters ballots by mail. Fourteen states, Puerto Rico and the Virgin Islands only permit certain voters to request an absentee ballot by mail, based on an "excuse" of why that voter can't make it to the polls on Election Day.

All states permit voters who will be outside of their home county to vote absentee, as well as voters with an illness or disability who know ahead of time that they won't be able to make it to the polls. Many other states allow elderly voters to vote absentee or allow voters to request an absentee ballot in case of an emergency—such as an unforeseen illness, confinement to a medical facility or an accident resulting in injury.

The table below summarizes and compares other acceptable excuses in the states that require one.

Note: This table is meant to summarize the acceptable excuses for states that require an excuse to vote absentee. Since it is comparative, it is not necessarily comprehensive of all excuses in a given state. Visit state election webpages for additional information on each state's requirements.

*ACP stands for Address Confidentiality Program, which protects the information of victims of domestic violence, sexual assault or stalking.

| State | Out of County on Election Day | Illness or Disability | Persons Over a Certain Age | Work Shift is During all Voting Hours | Student Living Outside of County | Election Worker or Poll Worker | Religious Belief or Practice | ACP* Participant | Incarcerated (but Still Qualified to Vote) | Jurors |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alabama** Ala. Code § 17-11-3 | ✓ | ✓ | | ✓ | ✓ | ✓ | | | ✓ | |
| **Arkansas** Ark. Stat. Ann. § 7-5-402 | ✓ | ✓ | | | | | ✓ | | | |
| **Connecticut** Conn. Gen. Stat. § 9-135 | ✓ | ✓ | | | | ✓ | ✓ | | | |
| **Delaware** Del. Code Ann. tit, 15, § 5502 | ✓ | ✓ | | ✓ | | | ✓ | | | |
| **Indiana** Ind. Code §3-11-10-24 | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | |
| **Kentucky** Ky. Rev. Stat. | ✓ | ✓ | ✓ | | ✓ | | | ✓ | ✓ | |

| State | Out of County on Election Day | Illness or Disability | Persons Over a Certain Age | Work Shift is During all Voting Hours | Student Living Outside of County | Election Worker or Poll Worker | Religious Belief or Practice | ACP* Participant | Incarcerated (but Still Qualified to Vote) | Jurors |
|---|---|---|---|---|---|---|---|---|---|---|
| §117.085(1)(a), §117.077 | | | | | | | | | | |
| **Louisiana** La. Rev. Stat. Ann. § 18:1303 | ✓ | ✓ | 65-plus | | ✓ | ✓ | | ✓ | ✓ | ✓ |
| **Mississippi** Miss. Code Ann. § 23-15-715 | ✓ | ✓ | 65-plus | | | | | | | |
| **Missouri** Mo Rev. Stat. § 115.277 | ✓ | ✓ | | | | ✓ | ✓ | ✓ | ✓ | |
| **New Hampshire** N.H. Rev. Stat. Ann. § 657:1 | ✓ | ✓ | | ✓ | | | ✓ | | | |
| **Puerto Rico** P.R. Code Ann. tit, 16-§ 9.34.- | ✓ | ✓ | | ✓ | ✓ | | | | ✓ | |
| **South Carolina** S.C. Code Ann. § 7-15-320 | ✓ | ✓ | 65-plus | ✓ | | | | | ✓ | |
| **Tennessee** Tenn. Code-Ann. § 2-6-201 | ✓ | ✓ | 60-plus | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| **Texas** Tax Election Code Ann. § 82.001 et seq. | ✓ | ✓ | 65-plus | | | | | ✓ | ✓ | |
| **Virgin Islands** V.I. Code Ann. tit. 18 § 661 | ✓ | ✓ | | | ✓ | | ✓ | | ✓ | |
| **West Virginia** | ✓ | ✓ | "Advanced Age" | ✓ | ✓ | | | ✓ | ✓ | |

| State | Out of County on Election Day | Illness or Disability | Persons Over a Certain Age | Work Shift is During all Voting Hours | Student Living Outside of County | Election Worker or Poll Worker | Religious Belief or Practice | ACP* Participant | Incarcerated (but Still Qualified to Vote) | Jurors |
|---|---|---|---|---|---|---|---|---|---|---|
| W. Va. Code, § 3-3-1 | | | | | | | | | | |

## Note: This page should be used for general informational purposes only.

Our organization does not run elections and cannot provide legal advice. If you are a voter looking for assistance, please contact your local election official. You can find your local election official's website and contact information by using this database from the US Vote Foundation.

## Related Resources

Updated April 14, 2026

### Artificial Intelligence (AI) in Elections and Campaigns

Policy makers and campaigns are having to adapt to the explosion in artificial intelligence (AI). This page covers statutes and legislation that relate to AI in elections and campaigns.

**Elections**

Table

Updated April 13, 2026

### How States Differentiate Presidential Primaries from State Primaries

This webpage shows which states use different types of primaries for presidential elections versus state elections.

**Elections**

Table

Updated April 10, 2026

### Federal Requests for Statewide Voter Lists

The Civil Rights Division of the Department of Justice began sending requests to chief election officials across the country to inspect copies of their statewide voter registration lists in May 2025. Since then they've sued more than half of the states and Washington, D.C. for not providing the lists that include sensitive voter information.

**Elections**

Table