# Exhibit 29

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# Election Administration and Voting Survey 2024 Comprehensive Report

A Report from the U.S. Election Assistance Commission to the 119th Congress



## Appendix A: Descriptive Tables

### Executive Summary Table 1: 2024 EAVS at a Glance

| State | Total EAVS Jurisdictions | Total Active Registered Voters | Total CVAP | Total Voter Turnout | Turnout as % of Active Reg. | Turnout as % of CVAP |
|---|---|---|---|---|---|---|
| Alabama | 67 | 3,466,606 | 3,871,866 | 2,272,911 | 65.6% | 58.7% |
| Alaska [1] | 1 | 565,242 | 540,681 | 340,981 | 60.3% | 63.1% |
| American Samoa [2] | 1 | 15,948 | -- | 10,215 | 64.1% | -- |
| Arizona [3] | 15 | 4,366,786 | 5,384,019 | 3,477,975 | 79.6% | 64.6% |
| Arkansas | 75 | 1,359,659 | 2,270,663 | 1,122,278 | 82.5% | 49.4% |
| California | 58 | 22,836,602 | 26,042,367 | 16,164,330 | 70.8% | 62.1% |
| Colorado | 64 | 4,074,612 | 4,390,366 | 3,240,754 | 79.5% | 73.8% |
| Connecticut [4] | 169 | 2,292,818 | 2,660,107 | 1,820,891 | 79.4% | 68.5% |
| Delaware | 3 | 742,370 | 770,737 | 514,367 | 69.3% | 66.7% |
| District of Columbia | 1 | 469,969 | 508,689 | 328,871 | 70.0% | 64.7% |
| Florida [5] | 67 | 14,028,831 | 16,313,597 | 10,999,125 | 78.4% | 67.4% |
| Georgia | 159 | 7,174,961 | 7,917,054 | 5,297,500 | 73.8% | 66.9% |
| Guam | 1 | 62,098 | -- | 30,283 | 48.8% | -- |
| Hawaii | 5 | 765,998 | 1,053,254 | 522,236 | 68.2% | 49.6% |
| Idaho [6] | 44 | 1,178,750 | 1,445,124 | 917,469 | 77.8% | 63.5% |
| Illinois [7] | 108 | 8,104,485 | 9,036,650 | 5,717,147 | 70.5% | 63.3% |
| Indiana | 92 | 4,288,091 | 5,058,179 | 2,986,839 | 69.7% | 59.0% |
| Iowa | 99 | 2,016,967 | 2,387,401 | 1,674,011 | 83.0% | 70.1% |
| Kansas | 105 | 1,871,857 | 2,146,714 | 1,342,102 | 71.7% | 62.5% |
| Kentucky | 120 | 3,219,361 | 3,414,611 | 2,086,090 | 64.8% | 61.1% |
| Louisiana [8] | 64 | 2,734,059 | 3,398,688 | 2,021,588 | 73.9% | 59.5% |
| Maine [9] | 497 | 1,041,826 | 1,126,987 | 842,447 | 80.9% | 74.8% |
| Maryland | 24 | 4,231,112 | 4,411,478 | 3,028,813 | 71.6% | 68.7% |
| Massachusetts | 351 | 4,369,280 | 5,136,750 | 3,512,930 | 80.4% | 68.4% |
| Michigan [10] | 83 | 7,267,666 | 7,646,222 | 5,706,503 | 78.5% | 74.6% |
| Minnesota | 87 | 3,853,668 | 4,258,921 | 3,271,069 | 84.9% | 76.8% |
| Mississippi [11] | 82 | 1,965,948 | 2,222,109 | 1,225,176 | 62.3% | 55.1% |
| Missouri | 116 | 4,075,977 | 4,698,865 | 3,126,837 | 76.7% | 66.5% |
| Montana [12] | 56 | 691,534 | 888,190 | 612,423 | 88.6% | 69.0% |
| Nebraska [13] | 93 | 1,190,813 | 1,420,996 | 965,145 | 81.0% | 67.9% |

