# Exhibit 34

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# USPS releases report on 2024 election – USPS Employee News

 **news.usps.com**/2024/12/03/usps-releases-report-on-2024-election

December 3, 2024



On average, USPS delivered completed ballots from voters to election officials within one day during the 2024 general election.

The Postal Service processed 99.22 million ballots for last month's general election, with 99.88 percent delivered from voters to election officials within seven days.

On average, completed ballots were delivered from voters to election officials within one day.

The data, which covers the period from Sept. 1 through Nov. 15, is included in a post-election analysis report that USPS released this week.

The report also shows 99.64 percent of ballots sent by voters to election officials were delivered within five days, while 97.73 percent of ballots sent by voters to election officials were delivered within three days.

The Postal Service also deployed extraordinary measures in the weeks before Election Day in areas of the Southeast that were devastated by hurricanes Helene and Milton. As a result, performance results for votes by mail from those affected areas were comparable with the rest of the nation, the report said.

The extraordinary measures included extra deliveries and collections, special pickups; specialized sorting plans at processing facilities to expedite delivery to local election boards; and local handling and transportation of ballots.

The organization delivered 3.37 billion pieces of Political Mail and Election Mail in 2024, according to the report.

The Postal Service report also offers recommendations to election officials in the nearly 8,000 election jurisdictions across the nation, including:

• Following and implementing the organization's advice on mailpiece preparation;

• Applying visibility tools to Election Mail and Ballot Mail;

• Understanding postal operations; and

• Continuing voter education initiatives on state laws and reasonable mailing deadlines.

The organization's Dec. 2 news release has more information.