# Exhibit 35

Civil Action No. 26-cv-1114 (CJN) (Lead case)

# Department of Homeland Security

## *U.S. Citizenship and Immigration Services*

### *Budget Overview*



**Fiscal Year 2026**

**Congressional Justification**

**Department of Homeland Security**                                    **U.S. Citizenship and Immigration Services**

The FY 2026 discretionary funding supports the E-Verify Program.

E-Verify is a web-based system that allows enrolled employers to confirm the eligibility of their employees to work in the United States. The Systematic Alien Verification for Entitlements (SAVE) program is funded within IEFA. Due to the similarities between E-Verify and SAVE, both programs use the Verification Information System and secondary IT systems and services. Shared costs are distributed between the two programs. USCIS is incorporating a phased-in user fee increase to $3.10 per verification request, regardless of whether the case involves additional verification requests. Simultaneously, USCIS is eliminating fees for non-federal agencies to expand the use of SAVE.

# Department of Homeland Security

## *U.S. Citizenship and Immigration Services*

### *Immigration Examinations Fee Account*



**Fiscal Year 2026**

**Congressional Justification**

**U.S. Citizenship and Immigration Services**                    **Immigration Examinations Fee Account**

# Table of Contents

*Immigration Examinations Fee Account* ......................................................................................1

    Budget Comparison and Adjustments............................................................................... 3

    Summary of Budget Changes ........................................................................................... 8

    Justification of Pricing Changes ...................................................................................... 9

    Justification of Program Changes .................................................................................. 10

    Personnel Compensation and Benefits........................................................................... 12

    Non-Pay Budget Exhibits .............................................................................................. 13

**U.S. Citizenship and Immigration Services**                                      **Immigration Examinations Fee Account**

## Immigration Examinations Fee Account
## Budget Comparison and Adjustments
## Comparison of Fee Collections
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Total Changes |
|---|---|---|---|---|
| Immigration Examination Fee Account: Non-Premium | $4,543,266 | $5,648,253 | $5,370,186 | ($278,067) |
| Immigration Examination Fee Account: Premium | $1,401,304 | $1,364,221 | $1,372,397 | $8,176 |
| **Total** | **$5,944,570** | **$7,012,474** | **$6,742,583** | **($269,891)** |
| Subtotal Mandatory - Fee | $5,944,570 | $7,012,474 | $6,742,583 | ($269,891) |

The Immigration Examinations Fee Account (IEFA) is the primary funding source for U.S. Citizenship and Immigration Services (USCIS). The IEFA provides the resources to:

- Strengthen and effectively administer the immigration system.
- Strengthen national security safeguards and combat fraud.
- Reinforce quality and consistency in administering immigration benefits.

**Fee Authority:** The IEFA is authorized via Sections 286(m), (n), (t), and (u) of the *Immigration and Nationality Act* (INA) (8 U.S.C. § 1356(m), (n), (t), (u)). In addition, section 286(u) of the INA, (8 U.S.C. § 1356(u)), provides the Secretary with authority to establish and collect a premium fee for the premium processing of certain immigration benefit types. The *Continuing Appropriations Act, 2021 and Other Extensions Act*, P.L. 116-159, which was signed into law on October 1, 2020, contains the *Emergency Stopgap USCIS Stabilization Act* (USCIS Stabilization Act). The USCIS Stabilization Act increased the fee for petitions that were previously designated for premium processing service, broadened the authorized use of funds, and allows for the expansion of premium processing to new categories of petitions and applications.

**Fee Uses:** Fees collected with the submission of immigration benefit requests are deposited into IEFA and used to fund the full cost of processing immigration benefit requests, including the cost of providing services without charge to applicants whose fees are waived or to whom a fee exemption applies.

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

The IEFA supports the following activities:

- Adjudication Operations: Contains Directorate and Program Offices (DPOs) responsible for safeguarding the integrity of the nation's lawful immigration system by leading agency efforts to combat fraud, detect national security and public safety threats, and maximize law enforcement and Intelligence Community partnerships. The Fraud Detection and National Security Directorate (FDNS) leads the Agency's efforts to determine whether individuals or organizations filing for immigration benefits pose a threat to national security, public safety, or the integrity of the Nation's immigration system. Both the Field Office Directorate and the Service Center Operations Directorate perform the processing of immigration benefit applications in offices located throughout the United States. Embedded within each of these directorates are officers dedicated to improving the accuracy, integrity, and timeliness of USCIS decisions. Also included are public safety components and support services such as guard services, janitorial services, rent and other overhead.

- Immigration Policy and Support: Supports policy and advisory components as well as program office components not included elsewhere. Also includes components responsible for management of space, contracts, security, emergency management, enterprise risk management, training, human resources, as well as costs associated with design, development, and deployment of IT services and solutions in support of immigration policy and the USCIS enterprise.

- Refugee, Asylum and International Operations: The Refugee, Asylum and International Operations Directorate (RAIO) is responsible for adjudicating asylum and refugee status applications for individuals seeking protection from persecution. RAIO also facilitates the process for qualifying relatives of admitted principal refugees and approved principal asylees to immigrate to the United States. The International and Refugee Affairs Division (IRAD) is responsible for the administration of the Secretary of Homeland Security's exercise of authority to grant parole to certain individuals outside the United States for urgent humanitarian or significant public benefit reasons and is currently abiding by the regulations outlined under executive order 14013. IRAD also manages USCIS' permanent international presence. The Asylum Division adjudicates affirmative asylum applications, including conducting applicant interviews, and conducts credible fear screenings.

- Immigration Records and Applicant Services: Contains DPOs that primarily provide interaction and services to inter/intra agency partners and the general public and associated overhead, as well as provides for the development of both external public products and internal communications, the administration of biometric services and identity services at application support centers, facilitating FBI namechecks and biometric checks, responses to Freedom of Information Act (FOIA) requests, file management and handling services for non-FOIA requests, administering the Systematic Alien Verification for Entitlements (SAVE) Program, and managing immigration data systems.

- Premium Processing (Including Transformation)[1]: Expenditures from the collection of premium processing fees in front line DPOs (SCOPS, FOD and RAIO) and program office components to support information technology and other infrastructure improvements in adjudication processes, personnel and contracts supporting the processing of premium processing requests, other costs associated with overheads and the lockbox operations, and otherwise offset the cost of providing adjudications and naturalization services.

---

[1] The uses of premium processing fees are statutorily defined in 8 U.S.C. 1356(u).

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

**Change Mechanism**: Notice and comment rulemaking for non-premium funds; direct final rule for premium funds.

- Non-premium: USCIS conducts a biennial fee review, which takes into consideration existing operations, workload volume forecasts, and proposed policy initiatives to determine if current fees will recover the full cost of its operations including the cost of services provided at no charge. If USCIS determines its fees will not recover full cost, then the Department of Homeland Security (DHS) may propose to adjust its fees via a notice and comment rulemaking in the Federal Register. DHS receives public comments on USCIS' Notice of Proposed Rulemaking (NPRM), incorporates feedback as appropriate, and publishes a final rule in the Federal Register to adjust fees.

- Premium: USCIS is authorized to adjust its premium processing fee on a biennial basis by the percentage (if any) by which the Consumer Price Index for All Urban Consumers (CPI-U) for the month of June preceding the date on which such adjustment takes effect exceeds CPI-U for the same month of the second preceding calendar year. DHS issues a direct final rule in the Federal Register to reflect this change and notify the public.

