**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>  Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>  Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, and the memorandum of points and authorities, declarations, and other materials submitted in support, the Court finds that Plaintiffs are likely to succeed on the merits of their claims that Sections 2(a), 3(b) and 4(a) of Executive Order 14399 are unlawful; that Plaintiffs will imminently suffer irreparable harm in the absence of preliminary injunctive relief; that the balance of equities and public interest favor granting preliminary relief; and that because the injunction carries no risk of monetary loss to Defendants, a security payment is not required.  Therefore, it is hereby:

(1) **ORDERED** that Plaintiffs' motion for a preliminary injunction is **GRANTED**; it is further

(2) **ORDERED** that Defendants are preliminarily enjoined from implementing or giving effect to Section 2(a) of Executive Order 14399; it is further

(3) **ORDERED** that Defendants are preliminarily enjoined from implementing or giving effect to Section 3(b) of Executive Order 14399; it is further

(4) **ORDERED** that Defendants are preliminarily enjoined from implementing or giving effect to Section 4(a) of Executive Order 14399; it is further

(5) **ORDERED** that Defendants are administratively stayed from taking any action pursuant to Section 2(a) of Executive Order 14399.

**SO ORDERED**.

Dated: _____                          _____

                                                  Hon. Carl J. Nichols
                                                  United States District Judge

1