*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

**DSCC, et al.**

         *Plaintiff(s)*

                                *vs.*                        Case No.: 1:26-cv-01114-CKK

**Donald J. Trump, et al.**

         *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: U.S. Department of Justice*

*SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2512 32. Service was signed for on 04/09/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/10/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15590712*

**UNITED STATES POSTAL SERVICE**

April 9, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1298 2512 32**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | April 9, 2026, 4:29 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | U S  DEPARTMENT OF JUSTICE |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 15590712

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| DSCC, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:26-cv-01114-CKK |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/2/2026                    /s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

DSCC, et al.

          *Plaintiff(s)*

                               *vs.*                   Case No.: 1:26-cv-01114-CKK

Donald J. Trump, et al.

          *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief

SERVE TO: U.S. Postal Service

SERVICE ADDRESS: 475 L'Enfant Plaza SW, Washington, DC 20260

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Postal Service, 475 L'Enfant Plaza SW, Washington, DC 20260 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2533 35. Service was signed for on 04/07/2026, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/09/2026</u>

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15591291*

**UNITED STATES**
**POSTAL SERVICE**

April 8, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2533 35**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 7, 2026, 10:15 am |
| **Location:** | WASHINGTON, DC 20260 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | U S POSTAL SERVICE |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature] Donovan Davis* |
| Address of Recipient: | *[handwritten] Headquarters 20260* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U. S. Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260
Reference #: 15591291

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-01114 -CKK |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. POSTAL SERVICE
475 L'Enfant Plaza SW
Washington, DC 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/2/2026                                     /s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

*DSCC, et al.*

          *Plaintiff(s)*

                            *vs.*               Case No.: 1:26-cv-01114-CKK

*Donald J. Trump, et al.*

          *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: U.S. Department of Homeland Security*

*SERVICE ADDRESS: 2707 Martin Luther King Jr Avenue, SE, Washington, DC 20528*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Department of Homeland Security , 2707 Martin Luther King Jr Avenue, SE, Washington, DC 20528 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2502 04. Service was signed for on 04/08/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/13/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15590495*

**UNITED STATES**
**POSTAL SERVICE**

April 8, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2502 04**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 8, 2026, 9:27 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | U S  DEPARTMENT OF HOMELAND SECURITY |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill  R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of Homeland Security
2707 Martin Luther King Jr Avenue, SE
Washington, DC 20528
Reference #: 15590495

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:26-cv-01114-CKK |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  U.S. DEPARTMENT OF HOMELAND SECURITY
2707 Martin Luther King Jr Avenue SE
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date:    4/2/2026

/s/ Ma. Ursula Masagca

_Signature of Clerk or Deputy Clerk_

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DSCC, et al.

          *Plaintiff(s)*

                              *vs.*                        Case No.: 1:26-cv-01114-CKK

Donald J. Trump, et al.

          *Defendant(s)*

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: U. S. Citizenship and Immigrations Services*

*SERVICE ADDRESS: 5900 Capital Gateway Drive, Camp Springs, Maryland 20746*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U. S. Citizenship and Immigrations Services, 5900 Capital Gateway Drive, Camp Springs , Maryland 20746 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2530 38. Service was signed for on 04/06/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/07/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15591198*

**UNITED STATES POSTAL SERVICE**

April 7, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2530 38**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 6, 2026, 1:57 pm |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | U S CITIZENSHIP AND IMMIGRATIONS SERVICES |

| Shipment Details | |
|---|---|
| **Weight:** | 12.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | R Gill R Gill |
| Address of Recipient: | 20529 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U. S. Citizenship and Immigrations Services
5900 Capital Gateway Drive
Camp Springs, MD 20746
Reference #: 15591198

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-01114-CKK |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. CITIZENSHIP AND IMMIGRATION SERVICES
5900 Capital Gateway Drive
Camp Springs, MD 20746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/2/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

**DSCC, et al.**

                    *Plaintiff(s)*

                                                    *vs.*                    Case No.: 1:26-cv-01114-CKK

**Donald J. Trump, et al.**

                    *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: Social Security Administration*

*SERVICE ADDRESS: 6401 Security Boulevard, Baltimore, Maryland 21235*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2527 34. Service was signed for on 04/06/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/07/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15591070*

**UNITED STATES POSTAL SERVICE**

April 7, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2527 34**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | April 6, 2026, 9:48 am |
| **Location:** | BALTIMORE, MD 21235 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | SOCIAL SECURITY ADMINISTRATION |

| Shipment Details | |
| --- | --- |
| **Weight:** | 12.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Reference #: 15591070

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

<table>
<tr><td>DSCC, et al.,</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>DONALD J. TRUMP, et al.,</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td></tr>
</table>

Civil Action No. 1:26-cv-01114-CKK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SOCIAL SECURITY ADMINISTRATION
6401 Security Boulevard
Baltimore, MD 21235-6401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/2/2026

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

DSCC, et al.

