**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*, <br><br>                    *Plaintiffs*, <br>       v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>                    *Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>                    *Plaintiffs*, <br>       v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br>                    *Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br>                    *Plaintiffs*, <br>       v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>                    *Defendants*. | Civil Action No. 26-1151 (CJN) |

**[PROPOSED] ORDER GRANTING LULAC[1] PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

[1] Plaintiffs League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association

1

Upon consideration of LULAC Plaintiffs' Motion for Preliminary Injunction and accompanying Memorandum in Support, the Court hereby finds that LULAC Plaintiffs are likely to succeed on the merits of their claims that Sections 2(a) and 3(b) of Executive Order 14399 violate the constitutional separation of powers and are ultra vires; that Plaintiffs will imminently suffer irreparable harm in the absence of injunctive relief; and that the balance of equities and public interest favor a preliminary injunction. Therefore, it is hereby:

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; it is further

**ORDERED** that Defendants United States Postal Service ("USPS"), Board of Governors of the USPS, Amber F. McReynolds (in her official capacity as Chair of the USPS Board of Governors), Derek T. Kan (in his official capacity as Vice Chairman of the USPS Board of Governors), Ronald A. Stroman (in his official capacity as Member of the USPS Board of Governors), Daniel M. Tangherlini (in his official capacity as Member of the USPS Board of Governors), David P. Steiner (in his official capacity as United States Postmaster General), United States Department of Homeland Security ("DHS"), Markwayne Mullin (in his official capacity as Secretary of DHS), United States Citizenship and Immigration Services ("USCIS"), Joseph Edlow (in his official capacity as Director of USCIS), United States Social Security Administration ("SSA"), Frank Bisignano (in his official capacity as Commissioner of SSA), United States Department of Commerce ("DOC"), Howard Lutnick (in his official capacity as Secretary of Commerce), United States Department of Justice ("DOJ"), and Todd Blanche (in his official capacity as Acting Attorney General) are **PRELIMINARILY ENJOINED** from taking any action to implement or give effect to Sections 2(a) and 3(b) of the Executive Order.

**SO ORDERED.**

Dated: _____, 2026 _____
                                                 The Honorable Carl J. Nichols
                                                 United States District Judge