UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DSCC, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>              Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>              Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>              Defendants. | Case No. 1:26-cv-01151-CJN |

**DEFENDANTS' MOTION FOR LEAVE TO FILE ONE COMBINED BRIEF OPPOSING PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION AND IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

Defendants in the above-captioned consolidated matters request leave to file one combined brief, not to exceed 70 pages, simultaneously (1) opposing Plaintiffs' three motions for a preliminary injunction and (2) supporting Defendants' (forthcoming) motions to dismiss. As good cause for this request, which two of the three groups of Plaintiffs do not oppose, Defendants offer the following:

1.      After requesting and receiving an unopposed extension of time, *see LULAC* ECF No. 14, Plaintiffs in these cases each filed briefs in support of their motions for a preliminary injunction on April 17, 2026. *DSCC* ECF Nos. 53, 54, 55. Each brief was 45 pages long, for a total of 135 pages of briefing from Plaintiffs.

2.      Defendants' deadline to oppose Plaintiffs' motions for a preliminary injunction is currently set for May 1, 2026. *LULAC* Minute Order of April 9, 2026.

3.      These cases substantially (though not completely) overlap, as the parties and the Court recognized in consolidating them. *DSCC* ECF Nos. 25, 27.

4.      For the sake of efficiency and judicial economy, Defendants intend to file one brief opposing all three motions for a preliminary injunction, rather than three separate briefs. The alternative approach would result in unnecessarily duplicative and repetitive briefing.

5.      Defendants also intend to move to dismiss on May 1, 2026—the same day that they are already opposing Plaintiffs' motions for a preliminary injunction—which is well before the default deadline to respond to the complaint set by Federal Rule of Civil Procedure 12(a)(2).

6.      Because Defendants' motion-to-dismiss arguments will also substantially (though not completely) overlap with Defendants' arguments in opposing entry of a preliminary injunction, Defendants respectfully request leave to combine their briefs on those motions.

7.      In sum, Defendants thus request leave to file one brief, not to exceed 70 pages, which would (in all three cases at once) both (1) oppose Plaintiffs' motions for a preliminary injunction and (2) support Defendants' motions to dismiss.

8.      It is not clear whether Defendants need leave of court to file a 70-page brief in this circumstance. On one hand, Local Rule 7(e) generally provides for 45-page opening and

opposition briefs.  On the other hand, were Defendants to file six separate briefs, they could use up to 270 pages.

9.    In any event, to avoid any question on the matter, Defendants respectfully request leave to use up to 70 pages for their combined brief.  (Defendants nonetheless hope to keep the brief shorter than that.)

10.    Before filing this motion, under Local Rule 7(m), counsel for Defendants conferred with counsel for Plaintiffs.  Counsel for Plaintiffs in *LULAC* (No. 1:26-cv-01132-CJN) and *DSCC* (No. 1:26-cv-01114-CJN) reported that they do not oppose the relief requested in this motion.

11.    Counsel for Plaintiffs in *NAACP* (1:26-cv-01151-CJN), however, reported that they do oppose this motion.  They did not provide any reason why.  Defendants are not aware of any sound basis for that opposition, given that (1) Defendants are using far fewer pages than they would be entitled to were they to file separate briefs, (2) Defendants are not in this filing seeking to alter the schedule for Plaintiffs' motions for a preliminary injunction, and (3) Defendants have a right under the Federal Rules of Civil Procedure to move to dismiss at any time before the deadline set by Rule 12(a)(2).

12.    For these reasons, Defendants respectfully request leave to file one combined brief, not to exceed 70 pages, both in support of their motions to dismiss and in opposition to Plaintiffs' motions for a preliminary injunction.

3

Dated: April 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
*Senior Trial Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

4