## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DSCC, *et al.*,<br><br>      Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>      Plaintiffs,<br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>      Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>      Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | Case No. 1:26-cv-01151-CJN |

## DEFENDANTS' RESPONSE TO MOTION TO INTERVENE

With respect to Intervener States' Motion to Intervene, *see* Dkt. No. 77, Defendants respectfully submit that the request for intervention as of right under Fed. R. Civ. P. 24(a) should be denied, for the reasons that follow. Defendants take no position on the request for permissive intervention under Fed. R. Civ. P. 24(b). Defendants would consent to the filing of a timely amicus brief.

"Although an intervenor's burden of showing inadequacy of representation is minimal, a presumption of adequate representation exists if both the intervenor and existing party have the same ultimate objective." *HRH Servs. LLC v. Travelers Indem. Co.*, No. 23-cv-2300 (JDB), 2024 WL 4699925, at *9 (D.D.C. Nov. 6, 2024) (quoting *Cobell v. Jewell*, No. 96-cv-1285 (TFH), 2016 WL 10704595, at *2 (D.D.C. Mar. 30, 2016)). "The movant then bears the burden to 'rebut this presumption by demonstrating special circumstances that make the representation inadequate, such as adversity of interest, collusion, or nonfeasance.'" *Id.* To the extent that Intervenor States have an interest in this matter, it will be adequately represented by the United States, which intends to vigorously defend this suit. "'[A]t this stage in the litigation,' there 'is no indication in the record' of a 'risk' that the government 'will not vigorously defend'" the Executive Order. *Nat'l Urb. League v. Trump*, No. 25-cv-471 (TJK), Dkt. No. 39 at *8 (D.D.C. Mar. 12, 2025) (quoting *Seminole Nation of Okla. v. Norton*, 206 F.R.D. 1, 10 (D.D.C. 2001)).

Dated: April 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar No. 995500
  *Senior Trial Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
  *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

3