**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*.,<br><br>             *Plaintiffs*,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>             *Defendants*. | Case Number  1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al*.,<br><br>             *Plaintiffs*,<br><br>      v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>             *Defendants.* | Case Number  1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC.,<br><br>             *Plaintiffs*,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>             *Defendants.* | Case Number  1:26-cv-01151-CJN |

**NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER PLAINTIFFS'
<u>RESPONSE TO STATES' MOTION TO INTERVENE (ECF No. 77)</u>**

On April 20, 2026, twelve states moved to intervene as defendants in this case under Federal Rule of Civil Procedure 24.[1] Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc. hereby join and adopt the opposition filed by the LULAC Plaintiffs opposing the States' intervention as of right, ECF. No. 89, and take no position on permissive intervention.

Plaintiffs further note that the same States moved to intervene in *State of California v. Trump*, 26-cv-11581 (D. Mass.) (ECF. No. 73), where twenty-four states have challenged the same Executive Order.[2] If intervention were appropriate anywhere, intervention within that case would be the more fitting alternative.

Dated: April 24, 2026                    By    */s/ John A. Freedman*

---

[1] The movants are the State of Missouri; the State of Alabama; the State of Florida; the State of Indiana; the State of Kansas; the State of Louisiana; the State of Montana; the State of Nebraska; the State of Oklahoma; the State of South Carolina; the State of South Dakota; and the State of Texas. ECF No. 77. The Court ordered all plaintiffs to respond by April 24, 2026. Minute Order of April 21, 2026.

[2] Plaintiffs in *State of California* are the State of California; Commonwealth of Massachusetts; State of Nevada; State of Washington; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; District of Columbia; State of Illinois; State of Maine; State of Maryland; State of Michigan; State of Minnesota; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; State of Wisconsin; and Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania.

The *State of California* case has been consolidated with a companion case in the District of Massachusetts, brought by the League of Women Voters of Massachusetts; League of Women Voters Lotte E. Scharfman Memorial Education Fund; League of Women Voters of the United States; League of Women Voters Education Fund; Association of American Residents Overseas; U.S. Vote Foundation; OCA-Asian Pacific American Advocates; and Delta Sigma Theta Sorority, Inc. *See* Order, *League of Women Voters of Massachusetts v. Trump*, Case No. 26-cv-11549 (D. Mass. Apr. 22, 2026) (ECF. No. 57).

John A. Freedman (Bar No. 453075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
orion.denevers@arnoldporter.com
elisabeth.theodore@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
*Attorneys for Plaintiffs*

Sydney Lopes (Bar No. 61389)*
ARNOLD & PORTER KAYE SCHOLER LLP
U.S. Bank Center
1420 5th Ave., Suite 1400
Seattle, WA 98101
Telephone: +1 206.208.0108
sydney.lopes@arnoldporter.com
*Attorney for Plaintiffs*

Edward G. Caspar (Bar No. 1644168)
Robert N. Weiner (Bar No. 298133)
Jeffrey Blumberg (Bar No. 432928)
M. David Rollins-Boyd (Bar No. 90010714)*
Catherine Meza (Bar No. 1045688)*
Javon Davis (Bar No. 90017436)*
Grace Thomas (Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
Telephone: +1 202.662.8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org

3

drollins-boyd@lawyerscommittee.org
cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommitte.org
*Attorneys for Plaintiff*

Kristen M. Clarke (Bar No. 973885)
Anthony P. Ashton (Bar No. MD25220)*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215
Telephone: + 202.463.2940
*Attorneys for NAACP*

*\*Motion for Pro Hac Vice or Court
Admission Forthcoming*