**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,      *Plaintiffs* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>      *Defendants.* | No. 1:26cv1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,      *Plaintiffs* <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br>      *Defendants.* | No. 1:26cv1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,      *Plaintiffs* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>      *Defendants.* | No. 1:26cv1151 (CJN) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF**

Upon consideration of the Motion for Leave to File *Amici Curiae* Brief by State and Local Election Officials and Election Experts in Support of Plaintiffs' Motions for a Preliminary Injunction, it is hereby:

ORDERED that the motion is GRANTED.

This _____ day of _____, 2026

_____
Hon. Carl J. Nichols
United States District Judge