**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>        Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>        Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**[PROPOSED] ORDER GRANTING**
**DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR HEARING**

Having considered the Democratic Party Plaintiffs' motion for an expedited hearing, and for good cause shown, pursuant to LCvR 65.1(d), the motion is **GRANTED**. The Court will conduct a hearing on Plaintiffs' preliminary injunction motions on May __, 2026.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
United States District Court Judge

1