**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*., <br><br>      *Plaintiffs*, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., <br><br>      *Defendants*. | Case Number  1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al*., <br><br>      *Plaintiffs*, <br><br>    v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al*., <br><br>      *Defendants*. | Case Number  1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC., <br><br>      *Plaintiffs*, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., <br><br>      *Defendants*. | Case Number  1:26-cv-01151-CJN |

**NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER**
**PLAINTIFFS' NOTICE OF JOINDER IN DEMOCRATIC PARTY**
**PLAINTIFFS' REQUEST FOR A HEARING (ECF No. 100)**

Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc. ("NAACP Plaintiffs") hereby join the Democratic Party Plaintiffs' Request for a Hearing (ECF No. 100) and their proposal that a hearing on the pending motions for preliminary injunction (ECF Nos. 29, 34, 37) be heard the week of May 11.[1]

The NAACP Plaintiffs agree that expedition in this case is essential. In particular, the injuries caused by Executive Order No. 14399 are imminent and irreparable. The NAACP Plaintiffs are already conducting mission-critical activities for 2026 primary elections and finalizing their preparations for the 2026 general election. The Executive Order is incredibly disruptive to these processes. Moreover, the harm to the privacy of NAACP and Common Cause members and beneficiaries that arises from the Executive Order's directive to Defendants to illegally compile and disseminate lists of eligible voters from data in the Defendants' possession can happen at any time. And under the terms of the order, this harm *must* occur, at the latest, this summer. Accordingly, the requests for preliminary injunction should be heard as soon as briefing is complete.

Respectfully submitted,

Dated: April 29, 2026        By    */s/ John A. Freedman*
John A. Freedman (Bar No. 453075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW

---

[1] If the Court is inclined to adopt Defendants' proposal of a consolidated hearing, then the NAACP Plaintiffs also join the Democratic Party Plaintiffs' alternative request that a consolidated hearing be set during the week of May 26, 2026.

Washington, DC 20001
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
orion.denevers@arnoldporter.com
elisabeth.theodore@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
*Attorneys for Plaintiffs*

Sydney Lopes (Bar No. 61389)*
ARNOLD & PORTER KAYE SCHOLER
LLP
U.S. Bank Center
1420 5th Ave., Suite 1400
Seattle, WA 98101
Telephone: +1 206.208.0108
sydney.lopes@arnoldporter.com
*Attorney for Plaintiffs*

Edward G. Caspar (Bar No. 1644168)
Robert N. Weiner (Bar No. 298133)
Jeffrey Blumberg (Bar No. 432928)
M. David Rollins-Boyd (Bar No.
90010714)*
Catherine Meza (Bar No. 1045688)*
Javon Davis (Bar No. 90017436)*
Grace Thomas (Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
Telephone: +1 202.662.8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommitte.org
*Attorneys for Plaintiff*

3

Kristen M. Clarke (Bar No. 973885)
Anthony P. Ashton (Bar No. MD25220)*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215
Telephone: + 202.463.2940
*Attorneys for NAACP*

*\*Motion for Pro Hac Vice or Court
Admission Forthcoming*