**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

DSCC, et al.,
    *Plaintiffs,*

        v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
    *Defendants.*
_____

No. 1:26-cv-1114-CJN

_____

LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, et al.,
    *Plaintiffs,*

        v.

EXECUTIVE OFFICE OF THE
PRESIDENT, et al.,
    *Defendants.*
_____

No. 1:26-cv-1132-CJN

_____

NAACP, et al.,
    *Plaintiffs,*

        v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
    *Defendants.*
_____

No. 1:26-cv-1151-CJN

**MOTION OF
AMERICA'S FUTURE AND CITIZENS UNITED FOR LEAVE TO FILE
BRIEF *AMICUS CURIAE* IN OPPOSITION TO
PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

On the grounds and for the reasons set forth below, movants, through undersigned

counsel, pursuant to F.R.Civ.P. 7 and Rule 7(o) of the local rules of this Court, move this

2

honorable Court for leave to file a brief *amicus curiae* in opposition to Plaintiffs' Motions for Preliminary Injunction.

Counsel for Defendants have consented to this Motion and to the filing of the attached brief *amicus curiae*.  Undersigned counsel emailed multiple attorneys for each of the three groups of Plaintiffs on Wednesday, April 29, 2026, but as of the time of this filing, have not received a response from any of them.  This brief is timely as it is being filed the same day as the deadline for Defendants' Opposition to Plaintiffs' Motions for Preliminary Injunction and seven days before the deadline for Plaintiffs' Replies set by this Court's minute order of April 9, 2026.  Furthermore, the *amicus* brief is within the page limit set by local rule 7(o)(4).

Movants America's Future and Citizens United are exempt from federal income taxation under Sections 501(c)(3) and 501(c)(4) of the Internal Revenue Code.  Each organization participates actively in the public policy process and have filed numerous *amicus curiae* briefs in federal and state courts on statutory and constitutional issues.

## I.    THIS CASE PRESENTS ISSUES OF GREAT IMPORTANCE.

This case raises significant questions regarding the authority of the President to ensure that the federal ban on voting by noncitizens is enforced in practice.

## II.    THE *AMICUS CURIAE* BRIEF SUPPLEMENTS ARGUMENTS EXPECTED TO BE RAISED BY DEFENDANTS.

Movants' proposed *amicus curiae* brief submitted with this Motion is being filed on the same date as Defendants', and therefore cannot be sure as to whether there is overlap in arguments, but it is anticipated that it will provide the Court with supplemental arguments and authorities to those which are contained in Defendants' Opposition to Plaintiffs' Motions for

3

Preliminary Injunction.  The *amicus* brief addresses the President's duty to take care that the laws be faithfully executed, particularly the laws prohibiting noncitizens from voting in federal elections, which is not a speculation nor a hypothetical risk.  The brief also addresses additional reasons why Plaintiffs are not entitled to injunctive relief.

**III.    THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.**

District courts have inherent power to grant leave to file briefs *amicus curiae*, as they often "provide helpful analysis of the law[,] they have a special interest in the subject matter of the suit…." *Bryant v. Better Business Bureau of Greater Maryland, Inc.*, 923 F.Supp. 720, 728 (D. Md. 1996).  In this Court, in response to a motion filed by undersigned counsel, Judge Timothy J. Kelly has granted one of these movants leave to file an *amicus* brief in *Planned Parenthood of Greater New York v. HHS*, No. 1:25-cv-01334-TJK, and this Court has granted leave to file other *amicus* briefs in the instant case as well.  It is believed that this brief will bring to the attention of the Court important arguments and authorities to help the Court resolve the issues before it.

Given the nationwide significance of this case, and its profound implications for all Americans, movants respectfully request leave to file the accompanying brief *amicus curiae* in opposition to Plaintiffs' Motions for Preliminary Injunction.

Respectfully submitted,

/s William J. Olson
William J. Olson (D.C. Bar No. 233833)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, Virginia  22180-5615

4

(703) 356-5070
wjo@mindspring.com
Counsel for *Amici Curiae*

Dated: May 1, 2026