**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

       Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

       Defendants.

Case No. 1:26-cv-01114-CJN

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, *et al.*,

       Plaintiffs,

    v.

EXECUTIVE OFFICE OF THE PRESIDENT,
*et al.*,

       Defendants.

Case No. 1:26-cv-01132-CJN

NATIONAL ASSOCIATION FOR THE AD-
VANCEMENT OF COLORED PEOPLE, *et
al.*,

       Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

       Defendants.

Case No. 1:26-cv-01151-CJN

**[PROPOSED] ORDER**

- 1 -

Upon consideration of Defendants' motion to dismiss, the parties' memoranda, and the entire record herein, it is hereby

ORDERED that Defendants' motion to dismiss is **GRANTED**; it is further

ORDERED that Plaintiffs' motions for a preliminary injunction are **DENIED**; and it is further

ORDERED that the above-captioned cases are hereby **DISMISSED**. This is a final and appealable order.

**SO ORDERED**.

DATE: _____

_____
CARL J. NICHOLS
United States District Judge