# EXHIBIT 3

**Declaration of Steven W. Monteith (May 1, 2026)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DSCC, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01151-CJN |

## DECLARATION OF STEVEN W. MONTEITH

I, Steven W. Monteith, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, state as follows:

1. I have been employed by the United States Postal Service (Postal Service) since 1989 and am currently the Chief Customer and Marketing Officer (CCMO) and Executive Vice President of the Postal Service, a position I have held since November 2020. In this position, my responsibilities as assigned by the Postmaster General include the planning and implementation of corporate strategies and initiatives to increase revenue and financial contributions to the Postal Service, as well as overseeing the workforces in several organizational units: Customer Experience, International Business, Marketing, Product Solutions, Sales Intelligence, and Industry Engagement and Outreach. The Product Solutions unit includes the Election Mail and Government Services team, which manages Election Mail, and the Product Classification group, which manages mail preparation and entry rules. Prior to my current position, I held positions at the Postal Service in operations, finance, marketing and retail.

2. As the CCMO, I am familiar with Executive Order 14,399, titled "Ensuring Citizenship Verification and Integrity in Federal Elections," which has been received by the Postal Service.

3. I am aware that deliberations are currently ongoing within the Postal Service regarding the implementation of the Executive Order. Those deliberations include considerations of how to implement the directives in the Executive Order operationally, as well as legal considerations, including compliance with the Privacy Act of 1974 (5 U.S.C. § 552a), as contemplated explicitly by Section 3(b)(iv) and 7(b) of the Executive Order.

4. As the Postal Service is still in the deliberation phase of determining how to implement the Executive Order, we have not yet published a proposed rule, nor have we reached any final decisions about the substance of a proposed rule.

2

5. Once the Postal Service issues a proposed rule, it will be published in the Federal Register and available for public comment. Following the comment period, if the Postal Service issues a final rule, it will also be published in the Federal Register. The Postal Service will not publish a final rule until it has reviewed and considered all comments submitted in response to the proposed rule.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Washington, D.C. on the 1st day of May 2026

E-SIGNED by Steven Monteith
on 2026-05-01 13:03:52 EDT

_____

Steven W. Monteith

3