## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DSCC, *et al.*,

                  Plaintiffs,

        v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,

                  Defendants,

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

                  Plaintiffs,

        v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

                  Defendants,

STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, and STATE OF TEXAS,

**Case Nos.:**
**26-cv-01114-CJN and 26-cv-01132-CJN**

**MOTIONS TO INTERVENE AND DISMISS**

RECEIVED
Mailroom

MAY - 1 2026

Angela ___ ___ ___ Clerk
U.S. ___ ___ ___ ___ lumbia

1

Intervener Defendants.)
                     )
EMANUEL MCCRAY,                     )
*Also Known As "Trump Genius," On*     )
*Behalf of Himself and All Other American* )
*Citizens Similarly Situated,*                  )
                     )
            Intervenor-Defendants.)
                     )

## INTRODUCTION

In Star Trek, members of Starfleet must observe the Prime Directive, even as they jump into or come out of warp speed. The Plaintiffs and their cases are riding aboard the same slave ships the Prime Directives of the Constitution and laws of the United States sent permanently to the bottom of the Atlantic and Pacific Oceans.

The Constitutional vote and voting in Federal elections are individual rights. The Plaintiffs' carefully, cleverly and beautifully worded complaints, on their faces, are diametrically opposed to the right that all American voters be citizens of the United States.

Perry Mason ("Mason") once said: "Murder is usually very simple. It's the getting away with it that's real complicated and tricky."[1]

## STATEMENT UNDER LOCAL RULE 7(l)

---

[1] Perry Mason. *The Case of the Frantic Flyer.* Season 3, Episode 12. @ 50:36. Available from https://www.amazon.com/gp/video/detail/B077LXZRSX/ref=atv_dp_season_select_s3.

2

Intervenors' dispositive motion to dismiss is timely because it is filed sufficiently in advance of the pretrial conference that it may be fully briefed and ruled on before the conference."

## INTERVENORS' MOTIONS TO INTERVENE AND DISMISS

Emanuel McCray ("McCray"), also known as "Trump Genius," and other American citizens similarly situated, respectfully move to intervene as Defendants in this action pursuant to Fed. R. Civ. P. 24.

The Court ought to grant intervention as of right, or permissive intervention pursuant to Fed. R. Civ. P. 24(a) and (b).

The Court ought to dismiss with prejudice, Plaintiffs actions in their entirety pursuant to Fed. R. Civ. P. 12(b)(1), (2) and (6).

## MEMORANDUM IN SUPPORT OF MOTIONS TO INTERVENE AND DISMISS

## ARGUMENT

**Plaintiffs Lack Standing to Oppose the Constitutional Requirement that Voters In Elections Be Citizens of the United States**

President Trump promulgated Executive Order No. 14399 on March 31, 2026. As promulgated, the Executive Order listed the following constitutional and statutory provisions in support of the exercise of this Executive Authority:

U.S. Const. Articles II and IV, Sec. 4;
18 U.S.C. §§ 2(a), 241, 371, 611(a). 1001, 1015, 1341, 1708;
39 U.S.C. §401;
42 U.S.C. §1320b-7;

52 U.S.C. §§10307, 20501 *et seq.;* and 20901 *et seq.*

Under 52 U.S.C. §20501, Congress expressly found, in pertinent part, that the right to vote in the United States is a "fundamental right" exclusively reserved to the individual "citizen[]" of the United States:

> "(a) Findings
> The Congress finds that—
> (1) the right of citizens of the United States to vote is a fundamental right;
> (2) it is the duty of the Federal, State, and local governments to promote the exercise of that right; and
> (3) discriminatory and unfair registration laws and procedures can have a direct and damaging effect on voter participation in elections for Federal office and disproportionately harm voter participation by various groups, including racial minorities.

**I.    The Intervenor Citizens Are Entitled to Intervention As of Right Under Rule 24(a).**

The Citizens of the United States are the real parties in interest. In response to a query filed with the Clark County Washington Elections Office, Cathie Garber, Clark County Elections, in a letter dated December 4, 2024, informed McCray that his request regarding Center for Voter Information ("CVI") could not be processed because all mail-in ballots in the State of Washington are "anonymous," in that the ballot itself does not contain the name, address, signature, citizenship or date of birth of the voter and cannot be retrieved for review by the voter as part of a fraudulent scheme to protect the fake ballot secrecy. See Intervenors' Exhibit A.

