# INTERVENORS' EXHIBIT A



proud past, promising future

**CLARK COUNTY**
WASHINGTON

**AUDITOR**
GREG KiMSEY

December 4, 2024

Emanual McCray
400 W McLoughlin Blvd. Apt. 5
Vancouver, WA 98660

Dear Mr. McCray:

This letter is in response to your letter dated October 30, 2024.

In this letter, you expressed concern that the mailer you received from CVI indicating "No Vote" for you in the 2016, 2018, 2020 and 2022 General elections. They are indicating "No Vote" for those dates, because you did not participate in those elections.

Public Records law requires voting history to be public record. As soon as a ballot is received in our office, it is noted in the voter's record as the ballot being "received". Signature verification comes next, with the voter's record marked as either accepted and ready for processing or rejected with a signature challenge that may be cured. Until the ballot has been marked as accepted, it remains inside the return envelope until it is ready for processing and counting.

The public is able to get downloads from the State of voters who have their ballot marked received, accepted or rejected, along with all past voting participation history. There is no ability for anyone to know who a person voted for. That information is anonymous. But they are able to find out if you voted, when you voted and if your ballot was counted or not.

If you have any further questions, please feel free to contact me at the Elections Department at (564) 397-2345.

Sincerely,

Cathie Garber
Clark County Elections Director

1408 Franklin Street • P.O. Box 8815 • Vancouver, WA 98666-8815

(564) 397-2345 • Fax • (564) 397-2394 • clarkvotes.org

**GREG KIMSEY,** AUDITOR
ELECTIONS OFFICE
P.O. Box 8815
Vancouver, WA 98666-8815
proud past, promising future

**CLARK COUNTY**
WASHINGTON





US POSTAGE PITNEY BOWES

FIRST-CLASS
NONAUTO
PRSRT LTR

ZIP 98660  $ 000.59⁶
02 7W
0008027673 DEC 05 2024

*Rec'd 12/7/24*

MR EMANUEL McCRAY
400 W McLOUGLIN BLVD APT 5
VANCOUVER WA 98660

98660⌷2557  C005