# INTERVENORS' EXHIBIT B

EMANUEL MCCRAY
**a/k/a "TRUMP GENIUS"**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
(564) 208-7576
emanuel.mccray@hotmail.com
USPS Certified Mail Receipt No. 7020 1810 0000 9673 3782

**NOTICE OF MAIL FRAUD "DEMOCRACY" CONSPIRACY**

**Re:    "Vote-By-Mail Ballots Arriving Soon" Direct Mail Fraud**

October 16, 2024

Democratic Congressional Campaign Committee (DCCC)
430 S. Capitol Street SE
Washington, DC 20003

Dear Democratic Congressional Campaign Committee ("DCCC"):

On October 16, 2024, I received the referenced direct mail which suggested that I **"fill it out completely and return it immediately."**

I'm confused because **Republican White biological female Elizabeth Lynne Cheney** says she is voting for **Kamala,** who is not a **BLACK biological female** and cannot seem to find a **COLOR** that will help her win on November 5th.

So, are you guys trying to steal my vote like you all did in 2020? I ask this question because: **I HAVE A PERFECT VOTING RECORD!**

*Emanuel McCray*
**Emanuel McCray**
**a/k/a "TRUMP GENIUS"**

Cc: **Cody Philpot**