AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

| | | |
|---|---|---|
| DSCC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01114-CJN |
| TRUMP et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.                    .

Date:    05/05/2026

/s/ Orion de Nevers

*Attorney's signature*

Orion de Nevers (90001065)

*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001

*Address*

orion.denevers@arnoldporter.com

*E-mail address*

(202) 942-5918

*Telephone number*

(202) 942-5999

*FAX number*