## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DSCC, *et al.*,<br><br>   Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   Plaintiffs,<br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>   Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>   Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | Case No. 1:26-cv-01151-CJN |

## DECLARATION OF MICHAEL MAYHEW

1.      My name is Michael Mayhew. I serve as Deputy Associate Director of the Immigration Records and Identity Services Directorate within U.S. Citizenship and Immigration Services (USCIS). I have served in this position since February 2022.

2.      In my professional capacity as the Deputy Associate Director, I am responsible for the management of USCIS's immigration records and identity services portfolio.

3.      The following declaration is based on my personal knowledge and information that I acquired in my official capacity and in the performance of my official functions.

4.      DHS and USCIS are in receipt of Executive Order 14,399, Ensuring Citizenship Verification and Integrity in Federal Elections, issued on March 31, 2026.

5.      I am aware that deliberations are currently ongoing within DHS and USCIS regarding implementation of the Executive Order. Those deliberations include consideration of feasibility and consistency with applicable law, including but not limited to the Privacy Act of 1974 (5 U.S.C. 552a), as contemplated explicitly by Sections 2(a) and 7(b) of E.O. 14,399.

6.      USCIS has been directed to develop a recommendation to DHS leadership for DHS's implementation of E.O. 14,399.

7.      USCIS has not yet begun preparation of any "State Citizenship List" as contemplated by E.O. 14,399.

8.      USCIS has not yet made any recommendations or final decisions regarding the "State Citizenship Lists" discussed in E.O. 14,399.

9.      USCIS has not yet made any recommendations or final decisions regarding what federal databases might be used in preparation of the "State Citizenship Lists" that are contemplated by the E.O.

10.     After USCIS completes its review, USCIS will provide its recommendations to DHS regarding implementation of E.O. 14,399.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of May 2026 in Camp Springs, Maryland.


MICHAEL X MAYHEW
Digitally signed by MICHAEL X MAYHEW
Date: 2026.05.01 17:59:36 -04'00'

_____

MICHAEL X. MAYHEW
Deputy Associate Director
Immigration Records and Identity Services Directorate
United States Citizenship and Immigration Services