**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-01151-CJN |

**DECLARATION OF JESSICA BURNS MACBRIDE**

1

I, Jessica Burns MacBride, hereby declare upon penalty of perjury:

1. I am the Head of Program Policy and Data Exchange at the Social Security Administration (SSA), in Woodlawn, Maryland, and I have served in this role since September 4, 2025.  I am a Career Senior Executive.

2. In my role as Head of Program Policy and Data Exchange, I am responsible for leading and overseeing efforts related to SSA's program policy and data sharing initiatives, including but not limited to federal inter-agency data exchanges contemplated by Executive Orders.

3. This declaration outlines the current status of SSA's efforts in response to Executive Order 14,399, *Ensuring Citizenship Verification and Integrity in Federal Elections*, signed on March 31, 2026.  These statements are made with my personal knowledge and review of documents and information furnished to me in the course of my official duties.

4. SSA is in receipt of Executive Order 14,399.

5. Deliberations are ongoing within SSA regarding implementation of the Executive Order.  Those deliberations include considerations of feasibility and legality, including but not limited to the Privacy Act of 1974 (5 U.S.C. § 552a), as contemplated by Sections 2(a) and 7(b) of the Executive Order.

6. SSA has not yet made any final decisions about its role in implementation of the Executive Order.

I declare the foregoing to be true and correct, upon penalty of perjury.

Date: __5/1/2026_____          Signed: ___*Jessica Burns MacBride*_____

                                              Jessica Burns MacBride
                                              Head
                                              Program Policy and Data Exchange
                                              Social Security Administration