AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| DSCC, et al. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    1:26-cv-1114, -1132, -1151 |
| Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform    .

Date:     05/07/2026

/s/ Matt Crapo
*Attorney's signature*

Matt A. Crapo, DC bar no. 473355
*Printed name and bar number*

Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001

*Address*

mcrapo@fairus.org
*E-mail address*

(202) 328-7004
*Telephone number*

(202) 387-3447
*FAX number*