**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:26-01114-CJN |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:26-cv-01132-CJN |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | |
| Defendants. | |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:26-cv-01151-CJN |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF BY THE FEDERATION FOR AMERICAN IMMIGRATION REFORM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

In accordance with Local Rule 7(*o*), movant Federation for American Immigration Reform ("FAIR") respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Defendants' Motion to Dismiss. Counsel for *amicus* FAIR has conferred with counsel for all parties in these consolidated cases. Defendants and the *DSCC* Plaintiffs take no position, the *LULAC* Plaintiffs do not oppose, and the *NAACP* Plaintiffs do not object to this motion for leave. In furtherance of this motion, *amicus* FAIR states as follows:

1.     FAIR is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to advocate for immigration policies that are in America's best interest. In pursuit of this mission, FAIR regularly participates in litigation involving immigration law enforcement, border integrity, and the scope of executive authority over the entry of aliens into the United States. Because these cases involve executive power to prevent aliens from voting in federal elections, FAIR has a strong interest in these cases.

2.     The proffered *amicus* brief argues that, because the right to citizen self-government is essential to a republican form of government, and thus the President's executive order given to vindicate this right falls under his constitutional authority and obligation to guarantee to every State a republican form of government, neither the President's order nor his subordinates' actions in carrying it out are subject to judicial review.

3.     Because these issues are relevant to this Court's decision, FAIR's brief may aid the Court.

//

//

//

For the foregoing reasons, FAIR respectfully requests that the Court grant its Motion for

Leave to file the accompanying brief as *amicus curiae*.

Dated: May 7, 2026                                  Respectfully submitted,


                                                    s/ Christopher J. Hajec
                                                    CHRISTOPHER J. HAJEC
                                                    D.C. Bar No. 492551
                                                    MATT A. CRAPO
                                                    D.C. Bar No. 473355
                                                    Federation for American Immigration Reform
                                                    25 Massachusetts Ave., NW, Suite 330
                                                    Washington, DC 20001
                                                    (202) 328-7004
                                                    chajec@fairus.org
                                                    mcrapo@fairus.org

                                                    Counsel for *Amicus Curiae*
                                                    Federation for American Immigration Reform

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2026, I electronically filed the foregoing motion—together with its accompanying *amicus* brief and proposed order— with the Clerk of the Court using the CM/ECF system. Participants in this case are registered CM/ECF users and service will be accomplished through the Court's CM/ECF system.

<u>s/ Christopher J. Hajec</u>