**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**SECOND DECLARATION OF LALITHA D. MADDURI IN SUPPORT OF
DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1.      I am over the age of 18 and competent to make this declaration. I am an attorney admitted to practice law in the District of Columbia. I am a partner at the law firm of Elias Law Group LLP, and I represent Plaintiffs the Democratic Senatorial Campaign Committee ("DSCC"), the Democratic Congressional Campaign Committee ("DCCC"), the Democratic National Committee ("DNC"), the Democratic Governors Association ("DGA"), and the Democratic leaders of the U.S. Senate and U.S. House of Representatives, Charles E. Schumer and Hakeem S. Jeffries, respectively (collectively, the "Democratic Party Plaintiffs") in this action.

2.      I respectfully submit this declaration in support of the Democratic Party Plaintiffs' motion for a preliminary injunction in the above captioned matter. I submit this declaration to provide the Court with a true and correct copy of documents in connection with the motion, the exhibit numbers for which are numbered to correspond to exhibits submitted with the opening motion.

3.      Attached hereto as **Exhibit 38** is a true and correct copy of: DHS, *Attention SAVE Program User Agencies: New CSV Bulk Upload Template Required for Case Creation* (May 1, 2026), https://www.uscis.gov/save/current-user-agencies/news-alerts/attention-save-program-user-agencies-new-csv-bulk-upload-template-required-for-case-creation.

4.      Attached hereto as **Exhibit 39** is a true and correct copy of: Tierney Sneed, *Trump and GOP Test Precedent With Aggressive Voter Roll Purges*, CNN (May 4, 2026), https://www.cnn.com/2026/05/04/politics/voter-roll-purges-election-day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2026 in Washington, DC

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri
(DC 1659412)

2