# Exhibit 38

Civil Action No. 26-cv-1114 (CJN) (Lead case)

 U.S. Citizenship and Immigration Services

MENU

# Attention SAVE Program User Agencies: New CSV Bulk Upload Template Required for Case Creation

Effective April 30, the SAVE system has updated its CSV Bulk Upload Template to include a new optional field: **Custom Agency Reference**. This field enables agencies to enter a custom identifier (up to 40 characters) for each individual, enhancing your ability to track cases using internal identifiers. The Custom Agency Reference will remain associated with the case throughout processing and will also appear in the Response File when retrieving case results in bulk.

**Action Required:**

Agencies must download and use the new CSV template for all bulk upload case submissions. Bulk uploads using previous templates will be rejected by the system.

This update provides greater flexibility for agencies to align SAVE case results with internal databases and systems of record.

Please ensure your teams are informed and begin using the new template immediately to avoid disruptions in case processing.

USCIS will continue to release enhancements to SAVE as we optimize this service to provide a single, reliable source for verifying immigration status and U.S. citizenship referenced in DHS, USCIS, DOGE Overhaul Systematic Alien Verification for Entitlements Database.

Last Reviewed/Updated: 05/01/2026

 Need Help? Chat with Emma™