AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DSCC, et al., | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  1:26-cv-01114-CJN |
| Donald J. Trump, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association for the Advancement of Colored People, Common Cause, Common Cause Education
Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.                              .

Date:      05/12/2026

/s/ Marlin David Rollins-Boyd

*Attorney's signature*

Marlin David Rollins-Boyd, DC Bar No. 90010714

*Printed name and bar number*

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005

*Address*

drollins-boyd@lawyerscommittee.org

*E-mail address*

(202) 662-8351

*Telephone number*

(888) 299-5227

*FAX number*