**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DSCC  et. al.,

               Plaintiffs,

               -against-

TRUMP, et AL.

               Defendants.

No. 1:26-cv-01114

### MOTION TO ADMIT ANDREW H. WARREN *PRO HAC VICE*

Pursuant to Local Rule 83.2, Sofia Fernandez Gold, a member of the Bar of this Court, respectfully moves for the admission pro hac vice of attorney Andrew H. Warren on behalf of plaintiffs League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association. Mr. Warren is a member in good standing of the Bar of the District of Columbia. He is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Attached as Exhibit I is a declaration by Andrew H. Warren in accordance with Local Rule 83.2. Finally, the undersigned is satisfied that Mr. Warren possesses the character and skills required of a member of the Bar of this Court. Accordingly, the undersigned respectfully requests admission of Andrew H. Warren pro hac vice as representative of League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association in this proceeding.

Dated: May 12, 2026

*Respectfully submitted*

*DEMOCRACY DEFENDERS FUND /*
*s/ Sofia Fernandez Gold*

Sofia Fernandez Gold (D.C. Bar # 90010196)
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Sofia@democracydefenders.org

1