**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DSCC et. al.,

               Plaintiffs,

          -against-

TRUMP et al.

              Defendants.

No. 1:26-cv-01114

**[PROPOSED] ORDER FOR ADMISSION ANDREW H. WARREN *PRO HAC VICE***

Considering the Motion for Admission Pro Hac Vice of Andrew H. Warren  IT IS HEREBY ORDERED

that attorney Andrew H. Warren be enrolled as counsel for Plaintiffs in the above-captioned matter.

Dated:

_____

                                    _____

                                    UNITED STATES DISTRICT JUDGE
                                    CARL JOHN NICHOLS