AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DSCC, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-01114-CJN |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.                                              .

Date:      05/12/2026

/s/ Robert N. Weiner
*Attorney's signature*

Robert N. Weiner, DC Bar No. 298133
*Printed name and bar number*

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
*Address*

rweiner@lawyerscommittee.org
*E-mail address*

(202) 662-8600
*Telephone number*

(888) 299-5227
*FAX number*