**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>    Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al*.,<br><br>    Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' and State Intervenors' motions to dismiss, memoranda of points and authorities, and the oppositions thereto, it is hereby:

(1) **ORDERED** that Defendants' motion to dismiss is **DENIED**; it is further

(2) **ORDERED** that State Intervenors' motion to dismiss is **DENIED**.

**SO ORDERED**.

Dated: _____                           _____

                                                 Hon. Carl J. Nichols
                                                 United States District Judge

1