**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>     *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     *Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>     *Plaintiffs*,<br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>     *Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>     *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     *Defendants*. | Civil Action No. 26-1151 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' and State Intervenors' motions to dismiss, memoranda

of points and authorities, and the oppositions thereto, it is hereby:

1) **ORDERED** that Defendants' motion to dismiss is **DENIED**; it is further

2) **ORDERED** that State Intervenors' motion to dismiss is **DENIED**.

**SO ORDERED**.

Dated: _____

_____
Hon. Carl J. Nichols
United States District Judge