## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DSCC, *et al.*, <br><br>               *Plaintiffs*, <br><br>     v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>               *Defendants*. | Case Number  1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>               *Plaintiffs*, <br><br>     v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT *et al.*, <br><br>               *Defendants*. | Case Number  1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC., <br><br>               *Plaintiffs*, <br><br>     v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>               *Defendants*. | Case Number  1:26-cv-01151-CJN |

## [PROPOSED] ORDER

Upon consideration of Federal Defendants' and State Intervenors' motions to dismiss, memoranda of points and authorities, and the NAACP Plaintiffs', DSCC Plaintiffs', and LULAC Plaintiffs' oppositions thereto, it is hereby:

(1) **ORDERED** that Defendants' motion to dismiss is **DENIED**; it is further

(2) **ORDERED** that State Intervenors' motion to dismiss is **DENIED**.

**SO ORDERED**.

Dated: _____                    _____

                                            Hon. Carl J. Nichols
                                            United States District Judge