## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DSCC, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>    Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**DEMOCRATIC PARTY PLAINTIFFS'**
**NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT**
**TO THEIR MOTION FOR A PRELIMINARY INJUNCTION**

Democratic Party Plaintiffs hereby submit for the Court's consideration Exhibit 41 in support of their motion for preliminary injunction. Exhibit 41 is a certified transcript of a portion of the May 19, 2026, testimony of Acting Attorney General Todd Blanche before the U.S. Senate. In response to questioning about the implementation of the President's March 31 Executive Order's provisions requiring federal citizenship lists and new rules for mail ballot distribution, Acting Attorney General Blanche's testimony confirmed prior reporting that the White House is already in the process of working with the relevant agencies to "make sure" the Order is in fact implemented. In addition, Acting Attorney General Blanche agreed that "the implementation of that order is being coordinated through . . . White House meetings involving senior Department of Justice leadership." Exhibit 41 thus provides further confirmation that this case is ripe for adjudication and contradicts Defendants' suggestion both in its briefing and at the May 14, 2026 preliminary injunction hearing that agencies may simply decide not to implement the Order or create the Order's citizenship and mail voting lists at all.

1

Dated: May 20, 2026

Respectfully submitted,

*/s/ Lalitha D. Madduri*

**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Lalitha D. Madduri (DC 1659412)
Jacob D. Shelly (DC 90010127)
Christina Ford (DC 1655542)
Max Accardi (DC 90021259)
Kevin R. Kowalewski (NY 5946645)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
eliasm@elias.law
lmadduri@elias.law
jshelly@elias.law
cford@elias.law
maccardi@elias.law
kkowalewski@elias.law

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (206) 656-0177
tbishop@elias.law

*Admitted *pro hac vice*

*Counsel for Plaintiffs DSCC, DCCC, Democratic National Committee, Democratic Governors Association, Senate Minority Leader Schumer, and House Minority Leader Jeffries*

2