# Exhibit 41

Civil Action No. 26-cv-1114 (CJN) (Lead case)



## CERTIFICATION OF AUTHENTICITY

May 19, 2026

**Client:** Michelle DePass

**Audio File Transcribed by GMR Transcription Services, Inc.:**

**File Name:**
316988_Acting_Attorney General Blanche Testifies on Oversight of Justice Dept

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed May 19, 2026.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653

2552 Walnut Ave. Suite 100 Tustin, CA 92780
www.gmrtranscription.com

Gary Peters:     I can't imagine IGs are going to say, "Okay, we want fewer of us even though we have an 18-to-1 return." Also, say, "We're the guardian to make sure that people can trust what happens in the federal government." It makes no sense to me to have that cut. I think it speaks volumes about what this administration is really focused on, and it's not about reducing waste, fraud, and abuse. You don't do that by decimating the IG Corps. You certainly saw him fire a number of IGs earlier and have serious concerns.

Mr. Blanche, the president also signed an Executive Order on March 31 directing the Department of Justice, the Department of Homeland Security, and the Postal Service to take a series of actions related to federal elections, including the creation of a federal citizenship list and new rules on mail ballot distribution. That order is rightly being challenged in federal court as these are state functions. However, recent reporting indicated that the implementation of that order is being coordinated through the White House meetings involving senior Department of Justice leadership, including Assistant Attorney General Harmeet Dhillon. My question for you, sir, is what is the department's role in implementing the March 31st Executive Order?

Todd Blanche:     Well, I want to be careful because it is under litigation, but it's as you just described. It's working with other agencies within the administration to implement the goals. I think they are appropriate goals to make sure that we have free and fair elections, to make sure that those are implemented, whether it's the DOJ that needs to implement them or some other federal agency.

Gary Peters:     Well, you have other agencies. The same reporting identified the official leading the Department of Homeland Security's work, as you said you're all working together on this, who now serves as the DHS Deputy Assistant Secretary for Election Integrity. Her name is Heather Honey, who is in that position. Ms. Honey's prior claims were central to the effect that challenged the 2020 election results. Claims, as you know, have been widely disproven.

It's not true, none of this stuff. She's a key player there. My question for you, sir, is whether the department is taking policy direction either formally or informally. You say they are from your previous answer, but from an official whose prior work was built on disproven claims about a prior federal election?

Todd Blanche:     Our policy direction comes from President Trump and his leadership team. I know the person you're speaking about. She's

**316988_Acting Attorney General Blanche Testifies on Oversight of Justice Dept**
**Todd Blanche, Gary Peters, Bill Hagerty**

2

|  |  |
|---|---|
|  | part of DHS and certainly in meetings that we have about election integrity. However, as far as whether Harmeet Dhillon or I take policy directions, we take them from the president. |
| Gary Peters: | Interesting. A person who was part of these widely disproven false allegations and a president who, of course, subscribes to that as well. That's what you're telling me. That's what's driving this effort by the federal government to basically take powers that the Constitution reserves for our states. Thank you, Mr. Chairman. |

**[End of Audio]**

**Duration: 4 minutes**