**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>       Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       Defendants. | Case No. 1:26-cv-01151-CJN |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE**
**TO FILE ONE COMBINED REPLY BRIEF IN SUPPORT OF**
**DEFENDANTS' MOTIONS TO DISMISS AND FOR ADDITIONAL PAGES**

Federal Defendants in the above-captioned consolidated matters request leave to file one combined reply brief, not to exceed 35 pages, in support of Defendants' motions to dismiss. As good cause for this request, which all Plaintiffs do not oppose, Defendants offer the following:

1.      Defendants moved to dismiss all three above-captioned consolidated matters on May 1, 2026. *See DSCC* ECF No. 106.

2.      Defendants filed a combined memorandum of law in support of their motions to dismiss on May 1, 2026. *See DSCC* ECF No. 106-1.

3.      Plaintiffs filed their briefs in opposition to Defendants' motions to dismiss on May 15, 2026. *See DSCC* ECF Nos. 132, 133, 134.

4.      Federal Defendants' deadline to file reply briefs in support of Defendants' motions to dismiss is May 22, 2026. *See* Local Rule 7(d). Defendants are entitled to 25 pages per reply brief. *See* Local Rule 7(e).

5.      These cases substantially (though not completely) overlap, as the parties and the Court recognized in consolidating them. *DSCC* ECF Nos. 25, 27.

6.      For the sake of efficiency and judicial economy, Federal Defendants intend to file one reply brief in support of their motions to dismiss, rather than three separate briefs. The alternative approach would result in unnecessarily duplicative and repetitive briefing.

7.      In sum, Federal Defendants thus request leave to file one combined reply brief, not to exceed 35 pages, which would (in all three cases at once) support Defendants' motions to dismiss.

8.      It is not clear whether Federal Defendants need leave of court to file a 35-page brief in this circumstance. On one hand, Local Rule 7(e) generally provides for 25-page reply briefs.

On the other hand, were Federal Defendants to file three separate briefs, they could use up to 75 pages.

9.      In any event, to avoid any question on the matter, Federal Defendants respectfully request leave to use up to 35 pages for their combined reply brief.

10.     Before filing this motion, under Local Rule 7(m), counsel for Federal Defendants conferred with counsel for Plaintiffs.  Counsel for Plaintiffs in *LULAC* (No. 1:26-cv-01132-CJN), *DSCC* (No. 1:26-cv-01114-CJN), and *NAACP* (1:26-cv-01151-CJN) reported that they do not oppose the relief requested in this motion.

11.     For these reasons, Federal Defendants respectfully request leave to file one combined reply brief, not to exceed 35 pages, in support of their motions to dismiss.

Dated: May 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for Federal Defendants*

4