**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01151-CJN |

**[PROPOSED] ORDER**

Upon consideration of Federal Defendants' unopposed motion for leave to file one combined reply brief and for additional pages, and the entire record herein, it is hereby

**ORDERED** that Federal Defendants' motion is granted; and it is further

**ORDERED** that Federal Defendants may file one combined reply brief, not to exceed 35 pages in support of Defendants' motions to dismiss.

**SO ORDERED**.

DATE:

_____
CARL J. NICHOLS
United States District Judge

2