**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

       *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

       *Defendants*.

Civil Action No. 26-cv-01114 (CJN)

---

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

       *Plaintiffs*,

    v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

       *Defendants*.

Civil Action No. 26-cv-01132 (CJN)

---

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

       *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

       *Defendants*.

Civil Action No. 26-cv-01151 (CJN)

1

2

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motions for a Preliminary Injunction, ECF 29; ECF 34; ECF 37, are **DENIED**.


DATE:  May 28, 2026

CARL J. NICHOLS
United States District Judge