**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>     Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     Defendants. | Case No. 1:26-cv-01151-CJN |

**<u>NOTICE</u>**

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

A notice of proposed rulemaking by the United States Postal Service has been sent to the Office of the Federal Register and is now available for public inspection ahead of formal publication at: https://www.federalregister.gov/public-inspection/2026-10968/ballot-mail-for-federal-elections.  Formal publication is scheduled to occur on June 2, 2026.[1]

---

[1] Federal Defendants understand that the Court's admonition to notify the Court of "anything even approaching a material change" has now expired with the resolution of Plaintiffs' motions for preliminary injunction.  *See* May 14, 2026 Hrg. Tr. 104:7-11 ("[I]n the event that before that opinion comes out . . . that the government would so notify me."); *id.* at 104:15-18 ("But while I have under advisement the PI . . . I expect that the government would be, quote/unquote, conservative in thinking through the kinds of things that it would notify me about . . .").

Dated: May 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for Federal Defendants*

3