**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

       Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

       Defendants.

Case No. 1:26-cv-01114-CJN

---

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

       Plaintiffs,

    v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

       Defendants.

Case No. 1:26-cv-01132-CJN

---

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

       Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

       Defendants.

Case No. 1:26-cv-01151-CJN

**<u>NOTICE</u>**

The United States respectfully submits the following notice regarding recent developments in this matter. As explained in a previous notice, ECF No. 150, the Secretary of Homeland Security signed a memorandum on June 8, 2026 relating (in part) to implementation of Executive Order 14,399. A copy of that memorandum is attached to this Notice.

Dated: June 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
 D.C. Bar. No. 995500
 Chief Litigation Counsel
ESAM K. AL-SHAREFFI
 D.C. Bar No. 90010174
 Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for the United States*