**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>          *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>          *Plaintiffs*,<br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>          *Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>          *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 26-1151 (CJN) |

1

## <u>NAACP PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

NAACP Plaintiffs respectfully submit the following notice of supplemental authority relevant to issues before the court in this case.[1]

On July 1, 2026, Judge Sullivan in *NAACP v. USPS*, 1:20-cv-2295-EGS (D.D.C) issued a memorandum opinion (ECF 182, attached as Exhibit 1) and order (ECF 181, attached as Exhibit 2) granting a motion to enforce a 2021 settlement agreement between the NAACP and the USPS ("Settlement Agreement"), declaring that adoption of the USPS's Proposed Rule (91 Fed. Reg. 32915 (June 2, 2026)) would violate the Settlement Agreement, and enjoining the Postal Service "from implementing the standards and procedures described in the Proposed Rule." *See* Ex. 2 at 2. Judge Sullivan specifically noted that the Postal Service "acknowledges that under the Proposed Rule, if a voter is not enrolled on the 'State-Specific Mail-in and Absentee Participation List,' the voter will 'not receive . . . mail-in or absentee ballots,'" Ex. 1 at 9, which violates commitments the Postal Service made in the Settlement Agreement. The United States has appealed the decision, *NAACP v. USPS*, 26-5257 (D.C. Cir.), and a motion to stay is pending in both the district court and D.C. Circuit.

These developments are directly relevant to this case. Sections 3(b) and 3(d) of the challenged Executive Order direct the Postal Service to develop and adopt a rule that the "USPS shall not transmit mail-in or absentee ballots from any individual unless those individuals have been enrolled on a State-specific list." The Postal Service is currently enjoined from implementing such a rule.

---

[1] "NAACP Plaintiffs" refers to Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.

Dated: July 15, 2026

/s/ *John Freedman*

John A. Freedman (Bar No. 453075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
elisabeth.theodore@arnoldporter.com
orion.denevers@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
*Attorneys for Plaintiffs*

Sydney Lopes (Bar No. 61389)*
ARNOLD & PORTER KAYE SCHOLER LLP
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101
sydney.lopes@arnoldporter.com
*Attorney for Plaintiffs*

Edward G. Caspar (Bar No. 1644168)
Robert N. Weiner (Bar No. 298133)
Jeffrey Blumberg (Bar No. 432928)
M. David Rollins-Boyd (Bar No. 90010714)*
Catherine Meza (Bar No. 1045688)*
Javon Davis (Bar No. 90017436)*
Grace Thomas (Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
+1 202.662.8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org

3

cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommitte.org
*Attorneys for Plaintiff*

Kristen M. Clarke (Bar No. 973885)
Anthony P. Ashton (Bar No. MD25220)*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
4805 Mt Hope Drive
Baltimore, MD 21215
Tel: (202) 463-2940
*Attorneys for NAACP*

*\*Motion for Pro Hac Vice or Court
Admission Forthcoming*