**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

DSCC, *et al.*,

       Plaintiffs,

   v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

       Defendants.

</td><td>

Case No. 1:26-cv-01114-CJN

</td></tr>
<tr><td>

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

       Plaintiffs,

   v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

       Defendants.

</td><td>

Case No. 1:26-cv-01132-CJN

</td></tr>
<tr><td>

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

       Plaintiffs,

   v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

       Defendants.

</td><td>

Case No. 1:26-cv-01151-CJN

</td></tr>
</table>

**<u>NOTICE OF ERRATA</u>**

In the Notice filed earlier today, ECF No. 156, the Notice stated in part: "Formal publication is scheduled to occur on July 17, 2027."  The Notice should have stated: "Formal publication is scheduled to occur on July 17, 2026."

Dated: July 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*