# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DSCC, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01151-CJN |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Federal Defendants in the above-captioned matters respectfully submit the following notice of supplemental authority relevant to issues before this Court in this case:

*NAACP* Plaintiffs previously notified this Court of Judge Sullivan's order in *NAACP v. USPS*, 1:20-cv-2295-EGS (D.D.C), ECF No. 181. *See* NAACP Plaintiffs' Notice of Supplemental Authority, ECF No. 155. That order had enjoined the Postal Service "from implementing the standards and procedures described in the [Postal Service's] Proposed Rule." *Id.*

On July 17, 2026, the United States Court of Appeals for the District of Columbia Circuit issued an order to stay Judge Sullivan's order pending appeal. The D.C. Circuit's order is attached as Exhibit 1 ("Order"). The D.C. Circuit noted that the Postal Service's Proposed Rule "is likely neither constitutionally nor prudentially ripe for review." *See* Order at 1 (quoting *Ctr. for Auto Safety v. Nat'l Highway Traffic Safety Admin.*, 710 F.2d 842, 846 (D.C. Cir. 1983) (per curiam)). The D.C. Circuit also noted that the Proposed Rule, even if adopted, "likely would not violate paragraph 2 of the parties' settlement agreement." *See* Order at 1.

Dated: July 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*