**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.* <br><br>                     *Plaintiffs*, <br><br>              v. <br><br> Trump, *et al.* <br><br>                    *Defendants*. | Civil Action No. 1:26-cv-01114-CJN |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Plaintiffs National Association for the

Advancement of Colored People, Common Cause, Common Cause Education Fund, Black

Voters Matter, Inc., and BVM Capacity Building Institute, Inc., move for admission and

appearance of attorney Kimberly Leung pro hac vice in the above-captioned action. The motion

is supported by the Declaration of Kimberly Leung. As set forth in that declaration, she is

admitted and an active member in good standing in the Illinois Bar, U.S. District Court for the

Northern District of Illinois, U.S. District Court for the Central District of Illinois, First Circuit

Court of Appeals, and the U.S. Supreme Court. This motion is supported and signed by John A.

Freedman, an active and sponsoring member of the Bar of this Court.

Dated: July 23, 2026                           Respectfully submitted,

                                         */s/John A. Freedman*
                                         John A. Freedman (D.C. Bar No. 453075)
                                       ARNOLD & PORTER KAYE SCHOLER LLP
                                       601 Massachusetts Ave., NW
                                       Washington, DC 20001-3743
                                       Tel: (202) 942-5000
                                       john.freedman@arnoldporter.com

                                       *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

On this 23rd day of July 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

/s/John A. Freedman
John A. Freedman (D.C. Bar No. 453075)