# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| *National Association for the Advancement of Colored People, et al.,* | ) |
| **Plaintiff(s)** | ) |
| | ) |
| | ) |
| vs. | )     Case Number:  26-cv-001151 (CJN) |
| *Donald J. Trump, in his official capacity as President of the United States, et al.,* | ) |
| | ) |
| **Defendant(s)** | ) |

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1.  Full Name: **Kimberly Wei Leung**

2.  State bar membership number: **(Illinois) 6317533**

3.  Business address, telephone and fax numbers:

    **Asian Law Caucus, 55 Columbus Ave, San Francisco CA, 94111
    (415) 237-1577**

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
    **Illinois Bar; U.S. District Court for the Northern District of Illinois; U.S. District Court for the Central District of Illinois; First Circuit Court of Appeals; U.S. Supreme Court**

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐   No ☒ **X**

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☒ **X**

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  List the number of times the attorney has been admitted pro hac vice into this court within the last two years. **0 (zero)**

    (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8.  Are you a member of the DC Bar? **No**

9.  Do you have a pending application for admission into USDC for the District of Columbia? **No**

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

### (CHECK ALL ITEMS THAT APPLY)

1.  ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2.  ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3.  ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

_____July 7, 2026_____                    _____Kimberly_____
DATE                                           SIGNATURE OF ATTORNEY