**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DSCC, *et al*.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et. al.*,<br><br>      *Defendants*. | No.  26-cv-01114-CJN |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION, *PRO HAC VICE*, OF KIMBERLY LEUNG AS COUNSEL FOR NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER PLAINTIFFS**

The Court has reviewed the Plaintiffs' motion for admission of attorney Kimberly Leung *pro hac vice.* Upon consideration of that motion, the Court grants attorney Kimberly Leung *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:

_____
United States District Judge