**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**[PROPOSED] ORDER GRANTING DEMOCRATIC PARTY PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Upon consideration of the Democratic Party Plaintiffs' Unopposed Motion for Leave to File a Supplemental Complaint, the attachments thereto, and the record in this matter, the Court finds that just terms exist for the Complaint to be supplemented under Federal Rule of Civil Procedure 15(d) without delay. Therefore, it is hereby:

(1) **ORDERED** that Plaintiffs' Motion for Leave to File a Supplemental Complaint is **GRANTED**; it is further

(2) **ORDERED** that the Exhibit 1 to Plaintiffs' Motion for Leave to File a Supplemental Complaint shall be docketed as the Democratic Party Plaintiffs' operative complaint;

**SO ORDERED**.

Dated: ________________

______________________
Hon. Carl J. Nichols
United States District Judge