**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**DECLARATION OF LALITHA D. MADDURI IN SUPPORT OF DEMOCRATIC PARTY PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

1. I am over the age of 18 and competent to make this declaration. I am an attorney admitted to practice law in the District of Columbia. I am a partner at the law firm of Elias Law Group LLP, and I represent Plaintiffs the Democratic Senatorial Campaign Committee ("DSCC"), the Democratic Congressional Campaign Committee ("DCCC"), the Democratic National Committee ("DNC"), the Democratic Governors Association ("DGA"), and the Democratic leaders of the U.S. Senate and U.S. House of Representatives, Charles E. Schumer and Hakeem S. Jeffries, respectively (collectively, the "Democratic Party Plaintiffs") in this action.

2. I respectfully submit this declaration in support of the Democratic Party Plaintiffs' motion for a preliminary injunction in the above captioned matter. I submit this declaration to provide the Court with true and correct copies of certain documents in connection with the motion.

3. In compliance with this Court's local rules, the Democratic Party Plaintiffs will also provide an index of exhibits.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the U.S. Postal Service's *Ballot Mail for Federal Elections* (Aug. 21, 2026) ("Ballot Mail Rule").

5. Attached hereto as **Exhibit 2** is a true and correct copy of the August 25, 2026, Declaration of Lillie Snyder Boss ("Snyder Decl.").

6. Attached hereto as **Exhibit 3** is a true and correct copy of the August 24, 2026, Declaration of Caitlin Remmel ("Remmel Decl.").

7. Attached hereto as **Exhibit 4** is a true and correct copy of the August 25, 2026, Declaration of Liberty Schneider ("Schneider Decl.").

8. Attached hereto as **Exhibit 5** is a true and correct copy of the August 25, 2026, Declaration of Jillian Edelman ("Edelman Decl.")

9. Attached hereto as **Exhibit 6** is a true and correct copy of the August 25, 2026,

Declaration of Hakeem S. Jeffries ("Jeffries Decl.").

10. Attached hereto as **Exhibit 7** is a true and correct copy of the August 24, 2026, Declaration of Charles E. Schumer ("Schumer Decl.").

11. Attached hereto as **Exhibit 8** is a true and correct copy of Pew Rsch. Ctr., *Voters' and Nonvoters' Experiences with the 2024 Election* (Dec. 4, 2024), available at https://perma.cc/BXR3-L2GJ.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026 in Washington, DC,

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri
(DC 1659412)