**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**DEMOCRATIC PARTY PLAINTIFFS' INDEX OF EXHIBITS**

| Exhibit Number | Document Title |
|---|---|
| 1 | U.S. Postal Service, *Ballot Mail for Federal Elections* (Aug. 21, 2026) (Final Rule) |
| 2 | Declaration of Lillie Snyder Boss (Aug. 25, 2026) |
| 3 | Declaration of Caitlin Remmel (Aug. 24, 2026) |
| 4 | Declaration of Liberty Schneider (Aug. 25, 2026) |
| 5 | Declaration of Jillian Edelman (Aug. 25, 2026) |
| 6 | Declaration of Hakeem S. Jeffries (Aug. 25, 2026) |
| 7 | Declaration of Charles E. Schumer (Aug. 24, 2026) |
| 8 | Pew Research Center, *Voters' and Nonvoters' Experiences with the 2024 Election* (Dec. 4, 2024), https://perma.cc/BXR3-L2GJ. |

Dated: August 25, 2026

Respectfully submitted,

/s/ Lalitha D. Madduri

**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
Lalitha D. Madduri (DC 1659412)
Jacob D. Shelly (DC 90010127)
Max Accardi (DC 90021259)
Kevin R. Kowalewski (DC 90045467)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
eliasm@elias.law
lmadduri@elias.law
jshelly@elias.law
maccardi@elias.law
kkowalewski@elias.law

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (202) 948-1135
tbishop@elias.law

*Counsel for Plaintiffs DSCC, DCCC, Democratic National Committee, Democratic Governors Association, Senate Minority Leader Schumer, and House Minority Leader Jeffries*