# Exhibit 4

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01114 |

**DECLARATION OF LIBERTY SCHNEIDER**

I, Liberty Schneider, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Deputy Executive Director at the Democratic National Committee, or the "DNC." Before I was promoted to my current role, I served as the DNC's Chief of Staff.

3. In my role as Deputy Executive Director, I oversee many of the DNC's program teams, including voter protection, organizing, training, political strategy, and coalitions. In my previous role as Chief of Staff, I was also heavily involved in programming, committee-wide initiatives, and the DNC's day-to-day operations.

4. The DNC is the Democratic Party's national committee and is dedicated to electing Democratic candidates at the national, State, and local levels. In support of its mission, the DNC encourages and assists Democratic Party members and supporters in successfully casting ballots and fights to preserve the legal rights of its members and voters.

5. The DNC has approximately 450 formal members nationwide, including State

Party leaders, elected officials, and Democratic voters. These formal members come from all 50 States, Washington, D.C., and the five U.S. territories. In fact, 200 of the DNC's formal members are elected to their positions with the DNC specifically to represent those jurisdictions across the country.

6. The DNC also considers any registered Democrat to be a member of the DNC and the Democratic Party, because Democratic voters influence and ultimately determine the DNC's strategic and political direction by electing DNC members and Democratic candidates to local, State, and federal offices.

7. Both the DNC itself and DNC members who are candidates for office have an interest in a fair and lawful electoral process for its members' campaigns. Even if these DNC candidate members succeed in their campaigns, the DNC and its candidate members are harmed by unlawful election rules, as they deprive the DNC and its candidate members of a fair process and an accurate result.

8. The DNC is actively preparing, budgeting, strategizing, and executing its plans for the 2026 midterm election cycle, which is already underway, in all 50 States, Washington D.C., and the five U.S. territories.

## I. **The Postal Service's New Restrictions on Voting by Mail**

9. On March 31, 2026, President Trump signed Executive Order 14399, titled "*Ensuring Citizenship Verification and Integrity in Federal Elections*" ("E.O." or "Order"). Section 3(b) of the Order purports to give USPS ultimate control over which voters may receive and return a mail ballot via the U.S. mail—an extraordinary and unprecedented attempt by the President to insert the federal government into American elections.

10. On August 21, 2026, as commanded by the E.O., USPS issued a final rule

implementing Section 3(b), titled *Ballot Mail for Federal Elections* (the "Ballot Mail Rule").

11. Section 3(b) of the Order and the Ballot Mail Rule inflict severe and immediate harm on the DNC, DNC members who are candidates for office, and all DNC members who vote by mail. Because they erect unlawful barriers to the ability of lawful voters to successfully cast a mail ballot, they significantly interfere with DNC's planning and programming for Democratic campaigns, particularly its voter assistance and mobilization initiatives. And they force the DNC and its candidate members to compete on an unlawfully structured playing field and damage those candidate members' electoral prospects.

12. The Ballot Mail Rule significantly changes the rules governing transmission of mail-in and absentee ballots.

13. First, the Ballot Mail Rule requires that States design all mail-in ballot envelopes to meet several new standards, including having new USPS-mandated "Intelligent Mail barcodes" ("IMb") on both outbound and return envelopes.

14. Second, the Ballot Mail Rule requires that, before USPS will transmit a ballot for any voter, the voter must be enrolled on USPS's Mail-In and Absentee Participation List. To enroll each voter, a State must enter each voter's personal information on a USPS website, including IMbs for the outgoing and return ballot envelopes for each voter. USPS will not accept ballot mail intended for voters who are not enrolled on its list or whose ballots do not pass USPS's verification processes. Voters, campaigns, or political parties will not be able to check that a voter is enrolled with the USPS, nor can they enroll an omitted voter; only States can do that.

15. Third, USPS will only deliver ballots from voters if those voters return their mail ballots in a USPS-mandated outer envelope that complies with the Ballot Mail Rule.

16. Under the Ballot Mail Rule, no one outside USPS—including DNC, DNC's candidate members and their campaigns, DNC members, and all other voters—will be able to check that a voter is enrolled on USPS's list. In other words, a voter may not even be aware that USPS is refusing to deliver their ballot. Only States can add a voter to the list, but even the States cannot see USPS's list to confirm it is accurate until on or around, or even *after,* election day, when it is too late to make corrections or ensure voters can cast mail ballots.

