# Exhibit 7

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01114 |

**DECLARATION OF CHARLES E. SCHUMER**

I, Charles E. Schumer, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the senior U.S. Senator from New York, the Senate Minority Leader, and the Leader of the Senate Democratic Caucus.

3. I have been elected to the U.S. Senate five times and was elected to the U.S. House of Representatives nine times prior to that. I am currently a candidate for U.S. Senate. I am also a citizen of the United States, a resident of the State of New York, and an individual voter in federal, State, and local elections.

4. As the Leader of the Senate Democratic Caucus, I am responsible for helping to elect Democratic Party candidates in U.S. Senate elections across the country. This responsibility is critical to the success of the Caucus and to the mission of the Democratic Party as a whole, as the Caucus's ability to influence the legislative agenda in the U.S. Senate depends on the size of its membership.

5. I play a direct role in helping to increase the size of the Caucus. In my role as Leader, I provide direct support to Democratic Senate campaigns, often in highly competitive battleground States, by helping to fundraise, weighing in on strategy and messaging, speaking at campaign events, and engaging in other important campaign work. I also work closely with DSCC throughout the entire election cycle to recruit new candidates, craft messaging, prioritize party investments, and develop strategies to elect Democratic Senate candidates.

6. On March 31, 2026, President Trump issued Executive Order 14399, titled "*Ensuring Citizenship Verification and Integrity in Federal Elections*" ("E.O." or "Order"), which, among other things, purports to direct the U.S. Postal Service to take control over which voters will be eligible to vote a mail ballot via the U.S. mail.

7. On August 21, 2026, USPS promulgated a final rule implementing Section 3(b) of the E.O., effective immediately, titled *Ballot Mail for Federal Elections* (the "Ballot Mail Rule").

8. Section 3(b) and the Ballot Mail Rule inflict severe and immediate harm on Democratic Senate candidates and the Democratic Caucus. They do so by erecting unlawful barriers to the ability of the voters to successfully vote and by interfering with planning and programming for Democratic Senate campaigns and forcing Democratic Senate campaigns to readjust their plans, programming, and expenditures.

9. Even for Senate Democratic campaigns who ultimately succeed in their campaigns despite the impediments and burdens imposed by the E.O. and the Ballot Mail Rule, Senate candidates and their campaigns are presently harmed by the President's attempt to impose unlawful rules on the elections process because it deprives candidates of a fair process and an accurate result. Because of the impediments and burdens imposed by the E.O. and the Ballot Mail Rule, my my ability to carry out my responsibilities as Leader is also impeded. Finally, the Ballot Mail Rule

also tramples on well-established privacy rights that I and other Americans deeply cherish.

## I. The Postal Service's New Restrictions on Voting by Mail

10. Democratic candidates for U.S. Senate are currently harmed by President Trump's mandate, implemented in the U.S. Postal Service's Ballot Mail Rule, that the U.S. Postal Service not transmit a mail ballot for any voter who is not enrolled on the U.S. Postal Service's "Mail-In and Absentee Participation List." The Ballot Mail Rule imposes new requirements to cast a mail ballot and is sure to harm qualified voters—including members of the military, their families, voters living overseas, voters with disabilities, and countless others—who rely on voting by mail.

11. For the past several years, Democrats have increasingly encouraged voters to vote by mail, because that method is often the least burdensome or most accessible way for voters to participate. As a result, in many States, a greater share of voters who vote by mail are Democrats, including in New York. The Ballot Mail Rule stands to disenfranchise mail voters when the U.S. Postal Service unilaterally decides the voter's ballot does not comply and refuses to transmit it, and will significantly disrupt the plans—and in some cases, the ability to vote at all—of millions of Americans who expect to vote by mail this year and beyond. The impact will fall particularly hard on voters in States where elections are conducted primarily by mail, including Oregon and Colorado, which have U.S. Senate elections this year.

12. The Ballot Mail Rule, like the President's prior efforts to unilaterally rewrite federal and State election law and exert control over the administration of U.S. elections, appears designed to benefit the President's political party at the Democratic Party's expense. Indeed, it is clear not only from President Trump's years-long attack on mail voting but also his recent public statements that a significant motivation for the E.O. and the Ballot Mail Rule is to harm his political opponents and attempt to solidify the Republican Party's power, regardless of the will of the voters.

Permitting the U.S. Postal Service—and the other federal officials who are directed by the Order to implement the new changes—to carry out the E.O. through the Ballot Mail Rule would have a devasting impact not only on Democratic Senate campaigns but would also severely threaten Democratic voters' fundamental right to vote, significantly harming Democratic campaigns. For the same reason, it is more difficult for the Senate Democratic Caucus, which I lead, to work to elect candidates to serve in the Caucus.

