# Exhibit 8

Civil Action No. 26-cv-1114 (CJN) (Lead case)

REPORT | DECEMBER 4, 2024

VOTERS BROADLY POSITIVE ABOUT HOW ELECTIONS WERE CONDUCTED, IN SHARP CONTRAST TO 2020

# 2. Voters' and nonvoters' experiences with the 2024 election

Add Us On Google

Table of Contents

Voters in the November 2024 election were about equally likely to vote in person on Election Day (34%), vote early in person (32%) or use an absentee or mail-in ballot (35%).

*Election Day voting*

**More voters cast ballots early in person than in previous elections**

*% who say they voted ...*




Note: Based on voters. No answer responses are not shown.
Source: Survey of U.S. adults conducted Nov. 12-17, 2024.

PEW RESEARCH CENTER

Roughly a third of voters (34%) report having cast their ballot on Election Day, a smaller share than the 44% of 2022 midterm voters who did this, but substantially more than the 27% who did so in 2020, in the midst of the coronavirus pandemic.

While the share of voters casting ballots in person on Election Day has steadily declined over the last two decades, it was the method used by a majority of voters until 2018.

*Early in-person voting*

Early in-person voting hit a high point this year: 32% of voters report having cast their ballots this way, up from 27% in 2020 and 21% in 2022.

*Absentee and mail-in voting*

The share who voted by absentee or mail-in ballot in this election is identical to the share of voters who voted by this method in the 2022 midterms. In 2020, 46% of voters voted by absentee or mail-in ballot.

**Republicans continue to be more likely than Democrats to vote on Election Day, less likely to vote by mail. But rising shares in both parties voted early in person.**

- 39% of Republican voters say they cast their vote in person on Election Day, compared with 28% of Democratic voters.
- In contrast, 44% of Democratic voters say they voted by mail or absentee, compared with 26% of Republican voters.
- 35% of Republican voters and 28% of Democratic voters report having voted early in person this year.

*Some voters switched vote methods this year*

An overwhelming majority of voters who had voted in elections prior to 2024 (87%) report having used a voting method that was familiar to them in this election. Yet about 13% used a new method of voting this November:

- 27% of early in-person voters say this was the first time they voted in person before Election Day.
- 9% of absentee or mail voters say this was their first time voting by absentee or mail-in ballot.
- 2% of voters who voted in person on Election Day say this was their first time doing so.

## Most voters say it was easy to vote in the election



An overwhelming majority of voters (94%) say it was easy to vote in the election this November. About eight-in-ten (79%) describe voting as very easy, while 15% say it was somewhat easy. Just 6% of voters say voting was somewhat (5%) or very (2%) difficult.

Similar shares of voters who backed Donald Trump (95%) and Kamala Harris (93%) say that voting was easy. In 2020, 93% of Trump voters and 95% of Joe Biden voters said it was easy for them to cast their ballots.

## Most in-person voters had little or no wait to vote

## Urban and suburban voters report somewhat longer wait times than rural voters in 2024 election

*% of **in-person voters** who say they waited in line to vote ...*




* Estimates for Asian voters are representative of English speakers only. Relatively low sample size for Asian voters who voted in person (N=141, margin of error +/- 10.8 percentage points at 95% confidence).
Note: Based on voters who reported voting in person. White, Black and Asian voters include those who report being only one race and are not Hispanic. Hispanic voters are of any race. No answer responses are not shown.
Source: Survey of U.S. adults conducted Nov. 12-17, 2024.

**PEW RESEARCH CENTER**

Roughly seven-in-ten voters who voted in person (72%) – either on Election Day or earlier – say they waited less than 10 minutes to vote, including 42% who report not waiting at all.

About three-in-ten in-person voters (28%) waited at least 10 minutes to vote, including 11% who waited for more than 30 minutes and 4% who waited more than an hour.

Voters report shorter wait times this year [than in 2020](#).

### Wait times of demographic groups

*Race and ethnicity*

Black, White, Hispanic and Asian in-person voters report similar wait times this year. In 2020, Black in-person voters reported waiting somewhat longer to vote than White or Hispanic in-person voters.

