**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 26, 2026, Minute Order, the Parties have met and conferred via email and submit this Joint Status Report. As the Court is aware, Democratic Party Plaintiffs filed a Renewed Motion for Preliminary Injunction on August 25, 2026. LULAC Plaintiffs and NAACP Plaintiffs also intend to file motions for preliminary injunction.

**Positions Shared by All Parties**

- All Parties agree that Defendants and Defendant-Intervenors may file consolidated oppositions to all of Plaintiffs' motions for preliminary injunction. Defendants' opposition brief will not exceed 75 pages. Defendant-Intervenors' opposition brief will not exceed 55 pages.

**Position of the Democratic Party Plaintiffs**

- Democratic Party Plaintiffs propose the following schedule, *see* ECF No. 163 at 3:
    - August 31, 2026: Defendants and Intervenor-Defendants file oppositions to any motions for preliminary injunction;
    - September 3, 2026: Plaintiffs file replies in support of motion for preliminary injunction;
    - September 4, 2026, or as soon thereafter as the Court can accommodate: hearing on motions for preliminary injunction, to the extent the Court would find a hearing helpful.
- The schedule proposed by Democratic Party Plaintiffs reflects the need for relief as close to September 4, 2026, as possible when North Carolina is set to begin distributing mail ballots. DSCC, DCCC, and DNC are each supporting candidates in North Carolina this cycle, and they and their member candidates and voters will be irreparably injured if North Carolina voters face confusion or obstacles due to the Ballot Mail Rule.
- Democratic Party Plaintiffs' proposed schedule is further warranted given the irreparable and ongoing harm to Democratic Party Plaintiffs, as detailed in their Renewed Motion for Preliminary Injunction and accompanying memorandum and supporting exhibits, and the imminence of the 2026 general election. *See also DSCC*, 2026 WL 2168617, at *1 (D.C. Cir. July 28, 2026) ("If the defendant agencies take steps to implement the Executive Order in a manner that violates federal law or the Constitution, Plaintiffs can promptly seek relief, which the district court and this court can decide in as expeditious a manner as circumstances require.").
- However, if the Court declines to enter their proposed schedule, Democratic Party Plaintiffs request the schedule proposed by LULAC and NAACP Plaintiffs.
- Democratic Party Plaintiffs would agree to a longer briefing schedule and later hearing date if Defendants agree to the entry of a TRO against the Ballot Mail Rule's effectiveness date of August 21, 2026, until the Court rules on Democratic Party Plaintiffs' motion for preliminary injunction. Democratic Party Plaintiffs otherwise oppose the schedule proposed by Defendants for the reasons above.

**Position of the LULAC and NAACP Plaintiffs**

- LULAC Plaintiffs and NAACP Plaintiffs each plan to file a motion for preliminary injunction by August 28, 2026. We propose a September 1 deadline for Defendants and Defendant-Intervenors Oppositions, and September 3 for our reply, with a hearing to be held on September 4 should the Court find it useful.

- LULAC Plaintiffs (joined by NAACP Plaintiffs) proposed that if Defendants seek a longer timeline, they consent to entry of a TRO as to now-published Final Rule's effective date of August 21, 2026. Defendants rejected that proposal notwithstanding the fact that in North Carolina, ballots will begin to be mailed as of September 4, 2026. As such, time is of the essence.

- In light of the publication of the Final Rule with an August 21, 2026 effective date, counsel for LULAC inquired to Defendants on August 25, 2026, as to when the Federal Ballot Mail Portal would be become active. Counsel for Defendants did not provide a date in response. The imminence of future developments and the uncertainty to which LULAC Plaintiffs are currently being subjected further weighs in favor of the schedule requested by LULAC and NAACP Plaintiffs.

- LULAC Plaintiffs and NAACP Plaintiffs consent a consolidated opposition, not to exceed 75 pages, by the Federal Defendants.

**Position of Defendants and Defendant-Intervenors**

Defendants and Defendant-Intervenors are willing to agree to an expeditious schedule for resolution of this matter, though respectfully submit that the dates proposed by Plaintiffs are unnecessarily fast. Among other reasons, counsel for Defendants and Defendant-Intervenors will also be responsible for TRO and preliminary-injunction briefing (including oral argument, requiring travel) in two related matters in the District of Massachusetts at the same time. *See California v. USPS*, No. No. 1:26-cv-13917 (D. Mass.); *League of Women Voters of Mass. v. Trump*, Case No. 1:26-cv-11549 (D. Mass.). Accordingly, Defendants and Defendant-Intervenors propose the following schedule:

- **On or before August 28**: Plaintiffs' TRO/PI motions
- **On or before September 4:** Defendants' Combined Opposition Brief (not to exceed 75 pages) and Defendant-Intervenors' Combined Opposition brief (not to exceed 55 pages).
- **On or before September 8:** Plaintiffs' replies

Should the Court decide to order a faster schedule, however, like the *DSCC* Plaintiffs, Defendants and Defendant-Intervenors' second choice would be the schedule proposed by the *NAACP* and the *LULAC* Plaintiffs (not the schedule proposed by the *DSCC* Plaintiffs).

