AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DSCC, et al.
*Plaintiff*
v.
Trump, et al.
*Defendant*

Case No. 1:26-CV-1114, -1151

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
NAACP; COMMON CAUSE; COMMON CAUSE EDUCATION FUND; BLACK VOTERS MATTER FUND, INC.; BVM CAPACITY BUILDING INSTITUTE, INC. .

Date: 08/27/2026

/s/ Kimberly Wei Leung
*Attorney's signature*

Kimberly Wei Leung (IL. SBN: 6317533)
*Printed name and bar number*

Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
*Address*

kimberlyl@asianlawcaucus.org
*E-mail address*

(415) 896-1701
*Telephone number*

(415) 896-1702
*FAX number*