**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-01114-CJN

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

Plaintiffs,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

Defendants.

Case No. 1:26-cv-01132-CJN

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-01151-CJN

**NOTICE**

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

Yesterday evening, on August 28, 2026, the district court in two cases pending in the District of Massachusetts issued a temporary restraining order with respect to certain portions of the U.S. Postal Service Final Rule, *Ballot Mail for Federal Elections*, 91 Fed. Reg. 54,966 (Aug. 26, 2026), *available at* https://www.federalregister.gov/public-inspection/2026-17238/ballot-mail-for-federal-elections, with respect to elections occurring on or before November 3, 2026. *See League of Women Voters of Mass. v. Trump*, No. 1:26-cv-11549-IT (D. Mass. Aug. 27, 2026) (ECF No. 218); *California v. USPS*, No. No. 1:26-cv-13917-IT (D. Mass. Aug. 27, 2026) (ECF No. 31). A copy of the order is attached.

Dated: August 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov