**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**LULAC[1] PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**

[1] Plaintiffs League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association, the City of Madison, Wisconsin, Travis County, Texas and Travis County Clerk, in her official capacity

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association, the City of Madison, Wisconsin, Travis County, Texas and Travis County Clerk, in her official capacity ("LULAC Plaintiffs") respectfully move for a preliminary injunction against Defendants United States Postal Service ("USPS"), Board of Governors of the USPS, Amber F. McReynolds (in her official capacity as Chair of the USPS Board of Governors), Derek T. Kan (in his official capacity as Vice Chairman of the USPS Board of Governors), Ronald A. Stroman (in his official capacity as Member of the USPS Board of Governors), Daniel M. Tangherlini (in his official capacity as Member of the USPS Board of Governors), David P. Steiner (in his official capacity as United States Postmaster General).

LULAC Plaintiffs respectfully move pursuant to Counts I-VII of their Supplemental Complaint to preliminarily enjoin the USPS Defendants from enforcing the challenged Final Rule with respect to the November 2026 election, see Ballot Mail for Federal Elections, 91 Fed. Reg. 54966 (Aug. 26, 2026) (to be codified at 39 C.F.R. pt. 111) ("Final Rule" or "Rule") and stay the August 21, 2026 effective date of the Rule pursuant to preliminary APA relief that Plaintiffs are entitled to under 5 U.S.C. § 705.

In support of their motion, Plaintiffs provide as follows:

1. On April 10, 2026, Plaintiffs filed a motion for a preliminary injunction in this matter, including a request for an order enjoining Defendants, their officers, agents, and employees from enforcing, complying with, or taking any further steps to implement Sections 2(a) and 3(b) of President Trump's March 31, 2026 Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," Exec. Order. No. 14399, 91 Fed. Reg. 17125 (Mar. 31, 2026). ECF No. 29.

2. Following a hearing, this Court denied Plaintiffs' motion. The Court held that Plaintiffs' request for relief would be ripe "if and when" USPS issues a final rule. *DSCC v. Trump*, No. 26-cv-01114 (CJN), 2026 WL 1487833, at *1 (D.D.C. May 28, 2026).

3. USPS issued its Final Rule on August 21, 2026, to take immediate effect and be codified at 39 C.F.R. Part 111. *See* Ballot Mail for Federal Elections, 91 Fed. Reg. 54966, 54966 (Aug. 26, 2026) (to be codified at 39 C.F.R. pt. 111) ("Final Rule" or "Rule") ("Effective August 21, 2026.").

4. Plaintiffs move to preliminarily enjoin Defendants, their officers, their employees, and their agents from giving effect to the Final Rule for the November 2026 Federal election, and to stay its effectiveness date of August 21, 2026, pursuant to 5 U.S.C. § 705.

5. Shortly before this motion, Plaintiffs moved to supplement their Complaint to add allegations and claims regarding the Final Rule. See ECF No. 164-1 ("Suppl. Compl.").

6. Plaintiffs move for preliminary injunctive, declaratory and/or stay relief on Counts I-VII of their Supplemental Complaint. *See* Suppl. Compl. ¶¶ 224-323.

7. As set forth in more detail their memorandum of points and authorities and the exhibits appended thereto, because LULAC Plaintiffs are likely to succeed on their claims that the Rule is unconstitutional, contrary to statute, and ultra vires; because the immediate effectiveness of the Rule will cause catastrophic breakdowns in election administration and impose severe burdens on election officials, civic participation organizations, and voters, large numbers of whom are likely to suffer disfranchisement; and because the public interest and the equities favor relief, this Court should enter preliminary relief enjoining enforcement of the Rule as to the November 2026 Federal election, and stay the effectiveness date of the Rule pursuant to 5 U.S.C. § 705.

8. No monetary security is required under Federal Rule of Civil Procedure 65(c), because Defendants will not suffer any harm as a result of a preliminary injunction as to the November 2026 election here. *See Nat'l Council of Nonprofits v. Off. of Mgmt. & Budget*, 775 F. Supp. 3d 100, 130 (D.D.C. 2025); *League of United Latin Am. Citizens v. Exec. Off. of the President*, 780 F. Supp. 3d 135, 225 (D.D.C. 2025).

9. Pursuant to Local Rule 65.1, Plaintiffs respectfully request that the Court expedite any hearing and the decision on this motion. Such expedition is warranted given the irreparable and ongoing harm to Plaintiffs, as detailed in the accompanying memorandum and Exhibits.

**STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(m)**

Local Rule 7(m) provides that, "[b]efore filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement." Loc. Civ. R. 7(m). Plaintiffs have conferred with Defendants about this Motion, and Defendants oppose the Motion.

Dated: August 28, 2026

Respectfully submitted,

/s/ Norman L. Eisen
Norman L. Eisen (DC Bar No. 435051)
Pooja Chaudhuri (DC Bar No. 888314523)
Sofia Fernandez Gold (DC Bar No. 90010196)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@democracydefenders.org
pooja@democracydefenders.org
sofia@democracydefenders.org

/s/ Danielle Lang
Danielle Lang (DC Bar No. 1500218)
Anna Baldwin (DC Bar No. 998713)
Sejal Jhaveri (NY Bar No. 5396304)
David Kronig (DC Bar No. 1030649)
Valencia Richardson (DC Bar No. 1739245)
Aseem Mulji (DC Bar No. 1724971)
Renata O'Donnell (DC Bar No. 1723929)
Benjamin Phillips (DC Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegalcenter.org

abaldwin@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
dkronig@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
amulji@campaignlegalcenter.org

rodonnell@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

*Counsel for Plaintiffs League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association, the City of Madison, Wisconsin, Travis County, Texas and Travis County Clerk, in her official capacity.*