**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Declaration of Tammy Patrick, CERA |
| Exhibit 2 | Declaration of Lydia McComas |
| Exhibit 3 | Declaration of Dyana Limon-Mercado |

| | |
|---|---|
| Exhibit 4 | Declaration of Juan Proaño |
| Exhibit 5 | Declaration of Sarah Streyder |
| Attachment A | July 1, 2026 Comment for Proposed Rulemaking on Ballot Mail for Federal Elections |
| Exhibit 6 | Declaration of Jessica Mendoza |
| Exhibit 7 | Declaration of Janessa Goldbeck |