# Exhibit 6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *also known as the* DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**SECOND DECLARATION OF JESSICA MENDOZA**

**EXECUTIVE DIRECTOR, ARIZONA STUDENTS' ASSOCIATION**

I, Jessica Mendoza, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and competent to give this declaration.

2. I am executive director of the Arizona Students' Association (ASA). As executive director, I am responsible for overseeing ASA's activities, including its legislative advocacy, and voter registration and education work.

3. ASA is a non-partisan, non-profit organization that represents over 180,000 university students and 400,000 community college students in Arizona. ASA employs six full-time staff members, as well as part-time campus organizers, and many student fellows.

4. All of ASA's work is in service of its mission to represent the interests of students in Arizona. A core part of that mission is ensuring that eligible students can vote so they can make their voices heard in local, state, and federal government. ASA registers thousands of students each year at voter registration drives on campus, classroom presentations, door-knocking activities, and through online registration.

5. In 2024, ASA registered about 3,500 students to vote at its voter registration drives, door-knocking, and other activities, which take place on all of the public university campuses in Arizona. In 2025, ASA registered about 1145 students to vote at these events. In 2026, ASA expects to register over 5,000 students to vote, with the vast majority of these registrations occurring in late summer and fall.

6. Every eligible voter in Arizona has the right to vote by mail.

7. When registering students to vote, ASA encourages students to select the "early voting" mail ballot option to receive their ballots in the mail. On average, over two thirds of the students ASA registers choose to request the "early voting" mail option which typically involves receiving a ballot via the mail and returning the completed ballot by mail.

8. Being able to vote by mail has many advantages for the students ASA registers: it allows them time with the ballot at home to research the issues and candidates on the ballot, and to compare the ballot to the voter pamphlet that is sent to voters by the Arizona Secretary of State. Students can also attend information sessions that ASA puts on to learn more about the candidates and issues on the ballot before voting. It is important to ASA that students have the opportunity to be as educated as possible so they can cast an informed vote.

9. Additionally, because of constraints of classes, jobs, and transportation, many ASA members choose to vote by mail as they are unable to take the time to vote in person on election day. Many colleges and universities do not have a ballot dropbox on campus, meaning that returning their ballots via the mail is often the only practical option for students.

10. In addition to voter registration efforts, ASA follows up with students to help them ensure they are properly registered, that they have received a ballot in the mail if they are registered as an early voting mail ballot voter, and that students have successfully cast their votes including by returning their ballot to their county recorder via USPS.

11. ASA encourages students to register to vote in Arizona, and most that ASA assists in registering do, including many students who are originally from out of state but who have recently moved to Arizona. However, some students from out of state choose to maintain their permanent residence in their home state and remain registered there while they attend college or university in Arizona. To vote in their home state elections, these ASA members must request an absentee ballot from their home state and have it sent to their temporary residence in Arizona. These ASA members rely on USPS to receive and return their ballots.

12. When speaking to students about voting by mail, ASA tells students that if they have properly registered as an early voting mail voter under Arizona law, they will receive their

ballot in the mail at the address at which they are registered. ASA staff and volunteers do not currently tell students that they will need to be enrolled on any list with the United States Postal Service, confirm or update their information on any mail ballot lists maintained by USPS or the state, or confirm that their ability to use the mail to vote or receive their ballot could be affected by whether or not their information appears correctly on any such list.

13. During new student move-in and orientation in August and September, we do a major voter registration push, registering new student members across the state. This event usually involves registering approximately 1000-2000 new students to vote, and typically more than half are from out of state, registering to vote in Arizona for the first time.

14. If allowed to go into effect, the new mail voting List Requirements of the USPS Final Rule (the "Rule") effective August 21, 2026 will harm ASA and its members both immediately and in the long term.

Harms to ASA Members

15. The Rule is harming and will further harm ASA's members because it erects barriers to voting by mail and creates uncertainty and confusion about whether mail ballots will be received by voters and whether they will be able to return them to election authorities via USPS.

16. The inevitable delays in USPS delivering ballots caused by the inability of election jurisdictions both in and outside of Arizona to efficiently or fully comply with the requirements in the Rule will directly impact ASA members. ASA members who vote by mail will receive their ballots later than they otherwise would, giving them less time to research the candidates and issues and cast an informed vote. ASA members voting by mail will also risk their vote not being counted at all if they never receive their ballot in the mail or if mail delays cause it to not be returned to election authorities in time.

17. Some members who will be especially harmed include ASA members who are from out of state and who recently registered to vote in Arizona or who will do so before the November election. Many ASA members are from out of state. This problem will be especially acute for students who register to vote in Arizona in late September 2026 during ASA's large voter registration effort at the beginning of the school year. These students will register before Arizona's registration deadline of 29 days prior to the election, October 5, 2026. However, under the Rule, the state must begin sharing data with USPS regarding mail voters no later than the day *before* Arizona's voter registration deadline and well before all late-arriving registrations will have been processed. Therefore, these students registering close to the deadline will not be included in any initial list and would need to be in a supplemental list, increasing the risk to them of errors, delays, and confusion.

18. Additionally, the deadline to request a mail ballot under Arizona law is 11 days before Election Day. Any ASA member who requests a mail ballot by this deadline under state law but after the date on which the initial mail voter data is transmitted to USPS by Arizona will face a similar risk of errors, delays, and confusion.

19. Other student members who will be particularly affected are those students who are from out of state and choose to retain their permanent residence and remain registered in their home state while temporarily living in Arizona. There are ASA members from all over the country, including particularly high numbers from California, Texas, and Washington, among others. These student members rely on mailed absentee ballots from their home state in order to participate in their home state election while they are students in Arizona. These students are directly harmed by increased barriers to mail voting including delays and errors and by the risk that they will not be able to vote by mail at all, which would completely disenfranchise them.

