# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**DECLARATION OF JANESSA GOLDBECK**

I, Janessa Goldbeck, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am currently the Chief Executive Officer at Vet Voice Foundation ("Vet Voice"). I have worked at Vet Voice for multiple years. As CEO, my responsibilities include managing and overseeing personnel, as well as the operations and funding of programs dedicated to serving over 1.5 million subscribers

across the country, composed mainly of active-duty military members, veterans, and their families. These subscribers are individuals who have taken affirmative steps to become a recipient of communications from Vet Voice.

2. Prior to my time as CEO of Vet Voice, I served for seven years as a commissioned combat engineer officer in the U.S. Marine Corps. I left the Marines in 2019 with the rank of Captain. During my time in military service, I deployed to military installations throughout the United States, as well as to various countries in Europe in support of NATO operations. I also performed many collateral duties while serving, including acting as my unit's Voting Assistance Officer at one point in my career.

3. Vet Voice is a national non-profit, non-partisan organization, founded in 2009 that is organized under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, for charitable and educational purposes.

4. In addition to serving its affirmative subscribers, Vet Voice is dedicated to empowering veterans across the country to become civic leaders and policy advocates by providing the support, training, and tools they need to face public-policy issues at home, such as voting rights and combating disinformation, as well as other policy areas like environment, health care, jobs, and more. Increasing turnout among veterans and military voters—and ensuring that their ballots are counted when they do turn out—is critical to this mission.

5. As a nonpartisan organization, Vet Voice works to increase turnout of not just its affirmative subscribers but the broader veteran and military community, and it does so regardless of any individual voter's political beliefs or party membership. To advance this goal, Vet Voice has built a first-of-its-kind military voter file containing approximately 14 million records of veterans and military family members to help the organization focus its mobilization, education, and turnout efforts. These voters comprise the other component of Vet Voice's constituency.

6. Vet Voice's subscribers and constituents include active-duty servicemembers and their families who are oftentimes stationed away from their home state. It is oftentimes physically impossible for these voters to appear at the polls in their home state on election day, and thus they are highly reliant on voting by mail to exercise their right to vote. According to the Federal Voting Assistance Program, approximately three-quarters of the

nation's 1.4 million active-duty military members are eligible to vote absentee or by mail because they are stationed away from their home state.

7. Vet Voice's subscribers and constituents also include veterans, many of whom are seniors or suffer from physical disabilities, often connected to their military service. Indeed, the Bureau of Labor Statistics reported in March 2023 that 27 percent of all veterans have a service-connected disability, including 41 percent of veterans who have served since September 2001. Older veterans and disabled veterans are also highly reliant on mail voting to exercise the franchise, given the obstacles they face with appearing in person to vote at their polling location.

8. Federal data shows that active military members are registered to vote, and actually successfully cast a ballot, at significantly lower rates than civilians. In the 2020 presidential election, only 47 percent of active military members voted, compared to the national rate of 74 percent. The gap is typically even starker when it comes to military members deployed overseas. These disparate rates in registration and turnout have been traced to unique obstacles that active military members face in accessing the voting system, including the difficulties these voters face in receiving mail ballots in time to vote them, and getting them returned to election officials in time for them to be counted.

9. I have both personal and professional familiarity with the difficulties that arise with voting as an active military member. For example, during the 2012 election cycle, I participated in an officer candidate school for ten weeks at Marine Corps Base Quantico, during which time we were not allowed to leave the premises. My only option for participating in the election was to vote by mail. My experience is a common one in the military.

10. I also know that many deployed military members may not have direct or consistent access to postal services or be able to receive mail addressed to them on a daily basis, such as when they are deployed to combat zones or on ships or submarines. This means that military voters may only have limited opportunities to mail their ballots back and will oftentimes have limited opportunities, or no opportunity at all, to cure issues with their ballots to ensure their vote will be counted in time.

11. Vet Voice is committed to improving military and veteran voter turnout and believes that growing the "veteran vote" benefits all Americans by engaging in the civic process

those who have served their country.

12. Accordingly, a key part of Vet Voice's mission is to mobilize its subscribers and constituency of military voters and their families by giving them the knowledge and tools to successfully participate in elections, especially when they face unique challenges due to being deployed away from home. Vet Voice dedicates significant resources, including money, personnel time, and volunteers, to these voter education and mobilization efforts.

13. Vet Voice's military voter file is critical to the organization's activities in specifically targeting and reaching military voters at an unprecedented scale. For example, in the 2020 election, Vet Voice volunteers sent 2.5 million texts to approximately 1.5 million veterans and military families, resulting in a significant increase in voter participation among those contacted. When engaged by a Vet Voice volunteer, voters in the lowest 40 percent turnout propensity were three times more likely to vote early or by mail than peers who were not contacted.

14. Vet Voice is continuing to expand this military voter file as part of its growing efforts to mobilize the military and veteran community. We are currently in the process of planning our voter engagement and education efforts for the 2026 election and expect to significantly build upon our success from the 2020, 2022, and 2024 election cycles.

