**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**[PROPOSED] ORDER GRANTING LULAC[1] PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

[1] Plaintiffs League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association, the City of Madison, Wisconsin, Travis County, Texas and Travis County Clerk, in her official capacity.

Upon consideration of LULAC Plaintiffs' Second Motion for a Preliminary Injunction, and the memorandum of points and authorities, declarations, and other materials submitted in support, the Court finds that LULAC Plaintiffs are likely to succeed on the merits of their claims that USPS's Final Rule is unlawful; that LULAC Plaintiffs will imminently suffer irreparable harm in the absence of preliminary injunctive relief; that the balance of equities and public interest favor granting preliminary relief; and that because the injunction carries no risk of monetary loss to Defendants, a security payment is not required. Therefore, it is hereby:

**ORDERED** that LULAC Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; it is further

**ORDERED** that Defendants, their officers, their employees, and their agents are **PRELIMINARILY ENJOINED** from enforcing the following requirements contained in the Final Rule promulgated by Defendant United States Postal Service ("USPS") on August 21, 2026, to be codified at 39 C.F.R. Part 111, with respect to the November 2026 Federal election:

a. DMM § 705.24.3.1, to the extent that the section makes Ballot Mail Envelope Standards mandatory;

b. DMM § 705.24.3.2, to the extent that the section makes Return Federal Ballot Mail Envelope Standards mandatory;

c. DMM § 705.24.4.1; to the extent that the section makes Postal Service Federal Ballot Mail Portal registration mandatory;

d. DMM § 705.24.4.2; to the extent that the section makes voter enrollment in the Postal Service Federal Ballot Mail Portal mandatory

e. DMM § 705.24.5.1;

f. The first two sentences of DMM § 705.24.5.2; and

g. DMM § 705.24.5.3(a), (b), (c);

and is **FURTHER ORDERED** that the August 21, 2026, effective date of the Rule is preliminarily **STAYED** pursuant to 5 U.S.C. § 705.

**SO ORDERED.**

Dated: ________________, 2026 ___________________________________
The Honorable Carl J. Nichols
United States District Judge