**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case Number 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants.* | Case Number 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants.* | Case Number 1:26-cv-01151-CJN |

**NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc. (collectively "NAACP Plaintiffs") respectfully move for a preliminary injunction enjoining Defendants from implementing *Ballot Mail for Federal Elections*, 91 Fed. Reg. 54,966 (Aug. 26, 2026) ("Final Rule").

President Trump directed the U.S. Postal Service ("USPS") to promulgate the Final Rule. *See* Executive Order No. 14,399, *Ensuring Citizenship Verification and Integrity in Federal Elections*, 91 Fed. Reg. 17,125 (Mar. 31, 2026) ("Executive Order"). Within days of President Trump signing the Executive Order, NAACP Plaintiffs filed suit in this Court seeking injunctive and declaratory relief against the executive officers and agencies responsible for the Executive Order's implementation. Compl., *NAACP v. Trump*, No. 26-cv-01151-CJN, ECF No. 1 ("Complaint"). That motion was denied because the challenged directives had not yet been implemented, but the Court invited Plaintiffs to renew their request for injunctive relief "if and when" that implementation occurred. *DSCC v. Trump*, 2026 WL 1487833, at *1 (D.D.C. May 28, 2026), *aff'd*, 2026 WL 2168617 (D.C. Cir. July 28, 2026).

USPS has now implemented the Executive Order's directive by promulgating its Final Rule. *See* 91 Fed. Reg. at 54,988 (noting the Final Rule is "consistent with the framework for the proposed rule set forth in Executive Order 14399"). After the Final Rule was published, and following other intervening agency action directed by the Executive Order, NAACP Plaintiffs moved for leave to file a supplemental complaint. *See* Mot. for Leave, *DSCC*, No. 26-cv-1114-CJN, ECF No. 166. Plaintiffs now file this motion for preliminary relief on Counts II, III, and VI

of their supplemental complaint to enjoin the Final Rule. *See* Proposed Suppl. Compl., *DSCC*, No. 26-cv-1114-CJN, ECF No. 166-1.

As set forth in the accompanying Memorandum in Support of Motion for Preliminary Injunction, NAACP Plaintiffs are entitled to a preliminary injunction because they are likely to succeed on the merits of their claims, they are suffering and will continue to suffer irreparable injury in the absence of the requested relief, the balance of equities weighs in their favor, and the issuance of the injunction is in the public interest. The grounds for this Motion will be fully set forth in the accompanying Memorandum in Support and Declarations, and a Proposed Order will be provided with that Memorandum

**STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(m)**

Pursuant to Local Rule 7(m), NAACP Plaintiffs conferred with Defendants on August 28, 2026 about this Motion. Defendants oppose the Motion.

Dated: August 28, 2026

By /s/ *John A. Freedman*
John A. Freedman (Bar No. 453075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
Connor Morgan (Bar No. 90038559)*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
orion.denevers@arnoldporter.com
elisabeth.theodore@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com
*Attorneys for Plaintiffs*

Sydney Lopes (Bar No. 61389)
ARNOLD & PORTER KAYE SCHOLER LLP
U.S. Bank Center
1420 5th Ave., Suite 1400
Seattle, WA 98101
Telephone: +1 206.208.0108
sydney.lopes@arnoldporter.com
*Attorney for Plaintiffs*

Edward G. Caspar (Bar No. 1644168)
Robert N. Weiner (Bar No. 298133)
Jeffrey Blumberg (Bar No. 432928)
M. David Rollins-Boyd (Bar No. 90010714)*
Catherine Meza (Bar No. 1045688)*
Javon Davis (Bar No. 90017436)*
Grace Thomas (Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
Telephone: +1 202.662.8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommitte.org
*Attorneys for Plaintiff*

Kristen M. Clarke (Bar No. 973885)
Anthony P. Ashton (Bar No. MD25220)*
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215
Telephone: + 202.463.2940
*Attorneys for NAACP*

Deanna Kitamura (*pro hac vice*)
Kimberly Leung (*pro hac vice*)
ASIAN LAW CAUCUS
55 Columbus Ave.
San Francisco, CA 94111
Tel: (415) 896-1701
Deannak@asianlawcaucus.org
Kimberlyl@asianlawcaucus.org

**Motion for Pro Hac Vice or Court Admission Forthcoming*

*Counsel for Plaintiffs National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.*