**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case Number 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | Case Number 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case Number 1:26-cv-01151-CJN |

**SECOND DECLARATION OF TYLER STERLING ON BEHALF OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**

I, Tyler Sterling, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the National Campaigns Director at the National Association for the Advancement of Colored People ("NAACP").

3. The NAACP is a non-partisan organization headquartered in Baltimore, Maryland. The NAACP, which was founded in 1909, is the oldest and largest civil rights organization in the United States. Its mission is to achieve equality, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color.

4. The NAACP includes a network of units across the United States, including state and state-regional conferences covering every state and the District of Columbia. The NAACP has over 2,000 local branches, college chapters, prison chapters, and youth councils.

5. In total, the NAACP has approximately 200,000 dues-paying members. Many of our members are registered voters who anticipate voting in upcoming federal elections, including the General Election on November 3, 2026. These members include Black mail-in voters who rely on mail service by the United States Postal Service ("USPS") to participate in federal elections by receiving and sending their ballots through. For many members, they solely rely on USPS to vote by mail. Many NAACP members and volunteers also support the voter registration and mail-in voting process of other members and their community.

6. Members and volunteers belong to and are deeply involved in communities that heavily rely on mail-in ballots. Those communities include elderly individuals and people living in long-term care facilities, naturalized citizens, unhoused individuals, people with disabilities, college and high school students who are pre-registering to vote or newly became eligible voters by age, incarcerated individuals and people with criminal histories, first responders in their communities, emergency personnel, people without access to vehicles or public transportation, people who live in remote and rural areas without easily accessible in-person voting opportunities, and active-duty U.S. military personnel and their families. NAACP members rely on and conduct voter registration, mail-in ballot, emergency ballot, and ballot assistance activities within those communities.

7. In my role as National Campaigns Director for the NAACP, my work includes managing the organization's large-scale voter mobilization initiatives, including voter registration, education, and protection efforts, focused on Black communities and youth voters. Through this work, I am familiar with and regularly receive updates about the NAACP's voting-related activities from our state and regional conferences across the country.

8. To execute part of its core mission of protecting and advancing voting rights, the NAACP works to mobilize voters through robust non-partisan civic engagement and election-related programming, including year-round voter registration and education efforts.

9. The NAACP's voter registration and engagement activities include year-round voter registration drives and voter outreach conducted by our national network of local branches, door-to-door canvassing to provide community members with voter registration, and election information. The NAACP also conduct election protection activities to help members and voters cure election issues during the voting periods. Further, in conjunction with partners across the

country, the NAACP has launched programs focused on turning out voters through direct voter contact, mass communication, targeted digital mobilization, and SMS texting. For example, in the lead-up to the 2024 General Election, the NAACP launched a $20 million civic engagement program and recruited over 100,000 volunteers across the country to execute these programs.

10. In July 2026, the NAACP launched a similar $20 million Get Out The Vote campaign leading up to the November 3, 2026 General Election. For this program, the NAACP anticipates mobilizing 6.5 million Black voters across 14 states through voter outreach, digital and traditional advertisements, and voter education events. As a part of this campaign, NAACP units will hold at least two local voter education events before Election Day. These events are designed to include introductory voting and get-out-the-vote information. Capitalizing on traditional get-out-the vote efforts, this campaign is the largest midterm campaign in our history.

11. For these on-the-ground, get-out-the-vote activities, the NAACP distributes printed and digital Know Your Rights materials and conducts training sessions with information on national voting rights trends. We provide members and voters with state-specific informational resources and voter guides, which include information on how to: register to vote; verify registration status; locate polling places; and navigate absentee and mail-in voting procedures. The NAACP also provides members and voters with direct voter registration support and information, including an online voter protection hub that offers tools to register to vote, confirm voter registration status, and locate voters' specific polling places. All these activities are considered traditional get-out-the-vote activities for the NAACP.

12. The NAACP is aware of President Trump's March 31, 2026, Executive Order, entitled "Ensuring Citizenship Verification and Integrity in Federal Elections." The NAACP is also aware of the Department of Homeland Security ("DHS") policy implementing the creation

of state citizenship lists and of the United States Postal Service ("USPS") rule changing the transmission of mail-in ballots, as directed by the Executive Order. We are aware that the USPS final rule was recently published. It is my understanding that Executive Order and the USPS final rule is imposing significant and burdensome restrictions on the transmission of mail-in ballots and on voters' eligibility to vote by mail. It is also my understanding that the DHS policy and Executive Order to create and disseminate citizenship lists has burdensome impacts on voters whose names are excluded from lists.

