**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case Number 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al.*,<br><br>*Defendants*. | Case Number 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case Number 1:26-cv-01151-CJN |

**SECOND DECLARATION OF ELENA NUNEZ ON BEHALF OF COMMON CAUSE AND COMMON CAUSE EDUCATION FUND**

I, Elena Nunez, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I previously provided a declaration in this matter on April 17, 2026, and incorporate those allegations by reference. (ECF No. 54-3).

3. I am a member and employee of Common Cause. As a full-time member of Common Cause's staff, I currently serve as Senior Vice President, States. I have served in this role and a substantially similar role since 2018 and have been a member of Common Cause's staff since 2007.

4. In my role as Senior Vice President, States, I directly oversee all Common Cause state operations and support Common Cause work across the country, including our work to protect voting rights, promote ethical government, and hold power accountable. I also engage with Common Cause's policy, organizing, and external affairs staff to advance pro-voter, pro-democracy policy. I supervise my team's work with multiple coalitions to advance pro-voter reforms and increase civic engagement, including the national Election Protection Coalition.

5. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and intervenes in this action on behalf of itself and in a representative capacity on behalf of its members.

6. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the organization; or (b) has taken meaningful action in

support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or otherwise engaging in activities designed to advance the organization's mission. As of this writing, there are nearly one million members of Common Cause nationwide. Many of these members are registered voters who plan to vote in the 2026 General Election and future federal elections. Additionally, many of these members are people who rely on mail-in ballots to participate in elections, including the 2026 General Election.

7. Common Cause Education Fund ("CCEF"), an affiliated charitable nonprofit, provides education, engagement, and research to Common Cause members, constituents, partner organizations, and the public about voter registration and the electoral process. CCEF works to create public engagement on democracy issues and promote effective citizen participation, which is critical for a healthy and robust democratic society. For purposes of this declaration, references to "Common Cause" include the activities and operations of both Common Cause and CCEF.

8. Common Cause has staff in 22 states plus the District of Columbia: Arizona, California, Colorado, Florida, Georgia, Hawaii, Illinois, Indiana, Maryland, Massachusetts, Michigan, Minnesota, Nebraska, New Mexico, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, Texas, and Wisconsin. Through our work with the Election Protection Coalition, we support partners' work on election protection in states where we do not have staff. I also engage with Common Cause's policy, organizing, and external affairs staff to advance policies designed to protect the rights of all eligible Americans to vote, including in states where we do not physically have staff.

9. Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.

10. Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every eligible voter can register and cast their ballot, with a focus on communities who experience additional barriers to participation including Black people, Indigenous Peoples, Latina/o people, Asian/Pacific Islanders, other people of color, justice impacted individuals, young people, seniors, and people with disabilities. Through our legislative advocacy, Common Cause has ensured that voting around the country has remained as accessible as possible for eligible voters. Part of that work is to counter unlawful government conduct that could chill participation in the election process, including attempts to limit access to mail-in voting and create burdens for those who vote through absentee or mail-in voting.

11. As part of its core mission, Common Cause works on a nonpartisan basis to expand and protect equal access to voting for all citizens on multiple fronts by: (a) lobbying for nonpartisan election reforms, including, but not limited to, allowing no-excuse absentee voting, extending the deadlines for submitting mail-in ballots, increasing the number of voting locations, and ensuring a fair, nonpartisan redistricting process; (b) providing education and training to on-the-ground voting rights activists throughout the country; (c) working with other community organizations to track problems at voting sites on Election Day, field calls from voters who experience burdens in their efforts to exercise their fundamental right to vote, and provide assistance to such voters by lobbying local election officials and/or facilitating their access to

counsel; and (e) advocating for nonpartisan election reforms, such as an expansion of early voting, designed to promote racial equity by removing barriers to the franchise disproportionately borne by communities of color.

12. Common Cause staff and volunteers assist voters across the country in registering to vote, verifying, and/or updating their voter registration through outreach to our members in each state. For example, on National Voter Registration Day, Common Cause members and supporters across the country receive notices from us urging them to register to vote and/or to verify their registration status via tools embedded on our website. In 2024, nearly 6,000 voters registered to vote using the Common Cause web tools, and nearly 40,000 more verified their registration using these tools. Some of our states, such as Hawaii, Minnesota, New York, North Carolina, Rhode Island, and Texas also conduct voter registration as part of their outreach and community organizing activities. In other states, we engage in policy advocacy around voter registration and list maintenance issues and work with coalition partners who conduct voter registration.

