**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*.,<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br>*Defendants*. | Case Number 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al*.,<br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al*.,<br>*Defendants*. | Case Number 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br>*Defendants*. | Case Number 1:26-cv-01151-CJN |

**SECOND DECLARATION OF CLIFFORD ALBRIGHT ON BEHALF OF BLACK VOTERS MATTER FUND AND BVM CAPACITY BUILDING INSTITUTE, INC.**

I, Clifford Albright, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a U.S. citizen, am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Co-Founder and Executive Director of Black Voters Matter Fund ("BVMF") and of BVM Capacity Building Institute, Inc. ("BVMCBI"). I have been involved with both organizations since they were formed in 2016 and 2017, respectively. In this declaration, I will generally refer to both organizations, collectively, as "Black Voters Matter" or "BVM."

3. I previously submitted a declaration for this case, and it can be found as Ex. 9 to ECF. 54.

4. Since the issuance of the Executive Order on March 31, 2026, BVM has been forced to fundamentally alter its operations, programs, and strategic approach to voter outreach and engagement, especially as it relates to our work providing services that encourage and facilitate voting by mail. The changes have been disruptive, costly, and have materially impaired our ability to achieve our core organizational goals.

5. Prior to the Executive Order ("Order") and the USPS Final Rule ("Final Rule or Rule"), BVM had established programs focused on promoting mail-in voting in rural communities, where we have long understood mail-in voting to be the most accessible and effective voting mechanism for some of our constituents. The Order and Rule have created an environment of profound uncertainty and unpredictability around the mail ballot ecosystem that has directly undermined these programs.

6. When helping voters during past election cycles, it has been fairly simple to identify and resolve issues related to voting by mail. However, under the procedures described in the Final Rule, it may be impossible for our staff and volunteers to determine the cause of any mail-voting issue and then advise a voter on next steps to receive their ballot, return it, and ultimately have it counted. Given the requirements in the Rule, it is also unclear if mail voting will be available in some of the states we work in. The Rule will substantially increase the burden associated with assisting affected voters in voting by mail, requiring significant time and effort in virtually every interaction.

7. BVM has been compelled to redirect and increase financial resources to our operations to compensate for the heightened barriers to voter assistance in response to the actions listed in the Order and Rule. These unanticipated changes have strained our budget, and we now must divert resources from other programmatic priorities to prepare for the heightened need from those we serve.

8. Additionally, the Executive Order has caused a severe and demonstrable chilling effect on the organization's volunteer recruitment, retention, and engagement efforts. Volunteers who were previously active participants have expressed fear of criminal prosecution because of the Order's vague and broad language.

9. In the months since the Order was released, BVM has been required to develop and implement new volunteer training protocols. These trainings are designed to educate volunteers about the scope of permissible conduct under the Order so that they do not inadvertently expose themselves or the organization to criminal liability or provide guidance that could result in a voter's ballot being rejected. Designing, implementing, and conducting these trainings requires significant staff time, preparation and financial resources.

10. BVM also feels particularly vulnerable to prosecution and federal regulatory action as a direct result of the Order and the broader pattern of threats made by the Trump Administration against civic engagement groups.

11. Particularly, the organization is aware of specific threats made by the Administration regarding potential adverse action against the Internal Revenue Service ("IRS") tax-exempt status of organizations engaged in activities this Administration opposes. The organization believes that its IRS 501(c)3 status is at risk as a result of the Order—which would be catastrophic to the organization's operations and could result in the closure of the organization entirely.

12. The organization understands the serious legal and reputational exposure that can arise from actions construed as violations of the Order and is now forced to pull back on some of its work and weigh the risk of federal prosecution when discussing its programmatic decisions.

13. Volunteers and community partners have directly communicated to the organization that they fear participation in voter assistance activities will expose them to potential criminal liability. This uncertainty has caused a number of individuals to withdraw from volunteer activities or decline to participate altogether.

14. As a result of this decline in volunteer support, BVM has been forced to transition from in-person, on the ground outreach—which is most effective strategy in many of the communities we serve—to phone banking and digital outreach strategies. This shift has resulted in the organization being less able to effectively reach and serve the rural and marginalized voters who most depend on our assistance.

15. Because our resources are limited, the additional work required by the Final

Rule forces our organization to make tradeoffs. We must either provide services to fewer voters, reduce the amount of individualized assistance available to each voter, or redirect staff and funding away from other established organizational activities to respond to problems associated with the Rule.

16. For past election cycles, BVM helped voters navigate the mail-in voting process, but the Executive Order and the Final Rule have decreased our confidence in those processes and systems.

17. To help voters effectively vote by mail, the Final Rule requires BVM to establish entirely new workstreams and undertake deeper, time-consuming analyses to understand if any individual voter is on the right list to receive a mail in ballot. If they are not, BVM will have to work with several stakeholders to try to correct these errors in a relatively short time frame. Given the proximity of the upcoming election, BVM is concerned by the amount of work that will be required to provide voter assistance.

18. Unless the Final Rule is enjoined, our organization must immediately revise training materials, voter guidance documents, outreach plans, and internal procedures to account for the Rule's new requirements and potential effects on ballot delivery. To accomplish this work, we must divert staff time and organizational resources away from our existing voter-registration, voter-engagement, and election-protection activities and redirect those resources toward addressing issues created by the Rule.

19. The harms I have described are ongoing and will continue to worsen absent judicial relief, especially now that the USPS Final Rule has been published. Each day, the organization suffers additional harm to its operations, its volunteer infrastructure, financial resources, and ability to fulfill our core mission.

20. As election day approaches, and the USPS moves forward with implementing the Final Rule, the harms caused by the organization's reduced capacity to engage in mail ballot outreach and voter assistance is irreversible—every day that BVM has to scramble to understand and respond to the Order and Final Rule is a day lost engaging voters.

21. Based on my experience administering these programs, I expect that the demands on our staff and resources will increase significantly once election officials begin transmitting ballots and voters begin encountering Rule-related problems in real-world election administration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Fulton County, GA on August 28, 2026.

Clifford Albright