**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case Number 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT *et al*.,<br><br>*Defendants*. | Case Number 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., and BVM CAPACITY BUILDING INSTITUTE, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case Number 1:26-cv-01151-CJN |

**[PROPOSED] ORDER GRANTING NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of the NAACP, Common Cause, and Black Voters Matter Plaintiffs' Motion for Preliminary Injunction, memorandum of points and authorities, declarations, and other materials submitted in support, the Court finds that preliminary injunctive relief is appropriate. The Court finds that Plaintiffs are likely to succeed on the merits of their claims that *Ballot Mail for Federal Elections*, 91 Fed. Reg. 54,966 (Aug. 26, 2026), is unlawful; that Plaintiffs will imminently suffer irreparable harm in the absence of preliminary injunctive relief; that the balance of equities and public interest favor granting preliminary relief; and that because the injunction carries no risk of monetary loss to Defendants, no security payment is required. Therefore, it is hereby ORDERED that Defendants are preliminarily enjoined from implementing or giving effect to *Ballot Mail for Federal Elections*, 91 Fed. Reg. 54,966.

SO ORDERED.

Dated: ___________________

___________________________________
Hon. Carl J. Nichols
United States District Judge