# Exhibit A

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**From:** Pezzi, Stephen (CIV)
**To:** Lali Madduri; Anna Baldwin; Jacob Shelly; Christina Ford; Tyler Bishop; Kevin Kowalewski; Max Accardi; Benjamin Phillips; Heather Szilagyi; Renata O"Donnell; Sejal Jhaveri; Brent Ferguson; dlang@campaignlegalcenter.org; Aseem Mulji; Pooja Chaudhuri; Valencia Richardson; Jeremy Karpatkin; "Theodore, Elisabeth"; "de Nevers, Orion"; "Anway, Nicholas Casmier"; "Lopes, Sydney"; Robert Weiner; David Kronig; "jblumberg@lawyerscommittee.org"; David Rollins-Boyd; cmeza@lawyerscommittee.org; Grace Thomas; Javon Davis; "Jacob Campbell"; "Louis.Capozzi@ago.mo.gov"; "Michael.Patton@ago.mo.gov"; "Benjamin.Gilberg@ago.mo.gov"; "James.Barta@atg.in.gov"; "jay.rodriguez@ag.ks.gov"; "cody.barnett@nebraska.gov"; Sofia Fernandez Gold; John Freedman
**Cc:** Polito, Michael S (CIV)
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114
**Date:** Wednesday, September 2, 2026 1:55:47 PM

---

Lali,

Thanks. We have complied with that directive and will continue to comply with that directive as long as it remains in effect, both before and after September 4. Happy to discuss further on our call shortly.

Best,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Wednesday, September 2, 2026 1:46 PM
**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Anna Baldwin <abaldwin@campaignlegalcenter.org>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; David Kronig <dkronig@campaignlegalcenter.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; John Freedman

<John.freedman@arnoldporter.com>
**Cc:** Polito, Michael S (CIV) <Michael.S.Polito@usdoj.gov>
**Subject:** [EXTERNAL] RE: DSCC et al. v. Trump et al., 26-cv-01114

Stephen,

Thank you. However, the Court's directive does not only require providing updates regarding what will happen by September 4. Instead, Defendants are under an ongoing obligation to provide updates about all "material factual developments"—that includes any material implementation plans that will take place after September 4.

-Lali

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Wednesday, September 2, 2026 9:04 AM
**To:** Lali Madduri <lmadduri@elias.law>; Anna Baldwin <abaldwin@campaignlegalcenter.org>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; David Kronig <dkronig@campaignlegalcenter.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; John Freedman

<John.freedman@arnoldporter.com>
**Cc:** Polito, Michael S (CIV) <Michael.S.Polito@usdoj.gov>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

Lali,

Thanks.  I look forward to speaking this afternoon.  Doing my best to get as much information as possible (and clearance to share as much of that information as possible) on our call.  For obvious reasons, I am prioritizing information about what I can say (if anything) about what (if anything) will be happening by September 4.

Best,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Wednesday, September 2, 2026 1:34 AM
**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Anna Baldwin <abaldwin@campaignlegalcenter.org>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; David Kronig <dkronig@campaignlegalcenter.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Polito, Michael S (CIV) <Michael.S.Polito@usdoj.gov>
**Subject:** [EXTERNAL] RE: DSCC et al. v. Trump et al., 26-cv-01114

Stephen,

I take your email to mean that you are unable to confer Wednesday morning, so we will plan to speak at the previously scheduled time of 2:30pm on Wednesday. Again, we request that you come prepared to provide answers to the questions outlined in my email from Tuesday evening—all of which seek information about “material factual developments” the Court has ordered Defendants to disclose.

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 10:40 PM
**To:** Lali Madduri <lmadduri@elias.law>; Anna Baldwin <abaldwin@campaignlegalcenter.org>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; David Kronig <dkronig@campaignlegalcenter.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Polito, Michael S (CIV) <Michael.S.Polito@usdoj.gov>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

Lali,

This email is quite disappointing. As you know, we are scheduled for a conversation tomorrow at 2:30 PM, including on some closely related subjects. That was a date and time that you proposed. I am happy to hold the conversation we had already scheduled, and also discuss the substance of your email below on that call. But we should have that conversation before you file anything – particularly because you seem to be operating under some material misunderstandings about the current status quo, both factually and legally.

