**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**[PROPOSED] ORDER GRANTING DEMOCRATIC PARTY PLAINTIFFS' MOTION FOR ORDER REQUIRING MATERIAL UPDATES**

Upon consideration of the Democratic Party Plaintiffs' Motion for Order Requiring Material Updates, the attachments thereto, and the full record in this matter, the Court finds based on its inherent authority to manage this matter, Federal Rules of Civil Procedure 16(f) and 37(a)(1), and the Court's prior Order of June 1, 2026, that an order requiring Defendants to disclose material factual developments regarding their ongoing implementation of E.O. 14,399 is warranted.

Counsel for Defendants are accordingly **ORDERED** to disclose material implementation decisions with regard to Sections 2(a) and 3(b) of the Executive Order and USPS's Ballot Mail Rule within 24 hours of when those decisions are made. Such decisions should include, but are not limited to, the following information:

Section 2(a): State Citizenship Lists

- Whether and when voter information will be shared between federal agencies;
- Whether and when voter information will be shared with or otherwise made accessible to State or local election officials;
- Final decisions about DHS's portal design, including for example, what specific voter data the portal will include;

Section 3(b): USPS Final Rule

- Whether and when the Federal Ballot Mail Portal will be launched;
- All material aspects of USPS's plans to implement 3(b) and the Ballot Mail Rule. This should include, for example, material portal design determinations, any policies implementing a failure standard for acceptance of ballot mail by USPS, and any operative sampling protocol, by facility type and mailing size, as described above.

Defendants are **ORDERED** to provide any undisclosed information satisfying this standard no later than September 4, 2026.

The Court further finds that the Democratic Party Plaintiffs have established entitlement to reasonable expenses, including attorney's fees, incurred by Plaintiffs because of the

noncompliance with the Court's prior orders requiring disclosure of material factual developments during the pendency of this case. It is therefore further

**ORDERED** that Defendants shall pay the reasonable expenses, including attorneys' fees, incurred by Plaintiffs; and it is further

**ORDERED** that, on or before September 18, 2026, Plaintiffs shall file a declaration setting forth reasonable expenses and fees, supported by records identifying the positions, hourly rates, hours claimed, and tasks performed, together with evidence of prevailing market rates; and it is further

**ORDERED** that Defendants may file a response limited to the amount claimed on or before October 2, 2026, and Plaintiffs may file a reply on or before October 9, 2026.

**SO ORDERED**.

Dated: ________________

_______________________
Hon. Carl J. Nichols
United States District Judge