**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br>*Plaintiffs*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants.* | No. 1:26cv1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>*Plaintiffs*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants.* | No. 1:26cv1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br>*Plaintiffs*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants.* | No. 1:26cv1151 (CJN) |

**[Proposed] ORDER GRANTING LEAVE TO FILE *AMICI CURIAE BRIEF***

Upon consideration of the Motion for Leave to File Amici Curiae Brief by State and Local Election Officials and the Center for Election Innovation and Research in Support of Plaintiffs' Motions for a Preliminary Injunction, it is hereby: ORDERED that the motion is GRANTED.

This _________ day of _____________, 2026

_______________________
Hon. Carl J. Nichols
United States District Judge