**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**[PROPOSED] ORDER GRANTING DEMOCRATIC PARTY PLAINTIFFS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION**

Upon consideration of the Democratic Party Plaintiffs' Unopposed Motion to Expedite Consideration, the memorandum in support thereof, and the full record in this matter, the Court finds that expedition of the renewed motion for a preliminary injunction, ECF No. 163, is warranted. Therefore, it is hereby:

**ORDERED** that Democratic Party Plaintiffs' Unopposed Motion to Expedite Consideration is **GRANTED**.

The Court will expedite consideration of the Democratic Party Plaintiffs' renewed motion for a preliminary injunction.

**SO ORDERED**.

Dated: _______________

_____________________
Hon. Carl J. Nichols
United States District Judge