# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**DECLARATION OF KAITLYN BERNARDE**

I, Kaitlyn Bernarde, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am a resident of the State of Wisconsin. I am over the age of 18. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with relevant staff, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am familiar with the declaration submitted by City Clerk Lydia McComas in support of LULAC Plaintiffs' Motion for a Preliminary Injunction.

3. I am currently the Acting City Clerk for the City of Madison, Wisconsin, filling in for Clerk McComas while she is on planned leave. In this role, I am responsible for conducting and overseeing all the work of the Office of the City Clerk, as described by Clerk McComas in her declaration.

4. I am also familiar with the Postal Service's Final Rule titled Ballot Mail for Federal Elections, 91 Fed. Reg. 54966 (Aug. 26, 2026) (codified at 39 C.F.R. pt. 111) ("Final Rule").

5. I share the concerns Clerk McComas expressed in her declaration.

6. I submit this declaration separately to note that, because we have now received printed ballots for the November 2026 election from the Dane County Clerk's office, the Madison City Clerk's office is sending out its initial batch of absentee ballots today, September 8.

7. Our initial batch will contain approximately 18,000 ballots.

8. We will continue to send out several thousand additional ballots each work day until all eligible voters with a valid absentee ballot request on file have received their ballot in advance of the September 17, 2026 state deadline for mailing these initial ballots.

9. After September 17, we will run daily batches of all new absentee requests we have received, as described in Clerk McComas's declaration.

10. The fact that Madison has already mailed out ballots and will continue to do so daily, up until just days before the November election, means that complying with the Rule would require changing our processes and envelopes while we are actively mailing out ballots every business day.

11. This would severely disrupt our workflow and would risk falling behind in sending out absentee ballots to eligible voters in a timely manner.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2026, in Madison, Wisconsin.

Kaitlyn J. Bernarde