# Exhibit 12

Civil Action No. 26-cv-1114 (CJN) (Lead case)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**DECLARATION OF KATIE THOMPSON**

I, Katie Thompson, declare as follows:

1. I am over 18 years old and competent to make this declaration. I am a resident and registered voter of Multnomah County, Oregon. I have lived in Oregon since 2015. I work as an IT project coordinator.

2. I consider myself a Democrat because I typically vote for members of that Party, though not always, because I like to assure myself that the candidates I support align with my values. This is important to me as an American citizen.

3. Every time I have voted in Oregon, I have done so using a ballot that my election office mailed to me at my home address.

4. Everyone I know in Oregon votes by mail; I do not know anyone in Oregon who does not vote by mail.

5. I have never voted at a local polling place here in person, I have no idea currently where that would be, and I have no idea how I would even begin to navigate that process.

6. From my memory, I have voted in several federal elections since I turned 18 years old, but I cannot remember exactly which ones. I intend to and hope to vote in the general election on November 3, 2026—but I am deeply concerned for several reasons.

7. I have been reading and hearing about a new U.S. Postal Service rule governing how ballots are mailed in federal elections, and about the Executive Order that directed it. While I am not a lawyer, I understand that, as a result of the rule, in order for my own ballot to be delivered to me, information identifying me—my name and my home address—will be submitted to a new federal system run by the Postal Service, along with the fact that a specific ballot for this coming election is intended for me.

8. That means there is going to be a new federal database that contains my home address and the fact that I intend to vote by mail in Oregon, but I did not agree to this, no one asked me if I consented to sharing my personal information in this way, and I would not have agreed had I been asked. In other areas of my life, where I have the choice, I regularly opt out of allowing the government or companies to collect additional, needless information about me. I have also learned that the Postal Service will be making this information available to law enforcement agencies. I also did not agree to this, and I would not agree to such a thing.

9. I have long understood generally that I was protected under federal law from the government invading my privacy when it is not authorized to access information about me, so I am shocked and deeply unnerved that the Postal Service would keep a record about how I vote tied to my name and address in this manner. I feel it is one thing for my county election office to maintain records about when and which ballots it sends me, since they are in charge of the elections process. But it is another thing entirely for a federal agency like the Postal Service to hold on to this information about me beyond simply delivering my ballot as I believed they were obligated to do. What on earth would they need this personal information for? That sounds dangerous, and it makes me seriously hesitant to even continue voting by mail at all.

10. What bothers me *most* is not the fact that more workers at the Postal Service (rather than just my mail man) might see my name and address, though that alone is deeply unsetting. It is instead what can easily be worked out from that information. The Postal Service and law enforcement will presumably be able to learn a great deal more about me from that information should they wish, like what kind of ballot I will get, who my local officials are, where I would show up to try to cast a ballot if something went wrong in the Postal Service's new system.

11. This is especially upsetting to me because of where I live. In Oregon, essentially everyone votes by mail. So a federal list of people who are voting by mail in Oregon would effectively be a list of everyone in this State who votes. It seems obvious to me that, the more information the government has about us, the more it can do to hurt us.

12. Seemingly, the only way I could avoid having my information in this system would be to not receive a ballot at all. Since I am already registered in Oregon, I understand that would entail cancelling my registration altogether, since all registered voters receive a mail ballot.

13. This all stands to put me in a real dilemma because I want to vote, I want to support the candidates whose views line up with mine, and I want to do so by mail like my peers. But I do not want a federal agency keeping a record of the fact that I am doing it, and I do not want that record sitting somewhere it can be handed to law enforcement or matched against other government files.

14. I am also worried about what happens if my ballot did not arrive because of the new system. That is now a real possibility in a way it was not before, because I understand the Postal Service now has to approve of ballots before they can be transmitted. I do not even know how to check whether I am properly listed in the system, even though I have tried to familiarize myself with the rule. And I have no control at all over how quickly the Postal Service acts to approve and then deliver my ballot.

15. If my ballot did not arrive or arrived late in this election cycle, it would be extremely difficult for me to cast a ballot at all. I would have to figure out whether it had ever been mailed, and if so what had happened to it—but I would not know who to ask about this or where to start. If I had to show up somewhere *in person* to vote, I would not know where to start. This is

something I do not recall having ever done in my life because that's not how we vote here in Oregon. The most likely outcome, unfortunately, is that I may not be able to vote at all, sadly.

16. If this system goes into effect, I will have lost a lot of faith in voting by mail, even though I have trusted that system my whole voting life. I will also, unfortunately, have lost confidence in Oregon's ability to protect my right to vote, because as I understand it, Oregon alone cannot stop the Postal Service from doing this. That, too, is deeply upsetting to me as a citizen of the Beaver State.

17. Needless to say, these harms cannot be undone after-the-fact. If my ballot is not delivered and I do not vote in the November election, I cannot turn back the clock. And once my name and address and the fact that I am voting by mail are in a federal database, it is out of my hands what happens to that information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/7/2026

Katie Thompson

**Katie Thompson**
Voter, Multnomah County, Oregon