**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-1151 (CJN) |

**[PROPOSED] ORDER GRANTING DEMOCRATIC PARTY PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RENEWED PRELIMINARY INJUNCTION RECORD**

Pursuant to Local Civil Rule 65.1(c) and the Court's inherent authority, and upon consideration of Democratic Party Plaintiffs' Motion for Leave to Supplement the Renewed Preliminary Injunction Record, the attachments thereto, and the full record in this matter, the Court finds that good cause exists for the motion to be granted. Therefore, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to Supplement the Renewed Preliminary Injunction Record is **GRANTED**.

**SO ORDERED**.

Dated: ________________

______________________
Hon. Carl J. Nichols
United States District Judge