**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants*.

Civil Action No. 26-cv-01114 (CJN)

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

*Plaintiffs*,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

*Defendants*.

Civil Action No. 26-cv-01132 (CJN)

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants*.

Civil Action No. 26-cv-01151 (CJN)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that DSCC Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF 163, is **GRANTED IN PART AND DENIED IN PART**[1]; and it is further

**ORDERED** that LULAC Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF ECF 171, is **GRANTED**; and it is further

**ORDERED** that NAACP Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF 172, is **GRANTED;** and it is further

**ORDERED** that the United States Postal Service is preliminarily enjoined from implementing and enforcing the Final Rule it published on August 21, *see* Ballot Mail for Federal Elections, 91 Fed. Reg. 54,966 (Aug. 26, 2026).

DATE: September 13, 2026

CARL J. NICHOLS
United States District Judge

[1] The Court denies only the portion of the Motion that seeks to preliminarily enjoin Section 3 of the Executive Order.