**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE Advancement of colored people, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BEAUREGARD PATTERSON**

Pursuant to Local Civil Rule 83.2(e), I respectfully move for the admission, *pro hac vice*, of Beauregard Patterson as counsel for Plaintiffs. A declaration from Mr. Patterson and a Certificate of Good Standing are submitted in support of this motion.

DATED: September 13, 2026

Respectfully submitted,

*/s/ Pooja Chaudhuri*

Pooja Chaudhuri Bar No. 888314523
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave SE # 15180
Washington, DC 20003
202-594-9958
pooja@statedemocracydefenders.org

*Attorney for Plaintiffs*