# WISCONSIN SUPREME COURT

OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Samuel A. Christensen
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*BEAUREGARD WILLIAM PATTERSON*

*was admitted to practice as an attorney within this state on May 30, 2018 and is presently in good standing in this court.*

*Dated: September 16, 2026*

*SHEELAH GUILD*
*Chief Deputy Clerk of Supreme Court*