# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5193** **September Term, 2026**

**1:26-cv-01114-CJN**

**Filed On: September 18, 2026** [2193964]

DSCC, et al.,

Appellants

League of United Latin American Citizens, et al.,

Appellees

v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

Appellees

## MANDATE

In accordance with the judgment of July 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 28, 2026