**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>*Defendants*. | Civil Action No. 26-1114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>*Plaintiffs*,<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>*Defendants*. | Civil Action No. 26-1132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>*Defendants*. | Civil Action No. 26-1151 (CJN) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.15(c), counsel for LULAC Plaintiffs Brent Ferguson[1] hereby notifies the Clerk of Court and the parties of a change of address for Campaign Legal Center's Washington, D.C. office, effective immediately. The new address is:

CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave. NW, Ste. 300
Washington, D.C. 20036

Dated: October 16, 2026

Respectfully submitted,

*/s/ Brent Ferguson*
Brent Ferguson (D.C. Bar No. 1782289)
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave. NW, Ste. 300
Washington, D.C. 20036
(202) 736-2200
bferguson@campaignlegalcenter.org

[1] Plaintiffs League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association, the City of Madison, Wisconsin, Travis County, Texas and Travis County Clerk, in her official capacity.