**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01114-CJN |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01132-CJN |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01151-CJN |

**NOTICE**

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

On October 23, 2026, pursuant to 5 U.S.C. § 552a(r), the Department of State published a Notice describing a modification to the System of Records ("SORN") which permits sharing information contained in the Passport Services Records system, State-26. The Department published this Notice at 91 Fed. Reg. 66,906, and it is available at https://www.federalregister.gov/documents/2026/10/23/2026-21695/privacy-act-of-1974-system-of-records. As Federal Defendants stated in a previous notice to the Court, ECF No. 199, this SORN updates the previous SORN, published at 80 Fed. Reg. 15,653 on March 24, 2015, and modifies it in several ways. Among these modifications, proposed new routine uses (u) and (v) reflect new OMB guidance regarding breach notification. Proposed new routine use (w) permits information sharing with various entities utilizing federal government verification platforms, for the purpose of verifying the identity or citizenship for users accessing government websites and applications, voter eligibility, and other governmental services.

In accordance with 5 U.S.C. § 552a(e)(4) and (11), this SORN is effective upon publication, with the exception of routine uses (u), (v), and (w), which are subject to a 30-day period during which interested persons may submit comments to the Department. Those routine uses will become effective November 23, 2026, unless comments are received that require a revision.

Dated: October 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Michael S. Polito*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
*Chief Litigation Counsel*
MICHAEL S. POLITO
D.C. Bar No. 90041172
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 288-5180
E-mail: michael.s.polito@usdoj.gov

*Counsel for Federal Defendants*