APPEAL,CONSOL,TYPE−L

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:26−cv−01114−CJN

DSCC et al v. TRUMP et al
Assigned to: Judge Carl J. Nichols
Member cases:
1:26−cv−01132−CJN
1:26−cv−01151−CJN
Related Cases: 1:26−cv−01132−CJN
1:26−cv−01151−CJN
Case in other court: USCA, 26−05193
Cause: 28:1331 Fed. Question

Date Filed: 04/01/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**DSCC** represented by

**Christina Ford**
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001
202−968−4558
Email: cford@elias.law
*ATTORNEY TO BE NOTICED*

**Jacob D. Shelly**
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001
202−968−4496
Email: jshelly@elias.law
*ATTORNEY TO BE NOTICED*

**Kevin Ronald Kowalewski**
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001
202−985−3535
Email: kkowalewski@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lalitha Madduri**
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

202−968−4593
Email: lmadduri@elias.law
*ATTORNEY TO BE NOTICED*

**Tyler Bishop**
ELIAS LAW GROUP LLP
1700 Seventh Avenue
Suite 2100
Seattle, WA 98101−3099
202−985−0628
Email: tbishop@elias.law
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001
202−968−4510
Email: eliasm@elias.law
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DCCC** represented by

**Christina Ford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob D. Shelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Ronald Kowalewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lalitha Madduri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler Bishop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEMOCRATIC NATIONAL COMMITTEE** represented by

**Christina Ford**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jacob D. Shelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Ronald Kowalewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lalitha Madduri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler Bishop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEMOCRATIC GOVERNORS ASSOCIATION** represented by **Christina Ford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob D. Shelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Ronald Kowalewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lalitha Madduri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler Bishop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**CHARLES E. SCHUMER**
*U.S. SENATE MINORITY LEADER*

**Christina Ford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob D. Shelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Ronald Kowalewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lalitha Madduri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler Bishop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HAKEEM S. JEFFRIES**
*U.S. HOUSE OF REPRESENTATIVES MINORITY LEADER*

represented by **Christina Ford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob D. Shelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Ronald Kowalewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lalitha Madduri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler Bishop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEAGUE OF UNITED LATIN AMERICAN CITIZENS** represented by

**Anna Marks Baldwin**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
202−736−2200
Fax: 202−736−2222
Email: abaldwin@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aseem Mulji**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
714−418−6219
Email: amulji@campaignlegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Phillips**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
202−683−4895
Email: bphillips@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M. Lang**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
267−205−0578
Email: dlang@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Szilagyi**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
631−513−0440
Email: hszilagyi@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renata O'Donnell**

CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
202−746−2200
Email: rodonnell@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Brent Ferguson**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
918−576−4318
Email: bferguson@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sejal Jhaveri**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
202−305−7376
Email: sjhaveri@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valencia Richardson**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
318−573−8984
Email: vrichardson@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Kronig**
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave., NW
Suite 300
Washington, DC 20036
202−736−2200
Email: dkronig@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**Norman Larry Eisen**
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave SE
Unit 15180

Washington, DC 20003
202−594−9958
Email: norman@democracydefenders.org
*ATTORNEY TO BE NOTICED*

**Pooja Chaudhuri**
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave SE
Unit 15180
Washington, DC 20003
202−594−9958
Email: pooja@statedemocracydefenders.org
*ATTORNEY TO BE NOTICED*

**Sofia Fernandez Gold**
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave SE
Unit 15180
Washington, DC 20003
202−594−9958
Email: Sofia@statedemocracydefenders.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SECURE FAMILIES INITIATIVE** represented by

**Anna Marks Baldwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aseem Mulji**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M. Lang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Szilagyi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renata O'Donnell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert Brent Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sejal Jhaveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valencia Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Kronig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman Larry Eisen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pooja Chaudhuri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Fernandez Gold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARIZONA STUDENTS' ASSOCIATION**

represented by

**Anna Marks Baldwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aseem Mulji**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Phillips**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle M. Lang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Heather Szilagyi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renata O'Donnell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Brent Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sejal Jhaveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valencia Richardson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Kronig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norman Larry Eisen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pooja Chaudhuri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Fernandez Gold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE** represented by

**Catherine Meza**
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1500 K Street NW
Suite 900
Washington, DC 20005
202−662−8323
Email: cmeza@lawyerscommittee.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javon Davis**
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
202−662−8353
Email: jdavis@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Leung**
ASIAN LAW CAUCUS
3651 W Cornelia
Chicago, IL 60618
734−968−6426
Email: kimberlyl@asianlawcaucus.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neil Weiner**
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
202−662−8600
Email: rweiner@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth S. Theodore**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942−5891
Fax: (202) 942−5999
Email: elisabeth.theodore@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Grace Thomas**
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
202−662−8365

Email: gthomas@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Jeffrey Blumberg**
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St., NW
Washington, DC 20005
202−747−4608
Email: jblumberg@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Jeremy Karpatkin**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
202−942−5564
Email: Jeremy.Karpatkin@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**John Arak Freedman**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942−5316
Fax: (202) 942−5999
Email: john.freedman@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Marlin David Rollins−Boyd**
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St., NW
Washington, DC 20005
202−662−8351
Email: drollins−boyd@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Nicholas Anway**
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202−942−6076
Email: nicholas.casmier.anway@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Orion DE Nevers**
ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, DC 20001

202−942−5918
Email: orion.denevers@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMON CAUSE** represented by **Catherine Meza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javon Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Leung**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neil Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth S. Theodore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Blumberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Karpatkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Arak Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marlin David Rollins−Boyd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Anway**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Orion DE Nevers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMON CAUSE EDUCATION FUND** represented by **Catherine Meza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javon Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Leung**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neil Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth S. Theodore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Blumberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Karpatkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Arak Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marlin David Rollins−Boyd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Anway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Orion DE Nevers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BLACK VOTERS MATTER FUND, INC.** represented by

**Catherine Meza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javon Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Leung**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neil Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth S. Theodore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Blumberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Karpatkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Arak Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marlin David Rollins−Boyd**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Nicholas Anway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Orion DE Nevers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BVM CAPACITY BUILDING INSTITUTE, INC.** represented by

**Catherine Meza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javon Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Leung**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Neil Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth S. Theodore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Blumberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Karpatkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Arak Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marlin David Rollins−Boyd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Anway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Orion DE Nevers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CITY OF MADISON, WISCONSIN** represented by **Danielle M. Lang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pooja Chaudhuri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TRAVIS COUNTY** represented by **Danielle M. Lang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pooja Chaudhuri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TRAVIS COUNTY CLERK** represented by **Danielle M. Lang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pooja Chaudhuri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**
*in his official capacity as President of* represented by **Esam Al−Shareffi**
DOJ−CIV

*the United States*

1100 L Street
Room 12520
Washington, DC 20005
845−536−4560
Email: esam.k.al−shareffi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
DOJ−CIV
1100 L St NW
Suite 12004
Washington, DC 20005
202−288−5180
Email: michael.s.polito@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 305−8576
Fax: (202) 616−8470
Email: stephen.pezzi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EXECUTIVE OFFICE OF THE PRESIDENT** represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES DEPARTMENT OF JUSTICE** represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES POSTAL SERVICE** represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF HOMELAND SECURITY** represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES** represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SOCIAL SECURITY ADMINISTRATION** represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF COMMERCE** represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA BONDI**
*in her official capacity as U.S. Attorney General* represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID STEINER**
*in his official capacity as U.S. Postmaster General*

represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARKWAYNE MULLIN**
*in his official capacity as Secretary of Homeland Security*

represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOSEPH B. EDLOW**
*in his official capacity as Director of the U.S. Citizenship and Immigration Services*

represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FRANK J. BISIGNANO**
*in his official capacity as Commissioner of the Social Security Administration*

represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HOWARD LUTNICK**
*in his official capacity as Secretary of the Department of Commerce*

represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMBER F. MCREYNOLDS**
*in her official capacity as Chair of the Board of Governors of the United States Postal Service*

represented by **Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE**

**Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANIEL M. TANGHERLINI**
*in his official capacity as Member of the Board of Governors of the United States Postal Service*

represented by

**Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEREK KAN**
*in his official capacity as Vice Chairman of the Board of Governors of the United States Postal Service*

represented by

**Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RONALD A. STROMAN**
*in his official capacity as Member of the Board of Governors of the United States*

represented by

**Esam Al−Shareffi**
(See above for address)
*LEAD ATTORNEY*

*Postal Service*

*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**STATE OF MISSOURI**

represented by **John Michael Patton**
OFFICE OF THE MISSOURI ATTORNEY GENERAL
615 E. 13th Street
Suite 401
Kansas City, MO 64106
816−889−2250
Email: michael.patton@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
MISSOURI ATTORNEY GENERAL'S OFFICE
Solicitor General
815 Olive Street
St Louis, Missouri 63101, Suite 200
St Louis, MO 63101
717−802−2077
Email: Louis.Capozzi@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF ALABAMA**

represented by **Alexander Barrett Bowdre**
STATE OF ALABAMA OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
PO Box 300152
Montgomery, AL 36130−0152
334−353−8892
Email: barrett.bowdre@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF FLORIDA** represented by **Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF INDIANA** represented by **James Allen Barta**
OFFICE OF THE INDIANA ATTORNEY GENERAL
302 West Washington Street
IGCS−5th Floor
Indianapolis, IN 46204
317−232−0709
Email: james.barta@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF KANSAS** represented by **James Rodriguez**
KANSAS ATTORNEY GENERAL'S OFFICE
120 SW 10th Ave, 2d Fl
Topeka, KS 66612
785−368−8197
Email: jay.rodriguez@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF LOUISIANA** represented by **Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF MONTANA** represented by **Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF NEBRASKA** represented by **Cody S Barnett**
NEBRASKA ATTORNEY GENERAL'S OFFICE
1445 K Street
Ste 2115
Lincoln, NE 68508
402−471−6933
Email: cody.barnett@nebraska.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF OKLAHOMA** represented by **Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF SOUTH CAROLINA** represented by **Joseph David Spate**
SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE
P.O. Box 11549
Columbia, SC 29211
803−734−3371
Email: josephspate@scag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**STATE OF SOUTH DAKOTA** represented by **Grant Michael Flynn**
OFFICE OF THE ATTORNEY GENERAL SOUTH DAKOTA
1302 East SD Highway 1889

Suite 1
Pierre, SD 57501−8501
605−773−3215
Fax: 605−773−4106
Email: grant.flynn@state.sd.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Louis Joseph Capozzi , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **STATE AND LOCAL ELECTION OFFICIALS AND ELECTION EXPERTS** | represented by | **Samantha P. Bateman**<br>WASHINGTON LITIGATION GROUP<br>1717 K St NW<br>Washington, DC 20006<br>202−521−8755<br>Email: sbateman@washingtonlitigationgroup.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle Renee Freeny**<br>WASHINGTON LITIGATION GROUP<br>1717 K Street NW<br>Washington, DC 20006<br>202−521−8750<br>Email: kfreeny@washingtonlitigationgroup.org<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **EMANUEL MCCRAY**<br>*TERMINATED: 05/11/2026* | represented by | **EMANUEL MCCRAY**<br>400 W. McLoughlin Blvd.<br>Apt. 5<br>Vancouver, WA 98660<br>PRO SE |

**Amicus**

| | | |
|---|---|---|
| **SOCIETY FOR THE RULE OF LAW** | represented by | **Nancy A. Temple**<br>KATTEN & TEMPLE LLP<br>33 N. Dearborn Street<br>Suite 1800<br>Chicago, IL 60602 |

312−663−0800
Email: ntemple@kattentemple.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D. Bernstein**
1875 K Street N.W.
Washington, DC 20006
301−775−2064
Email: rbernsteinlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**WISCONSIN DEMOCRACY CAMPAIGN, INC.** represented by **Douglas Maynard Poland**
LAW FORWARD, INC.
222 West Washington Avenue
Suite 680
Madison, WI 53703
608−283−9822
Email: dpoland@lawforward.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Mandell**
LAW FORWARD, INC.
222 West Washington Avenue
Suite 250
Madison, WI 53703
608−218−4155
Email: jmandell@lawforward.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
LAW FORWARD
222 West Washington Ave
Suite 680
Madison, WI 53703
608−289−3896
Email: rsnyder@lawforward.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**EXPO OF WISCONSIN, INC.** represented by **Douglas Maynard Poland**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Mandell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**JALEYCE ORAEDU** represented by **Douglas Maynard Poland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Mandell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**JASMINE ORAEDU** represented by **Douglas Maynard Poland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Mandell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AHARON SHELEF** represented by **Douglas Maynard Poland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Mandell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICA'S FUTURE** represented by **William Jeffrey Olson**
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180
(703) 356−5070
Fax: (703) 356−5085
Email: wjo@mindspring.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CITIZENS UNITED** represented by **William Jeffrey Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**FEDERATION FOR AMERICAN IMMIGRATION REFORM** represented by **Christopher Joseph Hajec**
FEDERATION FOR AMERICAN
IMMIGRATION REFORM
25 Massachusetts Ave., NW
Suite 335
Washington, DC 20001
202−232−5590
Email: chajec@fairus.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matt A. Crapo**
FEDERATION FOR AMERICAN
IMMIGRATION REFORM
25 Massachusetts Ave., NW

Suite 330
Washington, DC 20001
571−435−3582
Fax: 202−387−3447
Email: mcrapo@fairus.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2026 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC−12335628) filed by DCCC, DSCC, HAKEEM S. JEFFRIES, DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATIC GOVERNORS ASSOCIATION, CHARLES E. SCHUMER. (Attachments: # 1 Exhibit A − Executive Order, # 2 Civil Cover Sheet, # 3 Summons Donald J. Trump, # 4 Summons Executive Office of the President, # 5 Summons U.S. Department of Justice, # 6 Summons U.S. Postal Service, # 7 Summons U.S. Department of Homeland Security, # 8 Summons U.S. Citizenship and Immigration Services, # 9 Summons Social Security Administration, # 10 Summons U.S. Department of Commerce, # 11 Summons Pamela Bondi, # 12 Summons David Steiner, # 13 Summons Markwayne Mullin, # 14 Summons Joseph B. Edlow, # 15 Summons Frank J. Bisignano, # 16 Summons Howard Lutnick)(Elias, Marc) (Attachment 2 replaced on 4/2/2026) (zmtm). (Entered: 04/01/2026) |
| 04/01/2026 | 2 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 1:25−cv−946−CKK. (Elias, Marc) (Entered: 04/01/2026) |
| 04/01/2026 | 3 | NOTICE of Appearance by Marc Erik Elias on behalf of All Plaintiffs (Elias, Marc) (Entered: 04/01/2026) |
| 04/01/2026 | 4 | NOTICE of Appearance by Lalitha Madduri on behalf of All Plaintiffs (Madduri, Lalitha) (Entered: 04/01/2026) |
| 04/01/2026 | 5 | NOTICE of Appearance by Jacob D. Shelly on behalf of All Plaintiffs (Shelly, Jacob) (Entered: 04/01/2026) |
| 04/01/2026 | 6 | NOTICE of Appearance by Christina Ford on behalf of All Plaintiffs (Ford, Christina) (Entered: 04/01/2026) |
| 04/01/2026 | 7 | NOTICE of Appearance by Tyler Bishop on behalf of All Plaintiffs (Bishop, Tyler) (Entered: 04/01/2026) |
| 04/02/2026 | | Case Assigned to Judge Colleen Kollar−Kotelly. (zmtm) (Entered: 04/02/2026) |
| 04/02/2026 | 8 | SUMMONS (14) Issued Electronically as to All Defendants and U.S. Attorney General (Attachments: # 1 Notice and Consent)(zmtm) (Entered: 04/02/2026) |
| 04/02/2026 | | NOTICE OF NEW CASE ERROR The following error(s) need correction: Missing summonses− U.S. Attorney. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit using the event Request for Summons to Issue. (zmtm) (Entered: 04/02/2026) |
| 04/02/2026 | 9 | REQUEST FOR SUMMONS TO ISSUE filed by DCCC, DSCC, HAKEEM S. JEFFRIES, DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATIC GOVERNORS ASSOCIATION, CHARLES E. SCHUMER.(Elias, Marc) (Entered: |