| State | Total EAVS Jurisdictions | Total Active Registered Voters | Total CVAP | Total Voter Turnout | Turnout as % of Active Reg. | Turnout as % of CVAP |
|---|---|---|---|---|---|---|
| Nevada | 17 | 2,052,976 | 2,243,354 | 1,486,297 | 72.4% | 66.3% |
| New Hampshire [14] | 320 | 1,008,603 | 1,117,113 | 829,090 | 82.2% | 74.2% |
| New Jersey [15] | 21 | 6,066,940 | 6,397,695 | 4,321,921 | 71.2% | 67.6% |
| New Mexico | 33 | 1,254,851 | 1,552,694 | 927,923 | 73.9% | 59.8% |
| New York | 62 | 12,429,981 | 13,945,400 | 8,389,626 | 67.5% | 60.2% |
| North Carolina [16] | 100 | 6,986,365 | 8,017,902 | 5,756,106 | 82.4% | 71.8% |
| North Dakota | 53 | -- | 589,860 | 371,974 | -- | 63.1% |
| Northern Mariana Islands | 1 | 19,329 | -- | 12,610 | 65.2% | -- |
| Ohio | 88 | 7,054,966 | 8,948,378 | 5,851,625 | 82.9% | 65.4% |
| Oklahoma | 77 | 2,095,952 | 2,953,778 | 1,573,274 | 75.1% | 53.3% |
| Oregon [17] | 36 | 3,060,374 | 3,212,722 | 2,269,608 | 74.2% | 70.6% |
| Pennsylvania [18] | 67 | 8,407,874 | 9,930,217 | 7,074,875 | 84.1% | 71.2% |
| Puerto Rico [19] | 1 | 1,987,317 | 2,670,201 | 1,283,628 | 64.6% | 48.1% |
| Rhode Island | 39 | 734,885 | 824,795 | 522,164 | 71.1% | 63.3% |
| South Carolina | 46 | 3,417,493 | 4,065,128 | 2,566,404 | 75.1% | 63.1% |
| South Dakota | 66 | 627,248 | 683,617 | 435,739 | 69.5% | 63.7% |
| Tennessee | 95 | 4,458,851 | 5,329,651 | 3,090,161 | 69.3% | 58.0% |
| Texas | 254 | 16,611,078 | 20,149,798 | 11,488,820 | 69.2% | 57.0% |
| U.S. Virgin Islands | 1 | 31,171 | -- | 15,952 | 51.2% | -- |
| Utah | 29 | 1,793,182 | 2,327,211 | 1,466,896 | 81.8% | 63.0% |
| Vermont [20] | 247 | 460,415 | 523,322 | 361,604 | 78.5% | 69.1% |
| Virginia | 133 | 5,898,922 | 6,397,071 | 4,511,853 | 76.5% | 70.5% |
| Washington [21] | 39 | 5,013,112 | 5,604,117 | 3,949,810 | 78.8% | 70.5% |
| West Virginia | 55 | 1,118,468 | 1,404,377 | 769,206 | 68.8% | 54.8% |
| Wisconsin [22] | 1,851 | 3,933,068 | 4,518,555 | 3,434,185 | 87.3% | 76.0% |
| Wyoming [23] | 23 | 296,960 | 442,989 | 271,123 | 91.3% | 61.2% |
| U.S. Total | 6,461 | 211,144,275 | 244,271,230 | 158,211,780 | 74.8% | 64.7% |