USCIS published the FY 2022/2023 IEFA Fee Rule NPRM in the Federal Register on January 4, 2023. The Public Comment period for this NPRM ended March 13, 2023. The NPRM proposed updates to the Fee Schedule and additional changes in forms and fee structure.[2] The Final IEFA Fee Rule was published on January 31, 2024, with an effective date of April 1, 2024.[3]

On December 28, 2023, USCIS issued a final fee rule to increase premium processing fees to reflect the amount of inflation for the period of June 2021 to June 2023 according to the CPI-U. The effective date of the final fee rule was February 26, 2024.[4] The adjustment increased premium processing fees from $1,500 to $1,685, $1,750 to $1,965, and $2,500 to $2,805.

**Previous Changes:**

Current non-premium fees became effective on April 1, 2024.[5] The fees for petitions that were previously designated for premium processing service were last adjusted on October 1, 2020, in accordance with P.L. 116-159. USCIS implemented the new premium processing fees on February 26, 2024.[6]

**Recovery Rate:** IEFA non-premium fees are intended to recover full cost. Premium fees are not intended to recover full cost. The charts below are provided to identify the recovery rate over the past five years.

---

[2] For additional information, see the Unified Agenda entry for the USCIS fee schedule at Federal Register: U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements

[3] https://www.federalregister.gov/documents/2024/01/31/2024-01427/us-citizenship-and-immigration-services-fee-schedule-and-changes-to-certain-other-immigration

[4] https://www.federalregister.gov/documents/2023/12/28/2023-28529/adjustment-to-premium-processing-fees

[5] For additional information on non-premium fee changes, please see 89 FR 6194:  https://www.federalregister.gov/documents/2024/01/31/2024-01427/us-citizenship-and-immigration-services-fee-schedule-and-changes-to-certain-other-immigration.

[6] Reminder: Adjustment to Premium Processing Fees Takes Effect Today, https://www.uscis.gov/newsroom/alerts/reminder-adjustment-to-premium-processing-fees-takes-effect-today (Release Date 02/26/2024).

**U.S. Citizenship and Immigration Services**                              **Immigration Examinations Fee Account**

As of April 1, 2024, USCIS is now collecting fees according to the final FY 2022/2023 Fee Rule.[7]

## Historical Collections and Cost Recovery Rate[8]

| (Dollars in Thousands) | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | Five-Year Total |
|---|---|---|---|---|---|---|
| Immigration Examinations Fee Account (Non-Premium) | $3,334,165 | $3,726,269 | $3,590,798 | $3,838,685 | $4,962,119 | $19,452,036 |
| Total of Eligible Expenses | $3,367,355 | $3,540,254 | $3,537,038 | $3,861,198 | $4,373,988 | $18,679,833 |
| **Cost Recovery %** | **99.0%** | **105.3%** | **101.5%** | **99.4%** | **113.4%** | **104.1%** |

| (Dollars in Thousands) | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | Five-Year Total |
|---|---|---|---|---|---|---|
| Immigration Examinations Fee Account (Premium) | $493,000 | $987,116 | $1,244,039 | $1,082,835 | $1,256,101 | $5,063,091 |
| Total of Eligible Expenses | $528,474 | $761,681 | $872,076 | $1,216,570 | $1,314,571 | $4,693,372 |
| **Cost Recovery %** | **93.3%** | **129.6%** | **142.7%** | **89.0%** | **95.6%** | **107.9%** |

**Changes in Fee Collections:** In April 2024, USCIS implemented a new fee rule for non-premium fees. This was the first increase in non-premium fees since FY 2017. Revenue collection for FY 2024 exceeded forecast based upon the increase in fees. Revenue collection for FY 2025 is forecast to increase from FY 2024 as it will be the first full year of the new fees. USCIS is also projecting an increase in forms receipts in FY 2025, enhancing collections. In February 2024, USCIS implemented an inflationary adjustment to premium processing fees. This led to an increase in collections in FY 2024. USCIS expects premium revenue collections to continue to increase in FY 2025 as this will be the first full year of the new fees.

---

[7] USCIS current fee schedule: https://www.uscis.gov/sites/default/files/document/forms/g-1055.pdf
[8] Includes minor variations due to rounding.

**U.S. Citizenship and Immigration Services**  **Immigration Examinations Fee Account**

# Immigration Examinations Fee Account
# Budget Spending Authority Request[9]

*(Dollars in Thousands)*

| | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Adjudication Operations (Immigration Services) | 13,244 | 11,866 | $2,124,623 | 13,608 | 12,670 | $2,342,432 | 13,731 | 12,840 | $2,358,416 | 123 | 170 | $15,984 |
| Immigration Policy and Support (Immigration Services) | 3,316 | 2,971 | $1,413,157 | 3,115 | 2,948 | $1,695,132 | 3,419 | 2,890 | $1,671,586 | 304 | (58) | ($23,546) |
| Refugee and Asylum Operations (Immigration Services) | 2,014 | 1,805 | $424,950 | 2,061 | 1,851 | $435,558 | 2,474 | 2,016 | $433,605 | 413 | 165 | ($1,953) |
| Immigration Records and Applicant Services (Immigration Services) | 1,544 | 1,383 | $605,761 | 1,841 | 1,706 | $663,621 | 1,691 | 1,445 | $718,054 | (150) | (261) | $54,433 |
| Premium Processing Including Transformation (Immigration Services) | 3,293 | 2,950 | $1,332,887 | 3,578 | 3,129 | $1,423,812 | 3,534 | 2,913 | $1,357,573 | (44) | (216) | ($66,239) |
| **Total** | **23,411** | **20,975** | **$5,901,378** | **24,203** | **22,304** | **$6,560,555** | **24,849** | **22,104** | **$6,539,234** | **646** | **(200)** | **($21,321)** |
| Subtotal Mandatory - Fee | 23,411 | 20,975 | $5,901,378 | 24,203 | 22,304 | $6,560,555 | 24,849 | 22,104 | $6,539,234 | 646 | (200) | ($21,321) |

---

[9] "Budget Spending Authority Request" refers to the funding USCIS anticipates to obligate, as opposed to "Budget Authority" which refers to budget resources.

U.S. Citizenship and Immigration Services                                                            Immigration Examinations Fee Account

# Immigration Examinations Fee Account
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | **23,411** | **20,975** | **$3,291,256** | **$2,610,122** | **$5,901,378** |
| **FY 2025 Full-Year CR** | **24,203** | **22,304** | **$3,707,133** | **$2,853,422** | **$6,560,555** |
| **FY 2026 Base Budget** | **24,203** | **22,304** | **$3,707,133** | **$2,853,422** | **$6,560,555** |
| **Total Technical Changes** | - | - | - | - | - |
| 2025 Civilian Pay Raise and Annualization | - | - | $18,051 | - | $18,051 |
| Annualization of Enhancements | - | 415 | $68,561 | - | $68,561 |
| **Total Annualizations and Non-Recurs** | **-** | **415** | **$86,612** | **-** | **$86,612** |
| Enhancement Priorities Adjustment | - | (271) | ($46,690) | - | ($46,690) |
| Hiring Priorities Adjustment | - | (968) | ($138,470) | - | ($138,470) |
| **Total Pricing Changes** | **-** | **(1,239)** | **($185,160)** | **-** | **($185,160)** |
| **Total Adjustments-to-Base** | **-** | **(824)** | **($98,548)** | **-** | **($98,548)** |
| **FY 2026 Current Services** | **24,203** | **21,480** | **$3,608,585** | **$2,853,422** | **$6,462,007** |
| **Total Transfers** | - | - | - | - | - |
| H-1B Transfer | (109) | (109) | ($16,760) | ($1,240) | ($18,000) |
| IRAD Transfer | 413 | 413 | $60,681 | ($28,604) | $32,077 |
| SAVE Expansion | 109 | 109 | $18,447 | $52,300 | $70,747 |
| SCOSS Contract | 233 | 211 | $23,444 | ($31,041) | ($7,597) |
| **Total Program Changes** | **646** | **624** | **$85,812** | **($8,585)** | **$77,227** |
| **FY 2026 Request** | **24,849** | **22,104** | **$3,694,397** | **$2,844,837** | **$6,539,234** |
| **FY 2025 TO FY 2026 Change** | **646** | **(200)** | **($12,736)** | **($8,585)** | **($21,321)** |