      *Plaintiff(s)*

                  *vs.*            Case No.: 1:26-cv-01114-CKK

Donald J. Trump, et al.

      *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: U.S. Department of Commerce*

*SERVICE ADDRESS: 1401 Constitution Avenue, NW, Washington, DC 20230*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Department of Commerce, 1401 Constitution Avenue, NW, Washington, DC 20230 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2500 44. Service was signed for on 04/08/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/08/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15590419*

**UNITED STATES**
**POSTAL SERVICE**

April 8, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2500 44**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 8, 2026, 9:21 am |
| **Location:** | WASHINGTON, DC 20230 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | U S  DEPARTMENT OF COMMERCE |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *T Jons* |
| Address of Recipient: | *20230* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230
Reference #: 15590419

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-01114 -CKK |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF COMMERCE
1401 Constitution Ave NW
Washington, DC 20230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:     4/2/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*DSCC, et al.*

         *Plaintiff(s)*

                  *VS.*               *Case No.: 1:26-cv-01114-CKK*

*Donald J. Trump, et al.*

         *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: Pamela Bondi, in her official capacity as U.S. Attorney General*

*SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pamela Bondi, in her official capacity as U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2544 93. Service was signed for on 04/07/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/07/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15591372*


**UNITED STATES**
**POSTAL SERVICE**

April 7, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2544 93**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | April 7, 2026, 4:32 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | PAMELA BONDI  U S  ATTORNEY GENERAL |

| Shipment Details | |
|---|---|
| **Weight:** | 12.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pamela Bondi, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 15591372

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>DSCC, et al.,</td><td>)<br>)<br>)<br>)<br>)</td><td rowspan="3">Civil Action No. 1:26-cv-01114 -CKK</td></tr>
<tr><td style="text-align:center"><i>Plaintiff(s)</i></td></tr>
<tr><td style="text-align:center">v.<br><br>DONALD J. TRUMP, et al.,<br><br><br><br><br><i>Defendant(s)</i></td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   PAMELA BONDI, in her official capacity as U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   4/2/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

*DSCC, et al.*

    *Plaintiff(s)*

             *vs.*       Case No.: 1:26-cv-01114-CKK

*Donald J. Trump, et al.*

    *Defendant(s)*

## *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: David Steiner, in his official capacity as U.S. Postmaster General*

*SERVICE ADDRESS: 475 L'Enfant Plaza, SW, Washington, DC 20260*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to David Steiner, in his official capacity as U.S. Postmaster General, 475 L'Enfant Plaza, SW, Washington, DC 20260 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2528 26. Service was signed for on 04/09/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/10/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15591124*

**UNITED STATES POSTAL SERVICE**

April 10, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2528 26**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 9, 2026, 9:15 am |
| **Location:** | WASHINGTON, DC 20260 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | DAVID STEINER |

| Shipment Details | |
|---|---|
| **Weight:** | 12.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | Vernon Williams / VERNON WILLIAMS |
| Address of Recipient: | POD 20260 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

David Steiner,
U.S. Postmaster Genera
475 L'Enfant Plaza, SW
Washington, DC 20260
Reference #: 15591124

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-01114 **-CKK** |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID STEINER, in his official capacity as U.S. Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/2/2026                                    /s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*DSCC, et al.*

          *Plaintiff(s)*

                         *vs.*                  Case No.: 1:26-cv-01114-CKK

*Donald J. Trump, et al.*

          *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: Markwayne Mullin, in his official capacity as Secretary of Homeland Security*

*SERVICE ADDRESS: 2707 Martin Luther King Jr Avenue, SE, Washington, DC 20528*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Markwayne Mullin, in his official capacity as Secretary of Homeland Security, 2707 Martin Luther King Jr Avenue, SE, Washington, DC 20528 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2526 11. Service was signed for on 04/13/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/14/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15591008*


**UNITED STATES**
**POSTAL SERVICE**

## Proof of Delivery
## (Electronic)

Date:  4/14/2026

Client Name:  Homeland Security

Certified with RR(E) item number 9414836208551298252611, addressed to Markwayne Mullin was designated DELIVERED LEFT WITH INDIVIDUAL at 9:55 AM on April 13, 2026.