4

Here, a forensic audit of the ballots ends with the investigator being unable to ascertain to whom the ballot belongs and whether the ballot was cast by a valid citizen of the United States. This is just one of many problems President Trump seeks to correct through the Executive Order. None of the parties before the Court has addressed this substantial constitutional and statutory issue.

In a letter dated October 16, 2024, McCray, a/k/a Trump Genius, asked Plaintiff Democratic Congressional Campaign Committee ("DCCC") for a response regarding CVI interpretating the "anonymous" mail-in ballots in the State of Washington to derive at the voting histories of individuals. See Intervenors' Exhibit B. No response from Plaintiff DCCC has ever been received, nor has Congress opened an investigation into the use of "anonymous" mail-in ballots as part of a scheme to steal and rig Federal elections.

None of the parties before the Court are capable of protecting the citizenship right of voters in Federal elections. The Executive Branch has never brought civil or criminal prosecutions for "anonymous" mail-in ballots in any State. President Trump's Executive Order is a step in the right direction, but it also fails to address the States' use of "anonymous" mail-in ballots.

On its face, and on the face of the statutes and constitutional and statutory provisions, President Trump Executive Order seeks to ensure and enforce the commands that U.S. voters are citizens of the United States.

*A fortiori,* none of the named Plaintiffs representatives, particularly those Plaintiffs who are of slave, African or Black race or descent, and including Members of Congress, have standing to challenge the Executive Order and enjoin its objectives to secure and limit the right to vote to U.S. citizens only.

A movant is entitled to intervene as of right if the movant meets four conditions; (1) files a "timely motion," (2) "claims an interest" in the litigation, (3) "may as a practical matter" be "impair[ed] or impede[d]" by the disposition of the suit, and (4) is not "adequately represent[ed]" by the parties in the case. Fed. R. Civ. P. 24(a).

The Intervenor Citizens meet all four requirements, and thus have a right to intervene. *Amador Cnty. v. U.S. Dep't of the Interior,* 772 F.3d 901, 903 (D.C. Cir. 2014) (timeliness, prejudice). See also *Campaign Legal Ctr. v. FEC,* 68 F. 4th 607, 610 (D.C. Cir. 2023). See also *Cameron v. EMW Women's Surgical Center,* P. S. C., 595 U.S. 267, 142 S. Ct. 1002, 1010 (2022) and *Karsner v. Lothian,* 532 F.3d 876, 885 (D.C. Cir. 2008) (applying FRCP 24 to intervention on appeal).

Plaintiffs commenced their actions on April 1, 2026. On April 24, 2026, ECF 88, the Defendants requested the Court deny the States' motion for intervention as of right under Fed. R. Civ. P. 24(a). On April 24, 2026, the Court granted Defendant's motion for leave to file one combined brief.

A party must move to intervene "as soon as it bec[omes] clear that its interests would no longer be protected" by the existing parties, as highlighted in *Campaign Legal Ctr. v. FEC*, 68 F. 4th 607, 610 (D.C. Cir. 2023).

## II.    The Plaintiffs' Cases Must Be Dismissed With Prejudice.

President Trump issued an Executive Order that operates nationwide. The Plaintiffs' opposition to the Order is directly inconsistent with the individual's voting rights President Trump seeks to enforce and protect.

The Plaintiffs seek to protect their right to manufacture ballots on a whim and whenever necessary to win a Federal election. This is a modern version of the slave trade that the Constitution sent to the bottom of the Atlantic and Pacific Oceans.

On April 9, 2026, in an epistemic speech from the White House,[2] First Lady Melania Trump urged the public to "[b]e cautious about what you believe" and called on Congress to discover the "truth" about deceased convicted sex offender Jeffrey Edward Epstein ("JEE") by allowing his victims to speak.

On April 21, 2026, a Grand Jury in Montgomery, Alabama returned an epistemic-significant indictment charging the Southern Poverty Law Center ("SPLC") with what Acting Attorney General Todd Blanche described as "manufacturing racism to justify its existence," which SPLC accomplished by secretly funneling more than $3 million in donated funds to individuals who were

---

[2] First Lady Melania Trump's Statement. The White House. April 9, 2026. Available from https://www.whitehouse.gov/briefings-statements/2026/04/first-lady-melania-trump-statement/.

associated with various "white" "violent extremist groups including the Ku Klux Klan, Aryan Nations, and National Socialist Party of America." This is another example of a modern version of the slave trade that the Constitution sent to the bottom of the Atlantic and Pacific Oceans.