17. The Ballot Mail Rule will lead to significant disruptions in the transmission of mail ballots and inevitably disenfranchise voters. Any attempt to implement these restrictions for the very first time, with just days before mail ballots are set to start being sent out on September 4, will lead to widespread delays and errors. Because of these delays, even voters who are properly enrolled on USPS's list may receive their ballots late and those voters, in turn, may be unable to return their ballots in time for them to arrive to local election officials to be counted—resulting in their disenfranchisement. There are *already* widespread and worsening delays from ongoing USPS changes to its mail delivery and postmark practices, causing election officials in some States to urge voters to mail their ballots up to two weeks before election day. At worst, USPS will be unable to meet the Ballot Mail Rule's new, onerous obligations, preventing millions of mail voters from receiving their ballots altogether—a risk that is even greater in States that conduct their elections primarily by mail.

18. When ballots are rejected by USPS for transmission, voters face an even higher risk of disenfranchisement. At the very least, when USPS rejects a ballot for transmission, State and local election officials must scramble to correct any purported errors. This process will not be

simple. At a minimum, State and local officials will have to (1) be informed by USPS of rejections, (2) quickly review each individual ballot mail piece to confirm whether USPS correctly identified that the individual being sent the ballot does not appear on the USPS list, (3) identify any other reason that could have caused USPS to reject the ballot, and (4) make a new submission to the USPS portal, which may require States to print ballot envelopes with new unique IMBs. They will then again have to provide the ballots to USPS, only to start the process all over again with no guarantee that USPS will accept and transmit the ballot. These steps will considerably delay delivery of the ballots, inevitably leading to voters not timely receiving their ballots and being disenfranchised.

19. In addition, the DNC knows election officials are executing an array of tasks and responsibilities to ensure elections proceed smoothly and voters are able to cast their ballots. The Ballot Mail Rule will make election officials' jobs much more difficult; compliance with such a novel and complex process will require time and resources that these officials do not have, and implementation days before ballots start to go out is a recipe for disaster. Although USPS acknowledges that the Ballot Mail Rule will require election officials to spend *hours* at USPS locations while outbound ballot mail is verified for acceptance, that figure is likely a significant underestimate. By USPS's own projections, the time that States will need to complete the verification process will be exponentially longer.

20. For example, California is home to several competitive races this year. It sends mail ballots to each of its approximately 23,155,000 registered voters. USPS asserts that each individual piece of ballot mail will take "less than a minute" to verify. Even assuming that it will ultimately take half that time—30 seconds—to scan and verify each ballot for compliance with USPS's list, it would take roughly *192,000 hours*, or *8,000 days'* worth of time to complete the verification

process for the ballot mail in just that one State. There are not even that many days between now and Election Day, making this completely impossible. And, this process obviously imposes an enormous burden on election officials—and will delay the mailing of ballots. Even in States that send out fewer mail ballots, the burdens will still be severe, and come at a time when the States, campaigns, party committees, and voters have extremely little bandwidth to determine how to successfully bear them. This issue will be the case in every State across the country where DNC is supporting candidates.

21. Because voters (and DNC and its candidate members) cannot check whether voters are on USPS's list, voters might be unaware that their mail ballots are delayed or cancelled until it is too late to make plans to vote in person. Indeed, many voters depend on mail ballots—whether due to disabilities or health conditions, being away from home for school, work, or service, or any other number of reasons—and if their ballots are too delayed or canceled, they will not be able to vote at all. The burdens will be especially severe in States like California, where elections are primarily conducted by mail.

22. Even election officials will not receive their State's list until on or around, or even *after*, election day—meaning that for the entire period during which election officials will be attempting to send mail ballots to voters, they cannot know whether USPS's list accurately reflects State submissions to the Portal. And once received, the List at best repeats the same information a State already submitted through the Portal, and if it is inaccurate, it will be too late for a State to make corrections or enable its voters to cast mail ballots.

23. In short, President Trump's mandate as imposed by USPS in the Ballot Mail Rule imposes significant changes to mail balloting, including new rules for who can ultimately receive a ballot through the U.S. mail and restrictions on how to return ballots. The Ballot Mail Rule will

make it harder for voters, including DNC members, to vote—and it will almost certainly disenfranchise some voters and DNC members altogether. Accordingly, the E.O. and the Ballot Mail Rule inflict direct and severe injuries to DNC, DNC's candidate members, DNC's members who vote by mail, and millions of other voters who vote by mail. These are not hypothetical concerns: because of the E.O. and the Ballot Mail Rule, DNC and its members are *currently* being harmed by the ordered instability and uncertainty of the electoral field.