13. In order to run effective campaigns, candidates need to know that the rules of the road are clear and lawful—and, this year, Senate candidates have already invested resources in their campaigns based on the existing rules set by States. The President's E.O. and the Ballot Mail Rule, which comes days before mail ballots will be sent out, undermines those investments. Moreover, because of the E.O. and the Ballot Mail Rule, Senate Democratic candidates and Senate Democrats as a whole—including myself as leader of the Caucus and my efforts to grow the Caucus through DSCC—are adversely affected by the ordered instability and uncertainty of the field on which we are competing.

14. The E.O.'s and Ballot Mail Rule's command that the U.S. Postal Service refuse to transmit mail ballots for those who are not enrolled on its "Mail-In and Absentee Participation List" also harms voter-members of the Democratic Party and other supporters, including those who live within New York State. Many of these voters rely upon the U.S. mail to deliver their ballot. These voters expect that their ballots will count if they comply with New York's laws. Changing the rules by transplanting authority from the States to the federal government to determine who ultimately receives a mail ballot confuses voters and makes it more likely that they will be disenfranchised. And doing this less than three months before election day creates even more confusion and chaos for these voters.

15. The Ballot Mail Rule is also likely to lead to widespread errors and disruption, as the U.S. Postal Service has no experience whatsoever in administering elections, including to do what the President has ordered and the Ballot Mail Rule requires. And there is no way for a voter or anyone outside of the U.S. Postal Service to check whether they appear on the Mail-in and Absentee Ballot Participation List, let alone make corrections. Election officials will not even receive the State's list back from the U.S. Postal Service until on or around election day or even *after*—when it is far too late to make corrections and send mail ballots to voters. There is also an independent and serious risk that major delays in transmitting mail ballots will disenfranchise voters. And voters who expect and depend on mail voting—e.g., because they are away from home on election day, unable to travel to a polling place due to advanced age or disabilities, or have schedules that do not permit in person voting—will be left without a way to vote.

16. Democratic Senate campaigns must respond to the Ballot Mail Rule by adjusting communication strategies, financial investments, and allocation of staff time. Democrats running for the Senate—and me, in my role as Leader of the Caucus and my efforts with DSCC—must devise new approaches to educate voters about the Ballot Mail Rule and ensure that they are not discouraged or otherwise disenfranchised from voting.

17. The Ballot Mail Rule threatens my own voting rights, too. As a voter in New York State, I am entitled to vote by mail for any reason, and I have previously voted by mail given my busy schedule. Under the Ballot Mail Rule, however, my ultimate ability to vote by mail will now be decided by the federal government, not New York State, despite the fact that the State has already determined that I am eligible to vote by mail. The Ballot Mail Rule means I may not be able to cast a mail ballot if I wanted to, if the U.S. Postal Service decides not to transmit my mail ballot to me or from me, including because if I do not return it in an envelope that satisfies the

Ballot Mail Rule's requirements. Even if the U.S. Postal Service ultimately transmits my ballot, operational delays from the Ballot Mail Rule may mean that it will not arrive in time for me to return it for counting. The same risks of U.S. Postal Service chaos and operational delays mean that even a mail ballot I return in a timely manner may not arrive in time to my local election officials to be counted. The same is true for Democratic supporters across the country.

18. Finally, I have significant privacy concerns about the collection of information pursuant to Section 3(b) and the Ballot Mail Rule. The Postal Service has no authority to compile the personal data of every individual who votes by mail, and the knowledge that the federal government is collecting this sensitive information could have chilling effects on voter participation and other First Amendment activities. This unauthorized compilation and sharing of information is highly offensive to me, and many other members of the Democratic Party. As the former Chief Data Officer at SSA has informed Congress, disclosures of information from federal databases can be catastrophic when it gets into the wrong hands. That is why the Privacy Act requires strict adherence to its procedural safeguards, and why agencies are required to ensure that all uses of such records are lawful and accurate. The collection of personal data by the U.S. Postal Service pursuant to the Ballot Mail Rule creates the risk that this sensitive information—including voters' names, addresses, and that those voters may be voting by mail—is ultimately misused.

19. In sum, by restructuring election rules in a manner that benefits Republicans and significantly disadvantages Democrats, Section 3(b) of the E.O. and the Ballot Mail Rule both harm the electoral prospects of Democratic Senate candidates, and harm the ability of the Democratic Party to achieve one of its key electoral goals for 2026—regaining a majority in the Senate.

I declare under penalty of perjury that the foregoing is true and correct.

8/24/2026
Executed on: ______________________

Charles E. Schumer
______________________

**Charles E. Schumer**
**U.S. Senate Minority Leader**