*Age*

Older and younger in-person voters reported similar wait times to cast their ballots.

*Community type*

As was the case four years ago, urban and suburban in-person voters had to wait somewhat longer to vote on average than in-person voters living in rural communities. Urban and suburban in-person voters are each about 10 percentage points more likely than those in rural areas to have waited more than 10 minutes.

*Vote method*

Those who voted in person before Election Day waited somewhat longer than those who voted on Election Day: 33% of early in-person voters waited more than 10 minutes, compared with 24% of Election Day in-person voters.

*Candidate preference*

In-person voters who backed Trump and those who backed Harris report nearly identical wait times. By contrast, in 2020 in-person Biden voters reported waiting longer to vote than Trump voters.

## Nonvoters' views of the election

**A majority of nonvoters do not wish they had voted in 2024 presidential election**

*% of nonvoting citizens who ...*




Note: Based on U.S. citizens who say they did not vote. No answer responses are not shown.
Source: Survey of U.S. adults conducted Nov. 12-17, 2024.

**PEW RESEARCH CENTER**

Among those eligible to vote who say they *did not* cast a ballot, 42% say they wish they had voted while 57% say they do not.

These shares are similar to other recent presidential elections: 45% of nonvoters said they wished they had voted following the 2020 election, and 44% said this postelection in 2016.

Nonvoters point to a number of reasons for their decisions not to vote:

**Many nonvoters in 2024 say they don't like politics or didn't think their vote would make a difference**

*% of nonvoting citizens who say each of the following was ____ why they did not vote*




Note: Based on U.S. citizens who say they did not vote. No answer responses are not shown.
Source: Survey of U.S. adults conducted Nov. 12-17, 2024.

**PEW RESEARCH CENTER**

- 35% say thinking their vote would not make a difference was a major reason why they did not vote.
- 31% say that not liking politics was a major reason.
- 18% say it was that they are not registered or not eligible to vote.
- 17% say a major reason was that they did not care about the outcome.
- 15% say voting was inconvenient.
- 8% say a major reason was they forgot to vote.

Next: Voters' reflections on the 2024 campaign

← PREV PAGE NEXT PAGE →

1 2 3 4 5 6

Report PDF

Topline

- Questionnaire
- American Trends Panel Wave 159


## Sign up for our weekly newsletter

Fresh data delivered Saturday mornings

Email Address

Sign up


Topics Election 2024, Election System & Voting Process

SHARE THIS LINK: https://www.pewresearch.org/?p=195094

## Related




FEATURE | JUN 26, 2025

### How Changes in Turnout and Vote Choice Powered Trump's Victory in 2024



REPORT | JUN 26, 2025

### Behind Trump's 2024 Victory, a More Racially and Ethnically Diverse Voter Coalition




REPORT | OCT 24, 2024

### Harris, Trump Voters Differ Over Election Security, Vote Counts and Hacking Concerns

REPORT | OCT 10, 2024




Most Voters Say Harris Will Concede – and Trump Won't – If Defeated in the Election




REPORT | SEP 25, 2024

How Voters Expect Harris' and Trump's Policies to Affect Different Groups in Society

## Most Popular

1 Quiz: Political Typology 2026

2 How Much of the Internet Is Written With AI?

3 Second Trump administration has ended Temporary Protected Status for most immigrants who had it

4 Young adults in the U.S. are increasingly wary of AI, concerned it will take jobs

5 Public opinion of India is mixed across 36 countries

Pew Research Center

901 E St. NW, Suite 300
Washington, DC 20004
USA
(+1) 202-419-4300

**RESEARCH TOPICS**

Politics & Policy

International Affairs

Family & Relationships

Economy & Work

**FOLLOW US**

Email Newsletters

YouTube

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan, nonadvocacy fact tank that informs the public about the issues, attitudes and trends shaping the world. It does not take policy positions. The Center conducts public opinion polling, demographic research, computational social science research and other data-driven research. Pew Research Center is a subsidiary of The Pew Charitable Trusts, its primary funder.

© 2026 Pew Research Center