Defendants and Defendant-Intervenors understand that their requests to file consolidated briefs (of 75 pages and 55 pages, respectively) are unopposed.

Finally, should the Court decide to hold a hearing in this matter, Defendants and Defendant-Intervenors ask that the parties first be ordered to meet and confer to propose a mutually agreeable date and time (or several possible dates and times), in order to account for the need for travel by counsel and the schedule in the District of Massachusetts matters.

Dated: August 26, 2026

Respectfully submitted,

*/s/ Lalitha D. Madduri*

**ELIAS LAW GROUP**
Marc E. Elias (DC 442007)
Lalitha D. Madduri (DC 1659412)
Jacob D. Shelly (DC 90010217)
Max Accardi (DC 90021259)
Kevin R. Kowalewski (DC 90045467)
Washington, D.C. 20001
T: (202) 948-1135
eliasm@elias.law
lmadduri@elias.law
jshelly@elias.law
maccardi@elias.law
kkowalewski@elias.law

Tyler L. Bishop (DC 90014111)
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
T: (202) 948-1135
tbishop@elias.law

*Counsel for Plaintiffs DSCC, DCCC, Democratic National Committee, Democratic Governors Action, Senate Majority Leader Schumer, and House Minority Leader Jeffries*

*/s/ Norman L. Eisen*
Norman L. Eisen (DC Bar No. 435051)
Pooja Chaudhuri (DC Bar No. 888314523)
Sofia Fernandez Gold (DC Bar No. 90010196)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@democracydefenders.org
pooja@democracydefenders.org
sofia@democracydefenders.org

*/s/ Danielle Lang*
Danielle Lang (DC Bar No. 1500218)
Anna Baldwin (DC Bar No. 998713)
Sejal Jhaveri (NY Bar No. 5396304)
David Kronig (DC Bar No. 1030649)
Valencia Richardson (DC Bar No. 1739245)
Aseem Mulji (DC Bar No. 1724971)
Renata O'Donnell (DC Bar No. 1723929)
Benjamin Phillips (DC Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
dkronig@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
amulji@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association, City of Madison, Wisconsin, Travis County, Texas and Travis County Clerk, in her official capacity.*

Edward G. Caspar (Bar No. 1644168)
Robert N. Weiner (Bar No. 298133)
Jeffrey Blumberg (Bar No. 432928)
M. David Rollins-Boyd (Bar No. 90010714)
Catherine Meza (Bar No. 1045688)
Javon Davis (Bar No. 90017436)
Grace Thomas (Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
+1 202.662.8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommittee.org

*Counsel for Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.*

Kristen M. Clarke (Bar No. 973885)
Anthony P. Ashton (Bar No. MD25220)*
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (202) 463-2940
*Attorneys for NAACP*

*Counsel for Plaintiffs National Association for the Advancement of Colored People*

**Motion for Pro Hac Vice or Court Admission Forthcoming*

*/s/ John A. Freedman*
John A. Freedman (Bar No. 453075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
orion.denevers@arnoldporter.com
elisabeth.theodore@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com

Sydney Lopes (Bar No. 61389)*
ARNOLD & PORTER KAYE SCHOLER LLP
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101
sydney.lopes@arnoldporter.com

Deanna Kitamura (*pro hac vice*)
Kimberly Leung (*pro hac vice*)
ASIAN LAW CAUCUS
55 Columbus Ave.
San Francisco, CA 94111
Tel: (415) 896-1701
deannak@asianlawcaucus.org
kimberlyl.@asianlawcaucus.org

*Counsel for Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel (D.C. Bar. 995500)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III, DC Bar No. 90018764
*Solicitor General*
J. Michael Patton*
*Deputy Solicitor General*
Benjamin S. Gilberg*
*Deputy Solicitor General*
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov
Michael.Patton@ago.mo.gov
Benjamin.Gilberg@ago.mo.gov

*Counsel for Defendant-Intervenors*