20. Voting is an important way for ASA members to participate and be heard. The Rule causes confusion and uncertainty for ASA members who have read or heard about it and are worried that they may not be able to vote by mail as they have planned on doing. The confusing requirements in the Rule for "enrollment" with the USPS on the Mail-In and Absentee Participation List have a chilling effect on students, creating barriers to their participation and risking them being dissuaded from registering or signing up to receive a mail ballot at all.

21. In addition to my role as executive director of ASA, I am also a member of the organization and a registered voter in Arizona. I am registered on the active early voting list to receive a mail ballot. I have been a mail voter since I registered to vote in Arizona in 2014. In the last federal election in which I voted, I received my ballot at my home address and was able to take time to review it and familiarize myself with the candidates and issues before casting my vote. I returned my ballot by mailing it via USPS. It is important to me that I am able to vote by mail in this way so that I can research issues and candidates before I vote, and because I would have to find childcare and miss work on a Tuesday afternoon in order to vote in person. I plan on voting by mail for the primary and general elections in 2026.

22. The Rule harms me because it causes confusion and uncertainty about whether I will be able to vote by mail in the upcoming elections. I am aware of the Rule's mandate that I be "enrolled" with the USPS on the Mail-In and Absentee Participation List in order to receive or return my ballot by mail, but I am unsure of what steps I must or even can take to ensure I am properly enrolled under the Rule. I understand that the Rule anticipates that Arizona will effect my "enrollment" so that I can receive my mail ballot but I am unaware of any means by which I can ensure that happens or rectify any error in my "enrollment." Additionally, I am concerned about

the possibility of my personal information being disclosed under the data sharing required by the USPS Rule.

23. The harms ASA members face are happening now, will continue into the near future, and cannot be remedied unless Rule is blocked from taking effect and being in effect for the upcoming November election. Arizona's general election is November 3, 2026, with a voter registration deadline 29 days prior to election day, and a deadline to request a mail ballot 11 days prior to election day. Thus, ASA members have limited time to learn how they can ensure that they are "enrolled" on the Mail-In and Absentee Participation List, that the list accurately reflects their information, or how to resolve any errors in their "enrollment."

Harms to ASA

24. The Rule will harm ASA itself in several ways. The first way is obvious: because ASA's goal is to effectively register as many Arizona students as possible and have them participate in elections, its efforts will be frustrated when fewer students it engages with are able to do so because they are improperly excluded from lists and are not able to receive or send their mail ballot via USPS.

25. ASA will also be harmed because it will need to spend time and money trying to help students whose right to vote is threatened by the Rule. ASA will need to spend time training staff and making organizational plans about how to inform students about the new requirements under the Rule, help students check or correct their status on the Mail-In and Absentee Participation List required by the Rule (to the extent that USPS will permit voters such capabilities), and explain alternative voting options if students are unable to vote by mail or do not receive their mail ballot as a result of Rule implementation errors by state or local officials, or Postal workers.

26. Because of the high likelihood of implementation errors and problems with the Rule, ASA staff will have to spend additional time and resources helping students navigate the process to check and update their information on the Mail-In and Absentee Participation List if possible, regularly track the status of their ballot to determine whether it has cleared the Rule's requirements, and identify remedies if it does not. All of this work will effectively double the staff time required to ensure any one student is registered and is actually able to vote.

27. Having to educate staff and volunteers to be able to properly inform students about the Rule, its potential impacts, and options to remedy those impacts will be time-intensive and require a diversion of time and resources from other ASA priorities.

28. The time and money we spend on responding to the Rule will be diverted from other core parts of ASA's work. For example, ASA funds and organizes an ASA Fellowship and Youth Empowerment Summit, and hosts a summer Grassroots Organizing Weekend, and an annual fall Student Voting Summit, and we spend considerable funds and staff time organizing these events. Much of the significant planning and execution for the fall events is happening now and will continue for the remainder of the summer and fall. The implementation of the Rule will require ASA to devote less time and money to this work because of the resources devoted to the Rule response, including in particular making plans to adjust messaging and events related to mail voting.

29. ASA also has limited time to learn how to help its members navigate new requirements and if the Rule is implemented, ASA will have to change or abandon their efforts to encourage and help students register to vote by mail, and expend additional time and resources ensuring compliance with new and uncertain requirements. If ASA members are unable to receive

and/or return their mail ballots on which they rely and are thus unable to cast a vote, they will never get that vote back.

30. As with the harms to our members, these harms to ASA are immediate and irreparable. If we are unable to register voters before the upcoming federal election because of new burdensome list requirements or if ASA members are not able to actually participate in elections because they are erroneously excluded from lists transmitted to USPS, we have permanently lost the chance to register those voters for that election or to have our members cast their vote in that election.

31. Like its members, ASA is harmed by the confusion the Rule has created. ASA is unsure what steps voters can or should take to ensure their information is correct on the Mail-In and Absentee Participation List. ASA has serious concerns that incorrect information transmitted by the state to USPS may prevent validly registered ASA members from receiving and returning their ballots. This concern is particularly heightened in the context of the USPS Rule and the high likelihood that at least some jurisdictions will not be able to fully meet its requirements resulting in delays and errors that would prevent ASA members who vote by mail from receiving or returning their ballots. For that reason and others, ASA is unable to adequately plan its voter registration and education activities, and to properly advise its members and others about what they must do to ensure they are properly registered and will be able to receive and return their mail ballots and fully participate in upcoming elections.

I hereby declare under penalty of perjury that the foregoing is true and correct.

*<u>/s/ Jessica Mendoza</u>*
Jessica Mendoza

Executed this 26th day of August, 2026