15. Vet Voice also engages in more traditional forms of voter engagement to educate voters. This includes direct mailing efforts to inform voters about important voting information. Vet Voice volunteers also conduct phone banking operations to transmit information about voting to other military voters. Vet Voice also places digital advertising on social media and video platforms to further promote its message and mission. In addition, Vet Voice may advertise on rural radio stations to reach active-duty and military constituents on issues of importance.

16. Because the constituents and subscribers we serve are so dependent on voting by mail, a large part of Vet Voice's voter education mission and programming efforts—whether through our voter file or more traditional means—focuses on mail voting.

**<u>The Final Rule</u>**

17. I understand that the U.S. Postal Service's Ballot Mail for Federal Elections, 91 Fed. Reg. 54966 (Aug. 26, 2026), final

rule ("Final Rule"), implements Section 3 of the President's Executive Order on mail voting. I believe that the Final Rule will cause significant harm to Vet Voice's subscribers, the broader veteran and military community, and to Vet Voice's core mission.

18. Among other things, the Final Rule, as I understand it, directs the U.S. Postal Service to generate a Participation List, which determines who receives absentee ballots through the mail. For Vet Voice's subscribers and constituents who request absentee ballots close in time to Election Day, it seems highly possible they would not appear on Participation List. The practical effect would be that these individuals, despite having timely requested absentee ballots, would not receive them because their names would not be on the Participation List.

19. As I understand it, the Final Rule also imposes several new requirements on election officials before the U.S. Postal Service will send federal election mail ballots. For example, ballot envelopes must include new things, including a special barcode on both the envelope sent to the voter and the envelope the voter uses to send the ballot back. The envelopes also must meet other new design rules. If an election office does not follow those rules, the U.S. Postal Service will not accept the ballots.

20. My understanding is that the Final Rule also says that election offices must take outgoing ballots to certain U.S. Postal Service counters, including business-mail or retail counters. Postal workers will check the envelopes there before the U.S. Postal Service accepts them. If even one envelope does not meet the new rules, it is my understanding that the U.S. Postal Service can reject the whole mailing, even if the mailing contains hundreds of thousands of ballots.

21. I understand that some jurisdictions, like Travis County, Texas, have expressed concern with complying with the Rule's new requirements to create the new envelopes, gather and format data for the portal, including generating two unique barcodes. My understanding is that Travis County has said that it does not currently use unique IMbs on both outbound and return mail-in ballot envelopes. The Rule appears to say that the U.S. Postal Service will not accept mail ballots if election officials cannot comply with these new requirements. Thus, I am concerned that Vet Voice and its subscribers and constituents will be harmed by some election officials being unable to comply with the requirements of the Rule.

**The Final Rule's Impact on Vet Voice's Subcribers and Constituents**

-

22. Vet Voice believes the Final Rule is a threat to the ability of Vet Voice's subscribers and constituents to vote by mail.

23. Many of Vet Voice's subscribers and constituents use states' mail voting application to vote. Some military members and families vote absentee using their state's own process, rather than requesting an absentee ballot through UOCAVA's Federal Post Card Application or using the back-up ballot of last resort provided by UOCAVA, the Federal Write-In Absentee Ballot.

24. Vet Voice is concerned that the Final Rule will lead to the individuals who are eligible not being able to vote by mail. This is because the Rule makes it far more likely that eligible voters will never receive their absentee ballots or will receive them too late to cast an effective ballot because of the increased complications and compliance difficulties that the Rule imposes on election officials, as well as on postal workers. The Final Rule thus threatens to disenfranchise, in particular, several different groups within Vet Voice's core constituencies, including: actively deployed military voters and their families, who use the state's mail voting application to vote, heavily rely on mail voting, and often must return their ballots from distant and inaccessible locations with unreliable mail service; active military and their voters currently living outside of their home state, who use the state's mail voting application and whose ballots often take longer to reach them and to get back to their home state to be counted; as well as senior veterans and physically disabled veterans, many of whom rely on mail voting to vote.

**The Final Rule's Impact on Vet Voice's Core Mission**

25. Tackling the implications of the Final Rule will frustrate Vet Voice's core mission and drain its scarce resources. In particular, the Final Rule will harm Vet Voice's mission of ensuring that military and veteran voters have maximal flexibility and opportunity to vote under their states' laws, and have their ballots counted.

26. The Final Rule will also harm Vet Voice's ability to carry out an effective voter engagement and mobilization effort. Vet Voice is currently planning its outreach strategy for the upcoming 2026 election. A key component of that strategy is understanding the legal landscape to ensure voters have the

correct information to vote. This includes giving subscribers and constituents information about their eligibility to vote by mail; how to apply for a mail ballot; and how to properly complete a mail ballot. Understanding and being able to properly educate subscribers and constituents on the specific legal landscape in which their ballots will be cast and counted is critical to our mission. But the Final Rule injects uncertainty into how to provide accurate information regarding mail voting.

27. To navigate the implementation of the Final Rule, Vet Voice will have to divert significant resources from its other important initiatives, like combating disinformation, as well as other policy areas like environment, health care, jobs, and more, to ensure that its subscribers and constituents are not disenfranchised for failure to appear on the Participation List or because they live in a jurisdiction where election officials cannot comply with the Rule's requirements.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of August, 2026, in California.

Janessa Goldbeck