13. Implementation of the Executive Order and USPS final rule directly impairs the NAACP's core organizational mission of ensuring that all eligible U.S. citizens can register to vote, cast their ballots, and have their ballots counted. Implementation also impairs our voter registration and voter education activities. Effectuation of the Order and DHS policy significantly burdens our members who are legally registered to vote by sowing confusion about voter registration statuses and eligibility to vote by mail, thereby creating barriers to receiving, transmitting, and casting mail-in and absentee ballots.

14. If the Executive Order, DHS policy, and USPS rule are fully implemented for all federal elections, the NAACP must continue to conduct a comprehensive evaluation of what changes to implement in their voter registration and education efforts throughout the country to help voters comply with the Order's requirements and then implement the necessary changes.

15. As the NAACP is in the middle of its Get Out The Vote campaign, the Executive Order and USPS final rule creates a significant diversion of resources planned for traditional get-out-the-vote activities to address mail-ballot issues. For example, the NAACP operates bifurcated Ride to the Poll programs in many states to turn out voters. For one arm of the programs, local branches recruit members and volunteers to drive voters to drop boxes and

polling places, while organizing with local churches and organizations to identify voters in need. Coordinated by the national office, the other arm of the Ride to the Poll program coordinates with corporate ride-share providers to provide discounted transportation to voters where NAACP members and volunteers cannot assist. Voters who participate in the Ride to the Poll programs—many elderly or physically disabled who otherwise rely on mail-in voting—cannot drive themselves and do not have transportation to vote in person. These are very time- and resource-intensive programs to coordinate in addition to traditional get-out-the-vote activities.

16. After the Executive Order was signed and in anticipation of mail-in ballot issues and concerns, NAACP branches launched their volunteer-led Ride to the Poll programs before primary elections. With the 2026 General Election upcoming and the USPS final rule published, the NAACP is diverting staff and volunteer efforts from traditional get-out-the-vote activities, such as registering voters until the close of registration, contacting voters, organizing get-out-the-vote events, leading door-to-door education campaigns, and conducting poll monitor and election protection activities, to these Ride to the Poll programs. To grow the programs in response to the new rule, NAACP units are announcing their volunteer-run Ride to the Poll programs earlier, increasing volunteer-driver recruitment efforts, and scheduling voters as soon as practicable. For example, the Onslow County Branch in North Carolina launched its Ride to the Polls 2026 program in August and is actively recruiting members to volunteer to begin scheduling and driving voters in September. The Georgia State Conference is also coordinating rides to the polls with churches and community groups ahead of the November 3, 2026, General Election. Similar Tennessee programs launched in advance of Primary Election Days in August and are increasing efforts for the General Election. I am also aware of other programs in New Jersey. While the NAACP is building up more capacity for Ride to the Poll programs, understanding where to

build up programs and concentrate coordination efforts across all local jurisdictions has been difficult this close to the 2026 General Election and has caused confusion for NAACP units.

17. The Executive Order, DHS policy, and USPS policy also strain NAACP time and resources as it relates to voter education and volunteer training. The NAACP's voter education and volunteer training are year-round activities. We begin designing and printing voter education materials as soon as candidates file to get on the ballot, which means our get-out-the-vote activities began in January for the 2026 election cycle. Volunteer training also kicked off earlier this year and are planned from now until Election Day. In response to the Executive Order, DHS policy, and USPS final rule, the NAACP included disclaimers to eligible voters in its materials about mail-in ballots to clarify that a person may be required to take additional steps to successfully cast a ballot. We also created printed and digital materials to educate voters about the Order and its impacts. We anticipate that one of the two voter education events that NAACP units will hold for the Get Out The Vote Campaign will now be dedicated to explaining the Order, DHS policy, and USPS final rule, as opposed to covering introductory voter information and get-out-the-vote messaging. Because our local units are volunteer-led, such diversion of resources significantly strains our units' ability to conduct other mission-centric activities.