13. Common Cause staff and volunteers also work to ensure that once eligible individuals are registered, all members and voters can cast a ballot during early voting, on Election Day, or through absentee or mail-in voting. Our efforts in support of mail-in voting are centered on the belief that absentee and mail-in voting provides a critical access point for people with disabilities, seniors, caregivers, students, rural voters, and shift workers who may find in-person voting difficult. Common Cause's membership includes voters who regularly vote by mail in accordance with their state's laws, either because they choose to do so or because they cannot vote in person. Many Common Cause members vote by mail because of health, advanced age, school attendance, transportation issues to in-person polling locations, residency in rural

areas far from them, and other reasons. Additionally, many Common Cause members support other voters who rely primarily or solely on mail-in voting, including elderly, hospitalized, college students, and incarcerated voters.

14. Although election protection activities vary considerably from state to state, Common Cause staff began planning for election protection months in advance of Election Day, both for the primary and general elections. This advanced planning includes outreach to election officials, recruitment of volunteers, development of volunteer training plans and materials, drafting of voter education materials, and coordination with coalition partners on response protocols for potential obstacles or events that may interfere with prospective voters' ability to cast their ballot. Common Cause staff and volunteers have not only completed much of this work already, but staff and volunteers will continue outreach, recruitment, material development, training efforts, and coalition coordination until Election Day.

15. I am aware that on March 31, 2026, President Trump, issued the Executive Order entitled "Ensuring Citizenship Verification and Integrity in Federal Elections" ("E.O" or the "Order"). I am aware that the Department of Homeland Security has taken steps this summer to implement a policy that would create state citizenship lists. I am also aware that on August 26, 2026, USPS promulgated a final rule implementing Section 3(b) of the Executive Order, titled *Ballot Mail for Federal Elections* (the "Final Rule").

16. Both Section 3(b) of the E.O and the Final Rule will directly impair Common Cause's organizational mission of promoting democracy and enabling and empowering citizens to engage in the political process and force us to redirect our resources from other core programming and activities. Specifically, the Order and the agency actions taken pursuant to the Order will impose substantial burdens on Common Cause and force us to divert limited resources

away from our planned activities in a federal election year and beyond. Before the Final Rule, Common Cause assisted voters and members by determining their applicable state requirements in consultation with county and state election officials, helping voters and members register or update their registration records, helping voters and members submit timely mail-ballot applications or requests, and assisting voters and members with state-law procedures for tracking or curing problems with ballots or ballot requests. Common Cause's voter-assistance programs, training materials, technological tools, and field operations were structured around those established processes. That has now significantly changed due to the E.O. and Final Rule. Common Cause must dedicate substantial staff and volunteer time to investigate county compliance with county election officials and vendors across dozens of states, update existing materials, create new materials, retrain volunteers, and establish new arms of its state-based election protection programs to answer voter questions during early voting and on Election Day.

17. Moreover, in the event ballot mail is rejected or delayed due to the requirements of the Final Rule, Common Cause will have to invest time and resources across our member states to investigate the status of rejected or delayed mail-in ballots and assist voters in seeking replacement ballots or identifying viable alternate means of voting within their states' applicable deadlines. Common Cause may not be able to determine whether the issue arose from the voter's records, the election office's portal submission, barcode assignment or printing, USPS's verification process, or some other failure in the ballot-transmission process.

18. Notably, Common Cause works in and has members in counties that do not currently use unique intelligent mail bar codes on both outbound and return mail-in ballot envelopes, as required by the Final Rule. This effectively means that Common Cause members would be prevented from receiving mail ballots or returning completed ballots in some

jurisdictions. In many other jurisdictions, there will be uncertainty and confusion whether and when particular mail ballot programs may be approved.

19. This will create chaos for our members who may be precluded from voting by mail and our staff tasked with assisting and mobilizing voters on Election Day. Common Cause has been forced to plan for this confusion and expend resources to assist voters who may have their mail-in voting opportunities restricted or eliminated at the last moment. This includes outreach to election officials in anticipation of these issues, recruitment of additional volunteers to deal with the uncertainty and confusion, development of additional volunteer training plans and materials, drafting of revised voter education materials, preparing to field calls from voters who were not able to receive mail-in ballots, increasing member voting assistance for elderly and disabled voters and coordination with coalition partners on response protocols for potential obstacles or events that may interfere with prospective voters' ability to cast their ballot. Common Cause staff and volunteers will continue this extensive work until Election Day but the uncertainty has forced us to divert staff and resources from other essential programs.