For now, reserving the right to provide a more detailed response later, if necessary, I will say briefly that we never fell short of any candor obligation, and we certainly have never violated any court order -- even accepting everything in your email as true. Your email offers two (and only two) examples, but neither comes close to establishing otherwise.

First, you point to what seems to be some kind of under-construction DHS website. The link to the webpage you include below doesn't open for me, when I click it. When I click the perma link, it does open – and also says the perma version of the website was captured at 12:16 PM on August 28. It is hard to square that date with your suggestion that you learned about this yesterday. (And even if you did learn about it yesterday, if you thought it was so urgent, I'm not sure why you waited until 8 PM tonight to demand a response by 11 AM the next morning, two business hours later.) Regardless, the existence of a placeholder webpage saying that something is "Coming Soon" is plainly not a material development – and that is true whether or not the content of the website is actually "Coming Soon," a factual question I had hoped to have more details about by the time of our call tomorrow.

Second, you point to certain "development work" to support the rollout of USPS's Final Rule, claiming to be shocked by the suggestion that (at least according to an anonymous source) some form of "development work" at USPS has been happening. There is no court order that prohibits that sort of work, and your email does not suggest otherwise. And it is not a secret that USPS has published a Final Rule and hopes to implement it for the November 2026 elections, if possible – indeed, you have already sought a preliminary injunction against that very rule. Did you think that USPS was trying to implement a Final Rule like this without doing any preparatory work? That would be the far more surprising development, I would think. The Final Rule itself, of course, was a highly material development – which is why we filed a notice with Judge Nichols literally minutes after it became available for public inspection on the Federal Register's website (several days before it was formally published in the Federal Register). But there was never any obligation to file serial updates with the Court saying, effectively, "USPS is still working on stuff."

As for your suggestion that this sort of intra-governmental prep work (rather than actual government action) is causing "further injury and irreparable harm" to your clients, I would refer you to Judge Nichols's opinion denying your preliminary-injunction motion, the unanimous D.C. Circuit opinion affirming that opinion, and the Supreme Court's recent order in *California* reaching the same conclusion -- all of which fully refute that theory.

As for filing a motion, D.D.C. Local Rule 7(m) requires a "good-faith effort" at conferral before you do so. Sending this email at 8 PM and demanding a response by the next morning plainly does not satisfy that obligation. So, we are happy to discuss further at the previously scheduled time. If you plan to file a motion before that time, I ask that you

report the position of the United States as follows:

> At 8:03 PM yesterday evening, Plaintiffs demanded a response to a series of detailed factual and legal questions by 11 AM the next morning. The United States opposes the motion, both because (1) there is no factual or legal basis for the relief requested; and also because, (2) despite the United States's efforts to narrow or resolve the disagreement as required by Local Rule 7(m), Plaintiffs refused to wait to discuss the matter at a previously scheduled meet-and-confer on this subject, which had already been set for 2:30 PM on September 2 (a date and time proposed by Plaintiffs).

Finally, as for attorney's fees, the only thing I would say is that I would give some thought to whether this sort of gamesmanship is the best use of your clients' funds. I do not think they should expect any award of attorney's fees to be forthcoming.

Thanks,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Tuesday, September 1, 2026 8:03 PM
**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Anna Baldwin <abaldwin@campaignlegalcenter.org>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; David Kronig <dkronig@campaignlegalcenter.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>

**Cc:** Polito, Michael S (CIV) <Michael.S.Polito@usdoj.gov>
**Subject:** [EXTERNAL] RE: DSCC et al. v. Trump et al., 26-cv-01114
**Importance:** High

Stephen,

Democratic Party Plaintiffs are now in possession of several pieces of alarming information indicating that Defendants have been implementing challenged parts of the Executive Order but have failed to adhere to the Court's order to "notify the Court of any material factual developments while this litigation remains pending." Court Notice Dated June 1, 2026 ("Order"); *see also* PI Hearing Tr. at 104:7-20 (stating Court's expectation that "if there is anything even approaching a material change in the factual scenario on the government side, that the government would so notify [the Court].").