| | | |
|---|---|---|
| | | 04/02/2026) |
| 04/02/2026 | 10 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DEMOCRATIC NATIONAL COMMITTEE (Elias, Marc) (Entered: 04/02/2026) |
| 04/02/2026 | 11 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DEMOCRATIC GOVERNORS ASSOCIATION (Elias, Marc) (Entered: 04/02/2026) |
| 04/02/2026 | 12 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DCCC (Elias, Marc) (Entered: 04/02/2026) |
| 04/02/2026 | 13 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DSCC (Elias, Marc) (Entered: 04/02/2026) |
| 04/02/2026 | 14 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Sealed Notice)(Elias, Marc) (Entered: 04/02/2026) |
| 04/02/2026 | 15 | ORDER ESTABLISHING PROCEDURES FOR CIVIL CASES ASSIGNED TO JUDGE COLLEEN KOLLAR−KOTELLY. Signed by Judge Colleen Kollar−Kotelly on 04/02/2026. (lcckk1) (Entered: 04/02/2026) |
| 04/02/2026 | 19 | SEALED DOCUMENT − Notice filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. re 1 Complaint,,,. (This document is SEALED and only available to authorized persons.)(zjm) (Entered: 04/06/2026) |
| 04/03/2026 | 16 | SUMMONS (1) Issued Electronically as to U.S. Attorney (Attachments: # 1 Notice and Consent)(zjm) (Entered: 04/03/2026) |
| 04/03/2026 | 17 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kevin Kowalewski, Filing fee $ 100, receipt number ADCDC−12340799. Fee Status: Fee Paid. by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Declaration of Kevin Kowalewski, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Madduri, Lalitha) (Entered: 04/03/2026) |
| 04/06/2026 | 18 | ORDER directing the parties in Case Nos. 26−1114 and 26−1132 to MEET AND CONFER to discuss whether the two cases should be consolidated, setting deadlines, and addressing other preliminary matters. See Order for further details. Signed by Judge Colleen Kollar−Kotelly on 04/06/2026. (lcckk1) (Entered: 04/06/2026) |
| 04/06/2026 | | MINUTE ORDER granting 17 Motion for Leave to Appear *Pro Hac Vice* with respect to Attorney Kevin Kowalewski, in order for him to appear as co−counsel for Plaintiffs, **CONTINGENT on said attorney filing a declaration certifying familiarity with this Court's Local Rules by no later than April 21, 2026. Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a) Click for instructions. Signed by Judge Colleen Kollar−Kotelly on 4/6/2026. (lcckk3) (Entered: 04/06/2026)** |
| 04/06/2026 | 20 | DECLARATION *of Kevin R. Kowalewski in Support of Motion for Admission Pro Hac Vice* by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, |

| | | |
|---|---|---|
| | | DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER re 17 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kevin Kowalewski, Filing fee $ 100, receipt number ADCDC−12340799. Fee Status: Fee Paid.. (Kowalewski, Kevin) (Entered: 04/06/2026) |
| 04/06/2026 | 21 | NOTICE of Appearance by Kevin Ronald Kowalewski on behalf of All Plaintiffs (Kowalewski, Kevin) (Entered: 04/06/2026) |
| 04/08/2026 | 22 | NOTICE of Appearance by Esam Al−Shareffi on behalf of All Defendants (Al−Shareffi, Esam) (Entered: 04/08/2026) |
| 04/08/2026 | 23 | MOTION to Reassign Case *Objection to Notice of Related Case* by FRANK J. BISIGNANO, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, HOWARD LUTNICK, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Al−Shareffi, Esam) (Entered: 04/08/2026) |
| 04/08/2026 | 24 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/3/2026. Answer due for ALL FEDERAL DEFENDANTS by 6/2/2026. (Madduri, Lalitha) (Entered: 04/08/2026) |
| 04/08/2026 | 25 | RESPONSE TO ORDER OF THE COURT re 18 Order, filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Madduri, Lalitha) (Entered: 04/08/2026) |
| 04/08/2026 | 26 | ORDER granting (23) Motion to Reassign Case in case 1:26−cv−01114−CKK; granting (16) Motion to Reassign Case in case 1:26−cv−01132−CKK. Signed by Judge Colleen Kollar−Kotelly on 4/8/2026. (lcckk3) (Entered: 04/08/2026) |
| 04/09/2026 | | Case randomly reassigned to Judge Carl J. Nichols pursuant to 26 Order dated 4/8/2026. Judge Colleen Kollar−Kotelly is no longer assigned to the case. (ztnr) (Entered: 04/09/2026) |
| 04/09/2026 | 27 | ORDER CONSOLIDATING CASES. Signed by Judge Carl J. Nichols on 4/9/2026. (lccjn1) (Entered: 04/09/2026) |
| 04/09/2026 | 28 | NOTICE *of Filing Opposition to LULAC Plaintiffs' Motion for Expedited Discovery* by FRANK J. BISIGNANO, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, HOWARD LUTNICK, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Al−Shareffi, Esam) (Entered: 04/09/2026) |
| 04/10/2026 | 29 | MOTION for Preliminary Injunction by LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE, ARIZONA STUDENTS' ASSOCIATION. (Lang, Danielle) (Entered: 04/10/2026) |
| 04/10/2026 | 30 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Anna Marks Baldwin on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Baldwin, Anna) (Entered: 04/10/2026) |
| 04/10/2026 | 31 | NOTICE of Appearance by Robert Brent Ferguson on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Ferguson, Robert) (Entered: 04/10/2026) |
| 04/10/2026 | 32 | NOTICE of Appearance by Renata O'Donnell on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (O'Donnell, Renata) (Entered: 04/10/2026) |
| 04/10/2026 | 33 | NOTICE of Appearance by Heather Szilagyi on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Szilagyi, Heather) (Entered: 04/10/2026) |
| 04/10/2026 | 34 | MOTION for Preliminary Injunction by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Madduri, Lalitha) (Entered: 04/10/2026) |
| 04/10/2026 | 35 | NOTICE of Appearance by Benjamin Phillips on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Phillips, Benjamin) (Entered: 04/10/2026) |
| 04/10/2026 | 36 | REPLY to opposition to motion re 17 Motion to Expedite filed by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE. . (Baldwin, Anna) Modified docket text on 4/13/2026, pursuant to Counsel (mg). (Entered: 04/10/2026) |
| 04/10/2026 | 37 | MOTION for Preliminary Injunction by NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, COMMON CAUSE, COMMON CAUSE EDUCATION FUND, BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC.. (Freedman, John) (Entered: 04/10/2026) |
| 04/10/2026 | 38 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BLACK VOTERS MATTER FUND, INC. (Freedman, John) (Entered: 04/10/2026) |
| 04/10/2026 | 39 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BVM CAPACITY BUILDING INSTITUTE, INC. (Freedman, John) (Entered: 04/10/2026) |
| 04/10/2026 | 40 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by COMMON CAUSE (Freedman, John) (Entered: 04/10/2026) |
| 04/10/2026 | 41 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Freedman, John) (Entered: 04/10/2026) |
| 04/10/2026 | 42 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by COMMON CAUSE EDUCATION FUND (Freedman, John) (Entered: 04/10/2026) |
| 04/12/2026 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. Upon consideration of the 36 Motion to Expedite Discovery, and the entire record herein, it is hereby ORDERED that the motion is DENIED WITHOUT PREJUDICE. In the event that the Court later determines that discovery would assist in resolving the motions for a preliminary injunction, the Court may order such discovery on an expedited basis. So ORDERED by Judge Carl J. Nichols on 4/12/2026. (lccjn1) (Entered: 04/12/2026) |
| 04/13/2026 | 43 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/13/2026. Answer due for ALL FEDERAL DEFENDANTS by 6/12/2026. (Lang, Danielle) (Entered: 04/13/2026) |
| 04/13/2026 | 44 | NOTICE of Appearance by Sofia Fernandez Gold on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Gold, Sofia) (Entered: 04/13/2026) |
| 04/13/2026 | 45 | NOTICE of Appearance by Pooja Chaudhuri on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Chaudhuri, Pooja) (Entered: 04/13/2026) |
| 04/13/2026 | 46 | NOTICE of Appearance by Stephen M. Pezzi on behalf of All Defendants (Pezzi, Stephen) (Entered: 04/13/2026) |
| 04/14/2026 | | Cases Consolidated. The following cases have been consolidated with this case: 26cv1132, 26cv1151 pursuant to 27 Order filed 4/9/2026. From this date forward, all pleadings shall be filed ONLY in this case. Parties are advised NOT to elect the SPREAD TEXT option when filing in ECF, as this will result in repetitive docketing. (znmw) (Entered: 04/14/2026) |
| 04/14/2026 | 47 | NOTICE of Appearance by Norman Larry Eisen on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Eisen, Norman) (Entered: 04/14/2026) |
| 04/14/2026 | 48 | STANDING ORDER. Signed by Judge Carl J. Nichols on 4/14/2026. (lccjn1) (Entered: 04/14/2026) |
| 04/17/2026 | 49 | NOTICE of Appearance by Richard D. Bernstein on behalf of Society For The Rule of Law (Bernstein, Richard) (Entered: 04/17/2026) |
| 04/17/2026 | 50 | Unopposed MOTION for Leave to File Amicus Brief *as Amicus Curiae of The Society For the Rule of Law* by Society For The Rule of Law. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order)(Bernstein, Richard) (Entered: 04/17/2026) |
| 04/17/2026 | 51 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Nancy A. Temple, Filing fee $ 100, receipt number ADCDC−12367061. Fee Status: Fee Paid. by Society For The Rule of Law. (Attachments: # 1 Declaration of Nancy A. Temple, # 2 Text of Proposed Order)(Bernstein, Richard) (Entered: 04/17/2026) |
| 04/17/2026 | 52 | NOTICE of Proposed Order by Society For The Rule of Law re 50 Unopposed MOTION for Leave to File Amicus Brief *as Amicus Curiae of The Society For the Rule of Law* (Bernstein, Richard) (Entered: 04/17/2026) |
| 04/17/2026 | | MINUTE ORDER. The Court having considered the 51 Motion for Admission Pro Hac Vice of Nancy A. Temple, and it appearing to the Court that the attorney |

| | | |
|---|---|---|
| | | referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(e), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Nancy A. Temple is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 4/17/2026. (lccjn1) (Entered: 04/17/2026) |
| 04/17/2026 | | MINUTE ORDER. It is hereby ORDERED that the Society for the Rule of Law's 50 Motion for Leave to File Amicus Brief is GRANTED. So ORDERED by Judge Carl J. Nichols on 4/17/2026. (lccjn1) (Entered: 04/17/2026) |
| 04/17/2026 | 53 | MEMORANDUM re 29 MOTION for Preliminary Injunction by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1− Executive Order No. 14399, # 3 Exhibit 2− Federal Post Card Application, # 4 Exhibit 3− Executive Order No. 14248, # 5 Exhibit 4− Privacy Impact Assessment for the Systematic Alien Verification Entitlements Program, # 6 Exhibit 5− Post Election Audit Report: General Election 2016, # 7 Exhibit 6− Westat Report to DHS, # 8 Exhibit 7− Privacy Impact Assessment for the Systematic Alien Verification Entitlements Program, # 9 Exhibit 8− Hrg Tr., United States v. Bellows, # 10 Exhibit 9− Confidential Memorandum of Understanding executed with Texas, # 11 Exhibit 10− Confidential Memorandum of Understanding executed with Alaska, # 12 Exhibit 11− Declaration of Sarah Streyder, # 13 Exhibit 12− Declaration of Jessica Mendoza, # 14 Exhibit 13− Declaration of Janessa Zucchetto, # 15 Exhibit 14− Declaration of Kelsi Kiper, # 16 Exhibit 15− Declaration of Brittney Haddix, # 17 Exhibit 16− Declaration of Wyatt Perkins, # 18 Exhibit 17− Declaration of Evan Stasch, # 19 Exhibit 18− Declaration of Juan Proao, # 20 Exhibit 19− Declaration of Gustavo Rivera, # 21 Exhibit 20− Declaration of Gabriel Rosales, # 22 Exhibit 21− Declaration of Diego Jacob Sandoval, # 23 Exhibit 22− 2024 Post−Election Analysis Report)(Lang, Danielle) (Entered: 04/17/2026) |
| 04/17/2026 | 54 | MEMORANDUM re 37 MOTION for Preliminary Injunction by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Attachments: # 1 Ex. 1. − DECLARATION OF TYLER STERLING, # 2 Ex. 2. − DECLARATION OF ALPHONSO BRAGGS, # 3 Ex. 3. − DECLARATION OF ELENA NUNEZ, # 4 Ex. 4. − DECLARATION OF KYLE GIDDINGS, # 5 Ex. 5. − DECLARATION OF ADRIAN JAMES LOMAX, # 6 Ex. 6. − DECLARATION OF JILL HOWARD, # 7 Ex. 7. − DECLARATION OF CATHERINE BALAN, # 8 Ex. 8. − DECLARATION OF BRIAN JAMES FREEMAN, # 9 Ex. 9. − DECLARATION OF CLIFFORD ALBRIGHT, # 10 Ex. 10. − DECLARATION OF MICHAEL P. MCDONALD, # 11 [Proposed] Order)(Freedman, John) (Entered: 04/17/2026) |
| 04/17/2026 | 55 | MEMORANDUM re 34 MOTION for Preliminary Injunction by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Index of Exhibits, # 2 Madduri Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 |

| | | |
|---|---|---|
| | | Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Text of Proposed Order)(Madduri, Lalitha) (Entered: 04/17/2026) |
| 04/20/2026 | 56 | AMICUS BRIEF by SOCIETY FOR THE RULE OF LAW. (Bernstein, Richard) (Entered: 04/20/2026) |
| 04/20/2026 | 57 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 04/13/2026. (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 58 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF COMMERCE served on 4/10/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 59 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DAVID STEINER served on 4/16/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 60 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF HOMELAND SECURITY served on 4/16/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 61 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF JUSTICE served on 4/13/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 62 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FRANK J. BISIGNANO served on 4/10/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 63 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. HOWARD LUTNICK served on 4/9/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 64 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JOSEPH B. EDLOW served on 4/10/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 65 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MARKWAYNE MULLIN served on 4/9/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 66 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PAMELA BONDI served on 4/10/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 67 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SOCIAL SECURITY ADMINISTRATION served on 4/16/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 68 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. CITIZENSHIP AND IMMIGRATION SERVICES served on 4/10/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 69 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES POSTAL SERVICE served on 4/13/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 70 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AMBER F. MCREYNOLDS served on 4/13/2026 (Lang, Danielle) (Entered: |

| | | |
|---|---|---|
| | | 04/20/2026) |
| 04/20/2026 | 71 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE served on 4/13/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 72 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DANIEL M. TANGHERLINI served on 4/16/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 73 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEREK KAN served on 4/13/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 74 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RONALD A. STROMAN served on 4/16/2026 (Lang, Danielle) (Entered: 04/20/2026) |
| 04/20/2026 | 75 | NOTICE of Appearance by Nancy A Temple on behalf of SOCIETY FOR THE RULE OF LAW (Temple, Nancy) (Entered: 04/20/2026) |
| 04/20/2026 | 76 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FRANK J. BISIGNANO served on 4/6/2026; PAMELA BONDI served on 4/7/2026; JOSEPH B. EDLOW served on 4/6/2026; HOWARD LUTNICK served on 4/8/2026; MARKWAYNE MULLIN served on 4/13/2026; SOCIAL SECURITY ADMINISTRATION served on 4/6/2026; DAVID STEINER served on 4/9/2026; U.S. CITIZENSHIP AND IMMIGRATION SERVICES served on 4/6/2026; U.S. DEPARTMENT OF COMMERCE served on 4/8/2026; U.S. DEPARTMENT OF HOMELAND SECURITY served on 4/8/2026; UNITED STATES DEPARTMENT OF JUSTICE served on 4/9/2026; UNITED STATES POSTAL SERVICE served on 4/7/2026 (Madduri, Lalitha) (Entered: 04/20/2026) |
| 04/20/2026 | 77 | MOTION to Intervene by STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS. (Attachments: # 1 Memorandum in Support of Motion to Intervene, # 2 Proposed Motion to Dismiss, # 3 Proposed Memorandum in Support of Motion to Dismiss)Associated Cases: 1:26−cv−01114−CJN, 1:26−cv−01132−CJN, 1:26−cv−01151−CJN(Capozzi, Louis) (Entered: 04/20/2026) |
| 04/21/2026 | 78 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. EXECUTIVE OFFICE OF THE PRESIDENT served on 4/21/2026 (Lang, Danielle) (Entered: 04/21/2026) |
| 04/21/2026 | 79 | NOTICE of Appearance by John Michael Patton on behalf of STATE OF MISSOURI (Patton, John) (Entered: 04/21/2026) |
| 04/21/2026 | 80 | NOTICE of Appearance by James Allen Barta on behalf of STATE OF INDIANA (Barta, James) (Entered: 04/21/2026) |
| 04/21/2026 | 81 | NOTICE of Appearance by Louis Joseph Capozzi, III on behalf of STATE OF MISSOURI (Capozzi, Louis) (Entered: 04/21/2026) |
| 04/21/2026 | 82 | NOTICE of Appearance by James Rodriguez on behalf of STATE OF KANSAS (Rodriguez, James) (Entered: 04/21/2026) |