| State | Total In-Person Election Day Ballots Cast and Counted | Total Mail Ballots Cast and Counted (Excluding UOCAVA) | Total In-Person Early Ballots Cast and Counted | Total Polling Places | Total Poll Workers |
|---|---|---|---|---|---|
| Alabama | -- | 126,055 | -- | 2,010 | 7,835 |
| Alaska [1] | 175,541 | 48,744 | 92,281 | 524 | 2,979 |
| American Samoa [2] | 9,035 | 189 | 991 | 41 | 300 |
| Arizona [3] | 496,753 | 2,597,974 | 349,129 | 781 | 7,642 |
| Arkansas | 294,235 | 23,843 | 810,714 | 1,030 | 5,720 |
| California | 1,836,518 | 13,062,318 | 878,489 | 3,818 | 41,643 |
| Colorado | 141,556 | 2,957,550 | 109,209 | 366 | 7,587 |
| Connecticut [4] | -- | 118,362 | 715,275 | 739 | 3,590 |
| Delaware | 268,718 | 33,659 | 210,295 | 282 | 3,797 |
| District of Columbia | 82,396 | 168,111 | 72,914 | 75 | 1,367 |
| Florida [5] | 2,596,761 | 2,945,893 | 5,364,821 | 4,162 | 46,833 |
| Georgia | 1,239,125 | 268,751 | 3,768,395 | 2,658 | 18,580 |
| Guam | 24,291 | 104 | 5,774 | 22 | 360 |
| Hawaii | 0 | 483,078 | 39,158 | 13 | 301 |
| Idaho [6] | 508,734 | 179,777 | 225,973 | 856 | 6,140 |
| Illinois [7] | 2,666,185 | 1,016,208 | 2,001,203 | 5,213 | 41,042 |
| Indiana | 1,372,508 | 1,603,815 | 1,397,345 | 1,654 | 16,957 |
| Iowa | -- | -- | -- | 1,663 | -- |
| Kansas | 604,319 | 147,276 | 557,906 | 1,177 | 9,468 |
| Kentucky | 1,267,653 | 116,324 | 687,057 | 1,580 | 12,641 |
| Louisiana [8] | 1,047,445 | 119,694 | 849,784 | 2,032 | 16,580 |
| Maine [9] | 463,500 | 215,242 | 157,116 | 514 | 6,253 |
| Maryland | 1,145,134 | 744,244 | 974,945 | 1,991 | 22,986 |
| Massachusetts | 1,713,191 | 1,173,112 | 600,225 | 1,634 | 9,556 |
| Michigan [10] | 2,453,252 | 2,017,704 | 1,214,409 | 5,169 | 45,363 |
| Minnesota | 1,960,360 | 446,576 | 850,705 | 2,685 | 34,886 |
| Mississippi [11] | 1,010,752 | -- | -- | 1,746 | -- |
| Missouri | 2,067,247 | 178,526 | 867,936 | 2,240 | 18,740 |
| Montana [12] | -- | -- | -- | 411 | 4,422 |
| Nebraska [13] | 564,660 | 307,135 | 80,304 | 1,083 | 7,951 |
| Nevada | 247,291 | 656,140 | 543,461 | 288 | 3,904 |

| State | Total In-Person Election Day Ballots Cast and Counted | Total Mail Ballots Cast and Counted (Excluding UOCAVA) | Total In-Person Early Ballots Cast and Counted | Total Polling Places | Total Poll Workers |
|---|---|---|---|---|---|
| New Hampshire [14] | 730,273 | 92,945 | 0 | 307 | -- |
| New Jersey [15] | -- | 828,200 | -- | 4,620 | 13,242 |
| New Mexico | 252,629 | 111,527 | 556,395 | 668 | 4,221 |
| New York | 4,320,467 | 836,987 | 2,986,704 | 5,197 | 102,259 |
| North Carolina [16] | 1,175,905 | 298,269 | 4,224,909 | 3,360 | 28,374 |
| North Dakota | 181,998 | 89,429 | 99,007 | 172 | -- |
| Northern Mariana Islands | 5,571 | 915 | 6,124 | 13 | 96 |
| Ohio | 3,130,240 | 1,060,236 | 1,536,604 | 3,267 | 40,084 |
| Oklahoma | 1,174,876 | 98,548 | 294,037 | 2,067 | 7,269 |
| Oregon [17] | -- | 2,253,114 | -- | 36 | -- |
| Pennsylvania [18] | 5,043,808 | 1,933,707 | -- | 7,752 | 46,172 |
| Puerto Rico [19] | 1,071,954 | 132,157 | 4,004 | 1,337 | -- |
| Rhode Island | 290,699 | 51,995 | 173,547 | 430 | 3,709 |
| South Carolina | 977,341 | 98,782 | 1,476,843 | 2,088 | 18,122 |
| South Dakota | 273,648 | 159,335 | 0 | 493 | 2,697 |
| Tennessee | 856,491 | 86,904 | 2,132,535 | 1,889 | 16,750 |
| Texas | 2,329,171 | 384,221 | 8,703,181 | 6,135 | 42,324 |
| U.S. Virgin Islands | 6,832 | 613 | 8,506 | 11 | 140 |
| Utah | 104,350 | 1,341,595 | 36,381 | 114 | 1,110 |
| Vermont [20] | 122,386 | 234,038 | 2,631 | 262 | -- |
| Virginia | 2,053,905 | 474,332 | 1,840,239 | 2,673 | 29,760 |
| Washington [21] | -- | 3,890,945 | 171 | 67 | -- |
| West Virginia | 431,925 | 22,377 | 310,305 | 1,486 | 8,602 |
| Wisconsin [22] | 1,870,285 | 570,657 | 977,648 | 2,696 | -- |
| Wyoming [23] | 154,579 | 38,217 | 76,943 | 218 | 2,079 |
| U.S. Total | 52,816,493 | 46,846,449 | 48,872,528 | 95,815 | 772,433 |