**U.S. Citizenship and Immigration Services**                                        **Immigration Examinations Fee Account**

# Immigration Examinations Fee Account
# Justification of Pricing Changes
*(Dollars in Thousands)*

| | FY 2026 President's Budget | | | | |
| --- | --- | --- | --- | --- | --- |
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Pricing Change 1 - Enhancement Priorities Adjustment** | - | **(271)** | **($46,690)** | - | **($46,690)** |
| Adjudication Operations (Immigration Services) | - | (44) | ($6,490) | - | ($6,490) |
| Immigration Policy and Support (Immigration Services) | - | (54) | ($10,921) | - | ($10,921) |
| Refugee and Asylum Operations (Immigration Services) | - | (105) | ($17,187) | - | ($17,187) |
| Immigration Records and Applicant Services (Immigration Services) | - | (6) | ($939) | - | ($939) |
| Premium Processing Including Transformation (Immigration Services) | - | (62) | ($11,153) | - | ($11,153) |
| **Pricing Change 2 - Hiring Priorities Adjustment** | - | **(968)** | **($138,470)** | - | **($138,470)** |
| Adjudication Operations (Immigration Services) | - | (97) | ($13,869) | - | ($13,869) |
| Immigration Policy and Support (Immigration Services) | - | (327) | ($47,934) | - | ($47,934) |
| Refugee and Asylum Operations (Immigration Services) | - | (248) | ($35,709) | - | ($35,709) |
| Immigration Records and Applicant Services (Immigration Services) | - | (124) | ($17,518) | - | ($17,518) |
| Premium Processing Including Transformation (Immigration Services) | - | (172) | ($23,440) | - | ($23,440) |
| **Total Pricing Changes** | - | **(1,239)** | **($185,160)** | - | **($185,160)** |

# Immigration Examinations Fee Account
## Justification of Program Changes
*(Dollars in Thousands)*

| | FY 2026 President's Budget | | | | |
| --- | --- | --- | --- | --- | --- |
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Program Change 1 - H-1B Transfer** | **(109)** | **(109)** | **($16,760)** | **($1,240)** | **($18,000)** |
| Adjudication Operations (Immigration Services) | (65) | (65) | ($10,056) | ($744) | ($10,800) |
| Premium Processing Including Transformation (Immigration Services) | (44) | (44) | ($6,704) | ($496) | ($7,200) |
| **Program Change 2 - IRAD Transfer** | **413** | **413** | **$60,681** | **($28,604)** | **$32,077** |
| Refugee and Asylum Operations (Immigration Services) | 413 | 413 | $60,681 | ($28,604) | $32,077 |
| **Program Change 3 - SAVE Expansion** | **109** | **109** | **$18,447** | **$52,300** | **$70,747** |
| Immigration Records and Applicant Services (Immigration Services) | 109 | 109 | $18,447 | $52,300 | $70,747 |
| **Program Change 4 - SCOSS Contract** | **233** | **211** | **$23,444** | **($31,041)** | **($7,597)** |
| Adjudication Operations (Immigration Services) | 188 | 188 | $20,211 | ($11,192) | $9,019 |
| Immigration Policy and Support (Immigration Services) | 45 | 23 | $3,233 | $18,023 | $21,256 |
| Premium Processing Including Transformation (Immigration Services) | - | - | - | ($37,872) | ($37,872) |
| **Total Program Changes** | **646** | **624** | **$85,812** | **($8,585)** | **$77,227** |

## Program Change 1 – H-1B Transfer:

| *($ in thousands)* | Pos | FTE | Amount |
| --- | --- | --- | --- |
| Base: Current Services & Transfers | 109 | 109 | $18,000 |
| Program Change | (109) | (109) | ($18,000) |

### Description/Justification

This program transfers 109 positions to the H-1B Nonimmigrant Petitioner Account to process H-1B applications to replace contract work that is ending. These personnel will focus on managing electronic adjudications and supporting the H-1B processing efforts.

## Program Change 2 – IRAD Transfer:

| *($ in thousands)* | Pos | FTE | Amount |
| --- | --- | --- | --- |
| Base: Current Services & Transfers | 87 | 87 | $76,561 |
| Program Change | 413 | 413 | $32,077 |

**U.S. Citizenship and Immigration Services**            **Immigration Examinations Fee Account**

**Description/Justification**

This program change funds an additional 413 positions that were supported by appropriations in the Operations and Support Account and transitions these costs to USCIS's fee account.

**Program Change 3 – SAVE Expansion:**

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 300 | 300 | $74,145 |
| Program Change | 109 | 109 | $70,747 |

**Description/Justification**

This program change funds 109 positions and non-pay costs for a total increase of $70.7M to strengthen SAVE by enhancing its infrastructure and applications to handle workload and system usage growth; this increase will also support the development and deployment of a voter verification service that can provide voter verification and voter list maintenance without requiring a DHS enumerator. This requirement currently limits States' ability to leverage the existing SAVE service due to their inability to obtain and provide DHS-issued enumerators. USCIS will create engagements with organizations to fully understand States' needs and expectations for a voter verification service, take a user-centric approach to designing such a service, developing technical capability by leveraging existing Verification Information System (VIS) services, modifying other VIS services, and in some cases building new functionality.

**Program Change 4 – SCOSS Contract:**

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 381 | 381 | $109,880 |
| Program Change | 233 | 211 | ($7,597) |

**Description/Justification**

The Service Center Operations Support Services (SCOSS) Contract will expire on November 30, 2025, and will not be renewed. This program change removes the contract costs and increases payroll costs to account for the insourced positions needed to accomplish the work that would have been handled by the contract if it were renewed. USCIS projects cost savings by eliminating the contract and moving away from manual processing to electronic form intake.