The item number, time, date, city, state, and zip code is a true extract of information provided by the United States Postal Service to SimpleCertifiedMail.com.

Markwayne Mullin
Homeland Security
2707 Martin Luther King Jr Avenue, SE
Washington, DC 20528
Reference #: 15591008

The above information is for the sole use of SimpleCertifiedMail.com clients and represents information provided by the United States Postal Service.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| DSCC, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:26-cv-01114-**CKK**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security
2707 Martin Luther King Jr Avenue SE
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/2/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

DSCC, et al.

                 *Plaintiff(s)*

                            *vs.*               Case No.: 1:26-cv-01114-CKK

Donald J. Trump, et al.

                 *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: Joseph B. Edlow, in his official capacity as Director of the U.S. Citizenship and Immigration Services*

*SERVICE ADDRESS: 5900 Capital Gateway Drive, Camp Springs, Maryland 20746*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Joseph B. Edlow, in his official capacity as Director of the U.S. Citizenship and Immigration Services, 5900 Capital Gateway Drive, Camp Springs, Maryland 20746 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2522 46. Service was signed for on 04/06/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/07/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15590771*

**UNITED STATES POSTAL SERVICE**

April 7, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1298 2522 46**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 6, 2026, 1:57 pm |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | JOSEPH B  EDLOW |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill R Gill |
| Address of Recipient: | 20529 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Joseph B. Edlow
U.S. Citizenship and Immigration Services
5900 Capital Gateway Drive
Camp Springs, MD 20746
Reference #: 15590771

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

|  |  |  |
|---|---|---|
| DSCC, et al.,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, et al.,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-01114-CKK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and
Immigration Services
5900 Capital Gateway Drive
Camp Springs, MD 20746

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    4/2/2026                                 /s/ Ma. Ursula Masagca
                                          *Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

*DSCC, et al.*

                *Plaintiff(s)*

                                *vs.*                Case No.: 1:26-cv-01114-CKK

*Donald J. Trump, et al.*

                *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief*

*SERVE TO: Frank J. Bisaignano, in his official capacity as Commissioner of the Social Security Administration*

*SERVICE ADDRESS: 6401 Security Boulevard, Baltimore, Maryland 21235*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Frank J. Bisaignano, in his official capacity as Commissioner of the Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2497 58. Service was signed for on 04/06/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/07/2026*

 

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15590324*

**UNITED STATES POSTAL SERVICE**

April 7, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2497 58**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | April 6, 2026, 9:48 am |
| **Location:** | BALTIMORE, MD 21235 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | FRANK J  BISAIGNANO  COMMISSIONER |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Frank J. Bisaignano, Commissioner
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Reference #: 15590324

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-01114-CKK |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FRANK J. BISIGNANO, in his official capacity as Commissioner of the Social
Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   4/2/2026   _____   /s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DSCC, et al.

     *Plaintiff(s)*

             *vs.*      Case No.: 1:26-cv-01114-CKK

Donald J. Trump, et al.

     *Defendant(s)*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief

SERVE TO: Howard Lutnick, in his official capacity as Secretary of the Department of Commerce

SERVICE ADDRESS: 1401 Constitution Avenue, NW, Washington, DC 20230

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Howard Lutnick, in his official capacity as Secretary of the Department of Commerce, 1401 Constitution Avenue, NW, Washington, DC 20230 on 04/03/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1298 2525 12. Service was signed for on 04/08/2026, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>04/08/2026</u>

                       *GiVonna Stuart*

                  *Capitol Process Services, Inc.*
            *7500 Greenway Center Drive, Suite 420*
                *Greenbelt, Maryland 20770*
                     *(202) 667-0050*

                     *Client Ref Number:*
                     *Job #:15590916*

**UNITED STATES POSTAL SERVICE**

April 8, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8362 0855 1298 2525 12**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 8, 2026, 9:21 am |
| **Location:** | WASHINGTON, DC 20230 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | HOWARD LUTNICK |

| Shipment Details | |
|---|---|
| **Weight:** | 12.0oz |

**Recipient Signature**

| Signature of Recipient: | *[handwritten signature]* |
|---|---|
| Address of Recipient: | *20230* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Howard Lutnick,
Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230
Reference #: 15590916

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-01114 **-CKK** |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lalitha D. Madduri
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    4/2/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*