By opposing President Trump's Executive Order, the Plaintiffs are seeking to continue the manufacture of slavery and badges of slavery, in association with and in a manner similar to the SPLC's enduring financing and manufacturing of hate crimes, racism and badges of slavery.

## CONCLUSION

For the reasons set forth above, the proposed Intervenors-Defendants respectfully request that the Court grant their motions to intervene and dismiss.

Submitted Respectfully this 26th day of April 2026.

Emanuel McCray
400 W. McLoughlin Blvd Apt 5
(564) 208-7576
emanuel.mccray@hotmail.com

# CERTIFICATE OF SERVICE

I certify that on April 26, 2026, the above Motion to Intervene and Dismiss were mailed as addressed below:

| | |
|---|---|
| ELIAS LAW GROUP LLP<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, DC 20001<br>*Attorneys for Plaintiffs DSCC, DCCC, Democratic National Committee, Democratic Governors Association, Charles E. Schumer and Hakeem S. Jeffries* | CAMPAIGN LEGAL CENTER<br>1101 14th St. NW, Suite 400<br>Washington, DC 20005<br><br>Robert Brent Ferguson<br>3465 Holmead Place NW<br>Washington, DC 20010 |
| John Arak Freedman<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>*Attorneys for Plaintiffs National Association for the Advancement of Colored People, Common Cause Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.* | Norman Larry Eisen<br>DEMOCRACY DEFENDERS FUND<br>600 Pennsylvania Ave SE, Unit 15180<br>Washington, DC 20003<br>*Attorneys' for League of United Latin American Citizens, Secure Families Initiative, and Arizona Students' Association* |
| John Michael Patton<br>Office of the Missouri Attorney General<br>615 E. 13th Street, Suite 401<br>Kansas City, MO 64106<br><br>Missouri Attorney General's Office<br>Solicitor General<br>815 Olive Street, Suite 200<br>St. Louis, MO 63101 | Esam Al-Shareffi<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>1100 L Street, Room 12520<br>Washington, DC 20005<br>*Attorneys for Donald J. Trump, Executive Office of the President, United States Department of Justice, United States Postal Service, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Social Security Administration, U.S. Department of Commerce, Pamela Bondi, David Steiner, Markwayne Mullin, Joseph B. Edlow, Frank J. Bisignano, Howard Lutnick, Amber F. McReynolds, Board of Governors of the United States Postal Service, Daniel M. Tangherlini, Derek Kan, and Ronald A. Stroman* |
| Alexander Barrett Bowdre<br>State of Alabama<br>Office of The Attorney General<br>501 Washington Ave.<br>PO Box 300152<br>Montgomery, AL 36130-0152 | |
| James Allen Barta<br>Office of the Indiana Attorney General<br>302 West Washington Street<br>IGCS-5th Floor | Jeffrey A. Mandell<br>LAW FORWARD, INC.<br>222 West Washington Avenue<br>Suite 250 |

9

| | |
|---|---|
| Indianapolis, IN 46204<br><br>James Rodriguez<br>Kansas Attorney General's Office<br>120 SW 10th Ave, 2d Fl<br>Topeka, KS 66612<br><br>Cody S. Barnett<br>Nebraska Attorney General's Office<br>1445 K Street, Suite 2115<br>Lincoln, NE 68508<br>*Attorneys for Movants States of Missouri, Alabama, Florida, Indiana, Kansas, Louisiana, Montana, Nebraska, Oklahoma, South Carolina, and South Dakota* | Madison, WI 53703<br>*Attorneys for Movants Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, and Jasmine Oraedu and Amicus Aharon Shelef, Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu and Aharon Shelef*<br><br>Nancy A. Temple<br>KATTEN & TEMPLE LLP<br>209 S. LaSalle Street, Suite 950<br>Chicago, IL 60604<br><br>Richard D. Bernstein<br>1875 K Street N.W.<br>Washington, DC 20006<br>*Attorneys for Amicus Society for the Rule of Law* |

Emanuel McCray