24. The DNC is heavily focused on encouraging its members to vote, including by mail, and making sure they have the knowledge and resources to do so successfully. Particularly since the pandemic, the DNC has expended significant resources to encourage voters to vote by mail. Voting by mail is often the least burdensome or most accessible way for voters to participate, and for some voters, it is the *only* way to vote. And in many States, elections are primarily conducted by mail. Accordingly, millions of DNC members have relied on voting by mail in past elections and will do so again in the 2026 election.

25. Additionally, in the last several election cycles, Democratic voters have been more likely to vote by mail than Republican voters, and the DNC expects that trend to continue. The Ballot Mail Rule's impact will therefore not fall evenly across the electorate, putting the DNC at a competitive disadvantage to the RNC. For the same reason, the Ballot Mail Rule means DNC's candidate members suffer a competitive disadvantage compared to Republican candidates. Many of DNC's members are competing in extremely competitive elections that are likely to be decided by a small number of votes, and because the Ballot Mail Rule is all but certain to leave some Democratic voters unable to vote by mail altogether, it could be decisive in some of these races.

26. In light of the Ballot Mail Rule's interference with mail voting, the DNC is forced to re-evaluate the extent to which it should promote its mail balloting programs. And these

adjustments come well into the electoral cycle, just *days* before voting for the 2026 general election begins, undermining and prejudicing the DNC's ability to make concrete strategic plans and implement them effectively. In fact, DNC is forced to revise plans that it is already executing, and in some cases, DNC will not have the time to complete revisions. Changes to programming at this stage also requires taking resources, both time and money, from other much needed programs. The resulting fallout directly impacts DNC's core operations at the most fundamental level.

27. By adding new burdens to voting by mail, the Ballot Mail Rule also imperils DNC's efforts to ensure that voters can cast their mail ballots and have them counted. Each federal election cycle, the DNC invests millions of dollars to help Democrats win elections, including through voter outreach programs. DNC has already made significant decisions on how to allocate funds for the 2026 elections. Many of these programs are already planned and will soon be underway. Specifically, in partnership with Democratic campaigns and other Democratic party committees, the DNC has dedicated significant staff time, resources, and financial investments to developing comprehensive mail voting programs that encompass voter education, voter assistance, and ballot-cure programs to ensure its members successfully vote by mail. The DNC also funds programs that identify and contact mail voters who have not yet returned their ballot as election day approaches to encourage them to do so. These programs are based upon the expectation that voters who are eligible to vote by mail under their respective States' laws and wish to do so will in fact be able to use the U.S. mail to receive and send a mail ballot and have that ballot counted.

28. The Ballot Mail Rule requires both significant changes to already planned programs and investments, and it makes existing investments in mail ballot assistance programs less effective. As just one example, the DNC operates iwillvote.com, a website for voters in all 50 States plus the District of Columbia that helps voters navigate the voting process in their respective

State. The DNC has already put significant investments into iwillvote.com for the 2026 election cycle to explain each State's specific rules for mail voting. In response to the Ballot Mail Rule, however, the DNC must reconfigure iwillvote.com to account for the drastic changes to vote by mail, and adjust these changes State-by-State. The DNC will need to emphasize the new return envelope requirements imposed by the Ballot Mail Rule, as voters will find that USPS refuses to transit their ballot if they do not comply.

29. The DNC anticipates that it will also need to develop *new* initiatives in response to the Ballot Mail Rule to attempt to ameliorate its harmful effects. That includes programs that ensure voters comply with the Ballot Mail Rule's new requirements for returning their ballots via USPS. The unprecedented requirements imposed by USPS will require significant new messaging and communication efforts to ensure voters know that they must and do in fact use the proper envelopes to return their ballots. Some voters will inevitably misplace those outer envelopes, and DNC will also need to invest in efforts to instruct and assist voters with obtaining USPS-compliant replacements. As with DNC's other investments, these efforts and programs must be tailored to each State. These new investments to ensure that DNC's voters are not disenfranchised would be entirely unnecessary without the Ballot Mail Rule.

30. The Ballot Mail Rule's return envelope requirements also imperil DNC's ballot curing programs. States have requirements for how a voter should return their ballot, including specific and detailed instructions on which envelopes a voter must include and how a ballot should be enclosed in one or more envelopes. DNC invests in programming that identifies and assists voters who need to "cure" mail ballots that did not initially comply with these State instructions. The new return envelope requirement imposed by the Ballot Mail Rule will significantly disrupt the curing process by adding new requirements that will interact differently with different State

ballot return policies. The ballot curing programs DNC invests in, in turn, will need to be significantly revised to address USPS's new requirements.