18. The NAACP will continue expending considerable resources to educate its members and voters on the Order, DHS policy, and USPS final rule. Our units will be expending those resources particularly because of the confusion around which jurisdictions' mail-in ballot programs will be impacted or not. Our efforts will include, making Freedom of Information Act requests related to the citizenship lists and voters who may have been purged from voter rolls, continuing to update jurisdiction-specific printed and digital materials about mail-in voting, developing new materials about state citizenship or mail-in ballot lists, developing strategies to

correct erroneous exclusions from a list, and pursuing partnerships to acquire any necessary documentation to cure exclusion from a list. The NAACP must work directly with its over 2,000 units to develop unique state and county-specific guidance and assistance related to the new requirements under the Order, DHS policy, and USPS final rule and each county's compliance. As NAACP staff and volunteers have already seen, these undertakings are a burdensome task, requiring the NAACP to divert resources away from traditional get-out-the-vote and education efforts and other branch activities, such as conference planning.

19. Because the NAACP has members across the country who are registered voters and eligible to vote by mail, regularly vote by mail, and otherwise planned to vote in future federal elections, the NAACP members will be negatively impacted by the Order, DHS policy, and USPS final rule.

20. Because the state citizenship lists and USPS mail-in ballot lists cannot be comprehensive with changing information up until each Election Day, the NAACP believes there is a significant risk that eligible, registered voters will be erroneously excluded. If eligible, registered voters are excluded from either list, NAACP members and voters who our units support must go through the process of confirming their voter eligibility, including their U.S. citizenship, and cure any mail-in ballot delivery issues.

21. The NAACP reasonably anticipates that many members will be excluded from these lists. For example, one member, Mr. Alphonso Braggs, has had a long history of hurdles stemming from the misspelling of his name in federal databases. Database identification conflicts could have serious privacy and voting consequences for members like Mr. Braggs, especially when members must take many steps to correct database errors, including paying any associated fees and waiting weeks or months to obtain necessary documentation. Additionally, because the

NAACP has prison units with eligible voters who become incarcerated or moved around close to Election Day without advance notice, any of those members could be excluded from mail-in ballot lists and prevented from receiving or delivering a ballot to their election officials. For example, Mr. Foster Bates and the over 100 NAACP members of the Maine State Prison NAACP branch solely rely on USPS to vote by mail in upcoming federal elections, including the 2026 General Election. These members have significant hurdles to access necessary documentation and election officials to learn about and cure any voter registration or mail-in ballot issues. Any of these members could be prevented from casting a ballot in the November 3, 2026 election because of the Executive Order, DHS policy, or USPS final rule.

22. Further, many NAACP members and voters who our units support who will be fearful of being excluded from these lists and discouraged from voting by mail or voting at all. The NAACP must conduct significant outreach to voters to answer their questions, help them investigate, and address any related issues.

23. Individuals in the communities the NAACP serves, including many of our members, disproportionately lack birth certificates, passports, and other documentary proof of U.S. citizenship necessary to correct their erroneous exclusion from the DHS and USPS lists. Despite the efforts the NAACP is taking to provide assistance, the NAACP is worried that many eligible voters cannot take the steps necessary to rectify their exclusion from the lists because they lack the required documentary proof and because of the additional significant burdens. The NAACP is very concerned that as a result, fewer eligible voters will cast a ballot, which directly harms the NAACP's mission.

24. To my understanding, NAACP staff, members, and volunteers do not have access to any portals or tools created by the Order, DHS policy, or USPS final rule. Because the

NAACP does not have any insight into whether USPS transmission issues are preventing certain voters from casting mail-in ballots or whether an exclusion from a USPS mail-in ballot list or DHS state citizenship list is impacting their ability to be registered and vote, our voter assistance programs cannot easily identify or cure these related issues. Nor could a single public statement, new educational campaign, or updates to our existing materials be able to fully address these issues because voters also would have access to such USPS portals or tools. It would be difficult for our staff, members, and volunteers to know about transmission issues as they occur as our election protection activities generally support voters when they know of an issue impacting their registration or ballot. The NAACP is concerned that these issues will be insurmountable for many voters, despite our best efforts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in ____Maryland____ on August 27, 2026.

Tyler Sterling