20. Since the Final Rule was made available for public inspection on August 21, 2026, Common Cause staff have already spent more than 100 hours of staff time on understanding the new rule and identifying counties that would be unable to comply with its the final rule's directives in the 2026 General Election. To assist members, voters, and coalition partners who have asked for guidance, our staff has communicated with election administrators and coalition partners to gather information about how the new rule will affect voters if counties can or cannot comply. Given Common Cause's limited staff and resources, these activities have caused our organization to redirect its focus from its mission-critical activities. We expect that this diversion of time and resources, and the demands from Common Cause's members

throughout the country, will increase as election offices begin transmitting ballots for the November 2026 election.

21. Indeed, Common Cause's state election protection operations have already expended significant resources in response to the E.O. and will continue to do so in response to the Final Rule. For example, in California, Common Cause staff are funding work with partners to create uniform messaging to inform voters about the E.O. and Final Rule in order to alleviate voter confusion and apprehension. They are also spending money to create messaging guidance for their state team to answer questions from the public about the Final Rule. They are expanding their poll monitoring training to address the Final Rule and are paying for advertising to encourage voters to return their ballot as soon as they are comfortable along with guidance for how to return a mail ballot to a polling place/vote center/ballot drop box to avoid using USPS. Finally, in response to the E.O. and Final Rule, they are establishing a "warmline" for poll monitor volunteers and voters to address voter questions about mail voting before Election Day and have added this topic to panels and webinars.

22. In Florida, Common Cause staff are creating new educational materials for voters and partners and have already expended resources to produce new social media around voter confusion around the Proposed Rules. The office will spend significant staff time understanding how the Final Rule will be implemented to educate members about the Final Rule and how to adjust their plan to vote. Finally, the office has already expended resources and staff time to determine which Florida counties will be most impacted by the E.O. and Final Rule. These efforts have diverted and will continue to divert limited staff resources and time from other essential work of the office.

23. In Michigan, in response to the E.O. and Final Rule, Common Cause staff are making plans to send out communications, post on social media sites, and encourage early in-person voting and dropping absentee ballots off to drop boxes. They are also updating educational and training materials for coalition partners, and members and spending additional resources and staff time understanding how the Final Rule will be implemented and how election officials will be impacted by new requirements.

24. The Texas Common Cause staff have also had to divert resources from other critical tasks to respond to the E.O and Final Rule. They are producing explainer video content and preparing slide deck content explaining the details and implications of the Final Rule for their coalition partners. They are preparing for the potential mass rejection of mail-in ballots and how the office will respond to support their members. This office is also preparing to host a webinar for membership regarding the E.O. and Final Rule which will involve considerable time to prepare materials, develop a slide deck customized for the audience, and publicize event. They will devote staff time to preparing and conducting the presentation and sending post-webinar follow-up materials. Finally, staff will spend significant time going through all their election protection training slide decks and associated resources and incorporating necessary information regarding the E.O. and Final Rule.

25. In New York, Common Cause staff have contacted election administrators about the Final Rule and have shared messaging guidance with an election commissioner. They will expend staff time reviewing explainers of the Final Rule to determine its impact on voters in NY. They are communicating with partners who do GOTV to educate them on the implications of the Final Rule and will collaborate with EP partners as well as coalition partners in the NY Civic Engagement Table to provide accurate information about the Final Rule. New York Common

Cause staff has also engaged with County Commissioners about whether they will have difficulties with the mail-in ballot envelope requirements of the Final Rule and have been advised that many of the smaller counties will not have time to add the required bar codes before the September 18 statutory deadline for transmitting ballots to military voters.

26. In Pennsylvania, Common Cause staff are putting together a webinar for members to address members' questions on the USPS Final Rule.

27. In New Mexico, Common Cause staff are expending resources to prepare for questions about the Final Rule from coalition partners and are scheduling plans to speak to each County Clerk about the effects of the Final Rule. In Indiana, the local office will spend at least 4 hours updating training materials for election protection volunteers. Overall, all of our state offices have been impacted by the E.O. and Final Rule and will continue to be in the future.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Tempe, Arizona on August 28, 2026.

Elena Nunez