For instance, we have now seen reports that several months ago, USPS began implementing Section 3(b) of the E.O., including developing a deeply flawed system for USPS ballot envelope review that is reportedly set to be launched ***today***. Despite the Court's order requiring disclosure of such steps to implement the E.O., Defendants never told the Court about this or any of the myriad material facts outlined by an anonymous federal official regarding USPS's implementation of Section 3(b) of the E.O. *See* https://www.blumenthal.senate.gov/imo/media/doc/2026-8-31_usps_whistleblower_letter_final_with_disclosure.pdf.

As another example of Defendants' failure to adhere to the Order, yesterday, we discovered that Defendant DHS has launched a website that will "soon" host the "State Citizenship List Portal," ordered by Section 2(a) of the E.O. *See* https://origin-statecitizenshiplists.uscis.dhs.gov/ (https://perma.cc/7N5H-WRS7?type=standard). In addition to the Court's standing Order, as you know, we have been seeking information about the implementation of Section 2(a) for weeks, including the status of this very portal. Yet again, you have failed to provide this material information to us or the Court.

Defendants' failures to disclose these indisputably "material factual developments" violate the Court's June 1, 2026 order. This email is yet another attempt to meet and confer regarding these issues, as contemplated by FRCP 37. In light of this newly discovered information and Defendants' now-clear failures to adhere to the Court's Order, we intend to seek all appropriate relief from the Court, including an order compelling Defendants to immediately and completely disclose the status of their implementation of Section 2(a) and 3(b) of the E.O., as well as awarding Democratic Party Plaintiffs' their reasonable attorneys' fees and costs incurred in seeking this information.

We are available and willing to confer on these issues in good faith tomorrow morning between 9 and 11am, but we cannot wait any longer than that to seek relief from the Court, given the impending implementation of Sections 2(a) and 3(b) and because mail ballots are set to start being sent for the November 2026 general election in just 3 days.

Specifically, here is the information we believe Defendants must immediately disclose in order to be in compliance with the Court's Order.

- Section 2(a): State Citizenship Lists
  - Whether DHS's Portal has been completed; if so, the date of completion and whether any state or local election official has been granted access.
  - If not completed, the current expected completion date and the operative implementation schedule, including when any state or local election official will be given access.
  - Whether any State Citizenship List, or any data compiled for one, has been transmitted to, downloaded by, or made accessible to any state or local election official — and if so, what data and to whom and when.
  - Whether SSA or DOS have transferred records to DHS for Section 2(a) purposes, and the categories transferred.
  - Whether DHS intends to meet the E.O.'s September 4 deadline for transmission of State Citizenship Lists to state and local election officials, and if not, when it intends to transmit.
- Section 3(b): USPS Final Rule
  - The status and launch date of the Federal Ballot Mail Portal, and all dates on which development work occurred.
  - Information sufficient to show all material aspects of USPS's plans to implement 3(b) and the Ballot Mail Rule. This should include any policies implementing a zero-percent failure standard for acceptance of ballot mail by USPS and any operative sampling protocol, by facility type and mailing size, as described in the anonymous federal official's account linked above.

If you are unable to provide this information to us or the Court by 11am tomorrow, we will have no choice but to seek relief from the Court. While we would have preferred to resolve these issues between the parties, Defendants' lack of candor and adherence to the Court's order has only fully come to light today, and Democratic Party Plaintiffs cannot risk further injury and irreparable harm to themselves or their voters as Defendants move to implement the unlawful Executive Order behind closed doors.

Regards,

Lali

**Lali Madduri**

Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Monday, August 31, 2026 4:53 PM
**To:** Anna Baldwin <abaldwin@campaignlegalcenter.org>; Lali Madduri <lmadduri@elias.law>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; David Kronig <dkronig@campaignlegalcenter.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Polito, Michael S (CIV) <Michael.S.Polito@usdoj.gov>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

All,

Thanks. Happy to talk. Would prefer the Wednesday afternoon slot highlighted below. If you could please circulate an invite for that window, we would appreciate it.

Adding my colleague Michael Polito. Please include him on further correspondence about these cases.