| | | |
|---|---|---|
| 04/21/2026 | | MINUTE ORDER. It is hereby ORDERED that Plaintiffs and the United States shall file responses to the States' 77 Motion to Intervene on or before April 24, 2026; the States shall file any reply on or before April 27, 2026. So ORDERED by Judge Carl J. Nichols on 4/21/2026. (lccjn1) (Entered: 04/21/2026) |
| 04/21/2026 | 83 | NOTICE of Appearance by Alexander Barrett Bowdre on behalf of STATE OF ALABAMA (Bowdre, Alexander) (Entered: 04/21/2026) |
| 04/22/2026 | 84 | NOTICE of Proposed Order by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE re 53 Memorandum,,,,,, (Lang, Danielle) (Entered: 04/22/2026) |
| 04/22/2026 | 85 | NOTICE of Appearance by Cody S Barnett on behalf of STATE OF NEBRASKA (Barnett, Cody) (Entered: 04/22/2026) |
| 04/23/2026 | 86 | MOTION for Leave to File *One Combined Brief in Opposition to Plaintiffs' Motions for a Preliminary Injunction and in Support of Defendants' Motions to Dismiss* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Attachments: # 1 Text of Proposed Order)(Pezzi, Stephen) (Entered: 04/23/2026) |
| 04/23/2026 | | MINUTE ORDER. Upon consideration of Defendants' 86 motion for leave to file one combined brief, the Court hereby ORDERS the NAACP Plaintiffs to file an opposition on or before April 24, 2026, at 10:00 AM. So ORDERED by Judge Carl J. Nichols on 4/23/2026. (lccjn1) (Entered: 04/23/2026) |
| 04/24/2026 | 87 | RESPONSE re 86 MOTION for Leave to File *One Combined Brief in Opposition to Plaintiffs' Motions for a Preliminary Injunction and in Support of Defendants' Motions to Dismiss* filed by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Attachments: # 1 Exhibit A, # 2 [Proposed] Order)(Freedman, John) (Entered: 04/24/2026) |
| 04/24/2026 | 88 | RESPONSE re 77 MOTION to Intervene filed by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, SOCIETY FOR THE RULE OF LAW, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, |

| | | |
|---|---|---|
| | | UNITED STATES POSTAL SERVICE. (Al−Shareffi, Esam) (Entered: 04/24/2026) |
| 04/24/2026 | 89 | RESPONSE re 77 MOTION to Intervene filed by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE. (Baldwin, Anna) (Entered: 04/24/2026) |
| 04/24/2026 | 90 | RESPONSE re 77 MOTION to Intervene filed by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Freedman, John) (Entered: 04/24/2026) |
| 04/24/2026 | | MINUTE ORDER. Upon consideration of Defendants' 86 motion for leave to file one combined brief, and the entire record herein, it is hereby ORDERED that Defendants' motion is GRANTED; and it is further ORDERED that Defendants may file one combined brief, not to exceed 70 pages simultaneously (1) opposing Plaintiffs' three motions for a preliminary injunction and (2) supporting Defendants' (forthcoming) motions to dismiss. This Order does not change the previously agreed preliminary injunction schedule. Plaintiffs shall file their oppositions to Defendants' (forthcoming) motions to dismiss on or before May 15, 2026, and Defendants shall file any reply on or before May 22, 2026. So ORDERED by Judge Carl J. Nichols on 4/24/2026. (lccjn1) (Entered: 04/24/2026) |
| 04/24/2026 | 91 | NOTICE of Appearance by Jeffrey A. Mandell on behalf of Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef (Mandell, Jeffrey) (Main Document 91 replaced on 4/27/2026) (znmw). (Entered: 04/24/2026) |
| 04/24/2026 | 92 | MOTION for Leave to File Amicus Brief by Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef. (Attachments: # 1 Exhibit Brief of Proposed Amici Curiae WDC et al, # 2 Exhibit Ex. 1 to Brief of Proposed Amici Curiae WDC et al, # 3 Text of Proposed Order Proposed Order Granting Leave of Amici Curiae WDC et al to File Brief)(Mandell, Jeffrey) (Entered: 04/24/2026) |
| 04/24/2026 | 93 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Rachel E. Snyder, Filing fee $ 100, receipt number ADCDC−12381960. Fee Status: Fee Paid. by EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef, Wisconsin Democracy Campaign, Inc.. (Attachments: # 1 Declaration Declaration of Rachel E. Snyder, # 2 Text of Proposed Order Proposed Order Granting Rachel E. Snyder Leave to Appear Pro Hac Vice)(Mandell, Jeffrey) (Attachment 1 replaced on 4/27/2026) (znmw). (Entered: 04/24/2026) |
| 04/24/2026 | 94 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Douglas M. Poland, Filing fee $ 100, receipt number ADCDC−12381963. Fee Status: Fee Paid. by EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef, Wisconsin Democracy Campaign, Inc.. (Attachments: # 1 Declaration Declaration of Douglas M. Poland, # 2 Text of Proposed Order Proposed Order Granting Douglas M. Poland Leave to Appear Pro Hac Vice)(Mandell, Jeffrey) (Attachment 1 replaced on 4/27/2026) (znmw). (Entered: 04/24/2026) |
| 04/24/2026 | 95 | RESPONSE re 77 MOTION to Intervene filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Text of Proposed Order)(Madduri, Lalitha) (Entered: 04/24/2026) |

| | | |
|---|---|---|
| 04/26/2026 | 96 | MOTION for Leave to File Amicus Brief by EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, Aharon Shelef, Wisconsin Democracy Campaign, Inc.. (Attachments: # 1 Exhibit Corrected Brief of Proposed Amici Curiae WDC et al, # 2 Exhibit Ex. 1 to Corrected Brief of Amici Curiae WDC et al − Luedtke v. Yunker Opinion, # 3 Text of Proposed Order Proposed Order Granting Motion for Leave to File Corrected Brief of Amici Curiae WDC et al)(Mandell, Jeffrey) (Entered: 04/26/2026) |
| 04/27/2026 | 97 | MOTION for Leave to File Amicus Brief*in Support of Plaintiffs* by STATE AND LOCAL ELECTION OFFICIALS AND ELECTION EXPERTS. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)Associated Cases: 1:26−cv−01114−CJN, 1:26−cv−01132−CJN, 1:26−cv−01151−CJN(Bateman, Samantha) (Entered: 04/27/2026) |
| 04/27/2026 | 98 | REPLY to opposition to motion re 77 Motion to Intervene,, filed by STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS. (Capozzi, Louis) (Entered: 04/27/2026) |
| 04/28/2026 | 99 | NOTICE of Appearance by Aseem Mulji on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Mulji, Aseem) (Entered: 04/28/2026) |
| 04/28/2026 | 100 | MOTION for Hearing re 34 MOTION for Preliminary Injunction , 55 Memorandum,,, by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Text of Proposed Order)(Madduri, Lalitha) (Entered: 04/28/2026) |
| 04/29/2026 | 101 | NOTICE *of Joinder* by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE re 100 Motion for Hearing, (Freedman, John) (Entered: 04/29/2026) |
| 04/29/2026 | 102 | NOTICE of Appearance by Joseph David Spate on behalf of STATE OF SOUTH CAROLINA (Spate, Joseph) (Entered: 04/29/2026) |
| 04/30/2026 | | MINUTE ORDER. Upon consideration of the States' 77 Motion to Intervene, it is hereby ORDERED that the motion is GRANTED IN PART AND DENIED IN PART. The Court concludes that the Movant States are not entitled to intervention as of right but grants permissive intervention pursuant to Federal Rule of Civil Procedure 24(b). Accordingly, the Movant States are permitted to intervene in this action and shall adhere to the same preliminary injunction briefing schedule as Defendants. It is further ORDERED that the 96 Motion for Leave to File Amicus Brief by Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef and the 97 Motion for Leave to File Amicus Brief by State and Local Election Officials and Election Experts are GRANTED. It is further ORDERED that the Democratic Party Plaintiffs' 100 Motion for Hearing is GRANTED. The Court will hold a hearing on the Plaintiffs' motions for preliminary injunction on May 14, 2026, at 2:00 PM in Courtroom 17. So ORDERED by Judge Carl J. Nichols on 4/30/2026. (lccjn1) (Entered: 04/30/2026) |

| | | |
|---|---|---|
| 04/30/2026 | | MINUTE ORDER. The Court having considered the 93 Motion for Admission Pro Hac Vice of Rachel E. Snyder, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(e), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Rachel E. Snyder is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 4/30/2026. (lccjn1) (Entered: 04/30/2026) |
| 04/30/2026 | | MINUTE ORDER. The Court having considered the 94 Motion for Admission Pro Hac Vice of Douglas M. Poland, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(e), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Douglas M. Poland is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 4/30/2026. (lccjn1) (Entered: 04/30/2026) |
| 04/30/2026 | 141 | MOTION to Dismiss by STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS. (Attachments: # 1 Memorandum in Support)(znmw) (Entered: 05/26/2026) |
| 04/30/2026 | 142 | AMICUS BRIEF by EXPO OF WISCONSIN, INC., JALEYCE ORAEDU, JASMINE ORAEDU, AHARON SHELEF, WISCONSIN DEMOCRACY CAMPAIGN, INC.. (Attachments: # 1 Exhibit)(znmw) (Entered: 05/26/2026) |
| 05/01/2026 | 103 | NOTICE of Appearance by Douglas Maynard Poland on behalf of EXPO OF WISCONSIN, INC., JALEYCE ORAEDU, JASMINE ORAEDU, AHARON SHELEF, WISCONSIN DEMOCRACY CAMPAIGN, INC. (Poland, Douglas) (Entered: 05/01/2026) |
| 05/01/2026 | 104 | MOTION for Leave to File Amicus Brief by AMERICA'S FUTURE, CITIZENS UNITED. (Attachments: # 1 Exhibit Proposed Amicus Brief)(Olson, William) (Entered: 05/01/2026) |
| 05/01/2026 | 105 | Memorandum in opposition to re 34 MOTION for Preliminary Injunction , 37 MOTION for Preliminary Injunction , 29 MOTION for Preliminary Injunction filed by STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS. (Capozzi, Louis) (Entered: 05/01/2026) |
| 05/01/2026 | 106 | MOTION to Dismiss by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT |

| | | |
|---|---|---|
| | | OF JUSTICE, UNITED STATES POSTAL SERVICE. (Attachments: # 1 Memorandum in Support, # 2 Ex. 1 − Decl. of M. Mayhew (USCIS), # 3 Ex. 2 − Decl. of J.B. MacBride (SSA), # 4 Ex. 3 − Decl. of S. Monteith (USPS), # 5 Text of Proposed Order)(Pezzi, Stephen) (Entered: 05/01/2026) |
| 05/01/2026 | 107 | Memorandum in opposition to re 34 MOTION for Preliminary Injunction , 37 MOTION for Preliminary Injunction , 29 MOTION for Preliminary Injunction filed by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Attachments: # 1 Ex. 1 − Decl. of M. Mayhew (USCIS), # 2 Ex. 2 − Decl. of J.B. MacBride (SSA), # 3 Ex. 3 − Decl. of S. Monteith (USPS))(Pezzi, Stephen) (Entered: 05/01/2026) |
| 05/01/2026 | 108 | MOTION to Intervene by EMANUEL MCCRAY. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Pro Se Consent to E−Noticing Form)(znmw) (Entered: 05/04/2026) |
| 05/04/2026 | | MINUTE ORDER. Upon review of Federal Defendants' 107 Memorandum in opposition to Plaintiffs' motions for preliminary injunction, it appears that the Memorandum is not double−spaced as required by Paragraph 8(b) of the Court's 48 Standing Order. Accordingly, it is hereby ORDERED that the Federal Defendants refile a memorandum that complies with the Court's Standing Order on or before May 5, 2026. So ORDERED by Judge Carl J. Nichols on 5/4/2026. (lccjn1) (Entered: 05/04/2026) |
| 05/04/2026 | 109 | NOTICE of Appearance by Valencia Richardson on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Richardson, Valencia) (Entered: 05/04/2026) |
| 05/05/2026 | 110 | NOTICE of Appearance by Sejal Jhaveri on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Jhaveri, Sejal) (Entered: 05/05/2026) |
| 05/05/2026 | 111 | NOTICE of Appearance by Rachel Elizabeth Snyder on behalf of EXPO OF WISCONSIN, INC., JALEYCE ORAEDU, JASMINE ORAEDU, AHARON SHELEF, WISCONSIN DEMOCRACY CAMPAIGN, INC. (Snyder, Rachel) (Main Document 111 replaced on 5/5/2026) (znmw). (Entered: 05/05/2026) |
| 05/05/2026 | 112 | NOTICE of Appearance by Elisabeth S. Theodore on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Theodore, Elisabeth) (Entered: 05/05/2026) |
| 05/05/2026 | 113 | NOTICE of Appearance by Jeremy Karpatkin on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Karpatkin, Jeremy) (Entered: 05/05/2026) |

| | | |
|---|---|---|
| 05/05/2026 | 114 | NOTICE of Appearance by Orion DE Nevers on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (DE Nevers, Orion) (Entered: 05/05/2026) |
| 05/05/2026 | 115 | NOTICE of Appearance by Nicholas Anway on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Anway, Nicholas) (Entered: 05/05/2026) |
| 05/05/2026 | 116 | NOTICE of Appearance by Grant Michael Flynn on behalf of STATE OF SOUTH DAKOTA (Flynn, Grant) (Entered: 05/05/2026) |
| 05/05/2026 | 117 | NOTICE *of Filing of Revised Memorandum of Law in Response to the Court's Order of May 4, 2026* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Attachments: # 1 Memorandum in Support, # 2 Ex. 1 − Decl. of M. Mayhew (USCIS), # 3 Ex. 2 − Decl. of J.B. MacBride (SSA), # 4 Ex. 3 − Decl. of S. Monteith (USPS))(Pezzi, Stephen) (Entered: 05/05/2026) |
| 05/07/2026 | 118 | NOTICE of Appearance by Christopher Joseph Hajec on behalf of FEDERATION FOR AMERICAN IMMIGRATION REFORM Associated Cases: 1:26−cv−01114−CJN, 1:26−cv−01132−CJN, 1:26−cv−01151−CJN(Hajec, Christopher) (Entered: 05/07/2026) |
| 05/07/2026 | 119 | NOTICE of Appearance by Matt A. Crapo on behalf of FEDERATION FOR AMERICAN IMMIGRATION REFORM Associated Cases: 1:26−cv−01114−CJN, 1:26−cv−01132−CJN, 1:26−cv−01151−CJN(Crapo, Matt) (Entered: 05/07/2026) |
| 05/07/2026 | 120 | Unopposed MOTION for Leave to File Amicus Brief*in support of Defendants' Motion to Dismiss* by FEDERATION FOR AMERICAN IMMIGRATION REFORM. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)Associated Cases: 1:26−cv−01114−CJN, 1:26−cv−01132−CJN, 1:26−cv−01151−CJN(Hajec, Christopher) (Entered: 05/07/2026) |
| 05/08/2026 | 121 | REPLY to opposition to motion re 29 Motion for Preliminary Injunction filed by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE. (Lang, Danielle) (Entered: 05/08/2026) |
| 05/08/2026 | 122 | REPLY to opposition to motion re 34 Motion for Preliminary Injunction filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Declaration of Lalitha D. Madduri, # 2 Exhibit 38, # 3 Exhibit 39, # 4 Exhibit Supplemental Index of Exhibits)(Madduri, Lalitha) (Entered: 05/08/2026) |