**Executive Summary Table 1 Calculation Notes:**

Total EAVS Jurisdictions uses a count of Federal Information Processing Standards (FIPS) code by state.
Total Active Registered Voters uses question A1b.



**ix** | Executive Summary

Total CVAP uses the 2023 one-year estimate of the CVAP from the U.S. Census Bureau.

Total Voter Turnout uses question F1a.

Turnout as % of Active Registration uses F1a/A1b x 100.

Turnout as % of CVAP uses F1a/CVAP x 100.

Total In-Person Election Day Ballots Cast and Counted uses question F1b.

Total Mail Ballots Cast and Counted (Excluding UOCAVA) uses the sum of questions F1d and F1g.

Total In-Person Ballots Cast Before Election Day and Counted uses question F1f.

Total Polling Places uses question D2a.

Total Poll Workers uses question D7a.

**Executive Summary Table 1 Data Notes:**

General Notes:

- Casewise deletion at the state level was used in calculating national percentages. The percentage calculations at the national level (U.S. Total) only used data from those states that provided data for the numerator and denominator of the calculation. For example, since there was no CVAP estimate for most U.S. territories, their turnout data (F1a) were not used for the calculation of "Turnout as % of CVAP" at the national level.
- Items that are displayed as a dash (--) indicate that all jurisdictions within the state responded "Data Not Available," "Does Not Apply," or "Valid Skip" to the EAVS item(s) used in the calculation or left the item(s) blank.
- The percentages shown in this table are rounded to one decimal place. Percentages that round to less than 0.1% are displayed as 0.0%.
- The CVAP is an estimate of the number of U.S. citizens 18 years of age or older in the state. This report used the one-year American Community Survey (ACS) state estimate for 2023 instead of the five-year estimate to ensure the CVAP was as current as possible. The estimate for the year 2024 was unavailable by the time this report was finalized. Some states may have reported more active registered voters than CVAP because the 2023 CVAP is being compared to 2024 data.
- The Total Voter Turnout column includes voters who cast a ballot that was counted.

[1]   F1d includes ballots sent by electronic transmission (fax and online delivery).

[2]   Some UOCAVA voters are also mail ballot voters.

[3]   Mohave County noted that the total number reported in the official election canvass could differ from the voting history reports within the voter registration database because the system was live during the entirety of the voting period. This means voters who cast a ballot in the election and who were eligible to vote in Mohave County at the time the ballot was cast, moved from the county, or became ineligible after the ballot was tabulated. This reflects the discrepancy of ballots tabulated versus voters who received voting credit.

[4]   In some jurisdictions, the totals for F1 exceed the totals for A1 because the source in A1 does not account for same day registration.

[5]   Responses reflect data submitted by each respective county election official.

[6]   Idaho does not have inactive voters.

[7]   Data provided come from 108 different election authorities and not from a single source. Data might not provide a completely accurate picture because there are different available data within each election authority.

[8]   The total reported in F1 includes voters who were given credit for voting but whose ballots may have been blank or otherwise invalidated after acceptance.

[9]   Provisional ballots are not counted separately from other ballots. Provisional ballot totals are reflected in F1b, F1d, or F1f as applicable.