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

# Immigration Examinations Fee Account
## Personnel Compensation and Benefits
### Pay Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | | | | FY 2025 Full-Year CR | | | | FY 2026 President's Budget | | | | FY 2025 to FY 2026 Total Changes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Adjudication Operations (Immigration Services) | 13,244 | 11,866 | $1,804,948 | $152.05 | 13,608 | 12,670 | $1,974,711 | $155.86 | 13,731 | 12,840 | $2,002,631 | $155.97 | 123 | 170 | $27,920 | $0.11 |
| Immigration Policy and Support (Immigration Services) | 3,316 | 2,971 | $571,313 | $192.22 | 3,115 | 2,948 | $757,180 | $256.68 | 3,419 | 2,890 | $715,611 | $247.44 | 304 | (58) | ($41,569) | ($9.23) |
| Refugee and Asylum Operations (Immigration Services) | 2,014 | 1,805 | $286,677 | $158.77 | 2,061 | 1,851 | $296,270 | $160.06 | 2,474 | 2,016 | $322,921 | $160.18 | 413 | 165 | $26,651 | $0.12 |
| Immigration Records and Applicant Services (Immigration Services) | 1,544 | 1,383 | $219,914 | $158.95 | 1,841 | 1,706 | $276,106 | $161.84 | 1,691 | 1,445 | $278,239 | $192.55 | (150) | (261) | $2,133 | $30.71 |
| Premium Processing Including Transformation (Immigration Services) | 3,293 | 2,950 | $408,404 | $138.39 | 3,578 | 3,129 | $402,866 | $128.75 | 3,534 | 2,913 | $374,995 | $128.73 | (44) | (216) | ($27,871) | ($0.02) |
| **Total** | **23,411** | **20,975** | **$3,291,256** | **$156.85** | **24,203** | **22,304** | **$3,707,133** | **$166.19** | **24,849** | **22,104** | **$3,694,397** | **$167.11** | **646** | **(200)** | **($12,736)** | **$0.93** |
| | | | | | | | | | | | | | | | | |
| Subtotal Mandatory - Fee | 23,411 | 20,975 | $3,291,256 | $156.85 | 24,203 | 22,304 | $3,707,133 | $166.19 | 24,849 | 22,104 | $3,694,397 | $167.11 | 646 | (200) | ($12,736) | $0.93 |

## Pay by Object Class
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Total Changes |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $2,257,890 | $2,480,516 | $2,472,607 | ($7,909) |
| 11.3 Other than Full-time Permanent | $13,089 | $14,829 | $14,981 | $152 |
| 11.5 Other Personnel Compensation | $68,935 | $99,149 | $102,097 | $2,948 |
| 12.1 Civilian Personnel Benefits | $950,107 | $1,112,139 | $1,104,206 | ($7,933) |
| 13.0 Benefits for Former Personnel | $1,235 | $500 | $506 | $6 |
| **Total - Personnel Compensation and Benefits** | **$3,291,256** | **$3,707,133** | **$3,694,397** | **($12,736)** |
| **Positions and FTE** | | | | |
| Positions - Civilian | 23,411 | 24,203 | 24,849 | 646 |
| FTE - Civilian | 20,975 | 22,304 | 22,104 | (200) |

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

# Immigration Examinations Fee Account
# Non-Pay Budget Exhibits
## Non-Pay Summary
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| Adjudication Operations (Immigration Services) | $319,675 | $367,721 | $355,785 | ($11,936) |
| Immigration Policy and Support (Immigration Services) | $841,844 | $937,952 | $955,975 | $18,023 |
| Refugee and Asylum Operations (Immigration Services) | $138,273 | $139,288 | $110,684 | ($28,604) |
| Immigration Records and Applicant Services (Immigration Services) | $385,847 | $387,515 | $439,815 | $52,300 |
| Premium Processing Including Transformation (Immigration Services) | $924,483 | $1,020,946 | $982,578 | ($38,368) |
| **Total** | **$2,610,122** | **$2,853,422** | **$2,844,837** | **($8,585)** |
|  |  |  |  |  |
| Subtotal Mandatory - Fee | $2,610,122 | $2,853,422 | $2,844,837 | ($8,585) |

## Non-Pay by Object Class
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $29,762 | $34,470 | $34,573 | $103 |
| 22.0 Transportation of Things | $12,085 | $20,407 | $20,407 | - |
| 23.1 Rental Payments to GSA | $268,263 | $272,484 | $271,728 | ($756) |
| 23.2 Rental Payments to Others | $202 | $205 | $196 | ($9) |
| 23.3 Communications, Utilities, & Miscellaneous | $133,949 | $136,057 | $136,292 | $235 |
| 24.0 Printing and Reproduction | $8,756 | $12,828 | $12,828 | - |
| 25.1 Advisory & Assistance Services | $993,312 | $980,650 | $934,612 | ($46,038) |
| 25.2 Other Services from Non-Federal Sources | $54,348 | $105,619 | $105,632 | $13 |
| 25.3 Other Purchases of goods and services | $370,449 | $367,268 | $367,191 | ($77) |
| 25.4 Operations & Maintenance of Facilities | $2,599 | $3,138 | $3,138 | - |
| 25.7 Operation & Maintenance of Equipment | $178,075 | $255,002 | $262,677 | $7,675 |

**CIS – IEFA - 13**

**U.S. Citizenship and Immigration Services**                                        **Immigration Examinations Fee Account**

| | | | | |
|---|---|---|---|---|
| 26.0 Supplies & Materials | $27,093 | $27,174 | $27,253 | $79 |
| 31.0 Equipment | $471,996 | $492,241 | $522,431 | $30,190 |
| 32.0 Land and Structures | $55,064 | $141,092 | $141,092 | - |
| 41.0 Grants, Subsidies, and Contributions | $82 | - | - | - |
| 42.0 Insurance Claims and Indemnities | $4,087 | $4,787 | $4,787 | - |
| **Total - Non Pay Budget Object Class** | **$2,610,122** | **$2,853,422** | **$2,844,837** | **($8,585)** |

# Department of Homeland Security

## *U.S. Citizenship and Immigration Services*

### *Immigration Examinations Fee Account*



**Fiscal Year 2027**

**Congressional Justification**

# Table of Contents

*Immigration Examinations Fee Account* ........................................................................................................1

    **Budget Comparison and Adjustments** ............................................................................................... 3

    **Summary of Budget Changes**............................................................................................................ 9

    **Justification of Pricing Changes** ..................................................................................................... 10

    **Personnel Compensation and Benefits**............................................................................................ 11

    **Non-Pay Budget Exhibits** ............................................................................................................... 14

U.S. Citizenship and Immigration Services                                                          Immigration Examinations Fee Account

## Immigration Examinations Fee Account
### Budget Comparison and Adjustments
### Comparison of Fee Collections
*(Dollars in Thousands)*

|  | FY 2025 Full-Year CR | FY 2026 Annualized CR | FY 2027 President's Budget | FY 2026 to FY 2027 Total Changes |
|---|---|---|---|---|
| Immigration Examination Fee Account: Non-Premium | $5,648,253 | $4,901,196 | $5,241,614 | $340,418 |
| Immigration Examination Fee Account: Premium | $1,364,221 | $1,472,163 | $1,520,270 | $48,107 |
| **Total** | **$7,012,474** | **$6,373,359** | **$6,761,884** | **$388,525** |
| Subtotal Mandatory - Fee | $7,012,474 | $6,373,359 | $6,761,884 | $388,525 |

The Immigration Examinations Fee Account (IEFA) is the primary funding source for U.S. Citizenship and Immigration Services (USCIS). The IEFA provides the resources to:

- Strengthen and effectively administer the immigration system.
- Strengthen national security safeguards and combat fraud.
- Reinforce quality and consistency in legally administering immigration benefits.