31. Additional new DNC-funded initiatives will be directed towards ameliorating the inevitable confusion and disenfranchisement that the Ballot Mail Rule will cause voters. Enrollment with the USPS has never been a part of the mail voting process, and neither has the new USPS return envelope requirement. Teaching voters about the enrollment process, return envelope requirement, and how to account for delays in ballot delivery will be a significant and resource-intensive challenge—and so will working to ensure that voters comply and that these requirements do not prevent voters from voting entirely. Relatedly, because the Ballot Mail Rule does not actually allow voters to enroll themselves or check whether they are "enrolled" in USPS's "Mail-In and Absentee Participation List," DNC will need to invest in ensuring voters try to determine whether they are enrolled, including through communication with local elections officials across States to determine whether those States entered voter information into the USPS portal (although as discussed above, even these States still cannot be sure whether USPS's List accurately matches the information entered into the Portal). And despite the DNC's best efforts, some voters will be confused, discouraged from voting by mail, and ultimately will not cast a ballot at all.

32. Adding to the confusion—and the resources that DNC will be forced to spend address it—is the fact that the Ballot Mail Rule does not apply to primary elections. Voters in upcoming primary elections will wonder whether the Ballot Mail Rule applies to their primary mail ballots and may decide not to cast a ballot due to this uncertainty. With general elections following soon after primaries, voters who cast mail ballots just weeks or even days prior will suffer the whiplash of the Ballot Mail Rule's brand-new requirements for voting. And while the

Ballot Mail Rule excludes UOCAVA voters, it will undoubtedly confuse these voters, including members of the military, their families, and other voters who live abroad. DNC must consider *all* of these additional complications in devising new strategies and messaging for voters.

33. The DNC will also be forced to invest in programs to assist voters in how to vote if they are not able to vote by mail via USPS. Because these voters may be accustomed to the vote by mail process, and in some cases may have *only* ever voted by mail, these programs will require new messaging and communication strategies to ensure that these voters are able to vote in person—including informing them about the hours that their polling place will be open, where it is located, any documentation they need to bring, and how the voting process will work once they are at the polling site.

34. Relatedly, because of the Ballot Mail Rule, the DNC will also need to revise its current planned voter protection efforts. The DNC's voter protection team has already prepared to answer questions about the voting process as it existed prior to the E.O. and Ballot Mail Rule, including how to vote by mail. In response to the Ballot Mail Rule, however, the DNC must revamp its voter protection program, including increasing staff time and volunteers dedicated to voters who need to or prefer to cast their ballot by mail, and resources for voters forced to vote in person as a result of the Ballot Mail Rule, and that team's focus will have to shift away from existing work. The additional resources the DNC will need to dedicate to its voter protection team as a result of the Ballot Mail Rule will come from staff and volunteers who would otherwise be working to turn voters out to the polls and monitoring polling place operations.

35. The resources the DNC has to elect Democratic candidates are finite in any given election cycle, including for the 2026 elections. Resources that must be diverted to responding to eleventh-hour changes imposed by the Ballot Mail Rule necessarily come at the cost of other of

the DNC's mission-critical planned activities and expenditures. DNC formulated its approximate budget for the year based on the rules prior to the Ballot Mail Rule, and so it did not anticipate extensive new programs nor the need to substantially revise existing programs to respond to the Rule. With the Ballot Mail Rule adopted, DNC will have to scale back or cut initiatives that the DNC currently has planned for voter persuasion and get out the vote efforts in order to ensure voters are not disenfranchised by the new restrictions to vote by mail.

36. Deploying resources to respond to Ballot Mail Rule at any point from now until election day will present a lost opportunity for the DNC. There are just over two months until election day—and just days before mail ballots will be sent to voters. Every day and every resource during this critical time that the DNC and its members, including candidates, must spend addressing the changes to mail balloting from the Ballot Mail Rule represents a lost opportunity for DNC and its candidate members to persuade voters and galvanize supporters that cannot be restored.

37. Lastly, Section 3(b) (as implemented in the Ballot Mail Rule) threatens the privacy rights of DNC members and Democratic voters more generally. DNC's members are highly offended by the USPS's efforts to gather data on every individual who votes by mail, including because it allows USPS to retain highly sensitive lists of those who exercised core political and civil rights. This data gathering effort puts voters' personal information in the hands of unauthorized federal agencies and deters voters from signing up to vote by mail or absentee and from casting ballots, which in turn threatens DNC's candidate members' ability to be elected and DNC's core mission of electing Democratic candidates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/25/2026

Liberty Schneider

Liberty Schneider, Deputy Executive Director
Democratic National Committee