Best,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice

Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Anna Baldwin <abaldwin@campaignlegalcenter.org>
**Sent:** Monday, August 31, 2026 1:58 PM
**To:** Lali Madduri <lmadduri@elias.law>; Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; David Kronig <dkronig@campaignlegalcenter.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; Freedman, John A. <john.freedman@arnoldporter.com>
**Subject:** [EXTERNAL] Re: DSCC et al. v. Trump et al., 26-cv-01114

+ David Kronig — please use this chain for future all-counsel emails. Thank you!

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Monday, August 31, 2026 1:53 PM
**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; Anna Baldwin <abaldwin@campaignlegalcenter.org>; Benjamin Phillips <bphillips@campaignlegalcenter.org>; Heather Szilagyi <hszilagyi@campaignlegalcenter.org>; Renata O'Donnell <rodonnell@campaignlegalcenter.org>; Sejal Jhaveri <sjhaveri@campaignlegalcenter.org>; Brent Ferguson <bferguson@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Valencia Richardson <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney'

<Sydney.Lopes@arnoldporter.com>; Robert Weiner <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; David Rollins-Boyd <drollins-boyd@lawyerscommittee.org>; cmeza@lawyerscommittee.org <cmeza@lawyerscommittee.org>; Grace Thomas <gthomas@lawyerscommittee.org>; Javon Davis <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; Sofia Fernandez Gold <sofia@democracydefenders.org>; Freedman, John A. <john.freedman@arnoldporter.com>
**Subject:** Re: DSCC et al. v. Trump et al., 26-cv-01114

Thanks, Stephen. I believe a call would be helpful to make sure we have a shared understanding of Judge Nichols's request for material updates.

I am available at the following times; let me know what works for you.

- Tuesday 9/1 at 10:30 am
- Wednesday 9/2, 10-11:30am and 1:30-3pm

-Lali

**Lali Madduri**

Partner

Elias Law Group LLP

202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Thursday, 27 August 2026 14:41:47
**To:** Lali Madduri <lmadduri@elias.law>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org

<dlang@campaignlegalcenter.org>; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

Lali,

The short answer is that my understanding continues to be that there have not been any material factual developments with respect to the DHS portal referenced in your emails and the June 8 memo -- otherwise we would have provided notice to the Court, as directed by Judge Nichols. If that changes in the future, we will provide notice to the Court at that time, as we have done several times before.

If you want a more detailed response than that, it will likely have to wait until after I get through the TRO/PI briefing in D. Mass. Our next brief is due Saturday at 11 PM. Perhaps a call next week would be more efficient, though? Even so, I am not really sure what you are trying to get out of us on this that we haven't already told you. The reason it has not been easy to respond to your emails promptly is that they are phrased like discovery requests (even though we are not in discovery), and could arguably pull in all sorts of issues that have nothing to do with this lawsuit. For example, the way you defined some of the terms below would seem to require us to make representations about whether a single person at DHS has provided a single person at any state law-enforcement agency one person's name and DOB, over the phone, one time, for law-enforcement purposes. That sort of thing happens frequently, I assume. So it hasn't been easy to come up with the language of a representation that would satisfy your request without making some overly broad statement that could be inaccurate (in a way that has nothing to do with this suit). To be clear, I am not trying to hide some kind of heretofore-unknown form of data-sharing – I'm just trying to be careful (for obvious reasons) about what representations I can and cannot make.

Thanks,

**Stephen M. Pezzi** | Chief Litigation Counsel

United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Thursday, August 27, 2026 5:15 PM
**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Subject:** [EXTERNAL] RE: DSCC et al. v. Trump et al., 26-cv-01114

Stephen,

I am following up again on the emails below. When do you anticipate providing a response?

Regards,
Lali

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended

recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Thursday, August 20, 2026 4:16 PM
**To:** Lali Madduri <lmadduri@elias.law>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

Lali,

Still working on this – I have been traveling for much of this week, and spent most of yesterday in court on another matter, so we need a bit more time to nail down a response. Thanks for your patience – will be in touch again soon.

Thanks,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Thursday, August 20, 2026 2:38 PM

**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Subject:** [EXTERNAL] RE: DSCC et al. v. Trump et al., 26-cv-01114

Stephen,

Following up my emails below. When do you anticipate providing a response?