| | | |
|---|---|---|
| 05/08/2026 | 123 | REPLY to opposition to motion re 37 Motion for Preliminary Injunction filed by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Freedman, John) (Entered: 05/08/2026) |
| 05/11/2026 | | MINUTE ORDER. It is hereby ORDERED that the 108 Motion to Intervene is DENIED. So ORDERED by Judge Carl J. Nichols on 5/11/2026. (lccjn1) (Entered: 05/11/2026) |
| 05/11/2026 | | MINUTE ORDER. It is hereby ORDERED that the 104 Motion for Leave to File Amicus Brief by America's Future, Citizens United is GRANTED; and it is further ORDERED that the 120 Motion for Leave to File Amicus Brief by Federation for American Immigration Reform is GRANTED. So ORDERED by Judge Carl J. Nichols on 5/11/2026. (lccjn1) (Entered: 05/11/2026) |
| 05/11/2026 | 124 | NOTICE of Appearance by Javon Davis on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Davis, Javon) (Entered: 05/11/2026) |
| 05/11/2026 | 125 | NOTICE of Appearance by Grace Thomas on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Thomas, Grace) (Entered: 05/11/2026) |
| 05/11/2026 | 135 | AMICUS BRIEF by AMERICA'S FUTURE, CITIZENS UNITED. (znmw) (Entered: 05/18/2026) |
| 05/11/2026 | 136 | AMICUS BRIEF by FEDERATION FOR AMERICAN IMMIGRATION REFORM. (znmw) (Entered: 05/18/2026) |
| 05/12/2026 | 126 | NOTICE of Appearance by Marlin David Rollins−Boyd on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Rollins−Boyd, Marlin) (Entered: 05/12/2026) |
| 05/12/2026 | 127 | NOTICE of Appearance by Jeffrey Blumberg on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Blumberg, Jeffrey) (Entered: 05/12/2026) |
| 05/12/2026 | 128 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Andrew H. Warren, Filing fee $ 100, receipt number ADCDC−12416996. Fee Status: Fee Paid. by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE. (Attachments: # 1 Declaration Declaration for Pro Hac Vice Admission, # 2 Text of Proposed Order Proposed Order, # 3 Supplement Certificate of Good Standing)(Gold, Sofia) (Entered: 05/12/2026) |
| 05/12/2026 | 129 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Robert Neil Weiner on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Weiner, Robert) (Entered: 05/12/2026) |
| 05/12/2026 | 130 | NOTICE of Appearance by Catherine Meza on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Meza, Catherine) (Entered: 05/12/2026) |
| 05/14/2026 | 131 | NOTICE *of Filing of Supplemental Exhibit* by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER re 34 Motion for Preliminary Injunction (Attachments: # 1 Exhibit 40)(Madduri, Lalitha) (Entered: 05/14/2026) |
| 05/14/2026 | | MINUTE ORDER. The Court having considered the 128 Motion for Admission Pro Hac Vice of Andrew H. Warren, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(e), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Andrew H. Warren is ADMITTED to practice before the Court pro hac vice **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 5/14/2026. (lccjn1) (Entered: 05/14/2026) |
| 05/14/2026 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Preliminary Injunction held on 5/14/2026. Motions Taken Under Advisement. Further Order and Opinion to be issued by the Court. Court Reporter: Lorraine Herman. (zcam) (Entered: 05/14/2026) |
| 05/15/2026 | 132 | RESPONSE re 106 MOTION to Dismiss , 77 MOTION to Intervene *in Opposition to Motions to Dismiss* filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Text of Proposed Order)(Madduri, Lalitha) (Entered: 05/15/2026) |
| 05/15/2026 | 133 | RESPONSE re 106 MOTION to Dismiss , 77 MOTION to Intervene *Motion to Dismiss* filed by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE. (Attachments: # 1 Exhibit 1− Memorandum of Understanding between Department of Homeland Security, United States Citizenship and Immigration Services, and Department of Justices Civil Rights Division, # 2 Text of Proposed Order)(Lang, Danielle) (Entered: 05/15/2026) |
| 05/15/2026 | 134 | RESPONSE re 106 MOTION to Dismiss , 77 MOTION to Intervene *Motion to Dismiss* filed by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Attachments: # 1 Text of Proposed Order)(Freedman, John) (Entered: 05/15/2026) |
| 05/20/2026 | 137 | NOTICE OF SUPPLEMENTAL AUTHORITY by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, |

| | | |
|---|---|---|
| | | DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER (Attachments: # 1 Exhibit 41)(Madduri, Lalitha) (Entered: 05/20/2026) |
| 05/22/2026 | 138 | Unopposed MOTION for Leave to File Excess Pages by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Attachments: # 1 Text of Proposed Order)(Al−Shareffi, Esam) (Entered: 05/22/2026) |
| 05/22/2026 | 139 | REPLY to opposition to motion re 106 Motion to Dismiss,, filed by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Attachments: # 1 Ex. 1 to Defs.' MTD Reply − Supp. Mayhew Decl. (May 22, 2026))(Pezzi, Stephen) (Entered: 05/22/2026) |
| 05/22/2026 | 140 | REPLY to opposition to motion re 141 Motion to Intervene,, filed by STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS. (Capozzi, Louis) Modified link on 5/26/2026 (znmw). (Entered: 05/22/2026) |
| 05/26/2026 | | MINUTE ORDER. It is hereby ORDERED that the 138 unopposed motion for leave to file one combined reply brief and for additional pages is GRANTED. Federal Defendants may file one combined reply brief, not to exceed 35 pages, in support of Defendants' motion to dismiss. So ORDERED by Judge Carl J. Nichols on 5/26/2026. (lccjn1) (Entered: 05/26/2026) |
| 05/28/2026 | 143 | MEMORANDUM OPINION. Signed by Judge Carl J. Nichols on 5/28/2026. (lccjn1) (Entered: 05/28/2026) |
| 05/28/2026 | 144 | ORDER denying 29 Motion for Preliminary Injunction; denying 34 Motion for Preliminary Injunction; denying 37 Motion for Preliminary Injunction. Signed by Judge Carl J. Nichols on 5/28/2026. (lccjn1) (Entered: 05/28/2026) |
| 05/29/2026 | 145 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF |

| | | |
|---|---|---|
| | | COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Al−Shareffi, Esam) (Entered: 05/29/2026) |
| 06/01/2026 | | ENTERED IN ERROR.....MINUTE ENTRY. In light of footnote 1 in the government's 145 Notice of Case Developments, the Court makes clear that while it expected the government to notify the Court of any material factual developments that were relevant to Plaintiffs' motions for preliminary injunction while those motions were under consideration, the Court continues to expect that the government will notify the Court of any material factual developments while this litigation remains pending. 6/1/2026. (lccjn1) Modified on 6/1/2026; incorrect entry docketed (zcam). (Entered: 06/01/2026) |
| 06/01/2026 | | NOTICE. In light of footnote 1 in the government's 145 Notice of Case Developments, the Court makes clear that while it expected the government to notify the Court of any material factual developments that were relevant to Plaintiffs' motions for preliminary injunction while those motions were under consideration, the Court continues to expect that the government will notify the Court of any material factual developments while this litigation remains pending. (lccjn1) Modified on 6/1/2026 to remove date (zcam). (Entered: 06/01/2026) |
| 06/01/2026 | | NOTICE OF ERROR: Minute Entry filed 6/1/2026 entered incorrectly. Will be filed as a NOTICE. (zcam) (Entered: 06/01/2026) |
| 06/01/2026 | 146 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to 144 Order on Motion for Preliminary Injunction,, 143 Memorandum & Opinion by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. Filing fee $ 605, receipt number ADCDC−12457752. Fee Status: Fee Paid. (Madduri, Lalitha) Modified event on 6/2/2026 (znmw). (Entered: 06/01/2026) |
| 06/02/2026 | 147 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 146 Notice of Appeal to DC Circuit Court,. (znmw) (Entered: 06/02/2026) |
| 06/03/2026 | 148 | TRANSCRIPT OF PRELIMINARY INJUNCTION PROCEEDINGS before Judge Carl J. Nichols, held on May 14, 2026. Page Numbers: 1−133. Date of Issuance: June 3, 2026. Court Reporter: Lorraine Herman. Email: lorraine_herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 6/24/2026. Redacted Transcript Deadline set for 7/4/2026. Release of Transcript Restriction set for 9/1/2026.(Herman, Lorraine) (Entered: 06/03/2026) |
| 06/04/2026 | | USCA Case Number 26−5193 for 146 Notice of Appeal to DC Circuit Court, filed by DEMOCRATIC NATIONAL COMMITTEE, HAKEEM S. JEFFRIES, DSCC, DEMOCRATIC GOVERNORS ASSOCIATION, DCCC, CHARLES E. SCHUMER. (znmw) (Entered: 06/04/2026) |
| 06/05/2026 | 149 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Al−Shareffi, Esam) (Entered: 06/05/2026) |
| 06/08/2026 | 150 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Al−Shareffi, Esam) (Entered: 06/08/2026) |
| 06/18/2026 | 151 | NOTICE *of Filing of June 8, 2026 DHS Memo* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Attachments: # 1 Ex. 1 − June 8, 2026 DHS Memo)(Pezzi, Stephen) (Entered: 06/18/2026) |
| 06/18/2026 | 152 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Al−Shareffi, Esam) (Entered: 06/18/2026) |

| | | |
|---|---|---|
| 06/23/2026 | 153 | NOTICE of Appearance by David Kronig on behalf of ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Kronig, David) (Entered: 06/23/2026) |
| 06/25/2026 | 154 | NOTICE OF SUPPLEMENTAL AUTHORITY by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE (Attachments: # 1 Exhibit 1 − Memorandum Opinion and Order, California v. Trump, # 2 Exhibit 2 − Memorandum Opinion, LWV v. DHS, # 3 Exhibit 3 − Order, LWV v. DHS)(Baldwin, Anna) (Entered: 06/25/2026) |
| 07/15/2026 | 155 | NOTICE OF SUPPLEMENTAL AUTHORITY by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Freedman, John) (Entered: 07/15/2026) |
| 07/16/2026 | 156 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE re 152 Notice (Other),, (Al−Shareffi, Esam) (Entered: 07/16/2026) |
| 07/16/2026 | 157 | NOTICE *of Errata* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE re 156 Notice (Other),, (Al−Shareffi, Esam) (Entered: 07/16/2026) |
| 07/21/2026 | 158 | NOTICE OF SUPPLEMENTAL AUTHORITY by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Attachments: # 1 USCA Order)(Al−Shareffi, Esam) (Entered: 07/21/2026) |
| 07/23/2026 | 159 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Deanna Rie Kitamura, Filing fee $ 100, receipt number ADCDC−12566102. Fee Status: Fee Paid. by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, |

| | | |
|---|---|---|
| | | NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Attachments: # 1 Declaration FOR PRO HAC VICE ADMISSION, # 2 CERTIFICATE OF GOOD STANDING, # 3 Text of Proposed Order GRANTING MOTION FOR ADMISSION, PRO HAC VICE, OF DEANNA KITAMURA AS COUNSEL FOR NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER PLAINTIFFS)(Freedman, John) (Entered: 07/23/2026) |
| 07/23/2026 | 160 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Kimberly Leung, Filing fee $ 100, receipt number ADCDC−12566133. Fee Status: Fee Paid. by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Attachments: # 1 Declaration FOR PRO HAC VICE ADMISSION, # 2 CERTIFICATE OF GOOD STANDING, # 3 Text of Proposed Order GRANTING MOTION FOR ADMISSION, PRO HAC VICE, OF KIMBERLY LEUNG AS COUNSEL FOR NAACP, COMMON CAUSE, AND BLACK VOTERS MATTER PLAINTIFFS)(Freedman, John) (Entered: 07/23/2026) |
| 08/03/2026 | | MINUTE ORDER. The Court having considered the 159 Motion for Admission Pro Hac Vice of Deanna Kitamura, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(e), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Deanna Kitamura is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 8/3/2026. (lccjn1) (Entered: 08/03/2026) |
| 08/03/2026 | | MINUTE ORDER. The Court having considered the 160 Motion for Admission Pro Hac Vice of Kimberly Leung, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(e), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Kimberly Leung is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. So ORDERED by Judge Carl J. Nichols on 8/3/2026. (lccjn1) (Entered: 08/03/2026) |
| 08/21/2026 | 161 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE re 145 Notice (Other),, (Al−Shareffi, Esam) (Entered: 08/21/2026) |
| 08/25/2026 | 162 | Unopposed MOTION for Leave to File *Supplemental Complaint* by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Exhibit 1 − Supplemental Complaint (clean), # 2 Exhibit 2 − Supplemental Complaint (redline), # 3 Text of Proposed Order)(Madduri, Lalitha) (Entered: 08/25/2026) |

| | | |
|---|---|---|
| 08/25/2026 | 163 | Second MOTION for Preliminary Injunction by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Lalitha Madduri, # 3 Index of Exhibits, # 4 Exhibit 1 − Ballot Mail for Federal Elections, # 5 Exhibit 2− Snyder Declaration, # 6 Exhibit 3 − Remmel Declaration, # 7 Exhibit 4 − Schneider Declaration, # 8 Exhibit 5 − Edelman Declaration, # 9 Exhibit 6 − Jeffries Declaration, # 10 Exhibit 7 − Schumer Declaration, # 11 Exhibit 8 − Pew Research Center Article, # 12 Text of Proposed Order)(Madduri, Lalitha) (Entered: 08/25/2026) |
| 08/25/2026 | 164 | Consent MOTION for Leave to File *a Supplemental Complaint* by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE, CITY OF MADISON, WISCONSIN, TRAVIS COUNTY, TRAVIS COUNTY CLERK. (Attachments: # 1 LULAC Plaintiffs' Proposed Supplemental Complaint, # 2 Exhibit A − Final Rule Amending Mailing Standards in the Domestic Mail Manual, # 3 Text of Proposed Order)(Lang, Danielle) (Entered: 08/25/2026) |
| 08/26/2026 | | MINUTE ORDER. In the Democratic Party Plaintiffs' 163 Renewed Motion for Preliminary Injunction, Plaintiffs state that the motion for a preliminary injunction is opposed but do not indicate the Defendants' and Intervenor−Defendants' positions regarding Plaintiffs' proposed briefing schedule. Accordingly, it is hereby ORDERED that all parties in these consolidated actions shall meet and confer regarding the proposed briefing schedule; and it is further ORDERED that, by 5:00 PM today, the government shall file a Joint Status Report setting forth the respective positions of all the parties on that question. So ORDERED by Judge Carl J. Nichols on 8/26/2026. (lccjn1) (Entered: 08/26/2026) |
| 08/26/2026 | 165 | Joint STATUS REPORT *& Proposed Schedule* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Pezzi, Stephen) (Entered: 08/26/2026) |
| 08/26/2026 | 166 | Consent MOTION for Leave to File *Supplemental Complaint* by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Attachments: # 1 Exhibit A − Proposed Supplemental Complaint, # 2 Exhibit B − Proposed Supplemental Complaint Redline, # 3 [Proposed] Order)(Freedman, John) (Entered: 08/26/2026) |
| 08/27/2026 | | MINUTE ORDER. Upon consideration of the 165 Joint Status Report, it is hereby ORDERED that any additional motions for preliminary relief shall be filed on or before August 28, 2026; Defendants shall file their combined response to the motion(s) for preliminary relief (not to exceed 75 pages) on or before September 4, 2026; Defendant−Intervenors shall file their combined response to the motion(s) for preliminary relief (not to exceed 55 pages) on or before September 4, 2026; and all |