★ ★ ★    x

[10] Voters reported in A1 are eligible to vote. Those defined as "inactive" need only to confirm their address before receiving a ballot. Participation in past elections is not a factor in defining eligibility.

[11] The number of absentee ballots (in-person and mail-in) is calculated together and cannot be separated.

[12] The total number of registered/eligible voters consists of active and inactive voters. Montana reports a total registered/eligible voters of 800,573. The difference between this number and what is reported in EAVS is provisional and pending voters. The reported number of ballots counted is from the state canvass report. Data in F1b-F1g cannot be provided because some ballots marked for counting in the system were not actually counted due to issues with the ballot.

[13] Nebraska does not have "inactive" voters. Nineteen counties in Nebraska are entirely vote by mail and some precincts are also vote by mail.

[14] The information provided is based on the local officials' entries into the state voter registration system as of March 27, 2025. These numbers may continue to fluctuate as cities and towns add additional entries or make corrections.

[15] F1a is taken from statewide certified results. These results do not break down the ballots cast by Election Day (F1b) and early voting (F1f) ballots cast.

[16] The results of this survey include point-in-time data from multiple datasets and log files and thus may differ slightly from other publicly posted datasets. UOCAVA ballots are reported with mail ballots.

[17] Oregon does not track the number of inactive voters. The data reported in F1 include ballots returned and accepted for counting.

[18] The Pennsylvania Department of State cannot provide a number for F1f because in-person return of mail ballots is not explicitly tracked in the voter registration system.

[19] In Puerto Rico, voters classified as inactive must first reactivate their voter status before being allowed to cast a ballot. This process requires the voter to verify their address and update their registration information with the Puerto Rico State Election Commission (Comisión Estatal de Elecciones [CEE]). Depending on the circumstances, reactivation may involve completing a specific form or providing a document that confirms their residence. Once their status is updated, the voter is allowed to vote in their assigned precinct without restrictions. This process differs from the classification under the NVRA in the United States, which refers to voters who are still eligible but require address verification before voting. For the 2024 elections in Puerto Rico, the voter registration deadline was September 21, 2024. Any voter who did not update their registration before this date would remain classified under their previous status until the next registration period.

[20] Some jurisdictions may have entered incorrect or incomplete data; therefore, some calculations and datasets may be misconstrued. We have updated the data as best we can.

[21] Washington remains a vote-by-mail state where voters can register and vote on or before Election Day. The total reported in F1g, which includes voters who cast a mailed ballot in jurisdictions that conduct elections entirely by mail, also accounts for in-person voters who were issued a mailed ballot packet at a voting center and could deposit it in a ballot drop box or return it by mail. Additionally, the total reported in F1f, representing voters who cast a ballot at an in-person early voting location and whose ballots were counted, includes those who used a disability access unit.

[22] The number of jurisdictions in Wisconsin changed over the two-year period covered by the 2022 EAVS due to incorporations, mergers, and similar mechanisms. Wisconsin is not subject to the NVRA and does not have inactive registered voters. The reported registration totals include military voters, even though they are not required to "register" in Wisconsin because they still have a voter record created. Wisconsin is not a vote-by-mail state but does allow voters to request that an absentee ballot be mailed to them. Poll worker data are no longer tracked by the state. Wisconsin canvass-required data track individual contests, and therefore, the total ballots cast in any election is highly unlikely to match the total votes cast in any one contest. Wisconsin voters are not required to vote in each contest on the ballot and undervotes are the likely cause of data on the total ballots cast being higher than the number of votes in a contest. Some data in Sections A-E will not match with their equivalent in Section F for the following reasons: In cases where two voter records for the same voter are



merged together, the election participation record moves with the merge; however, the absentee ballot record does not, the system does not see them as being associated with the same voter. Or, because in Wisconsin, provisional ballot data have to be recorded into the database on election night, voters who register on Election Day are usually not entered into the database until after Election Day, and these two records cannot be linked in our database, since voter records may be created after Election Day, and are therefore not always connected to their provisional ballot record.

[23] In Wyoming, voters designated as "inactive" are not considered registered and eligible voters. They may be eligible upon re-registration or may be inactive due to becoming ineligible (e.g. felony, moved out of state).

★ ★ ★    **xii**