**Fee Authority:** The IEFA is authorized via Sections 286(m), (n), (t), and (u) of the *Immigration and Nationality Act* (INA) (8 U.S.C. § 1356(m), (n), (t), (u)). In addition, section 286(u) of the INA, (8 U.S.C. § 1356(u)), provides the Secretary with authority to establish and collect a premium fee for the premium processing of certain immigration benefit types. The *Continuing Appropriations Act, 2021 and Other Extensions Act*, Pub. L. 116-159, which was signed into law on October 1, 2020, contains the *Emergency Stopgap USCIS Stabilization Act* (USCIS Stabilization Act). The USCIS Stabilization Act increased the fee for petitions that were previously designated for premium processing service, broadened the authorized use of funds, and allowed for the expansion of premium processing to new categories of petitions and applications. On July 4, 2025, the *Working Families Tax Cut Act (WFTC)* (Public Law 119-21) was signed into law, and established additional fees for various immigration-related forms, benefits, statuses, petitions, applications, and requests administered by multiple government agencies, including USCIS. USCIS will collect and retain a portion of the revenue from some of these fees in the IEFA. The remaining revenue will be deposited with the general fund of the Treasury.

**Fee Uses:** Fees collected with the submission of immigration benefit requests are deposited into IEFA and used to fund the full cost of processing immigration benefit requests, including the cost of providing services without charge to applicants whose fees are waived or to whom a fee exemption applies.

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

The IEFA supports the following activities:

- Adjudication Operations: Contains Program Offices and Directorates (PODs) responsible for safeguarding the integrity of the nation's lawful immigration system by leading agency efforts to combat fraud, detect national security and public safety threats, and maximize law enforcement and Intelligence Community partnerships. The Fraud Detection and National Security Directorate (FDNS) leads the Agency's efforts to determine whether individuals or organizations filing for immigration benefits pose a threat to national security, public safety, or the integrity of the Nation's immigration system. The Field Operations Directorate (FOD) plays a critical role in robust vetting and screening by conducting thorough in-person interviews with applicants, which serve as a key mechanism for verifying identities, assessing eligibility, and detecting potential fraud or security concerns. These interviews are integral to the agency's multilayered approach to safeguarding the immigration system. The Service Center Operations Directorate (SCOPS) is responsible for processing and making final eligibility determinations on immigration benefit applications and petitions at offices nationwide. SCOPS conducts comprehensive security vetting and eligibility analysis through system checks and rigorous document review. In collaboration with FDNS, law enforcement, and other partners, SCOPS identifies emerging concerns and trends, ensuring appropriate follow-up actions to protect American communities, combat fraud, put American workers first, and end the exploitation of various programs, bringing integrity to the immigration system. Embedded within each of these directorates are personnel dedicated to improving the accuracy, integrity, and timeliness of USCIS decisions. Also included are public safety components and support services such as guard services, janitorial services, rent and other overhead.

- Immigration Policy and Support: Supports USCIS policy review and decision-making processes, coordinating the development, clearance, and submission of all policy documents for the Director's review and approval. In addition, supports the governance of official communications between policy and advisory components and Congress, DHS headquarters, and other DHS components, and advisory components as well as program office components not included elsewhere. Also includes components responsible for management of space, contracts, security, emergency management, enterprise risk management, training, human resources, as well as costs associated with design, development, and deployment of IT services and solutions in support of immigration policy and the USCIS enterprise.

- Refugee, Asylum, and International Operations.  Similar to FOD and SCOPS, The Refugee, Asylum and International Operations Directorate (RAIO) is responsible for safeguarding the integrity of the nation's lawful immigration system by processing immigration benefit applications in offices domestically and internationally. In certain scenarios, RAIO also interviews aliens requesting refugee or asylum status in the United States that are interdicted at sea by the U.S. Coast Guard, encountered at the border, or otherwise apprehended by U.S. Immigration and Customs Enforcement or U.S. Customs and Border Protection. Embedded within the directorate are personnel dedicated to improving the accuracy, integrity, and timeliness of USCIS decisions. Also included are public safety components and support services such as guard services, janitorial services, rent and other overhead.

- Immigration Records and Applicant Services: Contains PODs that primarily provide interaction and services to inter/intra agency partners and the general public and associated overhead, as well as provides for the development of both external public products and internal communications, the administration of biometric services and identity services at application support centers, facilitating FBI namechecks and biometric checks,

responses to Freedom of Information Act (FOIA) requests, file management and handling services for non-FOIA requests, administering the Systematic Alien Verification for Entitlements (SAVE) Program, and managing immigration data systems.

- Premium Processing (Including Transformation)[1]: Expenditures from the collection of premium processing fees in front line PODs (SCOPS, FOD and RAIO) and program office components to support information technology and other infrastructure improvements in adjudication processes, personnel and contracts supporting the processing of premium processing requests, other costs associated with overheads and the lockbox operations, and otherwise offset the cost of providing adjudications and naturalization services.

**Change Mechanism**: Notice and comment rulemaking for non-premium funds; direct final rule for premium funds.

- Non-premium: USCIS conducts a biennial fee review, which takes into consideration existing operations, workload volume forecasts, and proposed policy initiatives to determine if current fees will recover the full cost of its operations including the cost of services provided at no charge. If USCIS determines its fees will not recover full cost, then the Department of Homeland Security (DHS) may propose to adjust its fees via a notice and comment rulemaking in the Federal Register. DHS receives public comments on USCIS' Notice of Proposed Rulemaking (NPRM), incorporates feedback as appropriate, and publishes a final rule in the Federal Register to adjust fees.

- Premium: USCIS is authorized to adjust its premium processing fee on a biennial basis by the percentage (if any) by which the Consumer Price Index for All Urban Consumers (CPI-U) for the month of June preceding the date on which such adjustment takes effect exceeds CPI-U for the same month of the second preceding calendar year. DHS issues a direct final rule in the Federal Register to reflect this change and notify the public.

- Working Families Tax Cut Act Fees: On July 4, 2025, the President signed into law the Working Families Tax Cut Act (WFTC) (Public Law 119-21).  This law established several new provisions and fees related to the Immigration and Nationality Act. The new fees are provided as minimum amounts for FY 2025, and DHS is authorized to adjust most of them as determined necessary using rulemaking and are required to be adjusted annually based on the Consumer Price Index for All Urban Consumers (CPI-U).

**Previous Changes:**
Current non-premium fees became effective on April 1, 2024.[2] The fees for petitions that were previously designated for premium processing service were last adjusted on October 1, 2020, in accordance with Pub. L. 116-159. USCIS implemented the new premium processing fees on February 26, 2024.[3]

---

[1] The uses of premium processing fees are statutorily defined in 8 U.S.C. 1356(u). H.R.8089 - Emergency Stopgap USCIS Stabilization Act of 2020 expanded premium processing services.
[2] For additional information on non-premium fee changes, please see 89 FR 6194:  https://www.federalregister.gov/documents/2024/01/31/2024-01427/us-citizenship-and-immigration-services-fee-schedule-and-changes-to-certain-other-immigration.
[3] Reminder: Adjustment to Premium Processing Fees Takes Effect Today, https://www.uscis.gov/newsroom/alerts/reminder-adjustment-to-premium-processing-fees-takes-effect-today (Release Date 02/26/2024).

**U.S. Citizenship and Immigration Services**                    **Immigration Examinations Fee Account**

**Recovery Rate:** IEFA non-premium fees are intended to recover full cost, excluding the revenue generated by the new WFTC fees. Premium fees are not intended to recover full cost. The charts below are provided to identify the recovery rate over the past five years[4].