Best,
Lali

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Monday, August 17, 2026 5:28 PM
**To:** Lali Madduri <lmadduri@elias.law>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>;

Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

Lali,

Thank you for the clarifications. We will consider these requests and get back to you as soon as feasible.

Best,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Sunday, August 16, 2026 9:43 AM
**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji'

<amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Subject:** [EXTERNAL] RE: DSCC et al. v. Trump et al., 26-cv-01114

Stephen,

Thank you for your response. We are happy to clarify.

First, the relevant timeframe is from the issuance of DHS's June 8 memorandum entitled "Executive Order 14399 Implementation" to the present.

Second, by "citizenship list information" we mean "citizenship list information" as it is used in the June 8 memo. For example, as I mentioned in my first email, the memo states on page 1 that: "USCIS is working to support direct sharing of citizenship list information with the States." The memo further states on page 2 that:

- "the idea is to provide State with citizenship list information from USCIS, SSA, and DOS, including a digital portal mechanism for States to access and download such information," a "structure [that] allows state officials to determine how to use this information"; and
- "downloaded files will provide citizenship data elements, such as name, date of birth, and relevant agency identifiers."

Under the terms of the June 8 memo, "citizenship list information" would thus appear to include any information being shared by USCIS, SSA, or DOS pursuant to Section 2 of the EO, including at least "citizenship related data elements, such as name, date of birth, and relevant agency identifiers." As further described at page 3, this is the "information" from which the "State Citizenship Lists" themselves are to be derived. The memo further states at page 3 that "DHS will continue to work to generate from the information contained in this portal a consolidated list of United States citizens and residents" for each State. If Defendants have a different understanding of "citizenship list information" as it is used in the June 8 memo, please let us know.

This should also resolve any misunderstanding with respect to our request for confirmation that your clients have not provided any States citizenship list information by "any means whatsoever, whether via the portal or another avenue." We are seeking to understand if "citizenship list information" as that term is used in the memo has been shared with States—whether via a portal or otherwise. Please provide this confirmation, as requested.

Finally, your response did not confirm whether USCIS "deliver[ed] the core digital portal infrastructure needed for state access on or around June 30, 2026" or any time after that date. Please also provide this confirmation.

If helpful, we are happy set up a call early this week to discuss further and of course reserve the right to commence motions practice as needed.

Regards,
Lali

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Sent:** Saturday, August 15, 2026 12:32 AM
**To:** Lali Madduri <lmadduri@elias.law>; Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>;

'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Cc:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

Lali,

Thanks for your email. Your latest inquiry seeks confirmation "that Defendants have not provided any States access to Citizenship List information by any means whatsoever, whether via the portal or another avenue." The wording of this request is too vague for us to provide this confirmation, at least in those terms. For example, I don't know what you mean by "Citizenship List information," and I don't know what time frame you have in mind, and so on. And your inquiry about "the portal or another avenue" would seem likely to capture information-sharing that has nothing to do with this lawsuit, unless I'm misunderstanding your request.

Please do not interpret this email as a suggestion that there is some form of data-sharing that you aren't already aware of that your clients should be concerned about – for the reasons in Esam's email of Friday afternoon, I do not believe that to be the case. But, we are not going to be able to provide the confirmation that you requested, at least not in that form.

Happy to discuss further next week. I hope you and your colleagues have a great weekend.

Thanks,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Friday, August 14, 2026 2:58 PM
**To:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Cc:** Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson'

<VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>; Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Subject:** [EXTERNAL] RE: DSCC et al. v. Trump et al., 26-cv-01114

Esam,

Thanks for your email, and we appreciate the confirmation that States have not been provided access to voter citizenship data through the portal described in DHS's June 8 memo. We also appreciate your commitment to continue following the Court's order to provide updates of material factual developments.

Please also confirm that Defendants have not provided any States access to Citizenship List information **by any means whatsoever**, whether via the portal or another avenue. To be clear—any sharing of Citizenship List information, which includes at least citizenship status, age, and residency information, with the States pursuant to Section 2(a) of the E.O. would qualify as a "material factual development" (and we do not understand you to have suggested otherwise).

Please also confirm whether USCIS "deliver[ed] the core digital portal infrastructure needed for state access on or around June 30, 2026" or any time after that date.