| | | |
|---|---|---|
| | | Plaintiffs shall file their replies on or before September 8, 2026. The Court will schedule oral argument on the motion(s), if any, at a later date. So ORDERED by Judge Carl J. Nichols on 8/27/2026. (lccjn1) (Entered: 08/27/2026) |
| 08/27/2026 | 167 | NOTICE of Appearance by Kimberly Leung on behalf of BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE Associated Cases: 1:26−cv−01114−CJN, 1:26−cv−01151−CJN(Leung, Kimberly) (Entered: 08/27/2026) |
| 08/27/2026 | 168 | Unopposed MOTION for Leave to File Amicus Brief by SOCIETY FOR THE RULE OF LAW. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order)(Temple, Nancy) (Entered: 08/27/2026) |
| 08/28/2026 | 169 | NOTICE *of Recent Development* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Attachments: # 1 Ex. 1 − Temporary Restraining Order (D. Mass. Aug. 27, 2026))(Pezzi, Stephen) (Entered: 08/28/2026) |
| 08/28/2026 | | MINUTE ORDER. Upon consideration of the Democratic Party Plaintiffs' 162 Unopposed Motion for Leave to File a Supplemental Complaint, the Court finds that just terms exist for the Complaint to be supplemented under the Federal Rule of Civil Procedure 15(d) without delay. Accordingly, it is hereby ORDERED that Plaintiffs' 162 Motion is GRANTED; and it is further ORDERED that Exhibit 1 to Plaintiffs' 162 Motion shall be docketed as the Democratic Party Plaintiffs' operative complaint. So ORDERED by Judge Carl J. Nichols on 8/28/2026. (lccjn1) (Entered: 08/28/2026) |
| 08/28/2026 | | MINUTE ORDER. Upon consideration of the LULAC Plaintiffs' 164 Consent Motion for Leave to File a Supplemental Complaint, the Court finds that just terms exist for the Complaint to be supplemented under the Federal Rule of Civil Procedure 15(d) without delay. Accordingly, it is hereby ORDERED that Plaintiffs' 164 Motion is GRANTED; and it is further ORDERED that Attachment 1 to Plaintiffs' 164 Motion shall be docketed as the LULAC Plaintiffs' operative complaint. So ORDERED by Judge Carl J. Nichols on 8/28/2026. (lccjn1) (Entered: 08/28/2026) |
| 08/28/2026 | | MINUTE ORDER. Upon consideration of the NAACP Plaintiffs' 166 Consent Motion for Leave to File a Supplemental Complaint, the Court finds that just terms exist for the Complaint to be supplemented under the Federal Rule of Civil Procedure 15(d) without delay. Accordingly, it is hereby ORDERED that Plaintiffs' 166 Motion is GRANTED; and it is further ORDERED that Attachment 1 to Plaintiffs' 166 Motion shall be docketed as the NAACP Plaintiffs' operative complaint. So ORDERED by Judge Carl J. Nichols on 8/28/2026. (lccjn1) (Entered: 08/28/2026) |
| 08/28/2026 | | MINUTE ORDER. It is hereby ORDERED that the Society for the Rule of Law's 168 Unopposed Motion for Leave to File Amicus Brief is GRANTED. So ORDERED by Judge Carl J. Nichols on 8/28/2026. (lccjn1) (Entered: 08/28/2026) |

| | | |
|---|---|---|
| 08/28/2026 | 170 | AMICUS BRIEF by SOCIETY FOR THE RULE OF LAW. (Temple, Nancy) (Entered: 08/28/2026) |
| 08/28/2026 | 171 | Second MOTION for Preliminary Injunction by ARIZONA STUDENTS' ASSOCIATION, CITY OF MADISON, WISCONSIN, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE, TRAVIS COUNTY, TRAVIS COUNTY CLERK. (Attachments: # 1 Memorandum in Support, # 2 Index of Exhibits, # 3 Exhibit 1 − Declaration of Tammy Patrick, CERA, # 4 Exhibit 2 − Declaration of Lydia McComas, # 5 Exhibit 3 − Declaration of Dyana Limon−Mercado, # 6 Exhibit 4 − Declaration of Juan Proao, # 7 Exhibit 5 − Declaration of Sarah Streyder, # 8 Exhibit 6 − Declaration of Jessica Mendoza, # 9 Exhibit 7 − Declaration of Janessa Goldbeck, # 10 Text of Proposed Order)(Lang, Danielle) (Entered: 08/28/2026) |
| 08/28/2026 | 172 | Second MOTION for Preliminary Injunction by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Attachments: # 1 Memorandum in Support, # 2 Index of Exhibits, # 3 Exhibit 1 − Second Sterling Declaration, # 4 Exhibit 2 − Second Nunez Declaration, # 5 Exhibit 3 − Second Albright Declaration, # 6 Text of Proposed Order)(Freedman, John) (Entered: 08/28/2026) |
| 08/28/2026 | 175 | SUPPLEMENTAL COMPLAINT against All Defendants filed by DCCC, DSCC, HAKEEM S. JEFFRIES, DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATIC GOVERNORS ASSOCIATION, CHARLES E. SCHUMER.(znmw) (Entered: 09/01/2026) |
| 08/28/2026 | 176 | SUPPLEMENTAL COMPLAINT against All Defendants filed by TRAVIS COUNTY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ARIZONA STUDENTS' ASSOCIATION, CITY OF MADISON, WISCONSIN, TRAVIS COUNTY CLERK, SECURE FAMILIES INITIATIVE.(znmw) (Entered: 09/01/2026) |
| 08/28/2026 | 177 | SUPPLEMENTAL COMPLAINT against All Defendants filed by COMMON CAUSE EDUCATION FUND, COMMON CAUSE, BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE.(znmw) (Entered: 09/01/2026) |
| 08/31/2026 | 173 | NOTICE *of Recent Development* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Pezzi, Stephen) (Entered: 08/31/2026) |
| 09/01/2026 | 174 | NOTICE *of Developments Relevant to LULAC Plaintiffs' Second Motion for Preliminary Injunction* by ARIZONA STUDENTS' ASSOCIATION, CITY OF MADISON, WISCONSIN, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE, TRAVIS COUNTY, TRAVIS COUNTY |

| | | |
|---|---|---|
| | | CLERK (Attachments: # 1 Ex. 1 − USPS Whistleblower Letter)(Lang, Danielle) (Entered: 09/01/2026) |
| 09/01/2026 | 178 | NOTICE of Appearance by Michael Polito on behalf of All Defendants (Polito, Michael) (Entered: 09/01/2026) |
| 09/02/2026 | 179 | MOTION for Order *Requiring Material Updates* by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Madduri, Lalitha) (Entered: 09/02/2026) |
| 09/03/2026 | 180 | NOTICE of Appearance by Kyle Renee Freeny on behalf of STATE AND LOCAL ELECTION OFFICIALS AND ELECTION EXPERTS (Freeny, Kyle) (Entered: 09/03/2026) |
| 09/03/2026 | 181 | Consent MOTION for Leave to File Amicus Brief by STATE AND LOCAL ELECTION OFFICIALS AND ELECTION EXPERTS. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Freeny, Kyle) (Entered: 09/03/2026) |
| 09/04/2026 | 182 | Unopposed MOTION to Expedite re 163 Second MOTION for Preliminary Injunction by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Text of Proposed Order)(Madduri, Lalitha) (Entered: 09/04/2026) |
| 09/04/2026 | | MINUTE ORDER. It is hereby ORDERED that the 181 Consent Motion for Leave to File Amici Curiae Brief by State and Local Election Officials and the Center for Election Innovation and Research in Support of Plaintiffs' Motions for a Preliminary Injunction is GRANTED. So ORDERED by Judge Carl J. Nichols on 9/4/2026. (lccjn1) (Entered: 09/04/2026) |
| 09/04/2026 | 183 | Memorandum in opposition to re 172 Second MOTION for Preliminary Injunction , 171 Second MOTION for Preliminary Injunction , 163 Second MOTION for Preliminary Injunction filed by STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS. (Attachments: # 1 Exhibit A − Declaration of Denny Hoskins)(Capozzi, Louis) (Entered: 09/04/2026) |
| 09/04/2026 | 184 | Memorandum in opposition to re 172 Second MOTION for Preliminary Injunction , 171 Second MOTION for Preliminary Injunction , 163 Second MOTION for Preliminary Injunction filed by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Pezzi, Stephen) (Entered: 09/04/2026) |
| 09/08/2026 | 185 | Unopposed MOTION for Leave to File *Supplemental Declarations in Support of Their Second Motion for Preliminary Injunction* by ARIZONA STUDENTS' |

| | | |
|---|---|---|
| | | ASSOCIATION, CITY OF MADISON, WISCONSIN, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE, TRAVIS COUNTY, TRAVIS COUNTY CLERK. (Attachments: # 1 Text of Proposed Order)(Lang, Danielle) (Entered: 09/08/2026) |
| 09/08/2026 | 186 | REPLY to opposition to motion re 171 Motion for Preliminary Injunction,, filed by ARIZONA STUDENTS' ASSOCIATION, CITY OF MADISON, WISCONSIN, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE, TRAVIS COUNTY, TRAVIS COUNTY CLERK. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 − Declaration of Kaitlyn Bernarde, # 3 Exhibit 2 − Supplemental Declaration of Tammy Patrick, CERA)(Lang, Danielle) (Entered: 09/08/2026) |
| 09/08/2026 | 187 | REPLY to opposition to motion re 172 Motion for Preliminary Injunction, filed by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. (Freedman, John) (Entered: 09/08/2026) |
| 09/08/2026 | 188 | Unopposed MOTION to Supplement the Record re 163 Second MOTION for Preliminary Injunction by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 9 − Earley Declaration, # 3 Exhibit 10 − Holmes Declaration, # 4 Exhibit 11 − Fontes Declaration, # 5 Exhibit 12 − Thompson Declaration, # 6 Text of Proposed Order)(Madduri, Lalitha) (Entered: 09/08/2026) |
| 09/08/2026 | 189 | REPLY to opposition to motion re 163 Motion for Preliminary Injunction,, filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Madduri, Lalitha) (Entered: 09/08/2026) |
| 09/10/2026 | 190 | NOTICE OF SUPPLEMENTAL AUTHORITY by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER (Attachments: # 1 Exhibit A)(Madduri, Lalitha) (Entered: 09/10/2026) |
| 09/10/2026 | 191 | NOTICE OF SUPPLEMENTAL AUTHORITY by BLACK VOTERS MATTER FUND, INC., BVM CAPACITY BUILDING INSTITUTE, INC., COMMON CAUSE, COMMON CAUSE EDUCATION FUND, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (Attachments: # 1 Exhibit A − First Circuit Denial of Stay)(Freedman, John) (Entered: 09/10/2026) |
| 09/12/2026 | | MINUTE ORDER. Upon consideration of LULAC Plaintiffs' 185 Unopposed Motion for Leave to File Supplemental Declarations, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the Supplemental Declarations attached to Plaintiffs' 186 Reply shall be docketed as of today. So ORDERED by Judge Carl J. Nichols on 9/12/2026. (lccjn1) (Entered: 09/12/2026) |
| 09/12/2026 | | MINUTE ORDER. Upon consideration of Democratic Party Plaintiffs' 188 Unopposed Motion to Supplement the Renewed Preliminary Injunction Record, it is hereby ORDERED that the Motion is GRANTED. So ORDERED by Judge Carl J. Nichols on 9/12/2026. (lccjn1) (Entered: 09/12/2026) |
| 09/13/2026 | 192 | |

| | | |
|---|---|---|
| | | MEMORANDUM OPINION. Signed by Judge Carl J. Nichols on 9/13/2026. (lccjn1) (Entered: 09/13/2026) |
| 09/13/2026 | 193 | ORDER granting in part and denying in part 163 Motion for Preliminary Injunction; granting 171 Motion for Preliminary Injunction; granting 172 Motion for Preliminary Injunction. Signed by Judge Carl J. Nichols on 9/13/2026. (lccjn1) (Entered: 09/13/2026) |
| 09/14/2026 | 194 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Beauregard Patterson, Filing fee $ 100, receipt number ADCDC−12640752. Fee Status: Fee Paid. by ARIZONA STUDENTS' ASSOCIATION, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE. (Attachments: # 1 Declaration, # 2 Exhibit)(Chaudhuri, Pooja) Modified to add fee information on 9/14/2026 (znmw). (Entered: 09/14/2026) |
| 09/14/2026 | | NOTICE OF ERROR regarding 194 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Beauregard Patterson, Fee Status: No Fee Paid.. The following error(s) need correction: Pro Hac Vice motion must be accompanied by a Certificate of Good Standing **issued within the last 30 days (LCvR 83.2(c)(2))**. Please file certificate as an Errata (znmw) (Entered: 09/14/2026) |
| 09/16/2026 | | MINUTE ORDER. In light of the Court's 192 Opinion and 193 Order, it is hereby ORDERED that the 182 Unopposed Motion to Expedite is DENIED AS MOOT. So ORDERED by Judge Carl J. Nichols on 9/16/2026. (lccjn1) (Entered: 09/16/2026) |
| 09/16/2026 | 195 | Memorandum in opposition to re 179 MOTION for Order *Requiring Material Updates* filed by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE. (Pezzi, Stephen) (Entered: 09/16/2026) |
| 09/18/2026 | 196 | ERRATA by ARIZONA STUDENTS' ASSOCIATION, CITY OF MADISON, WISCONSIN, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SECURE FAMILIES INITIATIVE, TRAVIS COUNTY, TRAVIS COUNTY CLERK re 194 Motion for Leave to Appear Pro Hac Vice,. (Chaudhuri, Pooja) (Entered: 09/18/2026) |
| 09/18/2026 | 198 | MANDATE of USCA as to 146 Notice of Appeal to DC Circuit Court, filed by DEMOCRATIC NATIONAL COMMITTEE, HAKEEM S. JEFFRIES, DSCC, DEMOCRATIC GOVERNORS ASSOCIATION, DCCC, CHARLES E. SCHUMER ; USCA Case Number 26−5193. (Attachments: # 1 USCA Judgment 7/28/2026)(znmw) (Entered: 09/21/2026) |
| 09/20/2026 | 197 | REPLY to opposition to motion re 179 Motion for Order, filed by DCCC, DEMOCRATIC GOVERNORS ASSOCIATION, DEMOCRATIC NATIONAL COMMITTEE, DSCC, HAKEEM S. JEFFRIES, CHARLES E. SCHUMER. (Madduri, Lalitha) (Entered: 09/20/2026) |
| 09/22/2026 | 199 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, |

| | | |
|---|---|---|
| | | JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Polito, Michael) (Entered: 09/22/2026) |
| 09/23/2026 | | MINUTE ORDER. The Court having considered the 194 Motion for Admission Pro Hac Vice of Beauregard Patterson, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(e), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Beauregard Patterson is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)**. Click for instructions. So ORDERED by Judge Carl J. Nichols on 9/23/2026. (lccjn1) (Entered: 09/23/2026) |
| 10/14/2026 | 200 | NOTICE of Change of Address by Sejal Jhaveri (Jhaveri, Sejal) (Entered: 10/14/2026) |
| 10/14/2026 | 201 | NOTICE of Change of Address by David Kronig (Kronig, David) (Entered: 10/14/2026) |
| 10/14/2026 | 202 | NOTICE of Change of Address by Valencia Richardson (Richardson, Valencia) (Entered: 10/14/2026) |
| 10/16/2026 | 203 | NOTICE of Change of Address by Anna Marks Baldwin (Baldwin, Anna) (Entered: 10/16/2026) |
| 10/16/2026 | 204 | NOTICE of Change of Address by Aseem Mulji (Mulji, Aseem) (Entered: 10/16/2026) |
| 10/16/2026 | 205 | NOTICE of Change of Address by Robert Brent Ferguson (Ferguson, Robert) (Entered: 10/16/2026) |
| 10/16/2026 | 206 | NOTICE of Change of Address by Benjamin Phillips (Phillips, Benjamin) (Entered: 10/16/2026) |
| 10/16/2026 | 207 | NOTICE of Change of Address by Heather Szilagyi (Szilagyi, Heather) (Entered: 10/16/2026) |
| 10/16/2026 | 208 | NOTICE of Change of Address by Renata O'Donnell (O'Donnell, Renata) (Entered: 10/16/2026) |
| 10/16/2026 | 209 | NOTICE of Change of Address by Danielle M. Lang (Lang, Danielle) (Entered: 10/16/2026) |
| 10/26/2026 | 210 | NOTICE *of Case Developments* by FRANK J. BISIGNANO, BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE, PAMELA BONDI, JOSEPH B. EDLOW, EXECUTIVE OFFICE OF THE PRESIDENT, DEREK KAN, HOWARD LUTNICK, AMBER F. MCREYNOLDS, MARKWAYNE MULLIN, SOCIAL SECURITY ADMINISTRATION, DAVID STEINER, RONALD A. STROMAN, DANIEL M. TANGHERLINI, DONALD J. TRUMP, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. DEPARTMENT OF COMMERCE, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED |

| | | |
|---|---|---|
| | | STATES DEPARTMENT OF JUSTICE, UNITED STATES POSTAL SERVICE (Polito, Michael) (Entered: 10/26/2026) |
| 11/12/2026 | 211 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to 192 Memorandum & Opinion, 193 Order on Motion for Preliminary Injunction,, by STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TEXAS. Filing fee $ 605, receipt number ADCDC−12807166. Fee Status: Fee Paid. (Capozzi, Louis) Modified event on 11/13/2026 (znmw). (Entered: 11/12/2026) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DSCC, *et al.*,**

**Plaintiffs,**

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,**

**Defendants,**

**STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, and STATE OF TEXAS,**

**Intervener Defendants.**

**No. 26-cv-01114-CJN**

**LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,**

**Plaintiffs,**

**v.**

**EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,**

**Defendants,**

**STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, and STATE OF TEXAS,**

**Intervener Defendants.**

**No. 26-cv-01132-CJN**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,**<br><br>**Defendants,**<br><br>**STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, and STATE OF TEXAS,**<br><br>**Intervener Defendants.** | **No. 26-cv-01151-CJN** |

## NOTICE OF APPEAL

Notice is hereby given that Intervener Defendants appeal to the United States Court of Appeals for the D.C. Circuit from this Court's September 13, 2026 Order granting Plaintiffs' Renewed Motions for a Preliminary Injunction (Doc. 192, 193).