As of April 1, 2024, USCIS is now collecting fees according to the final FY 2022/2023 Fee Rule.[5]

---

[4] FY 2025 Non-premium IEFA revenue includes USCIS' share of WFTC revenue collections.
[5] USCIS current fee schedule: https://www.uscis.gov/sites/default/files/document/forms/g-1055.pdf

**U.S. Citizenship and Immigration Services**                    **Immigration Examinations Fee Account**

## Historical Collections and Cost Recovery Rate[6]

| (Dollars in Thousands) | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 | Five-Year Total |
|---|---|---|---|---|---|---|
| Immigration Examinations Fee Account (Non-Premium) | $3,726,269 | $3,590,798 | $3,838,685 | $4,962,119 | $5,890,626 | $22,008,497 |
| Total of Eligible Expenses | $3,540,254 | $3,537,038 | $3,861,198 | $4,373,988 | $4,726,322 | $20,038,800 |
| **Cost Recovery %** | **105.3%** | **101.5%** | **99.4%** | **113.4%** | **124.6%** | **109.83%** |

| (Dollars in Thousands) | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 | Five-Year Total |
|---|---|---|---|---|---|---|
| Immigration Examinations Fee Account (Premium) | $987,116 | $1,244,039 | $1,082,835 | $1,256,101 | $1,594,602 | $6,164,693 |
| Total of Eligible Expenses | $761,681 | $872,076 | $1,216,570 | $1,314,571 | $1,306,902 | $5,471,800 |
| **Cost Recovery %** | **129.6%** | **142.7%** | **89.0%** | **95.6%** | **122.0%** | **112.66%** |

**Changes in Fee Collections:** In April 2024, USCIS implemented a new fee rule for non-premium fees. This was the first increase in non-premium fees since FY 2017. Revenue collection for FY 2025 exceeded FY 2024 as it was the first full year of the new fees being implemented. Additionally, USCIS experienced an increase in forms' receipts in FY 2025, resulting in higher revenue collections than anticipated. In February 2024, USCIS implemented an inflationary adjustment to premium processing fees. This led to an increase in premium revenue collections in FY 2025 as it reflected the full year of the new fees. Additionally, the WFTC enacted several new unwaivable fees that USCIS now charges in addition to the current fees. This suggests that revenue collections through FY 2027 will continue to increase.

---

[6] Includes minor variations due to rounding.

**U.S. Citizenship and Immigration Services**                    **Immigration Examinations Fee Account**

# Immigration Examinations Fee Account
# Budget Spending Authority Request[7]

*(Dollars in Thousands)*

| | FY 2025 Full-Year CR | | | FY 2026 Annualized CR | | | FY 2027 President's Budget | | | FY 2026 to FY 2027 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Adjudication Operations (Immigration Services) | 13,608 | 12,670 | $2,342,432 | 13,755 | 12,431 | $2,387,529 | 13,755 | 12,431 | $2,392,662 | - | - | $5,133 |
| Immigration Policy and Support (Immigration Services) | 3,115 | 2,935 | $1,695,132 | 3,288 | 2,975 | $2,235,599 | 3,288 | 2,975 | $2,237,261 | - | - | $1,662 |
| Refugee and Asylum Operations (Immigration Services) | 2,061 | 1,851 | $435,558 | 2,531 | 2,301 | $506,620 | 2,531 | 2,301 | $507,568 | - | - | $948 |
| Immigration Records and Applicant Services (Immigration Services) | 1,841 | 1,719 | $663,621 | 1,522 | 1,369 | $682,960 | 1,522 | 1,369 | $683,566 | - | - | $606 |
| Premium Processing Including Transformation (Immigration Services) | 3,578 | 3,129 | $1,423,812 | 3,301 | 2,986 | $1,380,783 | 3,301 | 2,986 | $1,381,722 | - | - | $939 |
| **Total** | **24,203** | **22,304** | **$6,560,555** | **24,397** | **22,061** | **$7,193,491** | **24,397** | **22,061** | **$7,202,779** | **-** | **-** | **$9,288** |
| Subtotal Mandatory - Fee | 24,203 | 22,304 | $6,560,555 | 24,397 | 22,061 | $7,193,491 | 24,397 | 22,061 | $7,202,779 | - | - | $9,288 |

---

[7] "Budget Spending Authority Request" refers to the funding USCIS anticipates to obligate, as opposed to "Budget Authority" which refers to budget resources.

**U.S. Citizenship and Immigration Services**                                                       **Immigration Examinations Fee Account**

# Immigration Examinations Fee Account
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2025 Full-Year CR** | **24,203** | **22,304** | **$3,707,133** | **$2,853,422** | **$6,560,555** |
| **FY 2026 Annualized CR** | **24,397** | **22,061** | **$3,715,181** | **$3,478,310** | **$7,193,491** |
| **FY 2027 Base Budget** | **24,397** | **22,061** | **$3,715,181** | **$3,478,310** | **$7,193,491** |
| **Total Technical Changes** | - | - | - | - | - |
| **Total Annualizations and Non-Recurs** | - | - | - | - | - |
| 2026 Civilian Pay Raise and Annualization | - | - | $9,288 | - | $9,288 |
| **Total Pricing Changes** | - | - | **$9,288** | - | **$9,288** |
| **Total Adjustments-to-Base** | - | - | **$9,288** | - | **$9,288** |
| **FY 2027 Current Services** | **24,397** | **22,061** | **$3,724,469** | **$3,478,310** | **$7,202,779** |
| **Total Transfers** | - | - | - | - | - |
| **Total Program Changes** | - | - | - | - | - |
| **FY 2027 Request** | **24,397** | **22,061** | **$3,724,469** | **$3,478,310** | **$7,202,779** |
| **FY 2026 TO FY 2027 Change** | - | - | **$9,288** | - | **$9,288** |

# Immigration Examinations Fee Account
## Justification of Pricing Changes
*(Dollars in Thousands)*

| | FY 2027 President's Budget | | | | |
| --- | --- | --- | --- | --- | --- |
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Pricing Change 1 - 2026 Civilian Pay Raise and Annualization** | - | - | **$9,288** | - | **$9,288** |
| Adjudication Operations (Immigration Services) | - | - | $5,133 | - | $5,133 |
| Immigration Policy and Support (Immigration Services) | - | - | $1,662 | - | $1,662 |
| Refugee and Asylum Operations (Immigration Services) | - | - | $948 | - | $948 |
| Immigration Records and Applicant Services (Immigration Services) | - | - | $606 | - | $606 |
| Premium Processing Including Transformation (Immigration Services) | - | - | $939 | - | $939 |
| **Total Pricing Changes** | - | - | **$9,288** | - | **$9,288** |

## Change 1 – 2026 Civilian Pay Raise Annualization

This pricing change represents the cost of four quarters of the calendar year 2026 1.0 percent civilian pay increase.