Best,
Lali

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Sent:** Friday, August 14, 2026 1:18 PM
**To:** Lali Madduri <lmadduri@elias.law>
**Cc:** Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>; Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Subject:** RE: DSCC et al. v. Trump et al., 26-cv-01114

Counsel,

As of today, States have not been provided access to voter citizenship information through the new portal contemplated by the June 8 DHS memo. Defendants will continue to notify the court of any "material factual development" as the court ordered. But because maintaining the status quo is not a material factual development, we do not intend to file a notice saying, for example, that the portal is still not live.

Best regards,
Esam

**Esam Al-Shareffi**
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch

(845) 536-4560 | esam.k.al-shareffi@usdoj.gov

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Thursday, August 13, 2026 9:24 AM
**To:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Cc:** Jacob Shelly <jshelly@elias.law>; Christina Ford <cford@elias.law>; Tyler Bishop <tbishop@elias.law>; Kevin Kowalewski <kkowalewski@elias.law>; Max Accardi <maccardi@elias.law>; 'Anna Baldwin' <abaldwin@campaignlegalcenter.org>; 'Benjamin Phillips' <bphillips@campaignlegalcenter.org>; 'Heather Szilagyi' <hszilagyi@campaignlegalcenter.org>; 'Renata O'Donnell' <rodonnell@campaignlegalcenter.org>; 'Sejal Jhaveri' <sjhaveri@campaignlegalcenter.org>; 'Brent Ferguson' <bferguson@campaignlegalcenter.org>; dlang@campaignlegalcenter.org; 'Aseem Mulji' <amulji@campaignlegalcenter.org>; 'Pooja Chaudhuri' <pooja@democracydefenders.org>; 'Valencia Richardson' <VRichardson@campaignlegalcenter.org>; Jeremy Karpatkin <Jeremy.Karpatkin@arnoldporter.com>; 'Theodore, Elisabeth' <Elisabeth.Theodore@arnoldporter.com>; 'de Nevers, Orion' <Orion.deNevers@arnoldporter.com>; 'Anway, Nicholas Casmier' <Nicholas.Casmier.Anway@arnoldporter.com>; 'Lopes, Sydney' <Sydney.Lopes@arnoldporter.com>; 'rweiner@lawyerscommittee.org' <rweiner@lawyerscommittee.org>; 'jblumberg@lawyerscommittee.org' <jblumberg@lawyerscommittee.org>; 'drollins-boyd@lawyerscommittee.org' <drollins-boyd@lawyerscommittee.org>; 'cmeza@lawyerscommittee.org' <cmeza@lawyerscommittee.org>; 'gthomas@lawyerscommittee.org' <gthomas@lawyerscommittee.org>; 'jdavis@lawyerscommittee.org' <jdavis@lawyerscommittee.org>; 'Jacob Campbell' <jcampbell@lawyerscommittee.org>; 'Louis.Capozzi@ago.mo.gov' <Louis.Capozzi@ago.mo.gov>; 'Michael.Patton@ago.mo.gov' <Michael.Patton@ago.mo.gov>; 'Benjamin.Gilberg@ago.mo.gov' <Benjamin.Gilberg@ago.mo.gov>; 'James.Barta@atg.in.gov' <James.Barta@atg.in.gov>; 'jay.rodriguez@ag.ks.gov' <jay.rodriguez@ag.ks.gov>; 'cody.barnett@nebraska.gov' <cody.barnett@nebraska.gov>; 'sofia@democracydefenders.org' <sofia@democracydefenders.org>; John Freedman <John.freedman@arnoldporter.com>
**Subject:** [EXTERNAL] DSCC et al. v. Trump et al., 26-cv-01114

Counsel,

The most recent case development regarding E.O. Section 2(a) that you have noticed on the docket is the June 8 DHS memo, which stated that “USCIS is currently on track to deliver the core digital portal infrastructure needed for state access on or around June 30, 2026.”

To avoid unnecessary motions practice, please confirm whether states have been provided access to voter citizenship information as the memorandum indicates. If states have not been granted such access, please confirm when you intend to file a notice of case developments complying with the June 1 instruction to “notify the Court of any material factual developments while this litigation remains pending.”

Regards,

Lali

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.