Date: November 12, 2026

Respectfully submitted,

**STEVE MARSHALL**
ALABAMA ATTORNEY GENERAL

*/s/ A. Barrett Bowdre*
A. Barrett Bowdre*
*Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 353-8892
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III, DC Bar No. 90018764
*Solicitor General*
J. Michael Patton*
*Deputy Solicitor General*
Benjamin S. Gilberg*
*Deputy Solicitor General*
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov
Michael.Patton@ago.mo.gov
Benjamin.Gilberg@ago.mo.gov

**JAMES UTHMEIER**
FLORIDA ATTORNEY GENERAL

*/s/ David M.S. Dewhirst*
David M.S. Dewhirst*
*Solicitor General*
Jason J. Muehlhoff**
*Chief Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
david.dewhirst@myfloridalegal.com
jason.muehlhoff@myfloridalegal.com

**THEODORE E. ROKITA**
INDIANA ATTORNEY GENERAL

/s/ *James A. Barta*
James. A Barta, DC Bar No. 1032613
*Solicitor General*
Office of the Indiana Attorney General
302 W. Washington Street
IGC South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
James.Barta@atg.in.gov

**KRIS W. KOBACH**
KANSAS ATTORNEY GENERAL

*/s/ James R. Rodriguez*
James R. Rodriguez*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov

**ELIZABETH B. MURRILL**
LOUISIANA ATTORNEY GENERAL

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
*Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

**AUSTIN KNUDSEN**
MONTANA ATTORNEY GENERAL

*/s/ Christian B. Corrigan*
Christian B. Corrigan*
*Solicitor General*
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707 (o)
Christian.Corrigan@mt.gov

**MICHAEL T. HILGERS**
NEBRASKA ATTORNEY GENERAL

/s/ *Cody S. Barnett*
Cody S. Barnett*
*Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov

**GENTER DRUMMOND**
OKLAHOMA ATTORNEY GENERAL

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
*Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

**ALAN WILSON**
SOUTH CAROLINA ATTORNEY GENERAL

*/s/ Joseph D. Spate*
Joseph D. Spate*
*Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371
Fax (803) 734-3677
josephspate@scag.gov

**MARTY J. JACKLEY**
SOUTH DAKOTA ATTORNEY GENERAL

/s/ *Grant Flynn*
Grant Flynn*
*Assistant Attorney General*
South Dakota Office of the Attorney General
1302 East SD Highway 1889,
Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us

**KEN PAXTON**
TEXAS ATTORNEY GENERAL

s/ *David Bryant*
David Bryant**
*Senior Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov

* *Government attorney admitted under Local Rule 83.2(e)*
** *Pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2026, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for the parties.

/s/ *Louis J. Capozzi III*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-01114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-01132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-01151 (CJN) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that DSCC Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF 163, is **GRANTED IN PART AND DENIED IN PART**[1]; and it is further

**ORDERED** that LULAC Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF ECF 171, is **GRANTED**; and it is further

**ORDERED** that NAACP Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF 172, is **GRANTED;** and it is further

**ORDERED** that the United States Postal Service is preliminarily enjoined from implementing and enforcing the Final Rule it published on August 21, *see* Ballot Mail for Federal Elections, 91 Fed. Reg. 54,966 (Aug. 26, 2026).

DATE: September 13, 2026

CARL J. NICHOLS
United States District Judge

[1] The Court denies only the portion of the Motion that seeks to preliminarily enjoin Section 3 of the Executive Order.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DSCC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-01114 (CJN) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-01132 (CJN) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-01151 (CJN) |

**MEMORANDUM OPINION**

Less than three weeks ago, the United States Postal Service adopted a Final Rule requiring that all absentee and mail-in ballots for federal elections—including for the elections occurring in less than sixty days—be transmitted only in envelopes satisfying new design requirements and be transmitted only to voters who are verified by the Postal Service to have been enrolled in a newly created "Federal Ballot Mail Portal." As the Government concedes, the Postal Service could issue (and enforce) the Rule only if Congress gave it the authority to do so, but here no statute grants the Postal Service the power to issue key parts of the Rule. Plaintiffs have therefore demonstrated that they are likely to succeed on their claim that the issuance of the Rule was *ultra vires*, and the record otherwise weighs in favor of preliminary injunctive relief. Accordingly, and for the reasons discussed in more detail below, Plaintiffs' Renewed Motions for Preliminary Injunction against the Rule are granted. *See* ECF Nos. 163, 171, 172.

## I. BACKGROUND

On March 31, 2026, President Trump issued Executive Order No. 14,399, Ensuring Citizenship Verification and Integrity in Federal Elections, 91 Fed. Reg. 17,125 (April 3, 2026), which stated that it sought to "prevent[] violations of Federal criminal law and maintain[] public confidence in election outcomes." Order § 1. As most relevant here, Section 3 of the Executive Order directed the United States Postal Service to initiate a proposed rulemaking to address certain issues concerning absentee and mail-in voting. *Id.* § 3(b). Specifically, the Executive Order obligated the Postal Service to issue a "notice of proposed rulemaking" that would include (1) a requirement that mail-in ballots for federal elections conform to certain design requirements (*e.g.*, unique Intelligent Mail barcode and designated markings) and (2) a process for individuals to be enrolled on a "State-specific Mail-In and Absentee Participation List." *Id.* § 3(b)(i)–(iv). Another

part of the Executive Order less relevant to the present motions directed federal agencies to prepare, and disseminate to States, so-called "State Citizenship List[s]." *Id.* § 2(a).

The next day, Plaintiffs filed these now-consolidated actions challenging those provisions of the Executive Order, among others. *See, e.g.*, ECF No. 1 ¶¶ 11–23. Plaintiffs also filed motions for preliminary injunctive relief. Following briefing and argument, the Court denied those motions, holding that Plaintiffs had at that time "not established a likelihood of Article III standing or that their claims . . . [were] ripe." *DSCC v. Trump*, 834 F. Supp. 3d 19, 38 (D.D.C. 2026). The Court recognized, however, that those jurisdictional flaws might not exist if the Postal Service ultimately issued a final rule as required by Section 3 of the Executive Order or if the Government developed State Citizenship Lists as required by Section 2. *Id.* at 27. Plaintiffs in one of these three cases appealed that decision, and the Court of Appeals affirmed on ripeness grounds. *DSCC v. Trump*, No. 26-5193, 2026 WL 2168617, at *1 (D.C. Cir. July 28, 2026) (per curiam). And the Supreme Court reached much the same result—on both standing and ripeness grounds—with respect to injunctive relief issued in parallel challenges to the Executive Order in the District of Massachusetts. *See Trump v. California*, No. 26A124, 2026 WL 2473573, at *4 (U.S. Aug. 24, 2026).

On June 2, 2026, the Postal Service issued a Notice of Proposed Rulemaking as directed by the Executive Order, *see* Ballot Mail for Federal Elections, 91 Fed. Reg. 32,915 (June 2, 2026), and after receiving more than 200,000 comments, it published a Final Rule on August 21, *see* Ballot Mail for Federal Elections, 91 Fed. Reg. 54,966 (Aug. 26, 2026). The Final Rule amends the Mailing Standards in what is known as the Domestic Mail Manual ("DMM"), by adding DMM

§ 705.24, "Ballot Mail for Federal Elections."[1] 91 Fed. Reg. at 54,990–92. The Rule applies to mail related to federal ballots and has four principal components.

*First*, the Rule establishes new envelope-design requirements for federal ballot mail. "Outbound Federal Ballot Mail" is mail enclosing a federal ballot that is transmitted by an "Authorized Ballot Mailer"—that is, a state or local election official who is responsible for sending mail-in or absentee ballots to eligible voters, or an entity or individual who is authorized to do so—through the U.S. mail *to* an absentee or mail-in voter. DMM § 705.24.1. "Return Federal Ballot Mail" is, in turn, mail transmitted *by* ("returned" by) such a voter that includes a completed federal ballot. *See id.* The Rule requires that both Outbound and Return Ballot Mail envelopes include "the official Election Mail logo," be "automation compatible," and bear the voter's unique Intelligent Mail barcode ("IMb") with specified information embedded in it. *Id.* §§ 705.24.3.1–.2. Under the Rule, Authorized Ballot Mailers are obligated to create Rule-compliant barcodes and to design and print Rule-compliant envelopes. *Id.* § 705.24.3.3. And the Rule requires that Outbound and Return envelopes "be submitted to the Postal Service for mailpiece design review and feedback." *Id.* §§ 705.24.3.1–.2.

*Second*, the Rule creates a new "Federal Ballot Mail Portal" through which state and local election officials must ensure that individual voters who wish to receive federal ballots via mail have been enrolled with the Postal Service. *See id.* § 705.24.4. To enroll a voter, a "Federal Ballot Mail Portal User"—that is, a state or local chief election official or an entity or individual that an election official has authorized to mail federal ballots, *id.* § 705.24.1(b)—must submit to the Federal Ballot Mail Portal each absentee and mail-in voter's name and address, the unique IMb on

[1] All of the provisions of the Rule can be found in Volume 91 of the *Federal Register* on pages 54,990 through 54,992, but when the Court discusses the specific provisions, it cites them to DMM § 705.24.

each voter's Outbound and Return Ballot Mail envelopes, and the state of each voter's original election office. *Id.* § 705.24.4.2(b). That information must be submitted to the Portal "at least 30 days before the date of the federal election, to the extent practicable, or by the date on which mail-in or absentee ballots may begin to be mailed under state law." *Id.* § 705.24.4.2(d). But Portal Users cannot submit that information until they have first certified that the Outbound and Return envelopes they intend to use have been submitted for Postal Service design review. *See id.* § 705.24.4.2(d), (f). The Rule also requires the Postal Service to provide, on or about the date of the federal election, to each state's chief election official the name and address of each individual in that state who was enrolled through this process, along with the unique IMb associated with the Outbound and Return Federal Ballot Mail sent to each such individual. *Id.* § 705.24.4.3. The Rule calls these "state-specific Mail-In and Absentee Participant List[s]." *Id.*

*Third*, the Rule requires the Postal Service to verify that each piece of Outbound Federal Ballot Mail both satisfies the Rule's envelope-design requirements and is being sent to a voter enrolled on the Mail-In or Absentee Participant List. *Id.* § 705.24.5.1–.2. The Rule contemplates that this verification will be achieved in part by scanning the IMb on the outside of an Outbound envelope and confirming that it corresponds to an IMb in the Portal. 91 Fed. Reg. at 54,981. That verification must be done when the Outbound mailing is presented to the Postal Service for acceptance, and Outbound Federal Ballot Mail must be presented at a Postal Service facility that performs business-mail acceptance functions or at a Postal Service retail counter. *See* DMM § 705.24.5.2. The Rule does not require this verification process for Return Federal Ballot Mail. *Id.* § 705.24.5.4.

*Fourth*, the Rule establishes procedures governing noncompliance. When a piece of Outbound Federal Ballot Mail cannot be verified as complying with the foregoing requirements,

it "will not be accepted" and must be returned to the Authorized Ballot Mailer. *Id.* § 705.24.5.3(a). At that point, either the Authorized Ballot Mailer or Federal Ballot Mail Portal User is required to fix the identified errors before resubmitting the ballot for verification. *Id.* An Authorized Ballot Mailer may also request further review. *Id.* § 705.24.5.3(b).

The entire Rule became effective on August 21, 2026, a little more than two months before the upcoming federal election, and a couple of weeks before some states would start mailing their first ballots to absentee voters. *See, e.g.*, ECF No. 171, Ex. 1 ¶ 36, Declaration of Tammy Patrick ("Patrick Decl.") (stating that North Carolina would start mailing ballots on September 4, 2026); ECF No. 171, Ex. 2 ¶ 12, Declaration of Lydia McComas ("McComas Decl.") ("For a November general election . . . ballots are required to be mailed out to all voters with a valid request on file 47 days before the election."). Within the next several days, all Plaintiffs in these consolidated cases filed renewed motions for preliminary injunctions directed at the Rule (and the DSCC Plaintiffs also moved again to enjoin Section 3 of the Executive Order). *See* ECF Nos. 163, 171, 172.[2] Those motions are now fully briefed.

## II. ANALYSIS

"A preliminary injunction is an extraordinary remedy that should be granted only when the party seeking the relief, by a clear showing, carries the burden of persuasion." *Cobell v. Norton*, 391 F.3d 251, 258 (D.C. Cir. 2004). To obtain that remedy, a plaintiff must show "that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

[2] All Plaintiffs also filed Supplemental Complaints asserting various claims against the Rule. ECF Nos. 175, 176, 177.

"[P]laintiffs bear the burden of persuasion on all four preliminary injunction factors." *Open Top Sightseeing USA v. Mr. Sightseeing, LLC*, 48 F. Supp. 3d 87, 90 (D.D.C. 2014). Two factors, however, are key to the analysis: likelihood of success on the merits and irreparable harm. "When a plaintiff has not shown a likelihood of success on the merits, there is no need to consider the remaining factors." *Greater New Orleans Fair Hous. Action Ctr. v. U.S. Dep't of Hous. & Urb. Dev.*, 639 F.3d 1078, 1088 (D.C. Cir. 2011). And "failure to show a likelihood of irreparable harm [is], standing alone, sufficient to defeat the motion." *Navajo Nation v. Azar*, 292 F. Supp. 3d 508, 512 (D.D.C. 2018); *see Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297 (D.C. Cir. 2006) (explaining that "failure to show any irreparable harm" alone is reason enough to deny a preliminary injunction).

**A. Plaintiffs Are Likely to Succeed on the Merits**

**1. At Least Some Plaintiffs Likely Have Article III Standing**

To "establish[] a likelihood of success on the merits, [Plaintiffs] must first demonstrate a likelihood of success in establishing jurisdiction." *Make The Rd. N.Y. v. Wolf*, 962 F.3d 612, 623 (D.C. Cir. 2020). As the Court of Appeals has put it, "[t]he affirmative burden of showing a likelihood of success on the merits necessarily includes a likelihood of the court's *reaching* the merits, which in turn depends on a likelihood that plaintiff has standing." *Obama v. Klayman*, 800 F.3d 559, 565 (D.C. Cir. 2015) (alteration adopted) (citation and internal quotation marks omitted). "In the context of a preliminary injunction motion," a plaintiff must "show a substantial likelihood of standing under the heightened standard for evaluating a motion for summary judgment." *Elec. Priv. Info. Ctr. v. Presidential Advisory Comm'n on Election Integrity*, 878 F.3d 371, 377 (D.C. Cir. 2017) (citation and internal quotation marks omitted). Although the Federal Defendants (but not the State Intervenor Defendants) concede that various Plaintiffs have standing, *see* ECF No.

184 at 8 n.3, the Court must independently assess whether it likely has jurisdiction over Plaintiffs' challenge to the Rule, *see Beyond Nuclear, Inc. v. U.S. Nuclear Regul. Comm'n*, 182 F.4th 977, 982 (D.C. Cir. 2026) ("[W]e have an independent obligation to ensure we have jurisdiction.").