**U.S. Citizenship and Immigration Services**                                                    **Immigration Examinations Fee Account**

## Immigration Examinations Fee Account
## Personnel Compensation and Benefits
### Pay Summary
*(Dollars in Thousands)*

| | FY 2025 Full-Year CR | | | | FY 2026 Annualized CR | | | | FY 2027 President's Budget | | | | FY 2026 to FY 2027 Total Changes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Adjudication Operations (Immigration Services) | 13,608 | 12,670 | $1,974,711 | $155.86 | 13,755 | 12,431 | $2,053,427 | $165.19 | 13,755 | 12,431 | $2,058,560 | $165.61 | - | - | $5,133 | $0.41 |
| Immigration Policy and Support (Immigration Services) | 3,115 | 2,935 | $757,180 | $257.81 | 3,288 | 2,975 | $664,551 | $223.05 | 3,288 | 2,975 | $666,213 | $223.61 | - | - | $1,662 | $0.56 |
| Refugee and Asylum Operations (Immigration Services) | 2,061 | 1,851 | $296,270 | $160.06 | 2,531 | 2,301 | $379,277 | $164.83 | 2,531 | 2,301 | $380,225 | $165.24 | - | - | $948 | $0.41 |
| Immigration Records and Applicant Services (Immigration Services) | 1,841 | 1,719 | $276,106 | $160.62 | 1,522 | 1,369 | $242,194 | $176.98 | 1,522 | 1,369 | $242,800 | $177.42 | - | - | $606 | $0.44 |
| Premium Processing Including Transformation (Immigration Services) | 3,578 | 3,129 | $402,866 | $128.75 | 3,301 | 2,986 | $375,732 | $125.83 | 3,301 | 2,986 | $376,671 | $126.15 | - | - | $939 | $0.31 |
| **Total** | **24,203** | **22,304** | **$3,707,133** | **$166.19** | **24,397** | **22,061** | **$3,715,181** | **$168.36** | **24,397** | **22,061** | **$3,724,469** | **$168.78** | **-** | **-** | **$9,288** | **$0.42** |
| | | | | | | | | | | | | | | | | |
| Subtotal Mandatory - Fee | 24,203 | 22,304 | $3,707,133 | $166.19 | 24,397 | 22,061 | $3,715,181 | $168.36 | 24,397 | 22,061 | $3,724,469 | $168.78 | - | - | $9,288 | $0.42 |

### Pay by Object Class
*(Dollars in Thousands)*

| | FY 2025 Full-Year CR | FY 2026 Annualized CR | FY 2027 President's Budget | FY 2026 to FY 2027 Total Changes |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $2,480,517 | $3,273,642 | $3,281,826 | $8,184 |
| 11.3 Other than Full-time Permanent | $14,829 | - | - | - |
| 11.5 Other Personnel Compensation | $99,148 | $3,571 | $3,580 | $9 |
| 12.1 Civilian Personnel Benefits | $1,112,139 | $436,880 | $437,972 | $1,092 |
| 13.0 Benefits for Former Personnel | $500 | $1,088 | $1,091 | $3 |
| **Total - Personnel Compensation and Benefits** | **$3,707,133** | **$3,715,181** | **$3,724,469** | **$9,288** |
| **Positions and FTE** | | | | |
| Positions - Civilian | 24,203 | 24,397 | 24,397 | - |
| FTE - Civilian | 22,304 | 22,061 | 22,061 | - |

**CIS – IEFA - 11**

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

# Pay Cost Drivers
*(Dollars in Thousands)*

| Pay Cost Drivers *(Dollars in Thousands)* | FY 2025 Full-Year CR | | | FY 2026 Annualized CR | | | FY 2027 President's Budget | | | FY 2026 to FY 2027 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FTE | Amount | Rate | FTE | Amount | Rate | FTE | Amount | Rate | FTE | Amount | Rate |
| Immigration Services Officer | 10,666 | $1,698,363 | $159.23 | 10,593 | $1,734,710 | $163.76 | 10,593 | $1,739,047 | $164.17 | - | $4,337 | $0.41 |
| Asylum Officer | 1,296 | $223,932 | $172.79 | 1,335 | $224,696 | $168.31 | 1,335 | $225,258 | $168.73 | - | $562 | $0.42 |
| Adjudication Officer | 291 | $68,344 | $234.86 | 404 | $90,669 | $224.43 | 404 | $90,896 | $224.99 | - | $227 | $0.56 |
| Hearings and Appeals | 69 | $16,308 | $236.34 | 67 | $15,671 | $233.90 | 67 | $15,710 | $234.48 | - | $39 | $0.58 |
| Refugee Officer | - | - | - | 460 | $86,313 | $187.64 | 460 | $86,529 | $188.11 | - | $216 | $0.47 |
| Other | 9,982 | $1,700,186 | $170.33 | 9,202 | $1,563,122 | $169.87 | 9,202 | $1,567,029 | $170.29 | - | $3,907 | $0.42 |
| **Total – Pay Cost Drivers** | **22,304** | **$3,707,133** | **$166.21** | **22,061** | **$3,715,181** | **$168.40** | **22,061** | **$3,724,469** | **$168.83** | **-** | **$9,288** | **$0.43** |

**Explanation of Pay Cost Drivers:**

**Immigration Services Officer:** This cost driver funds salaries and benefits of USCIS Immigration Services Officers. Immigration Services Officers research and analyze applications, petitions and supporting documentation; interview petitioners and applicants to assess credibility; and deny or grant petitions and applications. Starting in FY 2026, 185 Immigration Services Officer and other positions were transferred from the Fraud Prevention and Detection Account (FPDA) to IEFA.

**Asylum Officer:** This cost driver funds salaries and benefits of USCIS Asylum Officers. Asylum Officers conduct interviews, process Credible Fear claims, and adjudicate asylum applications that are not made in Immigration Court.

**Adjudication Officer:** This cost driver funds the salaries and benefits of USCIS Adjudication Officers. Adjudication Officers review applications for immigration benefits and make decisions regarding these requests based on their extensive knowledge of immigration laws and practices.

**Hearings and Appeals:** This cost driver funds salaries and benefits of USCIS Hearings and Appeals staff. Hearings and Appeals staff support a wide range of legal services involving administrative, criminal, and civil prosecutions in support of mandamus and other immigration-related litigation actions.

**U.S. Citizenship and Immigration Services**                    **Immigration Examinations Fee Account**

**Refugee Officer:** This cost driver funds the salaries and benefits of USCIS Refugee Officers. Refugee Officers establish identity and make findings of eligibility for refugee and related benefits by analyzing facts, identifying, and examining documents for authenticity, and researching and analyzing appropriate information, law, and country conditions.

**Other:** This cost driver funds salaries and benefits of non-Mission Critical Occupation Positions that include: legal, privacy, policy and strategy, equal opportunity and inclusion, procurement operations; management of property, plant, and equipment, and other material resources; budget, planning and performance measures, strategic sourcing, financial and capital asset management; human resources and personnel recruitment, hiring, training, leadership development, employee benefits, and work-life programs, immigration forms, print services, and the management of security and emergency management operations.

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

## Immigration Examinations Fee Account
## Non-Pay Budget Exhibits
## Non-Pay Summary
*(Dollars in Thousands)*

| | FY 2025<br>Full-Year CR | FY 2026<br>Annualized CR | FY 2027<br>President's Budget | FY 2026 to<br>FY 2027 Change |
|---|---|---|---|---|
| Adjudication Operations (Immigration Services) | $367,721 | $334,102 | $334,102 | - |
| Immigration Policy and Support (Immigration Services) | $937,952 | $1,571,048 | $1,571,048 | - |
| Refugee and Asylum Operations (Immigration Services) | $139,288 | $127,343 | $127,343 | - |
| Immigration Records and Applicant Services (Immigration Services) | $387,515 | $440,766 | $440,766 | - |
| Premium Processing Including Transformation (Immigration Services) | $1,020,946 | $1,005,051 | $1,005,051 | - |
| **Total** | **$2,853,422** | **$3,478,310** | **$3,478,310** | **-** |
| | | | | |
| Subtotal Mandatory - Fee | $2,853,422 | $3,478,310 | $3,478,310 | - |

**CIS – IEFA - 14**

**U.S. Citizenship and Immigration Services**                                                    **Immigration Examinations Fee Account**