To establish Article III standing, of course, "a plaintiff must show (i) that he suffered an injury in fact that is concrete, particularized, and actual or imminent; (ii) that the injury was likely caused by the defendant; and (iii) that the injury would likely be redressed by judicial relief." *TransUnion LLC v. Ramirez*, 594 U.S. 413, 423 (2021) (citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–561 (1992)). "[T]raditional tangible harms, such as physical harms and monetary harms," will "readily qualify as concrete injuries under Article III." *Id.* at 425. And "[a]n actual or imminent injury is certainly impending and immediate—not remote, speculative, conjectural or hypothetical." *Food & Water Watch, Inc. v. Vilsack*, 808 F.3d 905, 914 (D.C. Cir. 2015) (citation and internal quotation marks omitted). "[A]llegations of *possible* future injury" are not sufficient to establish injury in fact. *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 409 (2013) (alteration adopted) (quoting *Whitmore v. Arkansas*, 495 U.S. 149, 158 (1990)).

"At the preliminary-injunction stage," a plaintiff "must make a clear showing that she is likely to establish each element of standing." *Murthy v. Missouri*, 603 U.S. 43, 58 (2024) (citation and internal quotation marks omitted). And "plaintiffs must demonstrate standing for each claim that they press and for each form of relief that they seek." *TransUnion*, 594 U.S. at 431.

Different types of plaintiffs may, of course, have Article III standing for different reasons. Organizations, in particular, "may have standing 'to sue on their own behalf for injuries they have sustained.'" *FDA v. All. for Hippocratic Med.*, 602 U.S. 367, 393 (quoting *Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 n.19 (1982)). Or they can sue on behalf of their members—provided that the organization can "demonstrate [that] 'its members would otherwise have

standing to sue in their own right.'" *Sierra Club v. EPA*, 926 F.3d 844, 848 (D.C. Cir. 2019) (quoting *Friends of the Earth, Inc. v. Laidlaw Env't. Servs., Inc.*, 528 U.S. 167, 181 (2000)).[3] In those circumstances, the organization must identify at least one member who would have standing to sue in her own right. *See Chamber of Commerce v. EPA*, 642 F.3d 192, 199–200 (D.C. Cir. 2011) (explaining that, to successfully allege associational standing, a plaintiff organization "must specifically identify members who have suffered the requisite harm"); *Summers v. Earth Island Inst.*, 555 U.S. 488, 498 (2009) ("[P]laintiff-organizations" must "make specific allegations establishing that at least one identified member had suffered or would suffer harm.").

Plaintiffs assert that they have standing under at least five independent doctrines. *See, e.g.*, ECF No. 163-1 at 8–15 (asserting candidate standing under *Bost*, candidate standing due to uneven competition, associational standing because of members' voting rights, associational standing because of members' privacy rights, and organizational harm). Because "only one plaintiff needs standing for [the] suit to proceed," *Bost v. Ill. State Bd. of Elections*, 607 U.S. 71, 76 n.3 (2026), the Court addresses only their strongest theories.

*Political Candidates*. The DSCC Plaintiffs argue that political candidates (some of whom are named Plaintiffs, and others of whom are members of the DSCC, DCCC, DNC, and DGA Plaintiff organizations)[4] have standing under *Bost*. ECF No. 163-1 at 9. There, the Supreme Court held that a political candidate "ha[d] standing to challenge the rules that govern the counting of

[3] An organization must also show that "the interests at stake are germane to the organization's purpose, and neither the claim asserted nor the relief requested requires the participation of individual members in the lawsuit." *Sierra Club*, 926 F.3d at 848 (internal quotation marks omitted) (quoting *Friends of the Earth, Inc.*, 528 U.S. at 181).

[4] Two DSCC Plaintiffs are political candidates: Chuck Schumer and Hakeem Jeffries. The injury-in-fact analysis is the same for those named Plaintiffs as it is for those members of Plaintiffs' organizations who are candidates.

votes in his election." *Bost*, 607 U.S. at 83. The Court reasoned that "[a]n unlawful election rule can injure a candidate in several ways," such as causing "him to lose the election," requiring "him to expend additional resources," or by decreasing "his vote share and damage[ing] his reputation." *Id.* at 77. Here, Plaintiffs allege that candidates are currently harmed by the Rule because it deprives them of a fair process, risks inaccurate election results, and undermines the campaign investments they made based on the preexisting State legal regimes. *See e.g.*, ECF No. 163, Ex. 6, 2d Declaration of Hakeem S. Jeffries ("Jeffries Decl.") ¶¶ 8, 12. Because "candidates have a concrete and particularized interest in the 'process' of elections sufficient on its own to challenge an extant election rule," *DSCC*, 2026 WL 2168617, at *4 n.8 (citing *Bost*, 607 U.S. at 76–80), the DSCC Plaintiffs—which again include individual candidate Plaintiffs and organizations with candidate members—likely have standing to challenging the Ballot Mail Rule.

Intervenor State Defendants (but not the Federal Defendants) contend that *Bost* is inapplicable because the Ballot Mail Rule "does not pertain to the counting of votes." ECF No. 183 at 12. To be sure, the challenge in *Bost* was to the rules governing the counting of votes in a particular election, 607 U.S. at 83, and the Postal Service Rule here does not address vote counting, *see generally* DMM § 705.24. But *Bost*'s reasoning was not limited only to that context; as noted above, the Court recognized that candidates can suffer different injuries related to their interest in "a fair [electoral] process"—such as by losing an election, requiring the expenditure of additional resources, or decreasing the vote share and damaging the candidate's reputation. *Bost*, 607 U.S. at 77. Other courts have therefore applied *Bost* in challenges to aspects of the electoral process beyond just vote counting. *See, e.g.*, *Stanley v. Brown Cnty. Election Bd.*, 829 F. Supp. 3d 506, 515 (S.D. Ind. 2026) (holding that, under *Bost*'s reasoning, Plaintiffs, who had announced their candidacy in an election, had standing to challenge "decisions excluding them from access to a

ballot”). And the political candidates here allege precisely the types of candidate-specific injuries recognized in *Bost*.

In addition to “*Bost* standing,” the candidates currently running for office likely have competitor standing. Those candidates contend that the Rule will harm their chances in the upcoming election cycle, and the Court of Appeals has held that this type of injury is cognizable under Article III. *See Shays v. FEC*, 414 F.3d 76, 82 (D.C. Cir. 2005) (holding that candidates had competitor standing to challenge an FEC regulation that would allegedly harm the candidates’ chances in the upcoming election); *see* Jeffries Decl. ¶ 12 (“[B]y restructuring election rules . . . the Ballot Mail Rule [ ] harm[s] the electoral prospects of Democratic House candidates, including myself.”). Again, the Federal Defendants do not argue to the contrary, and other than the argument about *Bost* discussed above, the Intervenor State Defendants do not appear to contest Plaintiffs’ argument that the Rule will harm candidates’ chances in the upcoming elections.

*Voters*. Each of the Plaintiff Organizations contends that it has members who intend to vote by absentee or mail-in ballot, and that the Final Rule will impair those efforts. *See* ECF No. 163-1 at 12–13; ECF No. 171-1 at 16–17; ECF No. 172-1 at 20–21. The Supreme Court has “long recognized that a person’s right to vote is individual and personal in nature,” so “voters who allege facts showing disadvantage to themselves as individuals have standing to sue.” *Gill v. Whitford*, 585 U.S. 48, 65–66 (2018) (internal quotation marks omitted); *see also Gray v. Sanders*, 372 U.S. 368, 375 (1963) (“We also agree that appellee, like any person whose right to vote is impaired has standing to sue.” (internal citations omitted)). Here, for example, Jessica Mendoza (a member of Plaintiff Arizona Students’ Association), claims that, as a registered voter who plans to vote by mail in the 2026 elections, she is harmed by the Rule because it “causes confusion and uncertainty about whether [she] will be able to vote by mail in the upcoming elections.” ECF No. 171, Ex. 6

¶¶ 21–22, Declaration of Jessica Mendoza. Similarly, Hakeem Jeffries alleges that the Rule harms him as a voter because he now faces the additional hurdle of Postal Service verification of his ballot mail this election, "despite the fact that [New York State] has already determined" his eligibility. Jeffries Decl. ¶ 16. He also claims that the Rule might greatly delay, or make it completely impossible, for him to cast a mail ballot like he has done in the past. *Id.* And members of NAACP and Common Cause who intend to vote by mail in the upcoming election allege that the Executive Order impedes their ability to vote, because it impacts when ballots can be transported through the mail. *See, e.g.*, ECF No. 54-6 ¶¶ 4–5, Declaration of Jill Howard.

Defendants argue that these alleged harms are "speculative," *see* ECF No. 183 at 8–9; ECF No. 184 at 11, but the record demonstrates that the Rule will make voting by mail more difficult and, for some voters, effectively foreclose that option altogether. *See, e.g.*, ECF No. 188, Ex. 9 ¶ 26, Declaration of Mark Earley ("Earley Decl.") (explaining that election officials may not have time to fix a rejected ballot's purported errors and get the voter a ballot in time to cast it); *id.* ¶ 13 ("The Ballot Mail Rule's last-minute requirement to implement these changes will without a doubt result in mistakes that will disrupt election administration and the timely, efficient, and accurate distribution of mail ballots to eligible voters."); ECF No. 188, Ex. 10 ¶ 18, Declaration of Stuart Holmes ("Given the very short time available and the untested technology that the Rule relies on, I have profound concerns that the Rule will prevent eligible voters from voting."). And the Court of Appeals has explained that an increased risk of disenfranchisement in an upcoming election can make that injury "sufficiently imminent for standing purposes." *Richardson v. Trump*, 496 F. Supp. 3d 165, 179 (D.D.C. 2020) (internal quotation marks omitted) (quoting *Attias v. Carefirst, Inc.*, 865 F.3d 620, 627 (D.C. Cir. 2017)).

*Election Officials*. The Election Official Plaintiffs—the City of Madison, Travis County Clerk Dyana Limon-Mercado, and Travis County—contend that they have standing because the Rule directly regulates them, requires them to expend additional effort, and causes them to suffer financial harms. ECF No. 171-1 at 20–21. For example, one Election Official states that her jurisdiction has already purchased ballot envelopes and now must spend over $10,000 to purchase new ones. McComas Decl. ¶ 22; *see also* ECF No. 171, Ex. 3 ¶¶ 17, 22, Declaration of Dyana Limon-Mercado (explaining that Travis County and the Travis County Clerk purchased noncompliant envelopes months ago, at a cost of $21,349). These officials are also required by the Rule to prepare and upload to the Federal Ballot Mail Portal information about each absentee or mail-in voter who intends to vote by mail. Here, again, the Federal Defendants "do *not* dispute the standing of the City of Madison, Wisconsin; Travis County, Texas; or the Travis County Clerk (in her official capacity), as political subdivisions of States with election administration responsibilities that are directly regulated by the Rule." ECF No. 184 at 9 n.4 (emphasis added). The Intervenor State Defendants, for their part, do not appear to address this issue at all. *See generally* ECF No. 183. In any event, because these Plaintiffs have election administration responsibilities that are directly regulated by the Rule, and because they will have to expend additional resources (that is, suffer a "monetary injury") if the Rule is enforced, they likely have Article III standing.[5] *See TransUnion LLC v. Ramirez*, 594 U.S. 413, 425 (2021).[6]

---

[5] Various Plaintiffs also claim that they have organizational standing to challenge the Rule. *See, e.g.*, ECF No. 171-1 at 18–19. Because it is likely that each set of Plaintiffs has standing under another theory, the Court need not decide whether the claimed organizational harms are sufficient under Article III. But the Court has doubts that the Organizational Plaintiffs would have organizational standing here because the alleged injuries are similar to those that the Supreme Court held were insufficient in *Alliance for Hippocratic Medicine*. *See* 602 U.S. at 394 (holding that organizational plaintiffs lacked standing even though the challenged governmental action had caused them "to conduct their own studies on [a drug] so that the[y] [could] better inform their members and the public about [the drug]'s risks" and "to expend considerable time, energy, and

### 2. Plaintiffs Are Likely to Succeed on Their *Ultra Vires* Claim

Turning to the merits, Plaintiffs raise various claims against the Final Rule, but the Court need only reach one of them: that issuance of the Final Rule was *ultra vires*. *See, e.g.*, ECF No. 163-1 at 16. Plaintiffs are likely to succeed on that claim.

The Postal Service is generally "exempt from review under the Administrative Procedure Act." *N. Air Cargo v. U.S. Postal Serv.*, 674 F.3d 852, 858 (D.C. Cir. 2012). But "judicial review is available when" the Postal Service "acts *ultra vires*, or outside of the authority Congress granted." *Nat'l Ass'n of Postal Supervisors v. U.S. Postal Serv.*, 26 F.4th 960, 970 (D.C. Cir. 2022) (internal quotation marks omitted) (quoting *Aid Ass'n for Lutherans v. U.S. Postal Serv.*, 321 F.3d 1166, 1173 (D.C. Cir. 2003)). "Review for *ultra vires* acts rests on the longstanding principle that if an agency action is 'unauthorized by the statute under which the agency assumes to act,' the agency has 'violated the law' and 'the courts generally have jurisdiction to grant relief.'" *Id.* (alterations adopted) (quoting *Am. Sch. of Magnetic Healing v. McAnnulty*, 187 U.S. 94, 108 (1902)).

"Although there is little doubt about the availability of judicial review in this case, a question remains regarding the *scope* of review." *Aid Ass'n for Lutherans*, 321 F.3d at 1173. Defendants contend that Plaintiffs must identify a statutory provision that expressly prohibits the exact conduct challenged here. *See, e.g.*, ECF No. 184 at 12 (An "ultra vires claim requires identification of an agency violation of 'a specific prohibition' in a statute that 'is clear and

---

resources drafting citizen petitions to [the agency], as well as engaging in public advocacy and public education.").

[6] The DSCC Plaintiffs, but not Plaintiffs in the other consolidated actions, seek to preliminarily enjoin Section 3 of the Executive Order. But for reasons similar to those stated in the Court's prior decision, the DSCC Plaintiffs have failed to establish that they likely had standing to challenge the Executive Order when the suit was filed, and they have failed to establish that their present injuries are caused by the Executive Order, rather than the Rule. *See DSCC*, 834 F. Supp. at 37.

mandatory.'" (quoting *Leedom v. Kyne*, 358 U.S. 184, 188 (1958))). That position misstates the standard, at least in this Circuit. The Court of Appeals has "construed the scope of non-APA review to include: (1) a straightforward question of statutory interpretation; (2) a question concerning whether a regulation in the [Domestic Mail] Manual was a valid exercise of the Postal Service's authority; and (3) a question focusing on whether a Postal Service decision was supported by the agency's contemporaneous justification or, instead, reflected counsel's *post hoc* rationalization." *Sears, Roebuck & Co. v. U.S. Postal Serv.*, 844 F.3d 260, 265 (D.C. Cir. 2016) (internal citations and quotation marks omitted). Accordingly, the Court reviews the Final Rule to determine whether "a statutory provision plainly delineates the outer limits of [Postal Service] authority" and the Service has "clearly violate[d]" its bounds. *Nat'l Ass'n of Postal Supervisors*, 26 F.4th at 971.

As to that question, "Congress established the Postal Service as an independent agency under the Executive Branch in the Postal Reorganization Act of 1970." *Id.* at 966. And as most relevant here, that Act grants the Postal Service certain specific powers, including the power "to provide for the collection, handling, transportation, delivery, forwarding, returning, and holding of mail, and for the disposition of undeliverable mail." 39 U.S.C. § 404(a)(1). It further grants the Service "all other powers incidental, necessary, or appropriate to the carrying on of its functions or the exercise of its specific powers." *Id.* § 401(10). And it authorizes the Postal Service "to adopt, amend and repeal such rules and regulations, not inconsistent with this title, as may be necessary in the execution of its functions under this title and such other functions" assigned to it by law. *Id.* § 401(2).