# Non-Pay by Object Class
*(Dollars in Thousands)*

| | FY 2025<br>Full-Year CR | FY 2026<br>Annualized CR | FY 2027<br>President's Budget | FY 2026 to<br>FY 2027 Change |
|---|---|---|---|---|
| 21.0 Travel & Transportation of Persons | $34,470 | $28,531 | $28,531 | - |
| 22.0 Transportation of Things | $20,407 | $21,369 | $21,369 | - |
| 23.1 Rental Payments to GSA | $272,484 | $377,719 | $377,719 | - |
| 23.2 Rental Payments to Others | $205 | - | - | - |
| 23.3 Communications, Utilities, & Miscellaneous | $136,057 | $88,724 | $88,724 | - |
| 24.0 Printing & Reproduction | $12,828 | $12,920 | $12,920 | - |
| 25.1 Advisory & Assistance Services | $980,650 | $574,792 | $574,792 | - |
| 25.2 Other Services from Non-Federal Sources | $105,619 | $1,505,536 | $1,505,536 | - |
| 25.3 Other Purchases of Goods & Services | $367,268 | $11,162 | $11,162 | - |
| 25.4 Operations & Maintenance of Facilities | $3,138 | $150 | $150 | - |
| 25.7 Operation & Maintenance of Equipment | $255,002 | $153,830 | $153,830 | - |
| 26.0 Supplies & Materials | $27,174 | $28,472 | $28,472 | - |
| 31.0 Equipment | $492,241 | $504,117 | $504,117 | - |
| 32.0 Land & Structures | $141,092 | $166,663 | $166,663 | - |
| 41.0 Grants, Subsidies, & Contributions | - | $24 | $24 | - |
| 42.0 Insurance Claims & Indemnities | $4,787 | $4,301 | $4,301 | - |
| **Total - Non Pay Budget Object Class** | **$2,853,422** | **$3,478,310** | **$3,478,310** | **-** |

**U.S. Citizenship and Immigration Services**                    **Immigration Examinations Fee Account**

# Non-Pay Cost Drivers
*(Dollars in Thousands)*

| | FY 2025 Full-Year CR | FY 2026 Annualized CR | FY 2027 President's Budget | FY 2026 to FY 2027 Total Changes |
|---|---|---|---|---|
| IT Systems Development and Maintenance | $827,526 | $979,844 | $979,844 | - |
| Lockbox Operations | $192,768 | $693,025 | $693,025 | - |
| Overhead and Shared Services | $656,251 | $496,805 | $496,805 | - |
| Threat Detection and Prevention | $49,275 | $337,629 | $337,629 | - |
| Records Management | $216,764 | $225,898 | $225,898 | - |
| Administrative | $281,168 | $217,048 | $217,048 | - |
| Expedited Application Processing | $288 | $136,060 | $136,060 | - |
| Expedited Activities | $124,204 | $100,624 | $100,624 | - |
| Humanitarian Services | $34,811 | $56,218 | $56,218 | - |
| Processing of Non-Naturalization Applications | $56,963 | $36,197 | $36,197 | - |
| Identity Information and Customer Service | $47,830 | $26,515 | $26,515 | - |
| Cybersecurity | $91,290 | $25,957 | $25,957 | - |
| Systematic Alien Verification for Entitlements (SAVE) | $987 | $17,952 | $17,952 | - |
| Freedom of Information Act (FOIA) | $11,036 | $10,763 | $10,763 | - |
| Naturalization Processing | $250,502 | $6,769 | $6,769 | - |
| Other Costs | $11,759 | $111,006 | $111,006 | - |
| **Total Non-Pay** | **$2,853,422** | **$3,478,310** | **$3,478,310** | **-** |

## Explanation of Non-Pay Cost Drivers:

**IT Systems Development and Maintenance:** IT costs associated with developing new systems and maintaining existing ones. Costs include workstation refresh, Quality and Independent Verification & Validation Services for Delivery, Databricks, Software, and Software License/Maintenance Agreements.

**Lockbox Operations:** This cost driver contains services provided by its fiscal agent to collect and deposit revenue from immigration fees. The Lockbox performs the initial intake and data entry of applications, scanning of materials, transmission of data to USCIS case management systems, transfer of files to USCIS processing centers, and depositing of checks into USCIS' Treasury accounts.

**Overhead and Shared Services:** Costs include shared service costs such as: rent, Federal Protective Services (FPS) security, guard services, mail and postage, and utilities.

**Threat Detection and Prevention:** Security costs associated with non-cybersecurity threat detection and prevention. Costs include background investigations, National Counterterrorism Center interagency agreement, and Integrated Security Support Management System agreement with DHS.

**Records Management:** All defined costs that support the processing of non-FOIA records retrieval and general records retention. Costs include the NARA Interagency Agreement, and National Records Center shipping and supplies.

**Administrative:** This cost driver contains non-pay administrative costs. Contains the non-premium costs for the Lease Acquisitions Program which funds the acquisition of space and facilities. Contains permanent change of station costs, training, supplies, transit subsidy, equipment purchases, bulk mail, General Services Administration (GSA) leased vehicles, and travel not associated with any other non-pay cost driver category. Also contains support contracts such as Email as a Service, leadership development, virtual conferencing contracts, and Program Management Office (PMO) Support Services. The increase in administrative costs is attributed to the increase in training and equipment costs for onboarding additional personnel.

**Expedited Application Processing:** Non-pay costs from the Premium account for premium processing of applications. This includes the cost for the Next Gen Service Center Operations Support Contract. This cost driver funds contractual costs for correspondence management, fee receipting, data entry, and file operations support for four of the five USCIS service centers: California Service Center, Nebraska Service Center, Texas Service Center, and Vermont Service Center. This contract is overseen by the Service Center Operations and Office of Intake and Document Production as USCIS continues to transition to an electronic adjudicative process.

**Expedited Activities**: Costs from the Premium account used for other purposes. Contains the National Benefits Center (NBC) Records Contract, the lease acquisition program costs funded by premium funds, GSA Rent, FPS, background investigations and other costs.

**Humanitarian Services:** Costs supporting Asylum, Interpreter and Transcription Services, Travel, Training, and the Asylum Vetting Center.

**Processing of Non-Naturalization Applications:** Costs that support non-naturalization, non-humanitarian front line work.

**Identity Information and Customer Service:** Costs associated with providing information to the public and facilitating public interaction with USCIS. Costs include Person-Centric Identity Management development and implementation costs, Electronic Immigration System helpdesk, Worldwide Refugee Admissions Processing System, Citizenship and Immigration Data Repository Application Development, and Customer Engagement Center.

**Cybersecurity:** This cost driver supports security programs responsible for the protection of the USCIS network, systems, and information ensuring a reliable and secure environment.

**U.S. Citizenship and Immigration Services**                                    **Immigration Examinations Fee Account**

**Systematic Alien Verification for Entitlements (SAVE):** This cost driver funds the Verification Information System webservices along with the Telephony Contact Center, program management support, licensing, independent test evaluation, and other operating expenses required to run the SAVE program.

**Freedom of Information Act (FOIA):** This cost driver funds support services (FOIA processors) in support of FOIA/Privacy Act (PA) requests.

**Naturalization Processing:** This cost driver funds costs associated with processing naturalization applications such as costs for conducting the naturalization ceremony.

**Other Costs:** Funds the remaining management and support costs for the day-to-day operations across USCIS.