The key portions of the Rule exceed any conception of the outer bounds of these authorities. Take Sections 705.24.4 and 705.24.5, for example. Together those provisions establish a federal

enrollment and recordkeeping system (the Federal Ballot Mail Portal), mandate that state election officials input voter and ballot-identification information into that system, require the creation and dissemination of a State-specific Mail-in and Absentee Participant List, and make the distribution of Outbound Federal Ballot Mail contingent on compliance with the entire regulatory regime. *See* DMM §§ 705.24.4–.5. Nothing in the Postal Reorganization Act authorizes the Postal Service to impose new election procedures on state election officials, to create a data collection system for mail-in and absentee voters, or to refuse the transmission of lawful mail *because* it fails to meet these data collection requirements. To be sure, the Act gives the Postal Service "all other powers incidental, necessary, or appropriate to the carrying on of its functions or the exercise of its specific powers." 39 U.S.C. § 401(10). But Defendants have not shown how the creation of State-specific Mail-in and Absentee Participant Lists or the refusal to mail envelopes not registered on those lists are "necessary" or "incidental" to the "specific powers" delineated in the Act, all of which relate to the processing and delivery of mail.[7] *See id.* §§102(5), 401(a)(1) (describing the Postal Service's basic functions and specific powers to all relate to mail delivery).[8]

---

[7] It is less clear that the Rule's envelope design requirements, without more, exceed the Postal Service's rulemaking authority. The Postal Service has broad authority to regulate the preparation, handling, and delivery of mail, including through envelope and labeling design and tracking requirements. *See* 39 U.S.C. § 404(a)(1); *U. S. Postal Serv. v. Council of Greenburgh Civic Ass'ns*, 453 U.S. 114, 122–23 (1981) (explaining that "the Postal Service is broadly empowered to adopt rules and regulations designed to" aid its execution of its Congressionally assigned functions). The fact that design requirements apply specifically to election mail does not, alone, make it *ultra vires*.

[8] The absence of any provision in the Postal Reorganization Act having anything to do with mail voting stands in sharp contrast with other statutes governing exactly that. In different contexts, Congress has specifically assigned voter-list management, federal election-information collection, and recordkeeping functions to other federal and state entities. For example, the Help America Vote Act of 2002 ("HAVA") directs *States* to maintain a single, statewide voter-registration list and assign "a unique identifier to each legally registered voter." 52 U.S.C. § 21083(a)(1)(A). Congress also created the Election Assistance Commission to serve as a central source for federal-election administration information. *See id.* §§ 20921–22. Thus, Congress has demonstrated that it knows how to make an express delegation of authority to collect and maintain voter-specific election information when it wants to, and it chose not to do so here. *Cf. Learning Res., Inc. v.*

Defendants argue that the Rule "regulates only the process by which the States design, label, and send [ballot] envelopes through the U.S. mail," ECF No. 184 at 16, and it therefore falls within the Postal Service's "general rulemaking power," *id.* at 13. But the Rule does far more than prescribe how ballot envelopes must be designed and processed. *See* DMM §§ 705.24.4–.5 (requiring state election officials to enroll voters into a federal Portal, create and maintain State-specific Mail-in and Absentee Participant lists with individual voter data, and refuse to mail absentee ballots that do not conform to the Rule's mandates). Indeed, the Rule itself identifies objectives such as "ensur[ing] election integrity" and preventing fraud. 91 Fed. Reg. at 55,984. Because most of the Rule's provisions impose substantive preconditions on mail-voting that do not aid the Postal Service in "the collection, handling, transportation, delivery, forwarding, returning, and holding of mail," *id.* § 404(a)(1), Defendants' characterization of the Rule is unpersuasive.

Defendants' analogies to Postal Service regulations for the mailing of cremated remains and replica explosives do not help their case. In particular, Defendants argue that those rules demonstrate that the Service has the authority to impose special conditions on certain sensitive categories of mail. ECF No. 184 at 14. But those regulations concern how particular items are packaged, shipped, and tracked while moving through the postal system. *See Cremated Remains Packaging Requirements*, 90 Fed. Reg. 9,843, 9,843–44 (Feb. 19, 2025) (requiring cremated remains to be labeled as such and sent in specified secure packaging); *See Restricting the Mailing of Replica or Inert Explosive Devices*, 75 Fed. Reg. 282, 283 (Jan. 5, 2010) (requiring replica explosives to be labeled as such in large font and shipped via Registered Mail). Most of the Ballot

---

*Trump*, 607 U.S. 229, 248–49 (2026) ("[H]ad Congress intended to convey the distinct and extraordinary power to impose tariffs, it would have done so expressly—as it consistently has in other tariff statutes.").

Mail Rule, on the other hand, concerns the maintenance of absentee and mail-in voter information through the Federal Ballot Mail Portal and the vetting of Outbound Federal Ballot Mail for compliance with the entire regulatory regime—not steps that aid in the transmission of mail.

* * *

In sum, Plaintiffs have shown that they will imminently suffer concrete harms traceable to the Rule. They have also established that the Postal Service's enactment of the Rule was *ultra vires*. For those reasons, Plaintiffs are likely to succeed on the merits.

**B. Irreparable Harm**

Turning to irreparable harm, Plaintiffs must demonstrate that, absent a preliminary injunction, they will suffer an imminent irreparable injury. *See Clevinger v. Advoc. Holdings, Inc.*, 134 F.4th 1230, 1236 (D.C. Cir. 2025). The standard for "irreparable" harm is "high," but Plaintiffs meet it here. *Chaplaincy*, 454 F.3d at 297.

In particular, Plaintiffs have proffered substantial (and essentially uncontested) evidence that it will be close to impossible for at least some States to design and reprint Rule-compliant envelopes, *see, e.g.*, Patrick Decl. ¶ 84 ("Redesigning and reordering envelopes for any reason is not feasible for a local election office this close to a general election."); that there will likely be delays in the Postal Service's review of the States' proposed envelopes—which must occur before any Federal Ballot Mail Portal User may upload voters' information into the Federal Ballot Mail Portal, *see, e.g.*, *id.* ¶ 85 (explaining that ballot redesign is time-intensive and therefore is usually only done "in odd-numbered years, off cycle from federal elections"); that there will be delays (and ultimately mistakes) as the Postal Service attempts to finalize the Portal, *see, e.g.*, Earley Decl. ¶¶ 23–24 (expressing "significant concerns about the technological integrity" of the "Ballot Portal" and noting a lack of "training on how to use" it); and that there will likely be delays and

mistakes in the Postal Service's scanning and review of all Outbound Ballots for compliance with the new envelope requirements and confirming that each absentee and mail-in voter matches information in the Portal, *see, e.g.*, Patrick Decl. ¶¶ 109–11 (explaining that the requirement that Outbound Return Ballots be taken to one of two specific locations for verification "places enormous burdens on" election officials and can result "in delays for the voter"). As a result, Plaintiffs have demonstrated that there is an increased risk that a significant number of absentee or mail-in ballots will ultimately not be counted. In fact, there will likely be more than fifty million pieces of federal ballot mail transmitted by the Postal Service during this election cycle; in connection with the 2022 midterm elections, the Postal Service reported that it delivered at least 54.4 million[9] ballots to and from voters.[10] U.S. POSTAL SERV., *2022 Post-Election Analysis: Successfully Delivering the Nation's Election Mail During the 2022 Midterm Elections* 3 (2022), https://about.usps.com/what/government-services/election-mail/pdf/usps-2022-post-election-analysis.pdf. The harm of untransmitted ballots—both to voters and candidates—is irreversible, because "once the election occurs, there can be no do-over and no redress." *League of Women Voters of N.C. v. North Carolina*, 769 F.3d 224, 247 (4th Cir. 2014); *see also League of Women*

[9] The total number of ballots delivered during the 2022 midterm election may have exceed 54.4 million. That figure includes only ballots that were properly identified electronically as ballots and excludes many ballots that the Postal Service handled outside of its ordinary process. U.S. POSTAL SERV., *2022 Post-Election Analysis: Successfully Delivering the Nation's Election Mail During the 2022 Midterm Elections* (2022), https://about.usps.com/what/government-services/election-mail/pdf/usps-2022-post-election-analysis.pdf.

[10] The U.S. Election Assistance Commission reported that in 2022 approximately 61 million ballots were transmitted to non-UOCAVA voters, and 36.6 million of those ballots were returned to States, but not all transmissions were through the U.S. mail. U.S. ELECTION ASSISTANCE COMM'N, *Election Administration and Voting Survey 2022 Comprehensive Report: A Report from the U.S. Election Assistance Commission to the 118th Congress*, 12 (2023), https://www.eac.gov/sites/default/files/2023-06/2022_EAVS_Report_508c.pdf. States reported that 35.3 million ballots "were cast by mail and counted." *Id.*

*Voters of the U.S. v. Newby*, 838 F.3d 1, 9 (D.C. Cir. 2016) (holding the same); *Obama for Am. v. Husted*, 697 F.3d 423, 436 (6th Cir. 2012) ("A restriction on the fundamental right to vote therefore constitutes irreparable injury.").

### C. Balance of Equities and Public Interest

The other two preliminary injunction factors—the balance of equities and the public interest—also cut in favor of preliminary relief. "A party seeking a preliminary injunction must show that the balance of equities favors preliminary relief and that an injunction is in the public interest." *Hanson v. District of Columbia*, 120 F.4th 223, 246 (D.C. Cir. 2024) (citation and internal quotation marks omitted). In considering those factors, the Court will "weigh[] the harm to the moving party and the public if there is no injunction against the harm to the government and the public if there is." *Id.*

Because Plaintiffs have shown that the Ballot Mail Rule likely exceeds the authority Congress conferred on the Postal Service, a preliminary injunction serves the public interest. *See Newby*, 838 F.3d at 12. After all, there is "generally no public interest in the perpetuation of unlawful agency action." *Id.* Instead, "there is a substantial public interest 'in having governmental agencies abide by the federal laws that govern their existence and operations.'" *Id.* (quoting *Washington v. Reno*, 35 F.3d 1093, 1103 (6th Cir. 1994)).

Beyond that, the public has a "strong interest in exercising the fundamental political right to vote." *Purcell v. Gonzalez*, 549 U.S. 1, 4 (2006) (internal quotation marks omitted). For the reasons discussed above, Plaintiffs have demonstrated that, absent an injunction, there is an increased risk that a significant number of otherwise appropriate absentee or mail-in ballots will ultimately not be counted in the upcoming elections. *Supra* Section II.B. The public has a strong interest in ensuring that doesn't happen.

On the other side of the ledger, the Federal Government does not point to any record evidence that there will be significant fraud in the upcoming elections in the event the Court enters preliminary injunctive relief. That's perhaps not surprising, since the Government's position is that the Final Rule is just a "regulation of the U.S. mail, and a *modest* one at that." ECF No. 184 at 11 (emphasis added); *see also id.* at 3 (Rule "imposes *modest* reporting and design requirements on federal ballot mail envelopes."). To be sure, the Government points to the purposes for the Final Rule as stated in the preamble and makes the general argument that "[t]o thwart the Postal Service from uniformly implementing these beneficial practices . . . necessarily harms the interests furthered by the Final Rule." *Id.* at 28. The Defendants—and the public—certainly have an interest in "strengthening public confidence in mail voting," *Id.* at 29 (quoting 91 Fed. Reg. at 54,986), and "enhancing the efficiency of postal operations," *id.* at 28 (quoting 91 Fed. Reg. at 54,968–69). But there is no indication in the record before the Court that preliminarily enjoining the Ballot Mail Rule would actually harm those interests.[11] And those harms are significantly outweighed by the risks of disenfranchisement to absentee and mail-in voters identified by Plaintiffs.

But would a preliminary injunction now, with less than two months to go before the elections, violate the so-called "*Purcell* principle"? That principle, at least in general, "counsels federal courts against entering injunctive relief on the eve of an election 'when candidates, election officials, and voters have relied on the rules in place at that time.'" *DSCC*, 2026 WL 2168617, at

[11] Defendants also argue that the Rule's "data reporting and mail-preparation requirements" further their "law enforcement" interests. ECF No. 184 at 29 (quoting 91 Fed. Reg. at 54,985). But they fail to explain exactly how the Rule puts "law enforcement in a better position to identify . . . potential issues regarding compliance with federal law," nor do they show that an injunction would harm law enforcement's ability to identify noncompliance with federal law. *Cf. Newby*, 838 F.3d at 13 ("What is disputable is whether an injunction would actually do much, if any, harm to that interest.").

*5 (quoting *Malliotakis v. Williams*, 146 S. Ct. 809, 811 (2026) (Alito, J., concurring in grant of stay)). Neither the Federal Defendants nor the Intervenor Defendants make this argument, however; in any event, the Court concludes that the *Purcell* principle does not counsel against entering injunctive relief. As the Court of Appeals put it in this case just last month: "*If* the federal agencies were to take the actions the Plaintiffs fear and *if* they were to attempt to impose those massive changes on the States' voting systems on the threshold of the upcoming election, then those actions (*if* found unlawful) could be enjoined without implicating any federalism or reliance interests *because the injunction would preserve the States' existing electoral status quo*." *Id.* at *6 (last emphasis added). That is precisely the situation here. If anything, the extremely short timeframe between issuance of the Final Rule and the midterm elections cuts strongly in favor of preliminary injunctive relief.

**D. Scope of the Injunction**

As for the scope of the injunction, it must not be "broader than necessary to provide complete relief to each plaintiff with standing to sue." *Trump v. CASA, Inc.*, 606 U.S. 831, 861 (2025). Defendants argue that any preliminary injunction must provide relief only to those Plaintiffs who have Article III standing. *See, e.g.*, ECF No. 184 at 32–33. Here, however, the Plaintiff Organizations together have members who are absentee or mail-in voters in essentially all fifty states, and together have members who are candidates in all fifty states. *See, e.g.*, ECF No. 163, Ex. 3 ¶ 5, Declaration of Caitlin Remmel ("As of today, DCCC has members who are Democratic candidates for the U.S. House in all 50 states."). Enjoining Federal Defendants from enforcing the Rule, in its entirety, is therefore a "party-specific" remedy consistent with *CASA*'s command. *CASA*, 606 U.S. at 851. That such an injunction might also confer relief on nonparties, or on Plaintiffs without Article III standing, does not mean a narrower injunction is warranted. *Id.*

("While party-specific injunctions sometimes advantage nonparties, they do so only incidentally." (alterations adopted) (internal citation and quotation marks omitted)).

Defendants also argue that a preliminary injunction should be directed only at DMM § 705.24.5.3, which is the portion of the Rule that precludes the Postal Service from accepting Outbound Ballot Mail for noncompliance reasons. ECF No. 184 at 33. Under such an injunction, the Ballot Mail Rule would largely go into effect, but the Postal Service would not be able to refuse Outbound Ballot Mail even if it was noncompliant with the Rule's other provisions. In the Government's view, enjoining just that provision would remedy all of Plaintiffs' claimed harms. *Id.*

The Court disagrees. As an initial matter, such an injunction would not solve the likely delays on the eve of an election as States attempt to design and reprint Rule-compliant envelopes, as the Postal Service reviews and approves those redesigned proposed envelopes, and as the Postal Service attempts to finalize the Portal—all steps that the Rule would still require under the Government's proposed narrower injunction. It also seems likely that such a partial injunction would create even more confusion and misunderstanding (and thus delays and mistakes).

The Government's argument is really that the Rule can be severed—or at least that DMM § 705.24.5.3, can be severed from the rest. In evaluating whether the Rule "can be severed in that kind of fashion," the Court asks "whether the agency would have adopted the same disposition regarding the unchallenged portion of the regulation if the challenged portion were subtracted," *World Shipping Council v. Fed. Mar. Comm'n*, 152 F.4th 215, 224 (D.C. Cir. 2025) (alteration adopted) (citation and internal quotation marks omitted), and "whether the remaining parts of the Rule would 'function sensibly without the stricken provision,'" *id.* at 225 (quoting S*orenson Commc'ns Inc. v. FCC*, 755 F.3d 702, 710 (D.C. Cir. 2014)). Here, the answer to both questions

appears to be no. It seems highly unlikely that the Postal Service would have adopted the Rule's design and Portal requirements if it could not require that Outbound Federal Ballot Mail comply with them. And for essentially the same reason, while those other provisions could function on their own, they would not "function sensibly" without DMM § 705.24.5.3. *Id.*

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS IN PART AND DENIES IN PART the DSCC Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF No. 163; GRANTS the LULAC Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF No. 171; and GRANTS the NACCP Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF No. 172. The Court will issue an order contemporaneously with this decision.

DATE: September 13, 2026

CARL J. NICHOLS
United States District Judge